Exhibit
A

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF KANSAS

3

4    DANIEL KULL, as natural

5    guardians of minor Child,

6    C.E.K., et al.,                    Case No.

7            Plaintiffs,            2:24-cv-002380

8    vs.

9    SCOTT J. HABAKUS, D.O., and

10   VALOR NETWORK, INC.,

11            Defendants.

12

13

14

15

16       REMOTE DEPOSITION OF LARAE COPLEY, M.D.,

17    Ph.D., a Witness, taken on behalf of Defendant

18    Scott J. Habakus, D.O., before Sharon R.

19    Larrick, CSR No. 767, CCR No. 765, RMR, CRR,

20    CRC, pursuant to Notice on the 30th day of May,

21    2025, with all participants, including the

22    witness, appearing via mobile videoconference.

23

24

25

Page 2

```
1              APPEARANCES
2
3    APPEARING VIA MOBILE VIDEOCONFERENCE
     FOR THE PLAINTIFFS:
4
     MR. BARRY A. CLARK
5    CLARK & PLATT, CHTD.
     417 Poyntz Avenue
6    Manhattan, KS  66502
     785.539.6634
7    barry@clarkplatt.com
8    MR. STEVEN HORNBAKER (as noted in transcript)
     ALTENHOFEN LAW OFFICE, CHARTERED
9    1 17-A W. 8th Street
     Junction City, KS  66441
10   785.762.2100
     steve@altenhofenlaw.com
11
12   APPEARING VIA MOBILE VIDEOCONFERENCE
     FOR DEFENDANT HABAKUS:
13
     MR. BRIAN L. BURGE
14   SANDERS WARREN & RUSSELL LLP
     11225 College Boulevard
15   Suite 450
     Overland Park, KS  66210
16   913.234.6100
     b.burge@swrllp.com
17
18   APPEARING VIA MOBILE VIDEOCONFERENCE
     FOR DEFENDANT VALOR NETWORK, INC.:
19
     MR. BRIAN J. NICESWANGER
20   EVANS & DIXON, LLC
     10851 Mastin Boulevard
21   Suite 900
     Overland Park, KS  66210
22   913.693.0900
     bniceswanger@evans-dixon.com
23
24   ALSO PRESENT VIA MOBILE VIDEOCONFERENCE:
25   Ms. Danielle Kull
```

Page 3

```
1              INDEX
2    WITNESS:                       PAGE
     LARAE COPLEY, M.D., Ph.D.
3
     Examination by Mr. Burge         4
4
     Examination by Mr. Niceswanger  138
5
6              EXHIBITS
7    EXHIBIT                         PAGE
     NUMBER    DESCRIPTION       IDENTIFIED
8
     Exhibit 1   Notice of Deposition    5
9
     Exhibit 2   Curriculum vitae        6
10
     Exhibit 3   Testimonial list        7
11
     Exhibit 4   Typewritten Kull notes  12
12
     Exhibit 5   12-7-24 Kull evaluation 14
13
     Exhibit 6   1-24-25▇▇▇▇ Kull        19
14   expert opinion report of
     Dr. Copley
15
     Exhibit 7   5-28-25 deposition prep  19
16   notes
17   Exhibit 8   Family Report of testing 24
18   Exhibit 9   Article 1 - Athletic     26
     Identity by Anna Park
19
     Exhibit 10   Article 2 - Saudi Arabia 26
20   study by Zomia, et al.
21   Exhibit 11   Article 3 - Long-Term    26
     Impact by Jessica West
22
23
     NOTE:  Deposition Exhibits 1 through 11 were
24   attached to the original transcript.
25
```

Page 4

```
1         (Deposition commenced at 1:02 p.m.)
2            LARAE COPLEY, M.D., Ph.D.,
3    being first duly sworn, testified under oath as
4    follows:
5                 EXAMINATION
6    BY MR. BURGE:
7        Q.  Please state your name for the record.
8        A.  Certainly.  My name is LaRae Copley.
9        Q.  And, ma'am, what is your occupation?
10       A.  Certainly.  I'm a psychiatrist.
11       Q.  And you are a medical doctor?
12       A.  That is true.
13       Q.  Dr. Copley, we met just before this
14   deposition began, but again, my name is Brian
15   Burge.  I'm an attorney in the Kansas City area.
16   I represent Dr. Scott Habakus in this matter.
17   It's my understanding that you have been
18   designated as an expert on behalf of the
19   Plaintiffs in this case.  Is that your
20   understanding as well?
21       A.  That's true.
22       Q.  Okay.  It's been a while since I have
23   actually taken the lead on a Zoom deposition
24   like this, and so if we have any issues with the
25   technology, if you're having any issues hearing
```

Page 5

```
1    me, just let me know and, of course, I'll
2    restate the question, but just let me know.
3        A.  I will.  Thank you.
4        Q.  Okay.  I'm going to do a little
5    housekeeping here before we get started with the
6    more substantive portions of your examination,
7    and I'm going to share a screen and just
8    identify for the record some exhibits that I've
9    pre-marked for this afternoon.  And I understand
10   that you've received a copy of those as well?
11       A.  I have.
12       Q.  Okay.  Just a second here.  And,
13   Doctor, can you see this deposition notice on
14   your screen?
15       A.  I can.  Thank you.
16       Q.  All right.  This, for the record, is
17   Deposition Exhibit No. 1.
18           (Deposition Exhibit No. 1 was
19   marked for identification.)
20   BY MR. BURGE:
21       Q.  And, Doctor, this Notice asked you to
22   bring with you today to your deposition certain
23   items to the extent that you have those
24   available.  And have you made an effort to
25   comply with this Notice?
```

Page 6

1    A.  I have.
2    Q.  All right.  I think that I have
3 identified most of the materials that have been
4 provided to me, but do you have your original
5 file available to you if needed today?
6    A.  I do.
7    Q.  And would that include the medical
8 records that have been provided to you in the
9 case?
10    A.  That has been provided by the
11 Plaintiff?
12    Q.  Yes.
13    A.  Yes.
14    Q.  Okay.
15    A.  I do.
16    Q.  I'm not going to mark any medical
17 records for purposes of the deposition unless we
18 need to, but if there's something that you want
19 to specifically refer to, just let us know and
20 we'll identify it for the record, okay?
21    A.  Okay.  Thank you.
22    Q.  All right.  I have, as Exhibit No. 2, a
23 copy of your CV.
24        (Deposition Exhibit No. 2 was
25 marked for identification.)

Page 7

1 BY MR. BURGE:
2    Q.  I think this is dated in March of this
3 year.  And is this CV up-to-date and current?
4    A.  Yes, it is.
5    Q.  All right.
6        (Deposition Exhibit No. 3 was
7 marked for identification.)
8 BY MR. BURGE:
9    Q.  Exhibit 3 is what I'll refer to as a
10 testimonial list, and this was provided to us by
11 Plaintiff's counsel.  You might be familiar,
12 under the federal rules, experts are typically
13 required to keep a testimonial list for a few
14 years.  I wasn't sure if this was complete or
15 not because it looks like there's only three
16 instances where you have testified.  Is that
17 accurate?
18    A.  It is accurate.  Being an expert
19 witness is a later career choice, not my whole
20 career choice.
21    Q.  This lists one deposition back in
22 September of 2024.  Can you tell me how many
23 depositions you've given?
24    A.  I can.  So actually, this will be the
25 second one that I've given in total.

Page 8

1        (Discussion off the record.)
2        (Ms. Danielle Kull's appearance
3 is noted.)
4        MR. CLARK:  That would be
5 Danielle Kull.
6        MR. BURGE:  Oh, okay.  All right.
7 BY MR. BURGE:
8    Q.  Let me just continue here then.  So
9 this is only your second deposition that you've
10 ever given; is that correct?
11    A.  That's true.
12    Q.  Okay.  Just to remind you of a few
13 ground rules as we go along today since this is
14 only the second time you've had to do this, but
15 you're doing a great job of this so far, but if
16 you can just make sure to give me a verbal
17 response to my question so that the court
18 reporter can transcribe the testimony.
19    A.  I will.
20    Q.  And again, you're also doing a good job
21 of this, but if you'll wait for me to finish my
22 question before your answer, that also allows us
23 to have a clear transcript.
24    A.  I understand.
25    Q.  And again, if for any reason you don't

Page 9

1 understand my question, whether because I'm not
2 precise enough or because it's not clear on
3 Zoom, please let me know and I'll try to
4 rephrase the question.
5    A.  I'll do that.
6    Q.  Now, according to Exhibit 3, you have
7 testified in court on two occasions.  One of the
8 cases, the Burk matter, was the one you gave the
9 deposition in; is that correct?
10    A.  That's true.
11    Q.  And did you testify in person in the
12 Southern District Court of Ohio?
13    A.  I did.
14    Q.  And can you tell me just kind of
15 briefly what that case involved, the Burk case?
16    A.  Certainly.  This was a case where I
17 evaluated Mr. Burk for psychic harm.  I was
18 evaluating him after being retained, actually,
19 by the defendants in the case.
20    Q.  Okay.  So you were retained by the
21 attorney for the defendant to evaluate the
22 plaintiff in that action?
23    A.  True.
24    Q.  Was that a personal injury action filed
25 by Mr. Burk?

3 (Pages 6 - 9)

1    A.  It was an action related to an incident
2  with police, and there was a concern -- the
3  question I was asked was about any psychic harm
4  related to that interaction that Mr. Burk had
5  with police.
6    Q.  Okay.  Was that kind of a police
7  brutality type of claim?
8    A.  It was, that there was a wrongful
9  action by the police.
10    Q.  All right.  And you were hired by the
11  City of Columbus to evaluate the plaintiff for
12  psychological harm?
13    A.  That's true.
14    Q.  And I'm assuming you prepared a written
15  report in that matter since it was filed in
16  federal court?
17    A.  I did.
18    Q.  I'm sorry.
19       MR. BURGE:  Can I go off the
20  record for just a second?
21       (Discussion off the record.)
22       MR. BURGE:  All right.  Let's go
23  back on the record.
24  BY MR. BURGE:
25    Q.  Doctor, I was talking about your

1  involvement in the Burk case.  And just to
2  complete that, you did, as you mentioned,
3  testify in person during the trial of that
4  matter; is that correct?
5    A.  I did.
6    Q.  Do you remember the name of the
7  attorneys who retained you in that case?
8    A.  They were attorneys from the City of
9  Columbus.  Allie Pickerill was my main contact
10  in that case.
11    Q.  Very good.  And then it looks like more
12  recently this year, just about a month ago, you
13  testified in juvenile court in -- is that
14  Franklin County, Tennessee?
15    A.  It actually is not.  It's Franklin
16  County, Ohio.
17    Q.  What did that matter involve?
18    A.  That matter was related to competency
19  to stand trial.  I evaluated this person for a
20  second opinion, answering that question.  I was
21  actually retained by the court.
22    Q.  That was going to be my next question,
23  if you were specially retained by the court in
24  that proceeding to evaluate competency?
25    A.  Yes.  I should clarify.  In using the

1  word "retention," it was part of the current
2  position I have as a Fellow.  We're part of the
3  court system in Franklin County.  That's at the
4  hospital I'm working at.
5    Q.  The physicians there at Ohio State, at
6  least in the psychiatric department, are they on
7  an appointment list for the court for this type
8  of matter?
9    A.  So it's actually what's called Central
10  Ohio Behavioral Health Care.  It's a forensic
11  hospital.  So this gentleman was in a maximum
12  security forensic hospital, and I was assigned
13  through my work at that hospital, which is all
14  under this larger umbrella of Ohio State since I
15  am a forensic Fellow.
16    Q.  Very good.  So Exhibit 3 encompasses
17  essentially the entire universe of your
18  testimony thus far as an expert witness in
19  medicolegal proceedings?
20    A.  It does.
21       (Deposition Exhibit No. 4 was
22  marked for identification.)
23  BY MR. BURGE:
24    Q.  I'll move to the next exhibit, and I've
25  labeled this as Exhibit No. 4.  And I believe

1  these are your typed notes from your
2  consultation in this matter; is that correct?
3    A.  These are my typed notes where I was
4  reviewing the records that had been given to me.
5  I tried to summarize those so that I can go back
6  and get a sense of the whole case.
7    Q.  And let me just -- this includes notes
8  from your conversations with the parents; is
9  that correct?
10    A.  It does.
11    Q.  And also, I believe -- I can't remember
12  if this is the exhibit with your notes from your
13  conversations with ██████ but we'll come back
14  to that in just a moment.  But does this
15  encompass all of the notes that you would have
16  made with respect to interviews with the parents
17  and that sort of thing?
18    A.  This encompasses all the notes that I
19  made with the parents and then as I was
20  reviewing medical records that were given to me.
21  As you alluded to, it's a separate exhibit where
22  I was having conversations when ██████ was in
23  my presence.
24    Q.  Okay.  Just for the sake of
25  clarification, there's this "lach" here that I

1  wasn't sure what that stood for.
2      A.  No worries.  It's IACH, and that was
3  the name of the place that was put on top of the
4  records.  And it refers to the name of the file
5  so that I can go back and cross-reference it.
6      Q.  That's probably then reference to Irwin
7  Army Community Hospital?
8      A.  Yes.
9      Q.  Let me just -- if I can get to these
10  tabs here.
11          (Deposition Exhibit No. 5 was
12  marked for identification.)
13  BY MR. BURGE:
14      Q.  All right.  I've labeled this as
15  Exhibit No. 5.
16      A.  Uh-huh.
17      Q.  And this appears to me essentially to
18  be a draft outline of your final report; is that
19  a fair way to describe it?
20      A.  Certainly.  I usually start with a
21  template of possible evaluation questions, and
22  I'll modify that and make notes on that while
23  I'm seeing the person.  So as a result, some of
24  it is going to be applicable to a particular
25  case and some not.  I think of it as the start

1  of the funnel, and as I'm thinking, putting
2  things together, it goes down.
3      Q.  Now, did you begin what I'll call this
4  draft around December 7 of 2024?
5      A.  I believe so, yes.  I have a template
6  that I keep, and I would have put some
7  information in it beforehand such as a birth
8  date and any information I had.  But the date of
9  the exam was 12-7.
10      Q.  As you are performing your examination
11  here of ▓▓▓▓ are you updating this document
12  as you go along?
13      A.  So I would update it as I went along,
14  and then I will go back and re-read my notes,
15  add anything that I can see just immediately
16  afterwards as well.
17      Q.  Okay.  And we'll get into this in a
18  little more detail, but I do note that you went
19  through a number of psychiatric symptom
20  review -- I'll call them tests or interview with
21  ▓▓▓▓ is that correct?
22      A.  It's not correct, actually.
23      Q.  Okay.
24      A.  So like I said, this is my template.
25  And so, for instance, I have different possible

1  answers.  You'll see "denies" and "endorses,"
2  "denies" and "endorses."  So I know that if I
3  specifically read that question off to him, that
4  I would have -- I would have clicked that, when
5  in actuality, I really had a conversation with
6  him and did a more direct one-on-one exam with
7  him.  So like I said, this is my template.
8      Q.  So what I need to know with this
9  template -- because I went through here and
10  highlighted, for instance, kind of each of these
11  categories here.  And I don't know necessarily
12  what these mean at this point, but as you were
13  interviewing ▓▓▓▓ for example, are you
14  asking him about these symptoms, for instance,
15  under depressive disorder?
16      A.  Certainly.  So I would ask him for some
17  basic screening symptoms.  And then if I'm not
18  getting any of that, I'm not going to go through
19  each of these because it's not -- it's not
20  pertinent.  The person is not going to meet
21  criteria for it.
22      Q.  And if ▓▓▓▓ would have endorsed any
23  of these symptoms, would that have been
24  indicated here on this form?
25      A.  So it would have been indicated either

1  here or up higher in the notes when I made
2  some -- just some free-form notes.
3      Q.  Okay.  So as I'm scrolling through this
4  and I see -- for instance, like I have
5  highlighted there "persistent depressive
6  disorder, denies all symptoms."  Is that an
7  accurate statement, that in your interview with
8  ▓▓▓▓ he would have denied any symptoms
9  related to persistent depressive disorder?
10      A.  That is accurate.  So he denied any
11  symptoms that would allow him to be diagnosed
12  with that, so it doesn't mean he denies all
13  depressive symptoms.
14      Q.  I'm assuming that these criteria that
15  are listed here are based on objective sources,
16  whether it's DSM-5 or something else along those
17  lines?
18      A.  That's accurate.  So these are kind of
19  my internal, on-paper reminders about let's make
20  sure we really get all of those criteria, if I'm
21  getting concerned that the person maybe would
22  meet criteria for this.  So this is kind of my
23  list, my cheat sheet list, if you will.  I don't
24  have a better way to say it than that.
25      Q.  No, and that's fair, and that's what I

Page 18

1  wanted to find out.  So we'll come back to this
2  document in just a bit, but I did want to try to
3  establish here at the beginning that if there
4  was a mention that ███████ denied symptoms for,
5  for instance, persistent depressive disorder or,
6  looking down, for mania or bipolar disorder,
7  where you note that there's a denial of all
8  symptoms, that means that you asked ███████
9  about those symptoms and he denied those
10  qualities, or at least did not express symptoms
11  that would meet the level of a diagnosis for
12  that condition?
13      A.  He wouldn't meet the level of a
14  diagnosis.  So, for instance, if we look at
15  persistent depressive disorder, I did not go
16  through and ask if he had had a prolonged period
17  of time for two years because I had already
18  asked has he had a prolonged period of time more
19  than a few weeks.  And if I got an answer that
20  was less than that, then I'm not going to go
21  through this.  Because by definition, that's the
22  cardinal symptom of persistent depressive
23  disorder, is two years of depressive mood.  Does
24  that make sense?
25      Q.  Yes.

Page 19

1      A.  It's kind of a filtered-out -- yeah.
2      Q.  Yes.  All right.  Let me see if I can
3  get to my next -- that is very annoying.  I may
4  have to stop share just so I can identify these
5  other exhibits here.
6      A.  Okay.
7      Q.  Just a second.  So I'm on -- what am I
8  on, Exhibit 5?  Okay.  Just a second.
9          (Deposition Exhibit No. 6 was
10  marked for identification.)
11  BY MR. BURGE:
12      Q.  Continuing with our housekeeping then,
13  Exhibit 6 has been identified as your final
14  report in this matter.  And this is dated
15  January 24, 2025.  Is that, in fact, your final
16  report?
17      A.  It is.
18      Q.  Have there been any changes or
19  modifications to the report since that time?
20      A.  There have not.
21      Q.  Okay.
22          (Deposition Exhibit No. 7 was
23  marked for identification.)
24  BY MR. BURGE:
25      Q.  Then I have as Exhibit 7 -- one of the

Page 20

1  things that we asked for on the deposition
2  notice are copies of any invoices or billing
3  statements related to your time on the case.
4  This is the only thing that's been provided to
5  me thus far, identifying an hour of time for
6  deposition prep with Plaintiff's attorneys.
7          Fundamentally, what is your hourly rate
8  for review of records and information in this
9  case?
10      A.  Certainly.  It's $350 an hour.
11          MR. NICESWANGER:  Hey, Brian, I
12  got some invoices, too.
13          MR. BURGE:  I, for some reason,
14  don't have them.  But if you have them in your
15  file, maybe we can mark them here a little bit
16  later.
17          MR. NICESWANGER:  Yeah, I'll get
18  them scanned and we can identify them later.
19  There's two, one dated January 27th of '25 and
20  one dated January 6th of '25.
21  BY MR. BURGE:
22      Q.  Dr. Copley, is that correct, do you
23  have two invoices in your file?
24      A.  I'm pulling up my file right now.  I
25  have an invoice dated, again, 1-6-25, and I

Page 21

1  believe this is one dated 1-27-25.  I think
2  that's what I heard you say, sir?
3          MR. NICESWANGER:  Yeah, I believe
4  so.
5      A.  Yeah.  I only have two in my file right
6  now.
7  BY MR. BURGE:
8      Q.  We'll come back to those in just a
9  second.  I just wanted to identify your rates
10  for review.
11          So you said $350 an hour for record
12  review.  What is your rate for consultation with
13  attorneys?
14      A.  My rate across the board is $350 an
15  hour.
16      Q.  Is that the same rate for your
17  examination of ███████?
18      A.  It is.
19      Q.  And then how about for your deposition
20  today, what's your hourly rate?
21      A.  It's the same.
22          MR. NICESWANGER:  Hey, Brian, we
23  also got a fee schedule.
24          MR. BURGE:  Okay.  I don't know
25  what happened here with some of my information,

6 (Pages 18 - 21)

Page 22

1  but --
2        MR. NICESWANGER:  No problem.
3  I'll just have these scanned and then marked as
4  whatever you want to mark them later.
5        MR. BURGE:  Okay.
6  BY MR. BURGE:
7     Q.  Doctor, what's your trial fee?
8     A.  I charge $350 an hour for the time I
9  spend.
10    Q.  And that's -- you don't charge any sort
11 of flat fee or anything like that for a trial
12 day, you're just charging $350 an hour for
13 whatever time you spend in court?
14    A.  So in my -- in my original contract, if
15 I -- so, for instance, if I traveled and I know
16 I'm going to be there over a day, there is a
17 flat rate in there just to make it easier.  But
18 if I'm traveling locally, I'm just going to
19 travel for the time I spent.
20    Q.  What is your --
21    A.  Or I'm just going to charge for the
22 time I spent, excuse me.
23    Q.  What is your hourly rate for travel?
24    A.  It's the same.
25    Q.  350?

Page 23

1     A.  Uh-huh.
2     Q.  Is that yes?
3     A.  Yes.  Oh, I'm so sorry.  I like easy
4  accounting.
5     Q.  Okay.  Based on the two invoices, how
6  much had you billed prior to the deposition
7  today?
8     A.  Stand by.  I've got the deposition on
9  January 6th, 2025 being for 1,675, and that was
10 in addition to the retainer charged for $2,000.
11 And then my second invoice dated 1-27-25 is for
12 3,675.
13    Q.  Okay.  So let me make sure I've got my
14 numbers down.  So there's a $2,000 retainer to
15 start; is that correct?
16    A.  That is correct.
17    Q.  And then in addition to that, there was
18 an amount of $1,675 associated with your
19 evaluation of ██████?
20    A.  That is true.
21    Q.  And then there's an additional amount
22 of $3,675 for further time spent on the case?
23    A.  That is true.
24    Q.  So not doing real accurate math, but it
25 looks like somewhere maybe around $7,500 in

Page 24

1  total charges?
2     A.  That sounds about right, yes.
3     Q.  Okay.  Does that include your time in
4  preparing for deposition today?
5     A.  It does not.
6     Q.  Do you know how much time you spent
7  getting ready for today?
8     A.  I will be happy to look at my list that
9  I try to keep.  I spent about an hour and a half
10 today and an hour and a half on -- let me look
11 back.  Hold on.  Please forgive me.  I spent
12 about an hour on the 27th of May and about an
13 hour and a half yesterday and an hour and a half
14 today.
15    Q.  Okay.  So about four and a half, under
16 five hours getting ready?
17    A.  Yes.
18        (Deposition Exhibit No. 8 was
19 marked for identification.)
20 BY MR. BURGE:
21    Q.  Exhibit 8 was a report of some testing,
22 some academic testing that ██████ had undergone
23 and looks like this was done in the spring of
24 2025.  I don't know if this was part of your
25 file or not, but for some reason in my file, it

Page 25

1  was contained within your directory.  But are
2  these test results part of your file as well?
3     A.  These test results are -- represent
4  records that I sought and received from the
5  school.
6     Q.  I think there was also a grade card for
7  the sixth grade that was also included.  I
8  haven't marked that as an exhibit, but was that
9  also information that you sought from the
10 school?
11    A.  Yes, I sought information from two
12 schools because he had changed schools.  So it
13 was the St. Bernard's, and I want to make sure I
14 give the right name for the other school.  Stand
15 by.  I just want to give the right name.
16 Manhattan Catholic School.
17    Q.  Have you requested any other academic
18 records at this point that you have not yet
19 received?
20    A.  I have not.
21    Q.  Let me just continue here with
22 identifying exhibits.
23        (Deposition Exhibit No. 9 was
24 marked for identification.)
25 BY MR. BURGE:

7 (Pages 22 - 25)

Page 26

1    Q.  There are three articles that have been
2  provided to me that I believe are cited in your
3  report.  Exhibit No. 9 is an article with a
4  primary author of Anna Park, and that is Exhibit
5  9.  And, Doctor, that's one of the articles
6  cited in your report?
7    A.  That's accurate.
8        (Deposition Exhibit No. 10 was
9  marked for identification.)
10 BY MR. BURGE:
11   Q.  And then Exhibit 10 I called the Saudi
12 Arabia study because I can't pronounce the names
13 of the authors.  But this is another study that
14 is cited in your report; is that right?
15   A.  That's accurate.
16       (Deposition Exhibit No. 11 was
17 marked for identification.)
18 BY MR. BURGE:
19   Q.  And then Exhibit 11 is the West study,
20 and this is also cited in your report; is that
21 correct?
22   A.  It is cited, yes.
23   Q.  Are there -- well, before I ask that,
24 do you believe that these articles are
25 authoritative and reliable for purposes of

Page 27

1  providing information that informs your opinions
2  in this case?
3    A.  I believe that these sources are within
4  the literature of study.  To say that they're
5  authoritative is not necessarily clear to me.
6  They're in reputable journals in the scientific
7  literature.
8    Q.  Are you relying on these studies in
9  reaching your conclusions in your report?
10   A.  I am.
11   Q.  Are there any other studies that you
12 reviewed or that you plan to rely on or cite to
13 in giving your opinions either now or at any
14 time during trial?
15   A.  Could you repeat the first part of
16 that?  I want to make sure I understand.
17   Q.  Sure.  Are there any other studies
18 other than the ones that we've identified that
19 you intend to rely on and in forming your
20 opinions or otherwise giving testimony at the
21 time of trial?
22   A.  There are not.
23   Q.  Did you do any additional research in
24 the literature other than the three articles
25 that we've identified?

Page 28

1    A.  I did.  I did a literature search to
2  understand the current state of science related
3  to disability and injuries in childhood and the
4  possible mental health impact of that.
5    Q.  Where did you do that search, what
6  database?
7    A.  Certainly.  So I went to a database
8  called PubMed.
9    Q.  And did you save the results of your
10 search?
11   A.  I did not save a list of citations that
12 came up.  I do -- I pulled a lot of different
13 book chapters and articles, not all of which I
14 felt ended up being applicable or relevant to
15 the task at hand.
16   Q.  Did you save those sources to your file
17 on this case?
18   A.  I have a file of literature that I've
19 pulled in general.
20   Q.  And this would include other articles,
21 then, besides the three that are cited in your
22 report?
23   A.  It would.
24   Q.  And these are all articles that, for
25 one reason or another, you decided to save to

Page 29

1  your file for ▇▇▇▇ Kull?
2    A.  They are.  I decided to save them to
3  the growing literature file that I save for
4  every case.  So to say specifically for
5  Mr. Kull --
6    Q.  If you were asked to identify the
7  articles that were saved or reviewed with
8  respect to ▇▇▇▇ Kull, could you do that?
9    A.  I believe so.
10   Q.  We may ask you to produce those
11 articles at some point in time.  So I know you
12 said that you've saved those to kind of a
13 general file, but I would ask that if you can
14 separate those studies for the ones that you may
15 have looked at or referenced as you were
16 developing your opinions in this matter, I would
17 appreciate that.
18   A.  I'd be happy to.
19   Q.  All right.  Those are the exhibits that
20 I've identified for the time being.  While I
21 have this up on share screen, I want to cover a
22 couple things on your CV just to identify your
23 current work and your scope of obligations.
24       How would you describe your current
25 employment?

Page 30

1    A.  I am currently employed by the Ohio
2  State University as a Forensic Psychiatry
3  Fellow.  That is a one-year fellowship training
4  program for psychiatrists who are seeking some
5  additional specialization, and that is the work
6  I'm doing full time.  I graduate in about four
7  weeks.
8    Q.  So you are in fellowship training
9  yourself right now?
10   A.  That is true.  And then I am also
11  employed as a psychiatrist part time at
12  Providers for Healthy Living, where I see --
13  it's a local private practice, where I see both
14  children and adolescents and adults for
15  outpatient psychiatry practice.
16   Q.  And we'll discuss that in just a
17  moment.  I want to cover your current
18  fellowship.  So it looks like you began that
19  training in the summer of 2024; is that correct?
20   A.  That's true.
21   Q.  And then when are you expected to
22  complete your fellowship?
23   A.  June 30th, 2025.
24   Q.  And this is in forensic psychiatry?
25   A.  That's true.

Page 31

1    Q.  How would you describe that field of
2  medicine?
3    A.  Forensic psychiatry is a field that
4  looks to be the nexus between psychiatry and the
5  law.  So it's specialized training to do
6  evaluations, to answer legal questions.
7    Q.  And you described that as essentially
8  being your full-time job at present?
9    A.  Currently, yes.
10   Q.  But in addition, you do have clinical
11  duties as a psychiatrist at Providers for
12  Healthy Living, LLC; is that correct?
13   A.  That's true.
14   Q.  And on a weekly basis, how many hours
15  do you think you're spending in what I'll call
16  clinical outpatient practice at Providers for
17  Healthy Living?
18   A.  So it's typically between three and
19  four.  I spend an evening a week doing it.
20   Q.  Okay.  So about one day a week?
21   A.  A part of a day, yes.
22   Q.  Yeah.  You said three to four hours one
23  day a week?
24   A.  Yes.
25   Q.  And that is an outpatient psychiatric

Page 32

1  service, and it looks like you see both adults
2  and adolescents; is that true?
3    A.  I do.  I see people who are officially
4  children, too, but that's a smaller group.
5    Q.  You're anticipating my question.  I was
6  going to ask how an adolescent is defined for
7  age purposes?
8    A.  Certainly.  So typically we think of
9  adolescence anywhere between 11 to 12 to 25.
10   Q.  Did you say from 11 to 12 up to 25?
11   A.  Uh-huh, I did.
12   Q.  How is it that an individual, say, over
13  the age of 18 can still be classified as an
14  adolescent?
15   A.  So the reasoning behind that through
16  the American Academy of Child and Adolescent
17  Psychiatry is we believe that up to age 25, our
18  brains are still developing and there's still
19  some vulnerability related to plasticity, and so
20  that is the typical definition.
21   Q.  Is there overlap for adults once they
22  reach the age of 18?  I mean, is that a clinical
23  decision?  Do you decide whether somebody is an
24  adolescent or an adult?
25   A.  So with regard to treating them, is

Page 33

1  that how you mean?
2    Q.  Yes.
3    A.  So I'm very aware of the person's age
4  when I'm evaluating them.  For instance, if I'm
5  evaluating someone who is 18, I'm aware of the
6  fact that they can sign their own forms.  I need
7  to seek permission from them, not a parent for
8  treatment.  However, I'm also aware that as an
9  18-year-old, their brain is not fully developed.
10   Q.  And it's probably not particularly
11  relevant for this case, but I'm just a little
12  curious because I wasn't aware of that.
13      So when you talk about providing
14  services to adolescents and adults, is there a
15  clinical decision -- let's say you've got a
16  patient who is 20 years old.  And do you decide
17  through medical judgment whether that patient is
18  considered an adult or an adolescent?
19   A.  I don't -- I don't put that category on
20  it.  I don't say, well, this is an adolescent;
21  therefore, I will do the following things.  I
22  say this is a 20-year-old; therefore, I'm
23  thinking in these ways.
24   Q.  Okay.  And then patients who are under
25  the age of 11, are they considered pediatric?

9 (Pages 30 - 33)

Page 34

1    A.  So they're considered children.  And my
2  previous training is in child and adolescent
3  psychiatry in addition to general psychiatry in
4  an effort to span the whole age range of
5  patients.
6    Q.  At the time of your evaluation of
7  ████ Kull, I think he was 11 years old.  I'd
8  have to go back and look.  But how would he be
9  classified for purposes of your evaluation?  Is
10  he a child or an adolescent?
11    A.  I typically would think of him as a
12  child, also, because he has not hit puberty yet.
13  At least at the time that I saw him, he had not.
14    Q.  So the general principles that would
15  apply in this type of an evaluation of ████
16  Kull would be those associated with the field of
17  child psychiatry?
18    A.  Yes, I believe so.
19    Q.  Do you currently have any other
20  employment at present other than your work in
21  your fellowship program and your work at
22  Providers for Healthy Living?
23    A.  I am self-employed at Copley Medical
24  Consulting, which is -- by which I'm coming to
25  you today.

Page 35

1    Q.  And that company looks like it was
2  founded in February of 2022; is that right?
3    A.  That's true.
4    Q.  And what is the business of Copley
5  Medical Consulting?
6    A.  So I am Copley Medical Consulting, and
7  I provide both expert consultation and review of
8  records for a variety of different sources, such
9  as lawyers like yourself, as well as I've done
10  some consultation for state boards, as well as
11  provide some continuing medical education for
12  the community.
13    Q.  Your emphasis on forensic psychiatry,
14  do you anticipate that your full-time work after
15  you complete fellowship will be with Copley
16  Medical Consulting?
17    A.  I do not.
18    Q.  Do you intend that to be the case over
19  time, that you would develop into full-time work
20  with your consulting company?
21    A.  I do not.
22    Q.  What is the reason that you founded
23  your consulting company?
24    A.  I founded it because I was interested.
25  I became very interested in malpractice as well

Page 36

1  as some other civil forensic experience -- or
2  experiences or types of practice after I was a
3  medical director at Providers for Healthy Living
4  and I was being asked a variety of forensic
5  questions, that it was just not within a typical
6  psychiatry experience, necessarily, to answer.
7  And that's how I got interested in forensic
8  psychiatry.
9    Q.  Is the intended business of Copley
10  Medical Consulting to be within the field of
11  medicolegal consulting?
12    A.  It is.
13    Q.  When you complete your fellowship
14  training, how do you intend to spend your time
15  or divide your time professionally?
16    A.  Well, for four months after I complete
17  it, I intend to do very little professional
18  time.  I have tentatively been working with the
19  Department of Rehabilitation and Corrections to
20  consider doing some treating of -- outpatient
21  treatment at a women's reformatory.  Right now I
22  intend to keep my small, small practice at
23  Providers for Healthy Living because these are
24  patients that I've known for years, in many
25  cases, and I enjoy taking care of them.  And

Page 37

1  then I intend to have a small portion of my time
2  dedicated to doing consult work like this.
3    Q.  So if I'm understanding your intentions
4  as you go forward here in the next few months,
5  are you going to increase your clinical time at
6  Providers for Healthy Living or just keep it as
7  part time, one day a week?
8    A.  I plan to increase my clinical time at
9  Providers for Healthy Living and then start as a
10  clinical physician at DRC is the plan.
11    Q.  Have you already accepted a position
12  with DRC?
13    A.  I have.
14    Q.  And is that anticipated to be a
15  full-time position?
16    A.  It's -- their definition is 30 hours a
17  week.  And that to me seems part time, but they
18  call it something else, I think.
19    Q.  Okay.  So you're going to do 30 hours a
20  week or so with DRC, you're going to do some
21  clinical time with Providers for Healthy Living,
22  and then, of course, you're going to continue to
23  do your medicolegal consulting; is that fair?
24    A.  It is fair.  To clarify, the DRC time
25  is clinical time as well.

10 (Pages 34 - 37)

Page 38

1    Q. Sure, understood. At present, how much
2  time do you think you spend of your professional
3  obligations involved with medicolegal
4  consulting?
5    A. As part of my consulting time as part
6  of Copley Medical Consulting, it's a few hours a
7  month. I take a few cases a year.
8    Q. So less than 5 percent of your
9  professional time, you think?
10    A. Most likely. I'd have to do some math.
11    Q. Okay. Do you know how many open files
12  you have right now with Copley Medical
13  Consulting?
14    A. I do. Let me think about it. Right
15  now I have one other case that is open, and
16  that's all I can think of right off the bat
17  that's happening sometime June. Write a report
18  and three years later, somebody calls you, I
19  recognize that can happen, but I would usually
20  close that case until somebody called me.
21    Q. Say in the last year and a half, since
22  we're about the middle of 2025, so going back to
23  the beginning of 2024, how many cases do you
24  think you've reviewed as a consulting expert?
25    A. I would estimate perhaps ten.

Page 39

1    Q. And of those ten files that you've
2  reviewed, can you give me a breakdown on your
3  retention on behalf of a plaintiff versus a
4  defendant?
5    A. So I've been retained by both. That
6  doesn't always result in a report or a
7  deposition or a trial, of course. My best guess
8  is 50/50. I don't think I really intend to be
9  called by one type of lawyer or another.
10    Q. And all of your work as an expert in
11  the medicolegal field is done by way of Copley
12  Medical Consulting; is that true?
13    A. That's not true because as a forensic
14  Fellow, I'm providing evaluations that result in
15  reports and go to court. They're different
16  types of evaluations.
17    Q. It's evaluations, though, done when you
18  are appointed by the court, or do those include
19  what I would call private retentions by parties?
20    A. So they don't include me being
21  privately retained. However, I have done some
22  private cases through supervisors that are part
23  of that fellowship. So to clarify, I have
24  court-appointed sources that end up as
25  fellowship cases, and then my -- I have one

Page 40

1  particular supervisor who enjoys private cases
2  and will sometimes get her Fellows involved in
3  those.
4    Q. But that's not business that you're
5  generating yourself, from what it sounds like?
6    A. Correct. I'm assigned to do that as
7  part of my fellowship.
8    Q. Any business that you are generating
9  yourself as a privately-retained expert is going
10  to be done by way of Copley Medical Consulting?
11    A. That's true.
12    Q. And again, do you think in the last
13  year and a half, you've probably reviewed ten
14  cases; is that right?
15    A. Sounds about right.
16    Q. About 50/50 between plaintiffs and
17  defendants?
18    A. About that, yes.
19    Q. Of those ten cases that we're talking
20  about in the last year and a half, can you tell
21  me how many would have involved either pediatric
22  or adolescent clients?
23    A. I can think and recall. Let me see.
24  If it suits you, I'm happy to pull up just a
25  general list.

Page 41

1    Q. I don't want to unnecessarily delay
2  anything.
3    A. Yeah.
4    Q. I'm just curious if you can recall off
5  the top of your head.
6    A. Certainly. I've evaluated both in the
7  last year and a half, so both pediatric folks as
8  well as adult folks.
9    Q. And is it your intention with Copley
10  Medical Consulting to perform evaluations of
11  both adults and adolescent patients?
12    A. And children, yeah, so across the
13  board.
14    Q. In other words, you're not going to
15  necessarily specialize with your consulting
16  company in just pediatric or just adolescent,
17  you're opening those services up to the adult
18  population as well?
19    A. Yes.
20    Q. And as you sit here right now, your
21  intention for future work is always going to
22  include at least some portion of what I'll call
23  non-private consulting such as your work -- your
24  clinical work with DRC; is that correct?
25    A. That is true.

11 (Pages 38 - 41)

1     Q.  There are some folks in your position
2   that intend to just be full-time medicolegal
3   consultants, but that doesn't sound to be what
4   your intention is going forward; is that fair?
5     A.  That is -- that is fair.  I couldn't
6   imagine not seeing patients for treatment.
7     Q.  Just about done with your CV.  I did
8   have a question about your pharmacy background,
9   because you are listed as having been employed
10  as a pharmacist.  And I wasn't sure kind of how
11  the requirements might work in Ohio, but I
12  didn't see, at least on your CV, completion of a
13  Pharm.D. program.
14    A.  That is true.  So I have an RPh, so
15  that's a registered pharmacist license in Ohio.
16  And because of my age, at the time, getting a
17  Pharm.D. was not a very common thing.  So at
18  Ohio State, they offered a 5-year degree that
19  was officially a Bachelor's of Science in
20  pharmacy, which is the degree I obtained before
21  going off to medical school.  And I got my
22  pharmacy license and I've maintained that
23  license throughout time.  And as the profession
24  of pharmacy has changed now, almost everybody
25  has a Pharm.D.  That's pretty consistent across

1   most states.  But some of us are grandfathered
2   in because we are old.
3     Q.  So you can work as a licensed
4   pharmacist in Ohio and fill prescriptions, do
5   all the normal duties of somebody who has
6   completed a Pharm.D. program?
7     A.  I could, yes.
8     Q.  It doesn't look like you've done that
9   since maybe 1999, though?
10    A.  I have not practiced pharmacy for many
11  years.
12    Q.  But you still maintain your license?
13    A.  I do.
14    Q.  All right.  Let me stop share for just
15  a moment and then we'll come back to some of
16  these exhibits.
17        By the way, Doctor, I should have
18  mentioned at the start of the examination, I
19  tend to try to take a break each hour.  But if
20  you need a break sooner than that, just let me
21  know.  Happy to do so.  The only thing I would
22  ask is if I have a question pending, if you
23  answer that question and then we can take a
24  break, okay?
25    A.  Okay.

1     Q.  I was not provided with any
2   correspondence or communications that you've had
3   with the Plaintiffs' attorneys in this matter,
4   for instance, any letters that were sent to you,
5   any email communications, things like that.  I'm
6   assuming, have you had some of that
7   communication with the Plaintiffs' attorneys?
8     A.  I have.  I'm sorry to hear that you
9   don't have that.  I just sent a large zip file
10  of anything that I have.
11    Q.  It tends to not be --
12        MR. CLARK:  If I can jump in just
13  briefly, Brian, Dr. Copley sent that to me at
14  12:30 today.  We had some discussion about it.
15  There was a little confusion, but that has been
16  emailed to you and all counsel.
17        MR. BURGE:  Okay.  Very good.
18  Maybe I'll check here on a break and see if I've
19  got it yet.
20  BY MR. BURGE:
21    Q.  It tends to not be terribly relevant,
22  but what I'm interested in sometimes is if
23  you've been provided with any sort of factual
24  summary or chronology of the events in this case
25  as written by one of the Plaintiffs' attorneys.

1   Were you provided with any sort of medical
2   chronology or summary of events?
3     A.  I don't recall that.  I was provided
4   with medical records.
5     Q.  And typically there's going to be a
6   number of pieces of correspondence that just set
7   out what's being transmitted, when it's
8   transmitted, that sort of thing.  I'm assuming
9   you have some of that type of correspondence?
10    A.  You mean attachments sent to me, is
11  that -- I want to make sure I understand.
12    Q.  Yes.
13    A.  Yeah, I have some of that.
14    Q.  Okay.  But you were never provided with
15  any sort of written chronology or summary of the
16  facts of the case?
17    A.  No, I don't believe so.
18    Q.  Had you ever worked with the
19  Plaintiffs' attorneys in this matter before?
20    A.  I have not.
21    Q.  I looked for a website for Copley
22  Medical Consulting.  I wasn't able to find
23  anything.  Do you have a website?
24    A.  I do not.
25    Q.  Do you advertise your services as a

1  consulting expert anywhere?
2      A.  So I do have a file with a group called
3  SEAK, S-E-A-K, and I keep that file up-to-date
4  and accurate.  But when I ask people how they
5  found me, they usually say word of mouth or they
6  say I saw you on SEAK, and that's been adequate
7  for what I'm looking for.
8      Q.  Do you know how the Plaintiffs'
9  attorneys found you in this case?
10     A.  I actually do not know how they found
11  me in this case.  I don't recall asking them
12  specifically.
13     Q.  Do you pay a yearly fee to belong to
14  SEAK?
15     A.  I do.
16     Q.  And how much is that fee?
17     A.  It's approximately $500.
18     Q.  Have you ever attended any of the --
19  what I'll call expert seminars that SEAK puts on
20  from time to time?
21     A.  I have attended one course that they
22  have put on that they usually have related to
23  their yearly meeting, yes.
24     Q.  Did that course involve recommendations
25  or training on how to present in a deposition?

1      A.  I am sure that it did.  I don't recall
2  specifically.  It's been some years ago.  That
3  training has come a lot from fellowship as well.
4      Q.  That's a good point.  Because of your
5  specific specialty in forensic psychiatry, are
6  there courses in your fellowship training that
7  discuss the role of an expert or what to watch
8  for in depositions, those types of things?
9      A.  There are courses about what to expect
10  in a deposition or how -- how to understand the
11  deposition.  There are seminars on that.  I go
12  to the annual meeting for AAPL, which is the
13  American Academy of Psychiatry and the Law.  And
14  I'm sure along the way I've gone to a seminar.
15     Q.  The group, the American Academy of
16  Psychiatry and the Law --
17     A.  Uh-huh.
18     Q.  -- is there any sort of testing or
19  anything that you have to complete to be a
20  member of that group?
21     A.  So that is a professional group.  You
22  don't have to do testing, but there is the
23  offering through the ABPN -- the ABPN for a
24  Board, and that's testing to certify as a
25  forensic psychiatrist.

1      Q.  So there is Board certification for the
2  field of forensic psychiatry?
3      A.  That's true.
4      Q.  And do you plan to sit for that
5  examination at some point soon?
6      A.  I'll sit for it in October.
7      Q.  Do they have any guidelines or rules of
8  ethics that you're aware of?
9      A.  So AAPL, the American Academy of
10  Psychiatry and the Law, puts forth ethical
11  guidelines or ethical considerations.
12     Q.  Have you reviewed those guidelines in
13  the past?
14     A.  In the past.
15     Q.  Do you agree with the principles that
16  they set forth?
17     A.  Fundamentally.  There are some places
18  where forensic psychiatrists don't agree, and
19  those ethical guidelines are vague to reflect
20  that.
21     Q.  Do you believe that when you are
22  serving as an expert in a matter like this, that
23  you should remain as objective as possible?
24     A.  I do believe that.
25     Q.  Do you believe that you should remain

1  objective and not favor one side over another
2  when you are performing expert work in a case
3  like this?
4      A.  I do.
5      Q.  And do you agree that the parties in
6  this case are entitled to have you perform your
7  work in an objective manner that does not favor
8  one side over another?
9      A.  I do.
10     Q.  Does SEAK provide you with written
11  materials after you attend their seminar?
12     A.  Do you mean written materials outlining
13  the education they provided or -- they provide
14  me with CME certificates, like I got CME credit
15  for that work.
16     Q.  When you are attending that seminar,
17  though, do they have written materials like, you
18  know, a course description that has a listing of
19  topics covered, things like that?
20     A.  Perhaps, like a syllabus or -- yes.  I
21  imagine they gave me one of those many years
22  ago, yes, and they have slides.
23     Q.  And do they provide you with a copy of
24  their presentation slides?
25     A.  I don't believe so.

13 (Pages 46 - 49)

1    Q.  Do you still have any of the materials
2  that were provided to you when you attended the
3  SEAK seminar?
4    A.  I may.  I'm unsure of that.
5    Q.  I imagine that CME might be a little
6  bit similar to continuing education in the legal
7  field.  And often when we attend a seminar, we
8  get a big book of materials for topics that are
9  addressed and covered.  Is there something like
10  that that's provided to you when you complete
11  the SEAK seminar?
12    A.  So I believe that there is something
13  related to like a syllabus, but I couldn't tell
14  you if there's a book of slides or anything like
15  that.  I could tell you that I would have taken
16  notes, because I sat through a seminar trying to
17  learn something.
18    Q.  And was that a full-day seminar or was
19  it more than one day?
20    A.  Oh, it was more than one day.  I don't
21  recall.  It was several days, actually, but I
22  couldn't tell you how long it was offhand.
23    Q.  Do you remember where that seminar took
24  place?
25    A.  It was in Florida.

1    Q.  And have you been to more than one
2  seminar for SEAK?
3    A.  Not for SEAK.
4    Q.  And how long ago was that seminar with
5  SEAK?
6    A.  It was prior to my starting my
7  business, so it was before 2022.
8    Q.  Now, you mentioned -- or at least I
9  thought I heard you say that you might have been
10  to other seminars related to medicolegal
11  consulting; is that correct?
12    A.  That's correct.
13    Q.  Before I get into that, let me ask you,
14  are there any other companies besides SEAK that
15  you belong to that actively advertise your
16  services as an expert?
17    A.  No.
18    Q.  You said there are other seminars,
19  though, that you've attended that deal with the
20  topics of medicolegal consulting?
21    A.  That's true, as part of my fellowship
22  and going to professional meetings, certainly.
23    Q.  All right.  What's the last seminar
24  that you attended related to that topic?
25    A.  Of medicolegal anything?

1    Q.  Yes.
2    A.  I went to -- I go to a Tuesday seminar
3  put on by the University of New Mexico by Zoom
4  every week.  I went two Tuesdays.
5    Q.  Why did you attend that seminar?
6    A.  Because I like to learn as much as I
7  can about forensic psychiatry.
8    Q.  As you're completing your fellowship
9  training, do you have to write any sort of
10  research topic or how -- do you graduate from
11  your fellowship training?  How does it work?
12    A.  Certainly.  So the fellowship is a year
13  of service, basically, and that involves
14  rotating and providing clinical services in some
15  capacity at a variety of places.  I can choose
16  to do something scholarly on top of that.  For
17  instance, I gave my own seminar with a colleague
18  recently at Midwest AAPL, so that's A-A-P-L, and
19  that was something that I put together to give
20  to help participate in teaching.
21      There are -- the ACGME, which is the
22  American College of Graduate Medical Education,
23  puts forth a list of requirements that every
24  Fellow must put forth -- or every fellowship
25  must offer to its Fellows.

1    Q.  So it sounds like from time to time, as
2  part of your fellowship program, that you are
3  putting together presentations or doing that
4  sort of thing for other colleagues in the field
5  of forensic psychiatry?
6    A.  That's true.
7    Q.  I didn't see on your CV, but I might
8  have missed it, if there are any of those
9  presentations listed and the topics that you
10  would have presented on.  Do you have a list of
11  those presentations?
12    A.  So it is -- it's on my CV.  It probably
13  is buried in a way that you're not looking for
14  in there.  So I'm going to pull it up, if you'll
15  allow me to do that.  But, for instance, I
16  recently gave a talk at Midwest AAPL on
17  overvalued beliefs and conspiracy theories as
18  this is a topic that comes up frequently when
19  you evaluate -- evaluate some certain
20  populations.
21    Q.  Do you on occasion give seminar
22  discussions to attorneys in the field of
23  forensic psychiatry?
24    A.  I think it's possible there were
25  attorneys in that audience, but not specifically

Page 54

1 aimed at attorneys. I've given some to some
2 other physicians. Typically physicians.
3     Q. But those seminars would be open to
4 folks from the legal profession if they wanted
5 to attend?
6     A. They would be open.
7     Q. Have you ever done any specific
8 research on the topic of orthopedic trauma and
9 psychological harm in adolescents?
10     A. I have not.
11     Q. Have you done any research on that
12 field in general on the topic of orthopedic
13 trauma and psychological harm, whether in the
14 pediatric population or adults?
15     A. I have not.
16     Q. Have you communicated with any
17 professional colleagues about your work in this
18 case?
19     A. I don't believe I have, no.
20     Q. In other words, you haven't asked any
21 colleagues about their opinions in this matter
22 relative to your work in the case?
23     A. No, I don't believe so.
24     Q. Has anybody reviewed the report that
25 you've drafted in terms of any other

Page 55

1 professionals or colleagues, anybody like that?
2     A. No.
3     Q. Have you provided a copy of your report
4 directly to ▇▇▇▇ Kull's parents?
5     A. I have not.
6     Q. Have you had any communication with his
7 parents since the time that you completed your
8 evaluation of ▇▇▇▇?
9     A. Mrs. Kull sent me an email that I
10 believe came after that. She had a question
11 related to something about the therapist she was
12 seeing, and I told her that she needed to
13 contact Mr. Hornbaker because I -- and I thought
14 that she had erroneously asked me a question
15 when she should have been asking the -- another
16 provider.
17     Q. Do you see your role here as having
18 been retained by the Plaintiffs' attorneys,
19 meaning that any questions that the parents
20 might have of you should be directed through the
21 Plaintiffs' attorneys?
22     A. Yes.
23     Q. Do you have any plans at present to
24 evaluate ▇▇▇▇ any further?
25     A. If I were asked to, but I haven't been

Page 56

1 asked to. So no plans that I have.
2     Q. Do you have any plans to follow his
3 medical treatment going forward in the future?
4     A. Mr. Hornbaker had asked me about
5 attempting to get records from the current
6 therapist because that wasn't something that the
7 Kulls were seeking at the time I evaluated him.
8 I put a call in to that therapist and have not
9 heard back.
10     Q. But in terms of doing anything
11 independently to follow up on ▇▇▇▇s
12 condition, you don't have any plans to do that
13 yourself; is that fair?
14     A. No, no. I would -- I would only follow
15 up if another question was asked by the
16 attorneys that retained me.
17     Q. You would not seek any additional
18 information about ▇▇▇▇ Kull at this point or
19 supplement your opinions or look at anything
20 else related to his functioning unless you were
21 asked to do so by the Plaintiffs' attorneys?
22     A. Correct.
23     Q. That goes along with the idea of you
24 not establishing a physician/patient
25 relationship with ▇▇▇▇ true?

Page 57

1     A. Correct.
2     Q. You are not a treating provider for
3 ▇▇▇▇ you are not following his medical
4 condition the way that a treating provider would
5 do, fair?
6     A. That's fair.
7     Q. Have you had any conversations with any
8 of ▇▇▇▇s treating providers?
9     A. I have not had any conversations, no.
10     Q. So barring any request from the
11 Plaintiffs' attorneys to do any further work or
12 any further evaluation of ▇▇▇▇ you will not
13 know how his condition progresses in the future,
14 true?
15     A. That's true.
16     Q. And you will not provide any
17 recommendations to a treating psychiatric
18 provider who may evaluate ▇▇▇▇ in the future
19 unless you are requested to do so by the
20 Plaintiffs' attorneys, true?
21     A. That is true. That is true.
22     Q. And it sounds like ▇▇▇▇s mother at
23 one point had asked you for maybe a
24 recommendation for psychological or psychiatric
25 services, and you had to decline that request

15 (Pages 54 - 57)

Page 58

1  and ask them to work through their attorneys if
2  they wanted a recommendation; is that fair?
3      A.  I -- when I saw them at the initial --
4  at the evaluation, Mrs. Kull mentioned to me
5  that she was having difficulty finding someone.
6  And I provided her with a database that she
7  could go for her own to get more information,
8  and then I let Mr. Hornbaker know that I had --
9  that I thought that ███████ also potentially was
10 a good candidate for current treatment.
11     Q.  But you did not endeavor on your own to
12 try to find the names of any providers or give
13 any sort of referral to ██████s parents for
14 further psychiatric care, true?
15     A.  No.  That is true.
16     Q.  That's not how your role is defined?
17 Under the circumstances, you are not a treating
18 provider for this child?
19     A.  Correct.
20           MR. BURGE:  Why don't we take a
21 5- or 10-minute break.  Is that okay?
22           THE WITNESS:  Sure.
23           (A recess was taken.)
24 BY MR. BURGE:
25     Q.  Dr. Copley, we're going back on the

Page 59

1  record.  Are you ready to continue?
2      A.  I'm ready.
3      Q.  Do you maintain hospital privileges at
4  the Wexner Medical Center there at Ohio State?
5      A.  It's not the way you think of it.  I'm
6  part of the staff there.
7      Q.  Can you admit patients to the hospital?
8      A.  I could.
9      Q.  But they don't grant -- I don't know
10 how it works, but it doesn't sound like they
11 grant the same type of privileges or it's a
12 different type of privilege?
13     A.  It is.  It's semantic.  Because I'm a
14 Fellow, if I was there and wanted to admit
15 somebody, see somebody, say, in the emergency
16 room there, that would be fine.  However, as a
17 private practice person, usually that
18 question -- people mean can I just call somebody
19 and get this person admitted?  I would have a
20 person go to the emergency department, which is
21 actually how every other psychiatrist in central
22 Ohio is going to do it.
23     Q.  Okay.
24     A.  It's not the same as what -- the
25 classical idea about hospital privileges.

Page 60

1      Q.  So if you see a patient, for instance,
2  in an outpatient setting as part of your
3  clinical duties and you believe that patient has
4  an emergent psychiatric need, you have to tell
5  them to go to the emergency department to seek
6  admission that way?
7      A.  That's true, and I would make a phone
8  call and we would arrange for a safe transport.
9  And I would work with the intake group in the
10 emergency department, which is just the local
11 standard of how things happen.
12     Q.  Just out of my own curiosity, so in
13 that situation, is the patient admitted by a
14 hospitalist or some other specialty?
15     A.  They would be admitted typically by a
16 psychiatrist who is usually on call, and I might
17 call and speak with that psychiatrist or call
18 and speak with that emergency room physician or
19 even the social worker on the intake team.  I
20 try to maintain good relationships with all
21 those folks.
22     Q.  Okay.  But you would not have the
23 ability to actually order the admission of a
24 patient in that circumstance?  You would have to
25 coordinate with the on-call psychiatrist,

Page 61

1  whoever is on duty at the hospital?
2      A.  That is true.
3      Q.  Would you ever follow one of your
4  patients in the hospital, or would that be done
5  by the psychiatric service there at the
6  hospital?
7      A.  That would be done by the psychiatric
8  service at the hospital, who would keep me in
9  the loop.  I would tend to consult.  We would
10 stay in contact so that we could provide each
11 other information for continuity.
12     Q.  Do you provide any counseling or
13 therapy services yourself?
14     A.  I do.
15     Q.  Do you provide any psychotherapy?
16     A.  You're going to have to define that for
17 me.  People see that very differently.
18     Q.  Well, I mean, that's what --
19     A.  I bill for therapy services, yes.
20           (Reporter clarification.)
21     A.  I apologize.  I bill for therapy
22 services when I am providing psychiatric care at
23 times, yes.
24 BY MR. BURGE:
25     Q.  Well, and the reason I ask is I have

16 (Pages 58 - 61)

Page 62

1    heard people make that distinction I think that
2    you're referring to.  Psychotherapy can be, I
3    think, a term of art or --
4        A.  I think --
5        Q.  But you do -- go ahead.  I'm sorry,
6    Doctor.
7        A.  I apologize.  No, go ahead.
8        Q.  Well, no.  You were starting to explain
9    that and I am curious about that.
10       A.  So I provide what's called evaluation
11   and management services, so that's the typical
12   thing that you think of physicians doing, that
13   they are providing medications, ordering labs,
14   doing evaluations, doing physical exams, things
15   like that.  But I also sometimes will bill for
16   psychotherapy services, and that could be
17   anything from I'm trying to provide that patient
18   with some additional support to we're working in
19   a particular area on a particular problem, we're
20   doing cognitive behavioral therapy, we're doing
21   a certain -- we're doing a certain thing.  It
22   really depends.
23       Q.  Do you provide what I'll kind of
24   generically refer to as talk therapy, or maybe
25   what a layperson would generally think of as

Page 63

1    therapy services?
2        A.  Talk therapy, did you say "talk"?
3        Q.  Correct.
4        A.  Yes, I provide some of that.
5        Q.  Okay.  For instance, you know, I know
6    those sessions are often done in 45- to
7    50-minute sessions where a client will come in
8    and engage in that type of therapy service.
9    That's not what I would call, technically,
10   medically related.  It's more psychological
11   counseling.  Do you provide that type of
12   service?
13       A.  I have.  Currently what I tend to do is
14   I'll see patients for, say, a 30-minute
15   appointment, and a portion of that appointment
16   is kind of allocated as both, which is the state
17   of private practice and psychiatry right now.
18       Q.  Is your objective, though, as a
19   psychiatrist primarily centered on the medical
20   cause of a psychiatric complaint and the
21   treatment of that medical cause?
22       A.  It is.
23       Q.  So in terms of, say, deeper counseling
24   therapy, would you refer a patient for that type
25   of service to a psychologist?

Page 64

1        A.  I would refer them to a psychologist
2    or -- in Ohio, there are licensed professional
3    counselors and social workers.  It really
4    depends on the type of services that I want to
5    see them get.
6        Q.  But at any rate, you would refer a
7    patient for those more specialized therapy
8    services to a different provider?
9        A.  That's true.
10       Q.  Have you yourself ever been named as a
11   defendant in a lawsuit?
12       A.  I have not.
13       Q.  Have you ever been disciplined by a
14   state medical board for any reason, whether
15   that's a reprimand, censure, anything like that?
16       A.  I have not.
17       Q.  You are -- remind me again.  I don't
18   have your CV up right now.  But you are Board
19   certified in what specialties?
20       A.  I'm Board certified in child and
21   adolescent psychiatry, general or adult
22   psychiatry, and in addiction medicine.
23       Q.  And was there testing required for each
24   of those certifications?
25       A.  There was.

Page 65

1        Q.  And did you pass your testing on the
2    first attempt?
3        A.  I did.
4        Q.  I'm going to share screen here, and I
5    want to get into more details on your report.
6    And let me just do that here.  I may at times,
7    Doctor, refer back to what I've been calling
8    your draft report, Exhibit 5, but your final
9    report is what we've labeled as Exhibit 6.  And
10   again, this is the one dated January 24, 2025,
11   correct?
12       A.  That is correct.
13       Q.  Now, just beginning with your sources
14   of information -- well, actually, let me start
15   with the consultation question.  So you state
16   here that you were retained to determine if
17   ▇▇▇▇ Kull suffered emotional harm from the
18   injury occurring on September 23rd, 2021.  And
19   if so, the extent that he has been impacted.
20       Is it fair to say that your scope is
21   actually broader than that, and what you are
22   truly evaluating is the harm that ▇▇▇ has
23   suffered or that you allege that he has suffered
24   based on his later treatment, his complications,
25   his course of medical care from September 23,

17 (Pages 62 - 65)

1  2021 going forward?
2     A.  That's -- that's true.  I would call
3  that part of the extent that he has been
4  impacted from that injury.
5     Q.  What is the injury that you believe
6  occurred on September 23, 2021?
7     A.  So as I was given information, he was
8  on a trampoline, came off of it, landed funny on
9  his arm -- I hesitate to use more specific
10  language than that -- and that he ended up
11  seeking medical care for.
12     Q.  Okay.  Are you assuming for purposes of
13  your report that there was an acute injury that
14  happened on September 23rd of 2021 that then
15  necessitated further medical care over the
16  course of a couple of years?
17     A.  I am assuming that.
18     Q.  Do you have any opinion as to what type
19  of injury occurred on September 23 of 2021?
20     A.  I have an opinion about his mental
21  health status only, so I have no opinion about
22  the physical injury.  I want to clarify your
23  question, I think.
24     Q.  So in terms of the anatomical or
25  pathophysiological injury that may have occurred

1  on September 23, 2021, you're not going to be
2  offering an opinion at trial as to the nature
3  and extent of that injury; is that fair?
4     A.  Of the physical injury, correct.
5     Q.  And along those same lines, I'm
6  assuming that you are not offering any standard
7  of care opinions relative to the medical care
8  and treatment that ██████ Kull received at any
9  point in time; is that true?
10     A.  That is true.
11     Q.  And along those same lines, you are not
12  offering opinions on what we sometimes refer to
13  as causation?  So to the extent that deviations
14  from the standard of care caused or contributed
15  to physical injury, you're not offering any
16  opinions in that respect, true?
17         MR. CLARK:  Objection.  Form.
18     A.  That is true.  Excuse me.
19  BY MR. BURGE:
20     Q.  You're also not offering any opinions
21  with respect to how any alleged deviation from
22  the medical standard of care might have caused
23  or contributed to ██████'s psychological harm,
24  true?
25     A.  Could you repeat that?  I want to make

1  sure I understand your question.
2     Q.  Sure.  You are not offering any
3  opinions with respect to how any alleged
4  deviations in the medical standard of care might
5  have caused or contributed to ██████s
6  psychological harm, true?
7     A.  True.  I'm offering only opinions on
8  the impact of his current physical state and its
9  history, not whether or not that was the
10  standard of care.
11     Q.  Right.  Your goal here was to
12  objectively review the overall status of his
13  physical condition and how that has impacted
14  ██████ psychologically, fair?
15     A.  That is fair.
16     Q.  And for purposes of your opinions, you
17  were not provided, from what I can tell, with
18  any records discussing ██████s previous arm
19  fracture that occurred in February of 2018; is
20  that true?
21     A.  I was provided with information from
22  Irwin Army Community Hospital, which I believe
23  makes mention in those records that he had a
24  history of a fracture, but I wasn't provided
25  with any information from the treatment of that

1  prior fracture when he was younger.
2     Q.  You were not provided with any
3  information that specifically detailed the
4  nature or description of the arm fractures that
5  ██████ suffered in February of 2018; is that
6  true?
7     A.  That is true.
8     Q.  You were not asked to consider, for
9  example, how those fractures and his recovery
10  from that condition might have caused or
11  contributed to his current psychological status,
12  true?
13     A.  Not specifically, no.
14     Q.  You were also not asked to consider
15  whether any type of preexisting physical injury
16  was present at the time of this event on
17  September 23rd of 2021 with respect to that
18  right arm, true?
19     A.  That is true.
20     Q.  You were not asked to consider whether
21  ██████s course of medical treatment would have
22  been the same regardless of when this injury in
23  September of 2021 was diagnosed, true?
24     A.  That is true.  I was not asked to
25  consider that.

Page 70

1  Q.  In other words, you were not asked to
2  consider whether ████'s surgical needs
3  subsequent to September of 2021 might have been
4  due to the injury he suffered in 2018, true?
5        MR. CLARK:  Objection.
6  Relevance.  You can answer the question,
7  Dr. Copley.
8    A.  Thank you.  I was not asked to consider
9  that, no.
10 BY MR. BURGE:
11   Q.  Specific information regarding the
12 nature of that arm fracture in 2018, his
13 recovery from that fracture and any impact it
14 had on his physical abilities or psychological
15 status is not information that was provided to
16 you by the Plaintiffs' attorneys, true?
17   A.  I am aware that he had it because his
18 mother told me, but -- so you could say that was
19 provided to me, but I don't have any of that
20 data from another source.
21   Q.  You were not provided with any of the
22 medical records surrounding his care and
23 treatment for the previous fracture, true?
24   A.  That is accurate, yes.
25   Q.  And all information that was provided

Page 71

1  to you in terms of records in the case were
2  provided by the Plaintiffs' attorneys, true?
3    A.  That is true.
4    Q.  Now, you were provided, in addition to
5  the medical records, expert opinions from other
6  experts that have been retained by the
7  Plaintiffs in this matter, true?
8    A.  I was, yes.
9    Q.  And those are reports that deal with
10 topics of standard of care and causation from a
11 medical standpoint.  And we can agree those are
12 irrelevant for purposes of your opinions, true?
13   A.  We can agree, yes.
14   Q.  But yet they were provided to you, and
15 I'm assuming you did review those reports as
16 part of forming your opinions in this case?
17   A.  I reviewed those reports, and they are
18 part of my understanding of his physical injury
19 just like the medical records are.
20   Q.  Now, at this point, you have not been
21 provided, for example, with a copy of the report
22 from the Defendants' pediatric orthopedist in
23 this case, true?
24   A.  That is true.
25   Q.  And do you have any intention of

Page 72

1  requesting copies of the expert reports that may
2  be filed on behalf of the Defendants in this
3  matter?
4    A.  I don't have any intention of
5  requesting any expert reports that don't relate
6  to the mental health or psychiatric situation
7  for this child.
8    Q.  Do you agree that in performing an
9  objective review concerning your scope of
10 obligations in this matter, that there was no
11 reason for you to have been provided with copies
12 of expert reports that deal with the standard of
13 care or causation among other specially-retained
14 experts on behalf of the Plaintiffs?
15   A.  I actually don't have any opinion on
16 that.  I felt obligated to list them because I
17 did review them.
18   Q.  You did review those reports which, of
19 course, are critical of providers in this
20 matter, but you have not been provided with any
21 reports that would support the care and
22 treatment rendered by Defendants in this action,
23 true?
24   A.  That is true.
25   Q.  And you have not been provided with any

Page 73

1  information from defense experts that would
2  suggest that ████'s injury in September of
3  2021 preexisted and was the result of the
4  fracture that he suffered in 2018, true?
5    A.  I was provided with information that
6  there is another expert just in a discussion,
7  but I haven't seen that report.
8    Q.  And you are not offering any opinions
9  in this case, of course, as to whether the
10 surgical procedures that ████ underwent
11 subsequent to 2021 would have been required no
12 matter whether there was a diagnosis made in
13 September of 2021 or not; is that fair?
14   A.  That is correct.
15   Q.  Doctor, just for the jury's benefit, of
16 course, you are a medical doctor, but you do not
17 have specific training in orthopedics and
18 surgical care and treatment; is that fair?
19   A.  That's fair.
20   Q.  I've highlighted a few things in your
21 report.  Some of this we've already covered, but
22 again, I did highlight there that you
23 specifically informed ████'s parents that you
24 are not establishing a doctor/patient
25 relationship with ████ is that true?

19 (Pages 70 - 73)

Page 74

1   A.  I informed his mother.  She was the one
2   present, yes.
3   Q.  In fact, you would not refer to ▮▮▮▮
4   as a patient for purposes of your evaluation
5   here, true?
6   A.  That's correct.  I refer to him as an
7   evaluee.
8   Q.  Now, you note in your history in
9   speaking with the family that ▮▮▮▮ and his
10  family had moved multiple times during his
11  lifetime because of his father's service in the
12  US Army, true?
13  A.  That's true.
14  Q.  I believe I counted that at the time of
15  your evaluation, the family had moved, I
16  believe, five times during ▮▮▮▮'s lifetime?
17  A.  I would have to count it up, too, but
18  they have moved multiple times, yes.
19  Q.  Did you endeavor to perform any review
20  of the medical literature regarding the
21  psychological impact that that type of
22  disruption can have on a child?
23  A.  I didn't look specifically for the
24  impact of moving.  I -- yeah, I'm going to leave
25  it there.  I've seen articles about military

Page 75

1   families I've read for other reasons for that.
2   Q.  Do you agree that there are studies
3   that examine the psychological impact or harm on
4   children who are required to move frequently or
5   disrupt the stability of their family home life
6   on a regular basis?
7   A.  I don't agree because I wouldn't
8   profess that I know for certain that that's
9   true.
10  Q.  And that's not a topic that you
11  endeavored to specifically research in reaching
12  your opinions in this matter; is that true?
13  A.  That's true.
14  Q.  Based on your education and training,
15  however, though, are you aware that some
16  children do suffer psychological impact or harm
17  when their family environment or their home is
18  disrupted frequently?
19  A.  I'm aware of that, yes.
20  Q.  You note that ▮▮▮▮ was in the sixth
21  grade at the time of your evaluation and he was
22  performing very well academically; is that fair?
23  A.  That's accurate.
24  Q.  ▮▮▮▮ does not seem to have any
25  issues with academic performance that might be

Page 76

1   related to his injury; is that fair?
2   A.  I believe that's fair, yes.
3   Q.  He functions well above average in all
4   major categories of academics, true?
5   A.  According to his grade scores, yes.
6   Q.  And that's reflected also on the
7   testing that was performed, I believe, in the
8   spring of 2025 that I've identified as an
9   exhibit?
10  A.  I will believe you on the date for it,
11  but the testing I had related to his academic
12  year that was standardized by the school, yes.
13  Q.  In fact, ▮▮▮▮'s parents described to
14  you that he was bored with the current
15  curriculum and that they were looking for ways
16  to motivate him more on the academic side; is
17  that fair?
18  A.  That's fair.
19  Q.  One of the potential options I think
20  identified by the mother was moving ▮▮▮▮ more
21  in the direction of STEM resources or STEM
22  camps, that sort of thing; is that right?
23  A.  That's true, she had mentioned that to
24  me as an option.
25  Q.  Based on your evaluation of ▮▮▮▮ do

Page 77

1   you agree that that, in fact, would be a good
2   alternative for him to stimulate more of his
3   academic process?
4   A.  I think if she can find a good
5   resource, that would be potentially helpful,
6   yes.
7   Q.  Do you agree that that, in fact, might
8   help ▮▮▮▮ replace part of his identity
9   associated with athletics if he finds a stronger
10  place, say, in the STEM community?
11  A.  I think that could be true, yes.
12  Q.  That might provide him with a
13  productive outlet for his talents and his
14  interests?
15  A.  It may.
16  Q.  And that might help to mitigate some of
17  his physical limitations with respect to playing
18  sports, that sort of thing?
19  A.  I want to clarify, I don't think that's
20  going to help him play sports better.
21  Q.  That was a poor question.  Let me
22  rephrase that.
23  If ▮▮▮▮ becomes involved more with
24  STEM resources, STEM camps, things like that,
25  that might help him to mitigate some of the

20 (Pages 74 - 77)

Page 78

1  psychological loss associated with not being
2  able to participate in physical activities?
3      A.  Yes, it may.
4      Q.  This section of your report, I know
5  that you reviewed the vocational assessment
6  that's been performed of ███████ as well as some
7  of the expert reports that we've identified.
8  You make a statement here: "███████ followed up
9  four days later and the NP did not diagnose the
10  dislocation."
11     A.  Uh-huh.
12     Q.  That is not a statement that you
13  arrived at on your own; is that fair?
14     A.  I saw in the medical records where it
15  says there is no dislocation.
16     Q.  What I'm getting at here is you are not
17  taking a position or offering an opinion as to
18  whether a dislocation existed at that point in
19  time?
20     A.  That is accurate.
21     Q.  So this statement where it says the NP
22  did not diagnose the dislocation must be
23  something that is lifted from another report
24  because that is not your opinion, correct?
25     A.  That is not correct.  There was -- the

Page 79

1  NP did not diagnose a dislocation.
2      Q.  Well, ma'am, that is a medical opinion
3  on a biological or an anatomical status.  And
4  what I'm getting at here is are you going to go
5  in front of the jury and testify that a provider
6  did not diagnose this dislocation at this point
7  in time?
8      A.  I would go in front of a jury and say
9  that according to the documentation from the NP
10  at that visit, no dislocation was diagnosed.
11     Q.  Okay.  That's different from saying
12  that the NP did not diagnose a dislocation that
13  was present, fair?
14            MR. CLARK:  Objection.
15  Argumentative.
16  BY MR. BURGE:
17     Q.  You can answer.
18            MR. CLARK:  You can answer the
19  question.
20     A.  I'm not -- I'm not implying -- I'm not
21  attempting to imply or state here that there was
22  a dislocation present because I have no opinion
23  on that.  All I am saying is a dislocation was
24  not diagnosed at that time.
25  BY MR. BURGE:

Page 80

1      Q.  A dislocation was not identified at
2  that time; is that fair?
3      A.  Or diagnosed, yes.
4      Q.  Well, "diagnosis" is a term of art.
5  That's a decision that is made by a medical
6  provider, that a condition exists, correct?
7      A.  Correct.
8      Q.  And you are not, even as a medical
9  doctor in this matter, going to come and tell
10  the jury the NP failed to diagnose a
11  dislocation, true?
12     A.  That's accurate, yes.
13     Q.  You note in past medical history that
14  ███████ has struggled intermittently with
15  enuresis and encopresis since the time of toilet
16  training, meaning since the time that he was a
17  young boy?
18     A.  That is true.
19     Q.  (Cut out) -- these conditions can be
20  associated with psychological stress or
21  dysfunction; is that fair?
22     A.  I missed the first part of that.  You
23  cut out.  Could you repeat it, please?
24     Q.  Sure.  Both of those conditions can be
25  associated with psychological stress or

Page 81

1  dysfunction, true?
2      A.  That is true.
3      Q.  And those conditions preexisted
4  anything having to do with the alleged injury in
5  September of 2021, true?
6      A.  That is true.
7      Q.  The majority of the time -- well,
8  strike that.
9         Have you had occasion to treat
10  pediatric or adolescent patients with either
11  enuresis or encopresis?
12     A.  I have.
13     Q.  Have you found in your clinical
14  experience that the majority of the time, those
15  conditions are somehow tied to a psychological
16  stressor?
17     A.  I want to clarify.  Tied or caused by?
18     Q.  Well, let's use "caused by" for that
19  question.  Have you found in your clinical
20  experience that those conditions are often
21  caused by a significant psychological stressor?
22     A.  Not necessarily.  Actually, there's a
23  familial component to these conditions.
24     Q.  Okay.  Are they sometimes caused by a
25  significant psychological stressor?

21 (Pages 78 - 81)

Page 82

1    A.  Sometimes.
2    Q.  Did you see anything in your review of
3  records or your interview with the parents that
4  there was any family or biological history of
5  this condition with either parent?
6    A.  I got some information from Mrs. Kull
7  that suggested that may have been part of
8  Mr. Kull's history, but I couldn't verify that
9  either with him or get more information about
10  that.
11    Q.  Okay.  So this condition that
12  preexisted the events in question here with
13  respect to ███████ could be caused either by a
14  biological component, a psychological stressor,
15  or some combination of both?
16    A.  Or there are other potential causes of
17  these as well.
18    Q.  Did you attempt in your evaluation to
19  determine if there was some significant
20  psychological stressor that had resulted in
21  ███████ having this preexisting condition?
22    A.  I attempted to by getting more history
23  about this.
24    Q.  Did you reach any conclusion as to what
25  the cause of those preexisting conditions might

Page 83

1  be?
2    A.  I got information that he had had this
3  difficulty intermittently, which would suggest
4  to me that it was a developmental component.
5  But I -- and I was not able to find a clear
6  psychological stressor causing these conditions.
7    Q.  Do you sometimes see these types of
8  conditions, enuresis and encopresis, in children
9  that have significant family disruptions at a
10  young age?
11    A.  I have seen that, yes.
12    Q.  You note that ███████ was diagnosed
13  with asthma in 2023 and that he's taking Advair
14  daily to treat that.  Do you agree that asthma
15  can have an effect on an adolescent who has a
16  desire to engage in athletic activities?
17    A.  I would agree to that, yes.
18    Q.  And it may make engaging in athletic
19  activities more difficult or, in some cases, not
20  possible?
21    A.  That is possible, yes.
22    Q.  What I have highlighted here is just a
23  reference to that MAP growth testing that I
24  think is part of your file.  And again, ███████
25  scored well above average on that testing,

Page 84

1  correct?
2    A.  He did.
3    Q.  I had highlighted again here family
4  information regarding the father's deployment.
5  I think I've already asked you about that.  But
6  there were a number of times throughout
7  ███████s adolescence that his father was
8  required to be deployed as part of his military
9  service, correct?
10    A.  Correct.
11    Q.  And some of those deployments lasted
12  for significant periods of time; do you agree?
13    A.  I would.
14    Q.  Now, you note here as part of the
15  history that presently, ███████ does not eat
16  dinner with his family and that he's allowed to
17  play video games for most of the evening when he
18  gets home from school until he goes to sleep; is
19  that correct?
20    A.  That was what was reported to me when I
21  saw him, yes.
22    Q.  And that was significant enough to you
23  as an evaluator to include that in your history
24  and your report, true?
25    A.  True.

Page 85

1    Q.  Now, in spite of that, you also note
2  that ███████ doesn't have any difficulties with
3  appetite or sleep, which can sometimes be
4  indications of possible depression; is that
5  true?
6    A.  That is true.
7    Q.  In fact, we'll look at your notes here
8  in just a moment, but it's not your opinion that
9  ███████ suffers from any sort of depressive
10  disorder, true?
11    A.  At the time I evaluated him, that is
12  correct.
13    Q.  ███████ is able to enjoy and engage in
14  activities?  For instance, you note that his
15  father described taking him to a football game
16  where he was very happy and was able to engage
17  in that activity?
18    A.  That was true.
19    Q.  You also note that ███████ enjoys
20  playing board games and is good at charades,
21  correct?
22    A.  That's true, per the report of father.
23    Q.  Now, you talk about some of the
24  struggles that ███████ is having presently in
25  school with bullying concerning his disability,

22 (Pages 82 - 85)

Page 86

1    but you also note that ████ may have done a
2    few things to bring some of those comments on
3    himself with some of the -- well, strike that.
4         You note here that ████ may have
5    disclosed a crush that was meant to be secret
6    and that some of his peers may have bullied him
7    because of that; is that correct?
8         A.  I noted that there was a situation
9    around this.  That wasn't the content of the
10   bullying.
11        Q.  There was some suggestion that there
12   may be occasions where ████ brings some of
13   this bullying on himself based on the reports of
14   his parents; is that true?
15        A.  That's true.
16        Q.  And whether that is done for attention
17   or some other reason, it is a phenomenon that is
18   happening from time to time based on the reports
19   of the parents?
20        A.  That is their opinion of what was
21   happening, yes.
22        Q.  I did not see a specific opinion stated
23   in your report as to whether you feel that
24   ████ would continue to benefit from being in
25   a traditional school environment versus being

Page 87

1    homeschooled.  And do you have an opinion in
2    that respect?
3         A.  I do not have an opinion in that
4    respect.
5         Q.  Do you believe that he would have a
6    better social outcome if he remains in a
7    traditional school environment that maybe
8    provides more of an academic challenge?
9         A.  Do I -- you're asking me to provide an
10   opinion.  I think that parents choose to
11   homeschool their kids or not based on many
12   things.  I would like to see, no matter where
13   he's schooled, that he be able to have a social
14   outlet and be well-academically challenged.
15        Q.  You would like to have -- you would
16   like to see ████ have a regular social
17   outlet?
18        A.  Yes.
19        Q.  You believe that he would benefit from
20   having that sort of outlet?
21        A.  I believe most kids would, yes.
22        Q.  And if he is homeschooled, he may lose
23   some access to that social outlet?
24        A.  That would be possible, depending on
25   the arrangements made by any family that's

Page 88

1    homeschooling their child.
2         Q.  That would probably require a more
3    proactive approach from his parents to make sure
4    that ████ maintains adequate social outlets
5    if they decide to homeschool him, correct?
6         A.  I would anticipate that, yes.
7         Q.  And that would be a recommendation that
8    you would probably make to his parents, that
9    they be sure to maintain an adequate social
10   outlet if they elect to homeschool him?
11        A.  If I were treating him, that
12   potentially would be such a recommendation.  I
13   would hope his treatment providers would have
14   that discussion with them.
15        Q.  Again, I highlighted a few items here
16   that we've touched on already, but it appears
17   that ████ may be engaging in relatively bad
18   behavior to seek attention; is that fair?
19        A.  Relatively, yes.
20        Q.  That's not something that is
21   necessarily uncommon with children his age
22   regardless of his physical limitations; is that
23   fair?
24        A.  That's fair.
25        Q.  Adolescent boys often do things to seek

Page 89

1    attention even if it's negative attention?
2         A.  Adolescents do that many times.  They
3    figure out how to get attention.
4         Q.  Now, you talk historically how ████
5    had used sports as a stress reliever and the
6    emotional consequences that have resulted from
7    his inability to engage in some of those
8    traditional activities.  Again, could some of
9    that stress relief be lessened if ████ finds
10   academic outlets or camps or things like that
11   where he can engage in some of his talents and
12   skills?
13        A.  Perhaps, yes.
14        Q.  Is there any indication that you saw in
15   the medical records that ████ is not allowed
16   to run?
17        A.  I don't recall specifically that
18   restriction being placed.  I was given a list of
19   restrictions from Mrs. Kull and talked to
20   Mr. Kull about those as well, that they told me
21   they had been given.  I don't recall seeing a
22   specific medical record about it.
23        Q.  But you haven't seen a specific
24   restriction from a medical doctor who has
25   advised that ████ should not run or not hike

23 (Pages 86 - 89)

1  or do activities along those lines, fair?
2      A.  That's fair.  I'm not clear what
3  restrictions he's absolutely been given.
4      Q.  So from your understanding, at least
5  from what you've seen, ███ should be able to
6  go out jogging, if he would like, or go on hikes
7  or do things like that with his family?
8      A.  I have no comment or no -- no opinion
9  about that.  That's up to his orthopedist.
10     Q.  If ███ is allowed to do those types
11 of activities, jogging, hiking, et cetera, that
12 would be another potential outlet or stress
13 reliever that he could engage in, fair?
14     A.  Potentially.  Potentially, yes.
15     Q.  You did a review of systems with
16 respect to your evaluation of ███ is that
17 true?
18     A.  I did a psychiatric review of systems,
19 yes.
20     Q.  You did not do a physical examination
21 of ███ correct?
22     A.  I asked him to take his brace off so I
23 could see it.  But other than that, no, I didn't
24 listen to his heart or lungs or anything like
25 that.

1      Q.  You did not test range of motion in his
2  right arm during your evaluation, true?
3      A.  I asked him to lift his arm and show me
4  how much he could move it because I wanted to
5  understand its mobility.
6      Q.  But you did not attempt yourself --
7  well, strike that.
8          You asked him to engage in passive
9  movement of his arm, of which you observed,
10 true?
11     A.  That is accurate, yes.
12     Q.  But you did not attempt to perform any
13 type of other further physical evaluation of his
14 range of motion in the right arm?
15     A.  That is true.
16     Q.  I highlighted this part here because I
17 took this to mean when I read it that there may
18 be some things that ███ is fully capable of
19 doing physically, but that he sometimes uses his
20 arm as an excuse not to do them; is that fair?
21         MR. CLARK:  Objection to form.
22     A.  That was how I --
23         MR. CLARK:  Objection to form,
24 foundation.  Go ahead.
25     A.  I don't know what "objection, form,

1  foundation means."  Sorry.
2          MR. CLARK:  You can answer the
3  question.  I'm sorry, Doctor.
4      A.  Thank you.  That was how I understood
5  it from his mother, there were times he would
6  bring up his arm.
7  BY MR. BURGE:
8      Q.  Even though these sound to be like
9  activities that his mother felt that ███
10 should be able to do, but was making an excuse
11 not to do them because they just weren't fun or
12 what have you?
13     A.  That was how I understood it from
14 Mrs. Kull, yes.
15     Q.  I highlighted here that when you talked
16 with the mother, there was discussion about
17 attempts to seek mental health assistance for
18 ███ and they were unsuccessful in doing
19 that.  Do you know what state they were in when
20 those attempts were made?
21     A.  It was my understanding that they were
22 still in Kansas at that time.
23     Q.  Do you know if those attempts were made
24 to seek counseling services through covered
25 services based on what their insurance provides

1  through the military, or were there attempts to
2  look for outside sources, other private sources?
3      A.  I am not sure what sources they had
4  attempted.
5      Q.  When you did your evaluation in
6  December of 2024, had there been any recent
7  attempt by the family to seek psychological
8  counseling for ███?
9      A.  In December, 2024 when I saw them in
10 person?
11     Q.  Correct.
12     A.  To my knowledge, no.
13     Q.  That's something that you recommend,
14 though, as part of your evaluation, correct?
15     A.  I gave information about it, yes.
16     Q.  I mean, that's something that you would
17 like to see ███ undergo because you believe
18 it would be of benefit to him?
19     A.  That is true.
20     Q.  And as far as you knew, at least in
21 December of 2024, his parents had not yet taken
22 steps to try to find a mental health provider to
23 address some of those concerns, fair?
24     A.  As far as I was aware, yes, that's
25 fair.

24 (Pages 90 - 93)

Page 94

1    Q.  I highlighted here that you were
2    advised that ████ was likely going to need
3    another surgery in 2025.  There's actually been
4    some question about that in this case about when
5    that may or may not occur.  Do you recall what
6    was described to you in terms of that procedure
7    that might be needed this year?
8    A.  All that was explained to me was that
9    another procedure would be needed, not the
10   specifics about what it would entail.
11   Q.  Was there any particular time frame
12   that was described to you at that point in time?
13   A.  I asked the general question when will
14   that happen, and the answer I got was sometime
15   next year.
16   Q.  I highlighted this statement here that
17   apparently came from ████ when you were
18   interviewing him, that he was glad to not have
19   to do wrestling anymore.  Can you provide me
20   with any further description of that statement?
21   A.  Sure.  So he explained to me initially
22   that he was glad he didn't have to do wrestling
23   or -- and then went off and talked about how
24   much he was interested in football.  As specific
25   to is there something about wrestling, I was

Page 95

1    unsure at the time and then followed up with his
2    mother later about it.
3           THE REPORTER:  Excuse me.
4    Mr. Hornbaker is in the waiting room.  Let me
5    let him in.
6           (Mr. Hornbaker's appearance via
7    Zoom is noted.)
8           MR. NICESWANGER:  We've been
9    going about another hour.  Do you want to take a
10   quick break?
11          MR. BURGE:  Sure, let's do that.
12          (A recess was taken.)
13          MR. BURGE:  Let's go back on the
14   record.
15   BY MR. BURGE:
16   Q.  Doctor, you're still muted.
17   A.  My bad.  Hello.  Welcome.
18   Q.  Okay.  Let's go back on the record.
19   I'm going to go back and share screen here.
20   And, Doctor, before we go back to your final
21   report, this actually, I think, is a good time
22   to cover a few of your notes here.  But one
23   thing I meant to ask, when you did your
24   evaluation on December 7th, you noted that that
25   was conducted for two hours at a public library

Page 96

1    branch in the Cincinnati area; is that correct?
2    A.  That's true, in a conference room
3    closed up.
4    Q.  All right.  During that two hours, were
5    you exclusively focused on your evaluation of
6    ████?
7    A.  I obtained some historical information
8    from mom during that time, but spent most of
9    that time talking to ████ and observing
10
11   Q.  And the reason I ask is I know that you
12   interviewed both mother and father later on, and
13   I didn't know how much of your time on December
14   7th was spent interviewing mother.
15   A.  I would have a hard time giving you an
16   exact number.  My guess would be perhaps a half
17   hour of that talking to mom, perhaps.
18   Q.  Okay.  When you were evaluating
19   ████ was mother present in the room the
20   entire time?
21   A.  Mother was present for most of the
22   time.  She stepped out to go to the bathroom at
23   one point, as I recall, and he and I talked a
24   little bit during that time.
25   Q.  And I should have asked a little bit

Page 97

1    different question.  Was there any point in your
2    evaluation where you wanted to exclusively talk
3    to ████ without the presence of a parent?
4    A.  I did not do that.  I didn't feel the
5    need to do so.  He was talking to me just fine.
6    Q.  And were both parents present or only
7    mom?
8    A.  It was just his mother, Mrs. Kull.
9    Q.  And then you talked to both parents
10   separately on December 17th for one hour each?
11   A.  That is true.
12   Q.  Actually, I'm sorry.  You talked with
13   dad for -- you talked with dad on a second
14   occasion on January 18 for 40 minutes as well?
15   A.  I talked to both mother and father
16   separate to this evaluation, but separate to
17   each other as well.
18   Q.  I'm looking at your report.  It looks
19   like you had a second conversation with dad on
20   January 18 for 40 minutes; is that correct?
21   A.  I'm going to go back and check the
22   date.  The bulk of the time that I spoke with
23   him was via the phone.
24   Q.  Oh, you know what?  I got that
25   backwards.  That's my fault.  It was mother --

25 (Pages 94 - 97)

Page 98

1      A.   It was mom.
2      Q.   -- that you spoke with twice.
3      A.   Correct, correct.
4      Q.   I need to read their names a little
5  more closely.
6      A.   Yeah, I've only talked to
7  Lieutenant Colonel Kull once.
8      Q.   Was there a reason that you talked with
9  the mother a second time?
10     A.   I wanted to speak with mother without
11  █████ present to ask some questions that I'm
12  not sure █████ had information about or
13  that -- I'm always careful to do that.
14  Sometimes there's family history that a parent
15  doesn't want to share in front of a child, so I
16  always try to do that when I can.
17     Q.   Well, the reason I ask is it looks like
18  you had an initial telephone call with mother on
19  December 17th, so about 10 days after the
20  evaluation?
21     A.   Uh-huh.
22     Q.   That call was for one hour.  And then
23  you had a second call with mother on January 18,
24  2025, for 40 minutes.
25     A.   Uh-huh.

Page 99

1      Q.   Was the first call with mother on
2  December 17th just you talking to her?
3      A.   Yes.  I've never talked to the parents
4  both simultaneously.
5      Q.   Okay.  And does that help refresh your
6  memory about why you had two separate telephone
7  calls with mother?
8      A.   I felt that there was more information
9  to glean, which is why I talked to both parents
10  later.
11     Q.   Well, you only talked -- at least
12  according to your report, you only talked to dad
13  on the one occasion, on December 17th.
14     A.   Uh-huh.
15     Q.   Do you remember what additional
16  information you were looking for when you spoke
17  to mother on January 18?
18     A.   Hold on.  I don't remember specifically
19  wanting to know a specific thing, other than I
20  recall speaking with her to get an update.
21     Q.   Do you recall what --
22     A.   No, please.  Go ahead.
23     Q.   Do you recall what that update
24  concerned?
25     A.   So one of the things I wanted to

Page 100

1  understand is I hadn't yet, as I recall, gotten
2  ahold of school records.  There was a delay in
3  being able to get those, and so I also -- I
4  recall wanting to speak with her about that.
5  But I don't recall a specific thing, like I must
6  call for a certain reason.
7      Q.   Exhibit 5 is what we've identified as
8  what I'm calling your draft report, although
9  that's not necessarily what it is.  I'm just
10  referring to that for ease of reference.
11     A.   Sure.
12     Q.   But I wanted to scroll down to your
13  psychiatric symptom review, and we touched on
14  this near the beginning of your deposition and
15  now is where I want to cover it in just a little
16  bit more detail.
17          But from what I understand, or at least
18  from what it looks like here, there were a
19  number of potential psychiatric conditions that
20  you considered when evaluating █████ is that
21  fair?
22     A.   That is fair.
23     Q.   By the way, you did not make a medical
24  diagnosis of any psychiatric condition relative
25  to █████ in your evaluation; is that true?

Page 101

1      A.   That is not true.
2      Q.   Okay.  We'll come back to -- well,
3  without having a physician/patient relationship,
4  do you believe that it is appropriate to make a
5  medical diagnosis of a child that you are
6  evaluating?
7      A.   I believe it's appropriate to make a
8  medical diagnosis of a child that I'm
9  evaluating.  In this case, I am not treating
10  this child.
11     Q.   But you rendered an adjustment disorder
12  diagnosis for █████?
13     A.   That is accurate.
14     Q.   And that is a medical diagnosis that is
15  recognized in the field of psychiatric medicine?
16     A.   It is.
17     Q.   But you have no intention to treat that
18  condition in █████ true?
19     A.   That is true.
20     Q.   Going back to this exhibit, the various
21  psychiatric conditions that are listed here, I
22  just want to confirm that beginning with major
23  depressive disorder, you did not see any
24  indication that █████ would qualify for a
25  diagnosis of that condition, true?

26 (Pages 98 - 101)

Page 102

1    A.  Not at this time, that is true.
2    Q.  That is also true with respect to
3  persistent depressive disorder, you did not see
4  enough criteria to suggest that ███ would
5  qualify for that diagnosis?
6    A.  That is true.
7    Q.  ███ also did not display any
8  significant symptoms of bipolar disorder; is
9  that true?
10   A.  That is true.
11   Q.  You did not feel that he met criteria
12 for disruptive mood dysregulation disorder,
13 true?
14   A.  I did not, that is true.  Yes, that is
15 true.
16   Q.  He also did not meet criteria for
17 generalized anxiety disorder, correct?
18   A.  Correct.
19   Q.  Nor criteria for social phobia or
20 social anxiety disorder?
21   A.  Correct.
22   Q.  ███ did not criteria for panic
23 disorder, true?
24   A.  True.
25   Q.  Did not meet criteria for

Page 103

1  obsessive-compulsive disorder?
2    A.  True.
3    Q.  I was curious about this distinction
4  here in your notes where we move to "Child
5  Review of Systems."  What's that distinction
6  there?
7    A.  So that's a distinction of how I -- how
8  the DSM categorizes disorders occurring early in
9  development.  And so I -- whenever I evaluate a
10 child, I'm always looking for some additional
11 symptoms as well.  I wouldn't classically screen
12 an adult, say, for oppositional defiant
13 disorder.
14   Q.  So these conditions are most often
15 associated with children versus adolescents?
16   A.  Children versus adults is how I would
17 put that.
18   Q.  Okay.  At any rate, ███ did not
19 meet criteria for oppositional defiant disorder,
20 true?
21   A.  That is true.
22   Q.  He did not have any indication of any
23 specific phobia relative to a disorder, true?
24   A.  True.
25   Q.  He did not display criteria for

Page 104

1  separation anxiety, true?
2    A.  True.
3    Q.  And there was no indication that
4  ███ suffered from autism?  You didn't see
5  any sort of medical diagnosis or any other
6  indication in his records or as part of your
7  evaluation that he suffered from autism?
8    A.  That's true.
9    Q.  Enuresis, encopresis we've already
10 discussed.  No indication of any sort of
11 substance use disorder with ███ true?
12   A.  Correct.
13   Q.  This general category of psychosis, I
14 was a little curious how that's defined.
15   A.  Certainly.  So psychosis is defined as
16 a couple of possible symptoms.  The most classic
17 one would be experiencing hallucinations such as
18 hearing or seeing things other people don't.  So
19 many times your brain is kind of playing a trick
20 on you, so you're not perceiving things
21 accurately around you.
22      That can also be part of -- psychosis
23 can also include things like delusions where a
24 set of beliefs that even, despite contrary
25 information, a person still believes is true.

Page 105

1  So it can be in belief, it can be in perception.
2      In very complex cases, it can be even
3  in motor, so catatonia many times will also fall
4  under this category as well.  And I saw no
5  indication of those things with ███
6    Q.  ███ did not meet criteria for that
7  consideration?
8    A.  That's true.
9    Q.  ███ also did not meet criteria for
10 posttraumatic stress disorder, true?
11   A.  True.
12   Q.  No indication of any eating disorder
13 with ███?
14   A.  True.
15   Q.  No indication of attention deficit
16 disorder with ███?
17   A.  True.  He didn't meet criteria for the
18 diagnosis.
19   Q.  And he did not meet criteria for either
20 borderline personality disorder or oppositional
21 defiant disorder, true?
22   A.  True.
23   Q.  Okay.  Let me go back to your report.
24 And some of this I'm not going to belabor in a
25 lot of detail, but it appeared to me, generally

27 (Pages 102 - 105)

Page 106

1  speaking, that from your report, ████ was
2  cooperative, he was polite with you, he wasn't
3  overly defiant about any part of the
4  examination; is that fair?
5      A.  That's fair.
6      Q.  He did not seem outwardly depressed to
7  you; is that fair?
8      A.  That's fair.
9      Q.  I wanted to ask you about this
10  statement I have highlighted where you mentioned
11  a few times in your report that ████ seemed
12  to have a little bit of animosity towards his
13  mother about these events, and you indicate that
14  ████ said to you that his mother should have
15  known something was wrong with his arm sooner.
16  Can you elaborate on that based on your memory
17  of this evaluation?
18      A.  Yes.  He told me that he felt like mom
19  should have known that something wasn't right,
20  and I attempted to have a conversation with him
21  about this in the context of tell me what
22  happened that day and what's happened since.
23  Tell me -- tell me your story, ████  And
24  he -- he did say to me that -- you know, I --
25  I'm mad, I know that something wasn't right.

Page 107

1  And he talked about -- he used the word "mad,"
2  which is a word I'd expect an 11-year-old to use
3  for anger or resentment or upset.
4          (Reporter clarification.)
5      A.  "Mad" is a word for anger, resentment,
6  upset, yes.
7  BY MR. BURGE:
8      Q.  Now, you mention in your report that --
9  you have in quotations there, which I'm assuming
10  is a statement directly from ████ --
11      A.  That is true.
12      Q.  -- where he said his arm did not look
13  right, you have pictures.  Were you provided
14  with photographs of his arm at some point before
15  his surgery?
16      A.  So I should clarify.  He said -- so mom
17  was in the room and he was directing that to
18  mom, "You have pictures, Mom.  It didn't look
19  right."  So I didn't see the pictures he was
20  referring to.
21      Q.  Was ████ referring to what his arm
22  looked like before he began -- or before he had
23  any surgery?
24      A.  I don't know that for sure.  I think he
25  was -- well, I misspoke.  Excuse me.  He was

Page 108

1  referring to what I thought was before he had
2  gone back and was told about there being a
3  problem with his arm still, that there was a
4  period of time.
5      Q.  So sometime between September of '21
6  and August of 2022; does that sound correct?
7      A.  That sounds correct.  When he was --
8  when he came back to the provider.
9      Q.  So you observed ████ telling his
10  mother that there were pictures from that time
11  frame where he feels like his mother should have
12  known something didn't look right?
13      A.  That was how I understood his comment
14  there, yes.
15      Q.  Are you aware from your review of the
16  information in this case and the records that
17  ████ continued to engage in all of his normal
18  athletic activities from September of '21 until
19  his diagnosis in August of 2022?
20      A.  I'm not specifically aware if there
21  were any restrictions beyond what I saw in the
22  medical record after his first ER visit.
23      Q.  I didn't see here, under current
24  functioning -- well, strike that.
25          Did you ask ████ his impression of

Page 109

1  his current functioning with respect to his
2  right arm?
3      A.  I asked him about what he was spending
4  his time doing, and I -- he told me he was not
5  allowed to do certain things, but I didn't
6  specifically say, "What are your restrictions,
7  ████?"
8      Q.  Well, what I'm getting at is maybe a
9  little bit more general.  Did you ask ████
10  his subjective perception of what he feels he
11  can or can't do with the right arm?
12      A.  I did not ask him that specifically.
13      Q.  You mention here in your report:
14  "According to his mother, he is currently
15  prohibited from partaking in any physical
16  activity where he could fall and reinjure his
17  healing arm."
18          So that's information that was provided
19  to you by mother?
20      A.  That is correct.
21      Q.  Did you sense in your interviews with
22  the parents some disagreement between mother and
23  father in terms of how much physical activity
24  ████ should be allowed to engage in?
25          MR. CLARK:  Objection.  Form.

28 (Pages 106 - 109)

Page 110

1    You can answer the question.
2        A.    I still answer it?
3            I sensed that mother and father may
4    have a little different approach, but it wasn't
5    clear to me that that resulted in significantly
6    different restrictions from one parent versus
7    another.
8    BY MR. BURGE:
9        Q.    Did you have the sense that mother
10   might be a little more protective about ▉▉▉▉
11   and his physical activities than maybe his
12   father is?
13           MR. CLARK:  Same objection.
14       A.    I got the sense that that was
15   potentially true.
16   BY MR. BURGE:
17       Q.    And at the time of your evaluation, I
18   believe that Lieutenant Colonel Kull was still
19   frequently gone from the house for periods of
20   time; is that fair?
21       A.    I'm not --
22           MR. CLARK:  Objection.  Assumes
23   facts not in evidence.
24       A.    I'm not sure how much he was at home at
25   the time that I was evaluating ▉▉▉▉▉▉  I know

Page 111

1    he was in -- he was living in the home, but I
2    don't know how much he was home on a day-to-day
3    basis or how much time he spent working.
4    BY MR. BURGE:
5        Q.    Was it your impression that when dad
6    was home, that ▉▉▉▉▉ was allowed to do more,
7    engage in more physical activities than maybe
8    when he was on deployment or gone from the home?
9        A.    That wasn't my specific -- no, that
10   wasn't my specific impression.
11       Q.    I have highlighted here your
12   description that when ▉▉▉▉▉ is playing video
13   games in the evenings after school, for one,
14   that he's allowed to do that for several hours;
15   is that correct?
16       A.    That was my understanding.
17       Q.    And that seems to be on a daily basis,
18   that he's playing those video games for several
19   hours?
20       A.    That was my understanding on most days.
21       Q.    And this is often the occasion where he
22   might have the enuresis or the encopresis.  You
23   describe that the enuresis is happening two to
24   three times per week; is that correct?
25       A.    That's correct.

Page 112

1        Q.    And then the encopresis, a couple times
2    per month?
3        A.    Correct.
4        Q.    In your opinions here, as we referenced
5    previously, you have provided a diagnosis of
6    adjustment disorder.  And under subpart 2 that I
7    have highlighted there, are these criteria from
8    the DSM-5?
9        A.    They are.
10       Q.    And one of the criteria is marked
11   "Distress that is out of proportion to the
12   severity or intensity of the stressor."  And can
13   we take that to mean that ▉▉▉▉s distress
14   that you observed or that you evaluated is out
15   of proportion to the severity of his injury?
16       A.    So I was -- these are the possible.
17   You have to have one or both of these, and I was
18   particularly concerned that he had significant
19   impairment in his social areas of functioning
20   related to the stressor.
21       Q.    Okay.  With respect to his impairment
22   in social functioning, obviously, as we've
23   covered a number of times here, he is a very
24   gifted academic student, correct?
25       A.    That's true.

Page 113

1        Q.    He does have friends at school based on
2    the history that you provided, correct?
3        A.    He does have friends, yes.
4        Q.    He does engage in video game play on a
5    regular basis that apparently involves other
6    players online and a social environment to that?
7        A.    That is true.
8        Q.    He has not missed, from what I can
9    tell, a great deal of school other than what
10   might be related to his medical treatment?
11       A.    That is my understanding, that any time
12   he's missed school has typically been related to
13   medical treatment.
14       Q.    In other words, there's not any sort of
15   documented attendance problem with school?
16       A.    True.
17       Q.    You were not provided with any
18   information suggesting that ▉▉▉▉ has had any
19   disciplinary problems at school, true?
20       A.    True.
21       Q.    But in your opinion, he is suffering
22   significant impairment in social functioning,
23   correct?
24       A.    That's true.
25       Q.    I highlighted this sentence here.  It

29 (Pages 110 - 113)

Page 114

1  seems that, according to your evaluation, that
2  engagement in sports or physical activity is
3  something that is highly valued in the Kull
4  family; is that fair?
5      A.  That's fair.
6      Q.  With respect to ▆▆▆▆ would he
7  benefit from his family maybe directing his
8  activities more toward academic pursuits or STEM
9  involvement, things like that?
10     A.  Perhaps.
11     Q.  And is that something that families
12 sometimes have to do with respect to the
13 different personalities of their children?
14     A.  To direct towards strengths, is that
15 what you're trying to get at?
16     Q.  Yes.
17     A.  Yes.
18     Q.  I highlighted down there that his
19 family is concerned about how his physical
20 restrictions affect him socially and think his
21 peers are less likely to connect with him if
22 they share a common interest in sports, but
23 cannot participate together.
24         And, Doctor, to be fair, not all
25 adolescents are gifted in sports activities,

Page 115

1  true?
2      A.  That's true.
3      Q.  And is it often the case that families,
4  as you mentioned, need to direct their children
5  toward their particular strengths, gifts, and
6  talents, fair?
7      A.  That's fair.
8      Q.  And that often falls on the family as a
9  whole to make those changes in maybe what they
10 value or what they direct their children toward?
11     A.  I'm unsure what the question is.
12     Q.  Okay.  What I'm getting at here is if
13 you have a family that places a great deal of
14 value on athletic activity, they may need to
15 change that approach to reflect different
16 strengths of their children, especially if they
17 have a child who maybe needs to participate in
18 more academic type of activities, true?
19     A.  I would anticipate that, true.
20     Q.  And a child would benefit from that
21 type of approach with their family if those are
22 his strengths?
23     A.  I would anticipate that, true.
24     Q.  Would that give ▆▆▆▆ a better sense
25 of identity, which his mother has conveyed to

Page 116

1  you that he seems to have lost at this point?
2      A.  That she was concerned about it, yes.
3      Q.  One of the things here that I
4  highlighted under No. 3 is that the disturbance
5  must not meet criteria for another disorder or
6  is not -- or does not represent the exacerbation
7  of a preexisting disorder.
8         If ▆▆▆▆ s injury that we've been
9  discussing preexisted the September, 2021
10 incident and there was an exacerbation of that
11 preexisting disorder, would that disqualify him
12 from DSM-5 criteria for a diagnosis of
13 adjustment disorder?
14     A.  It would not, actually, because what
15 is, I believe, implied in this DSM criteria is
16 exacerbation of a preexisting DSM disorder,
17 which I don't think -- to my knowledge he
18 doesn't have.
19     Q.  A preexisting psychological disorder?
20     A.  Yes.
21     Q.  Now, you mention here in your report,
22 ▆▆▆▆ -- I'm sorry, "▆▆▆▆ has no history of
23 mental health diagnoses or treatment preceding
24 his arm injury."
25         He does have a history of treatment to

Page 117

1  his arm prior to this event in September of
2  2021, you're aware of that?
3      A.  Prior to the fall in 2021, he had a
4  previous fracture.  Is that what you mean?
5      Q.  Yeah.  And so I was uncertain here if
6  you were referring to mental health treatment
7  preceding his arm injury?
8      A.  I was.  I apologize for not being
9  clear.  He's never had a psychiatric history.
10     Q.  I want to -- well, let me cover this
11 before I take a look at the articles that you
12 had cited.  But at the time of your evaluation,
13 it looked like ▆▆▆▆ s parents were arranging
14 for him to meet with a school counselor and an
15 outpatient therapist.  Do you know if they have
16 taken those steps at this point?
17     A.  It's my understanding that he has been
18 seeing a therapist.  I'm not sure of what came
19 of the plan to see the school counselor.
20     Q.  All right.  Do you know what type of
21 therapist he's currently seeing?
22     A.  I do not.
23     Q.  Do you know what the cost of that
24 therapy is right now?
25     A.  I do not.

30 (Pages 114 - 117)

Page 118

1    Q.  You indicate in your opinion that
2    ████ will require weekly psychotherapy by a
3    clinical -- I'm sorry, let me restate that.
4        In your opinion, ████ will require
5    weekly psychotherapy by a clinical psychologist
6    or psychiatrist employing a cognitive behavioral
7    therapy or interpersonal therapy model for
8    approximately two years.
9    A.  Uh-huh.
10    Q.  First of all, why did you select two
11    years for the period of treatment?
12    A.  It's a good question.  That would get
13    him through puberty, and I would hope that he
14    would -- he would develop some improved coping
15    skills over that time period.
16    Q.  What would be the goal for weekly
17    psychotherapy with ████?  What would you
18    expect to see or be accomplished?
19    A.  So I would hope that he would have some
20    improvement in his social functioning, to
21    understand more adaptive ways to get attention.
22    And then I also would hope that he would improve
23    his own ability to cope with the activities of
24    daily life, the stressors that he endures, and
25    to cope with his emotions in an adaptive way.

Page 119

1    Q.  Now, you mentioned clinical
2    psychologist or psychiatrist.  I'm assuming you
3    would also be okay with, for instance, a
4    licensed clinical social worker or a clinical
5    counselor of some type that might not be at
6    Ph.D. or M.D. level?
7    A.  I would be as long as they're
8    appropriately trained in the right modality.  It
9    varies from state to state.
10    Q.  Now, you mentioned some costs for this
11    type of treatment in your footnotes there in
12    Ohio.  But again, you don't know what the actual
13    cost of treatment is right now that ████ is
14    undergoing; is that fair?
15    A.  That is fair.
16    Q.  But if I were to do some math for
17    weekly psychotherapy based on the rates that
18    you've listed there, then that would give me the
19    idea of what that cost might be for the next two
20    years?
21    A.  It should, yes.
22    Q.  It's your opinion that those therapy
23    sessions should last anywhere from 45 to 52
24    minutes at a time?
25    A.  I would anticipate that.

Page 120

1    Q.  That's pretty standard for --
2    A.  Yes.
3    Q.  -- therapy sessions?
4    A.  That's standard, yes.
5    Q.  Your report doesn't mention any further
6    psychological treatment other than -- for
7    ████ other than those two years of therapy.
8    Are you opining as to any other future need for
9    psychotherapy?
10    A.  So I did mention here, if you go down a
11    little bit, the discussion around the potential
12    for family therapy to assist with some of the
13    things that you were mentioning previously
14    around expectations, figuring out a behavioral
15    plan, working on kind of reintegrating different
16    strengths into ████s life.
17    Q.  But with respect to ████ is it your
18    opinion that he needs a minimum of two years of
19    therapy, or if he shows good improvement, say in
20    the first year, would you leave it to the
21    clinical judgment of his treating therapist to
22    decide whether to continue his therapy?
23    A.  I would leave it to the decision of the
24    clinical treater.  I don't have any way of
25    knowing for sure of how ████ will respond to

Page 121

1    a particular therapy or therapeutic modality.
2    Q.  Okay.  Let me just cover a couple of
3    points with the studies that you cited to.  So
4    the first one I have is the Anna Park study.
5    A.  Uh-huh.
6    Q.  And from what I can tell, this was
7    essentially just a review article.  There is not
8    any sort of statistical analysis.  There's not a
9    meta-analysis done here.  This is, from what I
10    can tell, a review of existing studies on this
11    particular topic that was referenced here,
12    depressive --
13        MR. CLARK:  I'm sorry, Counsel.
14    Can we refer to this by exhibit number, please?
15        MR. BURGE:  Sure.  So this is
16    Exhibit 9.
17        MR. CLARK:  Thank you.
18    BY MR. BURGE:
19    Q.  Going back to my question, Doctor, this
20    appears to be a review article of other studies
21    that looked at risk factors for depressive
22    symptoms after musculoskeletal injury in
23    pediatric athletes, but this article itself did
24    not undertake any particular statistical
25    analysis from what I can tell.  Is that your

31 (Pages 118 - 121)

Page 122

1  impression?
2     A.  That's accurate.  It's a review
3  article.
4     Q.  Okay.  A couple things I've highlighted
5  here, and I can enlarge this.  Is this large
6  enough for you?
7     A.  I can see it.  I can see it.  I'm okay.
8  Thank you for asking.
9     Q.  So this study indicated that "Pediatric
10  athletes have special consideration regarding
11  mental health, including parental involvement
12  and psychological developmental status of the
13  athlete."
14        And I read that to mean this is -- that
15  the outcomes here are dependent not just on the
16  child, but also the type of involvement that
17  their parents have with respect to their
18  athletic endeavors.  Does that make sense?
19     A.  That's how I read it, too.
20     Q.  Okay.  And this study specifically
21  looked at pediatric subjects who were involved
22  in athletics, who identified as athletes?
23     A.  This was an attempt to review the
24  literature on pediatric athletes, yes.
25     Q.  Okay.  Now, one of the things that I

Page 123

1  highlighted here, as this article says, again,
2  on the first page, that "Despite these calls for
3  more robust research and guidelines, there is no
4  clear understanding of how musculoskeletal
5  injury affects mental health and no clear
6  guidelines for treating mental health
7  post-injury."
8        Do you agree with that statement?
9     A.  Currently, yes, I do.  It's an
10  introduction to -- it's part of the introduction
11  to this article.  They're telling you what the
12  state of it is.
13     Q.  In other words, there's not a lot of
14  clear guidance on how musculoskeletal injury
15  affects the psychological well-being of what
16  they're defining as pediatric athletes?
17     A.  So they're saying that before their
18  review of the literature and attempts to see it
19  from a zoomed-out perspective and to evaluate
20  all the literature, that there's not a clear
21  understanding.  Then they -- you'll find at the
22  end that they offer some different guidance.
23     Q.  Now, they offered that guidance based
24  on a review of 19 articles, correct?
25     A.  I believe that's the number, yes.

Page 124

1     Q.  And they did not attempt to, again,
2  perform any sort of statistical analysis that
3  would draw conclusions about significant
4  differences among the populations studied in
5  each of these publications, true?
6     A.  Scroll down, sir.
7     Q.  Hang on.  I can't get this to move.
8     A.  I can actually pull it up, too.
9     Q.  There we go.
10     A.  Right, so they're saying that they have
11  done a review of the literature and then they
12  are trying to see from a whole perspective if
13  they can glean anything from the literature as a
14  whole, is what they're trying to do.  I think
15  that answers your question.
16     Q.  They are reviewing the literature and
17  trying to come up with suggestions or
18  recommendations based on the status of research
19  on this particular topic?
20     A.  Correct.
21     Q.  Again, here we see where I have
22  highlighted in the right-hand column that "The
23  two particular considerations of importance for
24  understanding mental health in this population
25  are developmental stage and the

Page 125

1  parent/guardian/child relationship."  Correct?
2     A.  Correct.
3     Q.  In other words, parents have a big
4  influence on how well children may respond to
5  something like orthopedic trauma?
6     A.  They're saying that parents are part of
7  that, is what they found, yes.
8     Q.  I highlighted this statement here.  One
9  of the points highlighted by the authors here is
10  that "One study found that there is a common
11  time course for depressive symptoms post-injury,
12  where depressive symptoms are the highest
13  immediately after injury and then decrease over
14  time."
15        Do you agree with that?
16     A.  They found that one study -- they make
17  note of one study, yes.
18     Q.  And that's going to end up being
19  consistent with the -- I forgot the name, the
20  Health and Human Services study that tended to
21  find that as adults, trauma during childhood or
22  adolescence tends to normalize as individuals
23  get older.  Do you agree with that?
24     A.  No, that's not the conclusion of the
25  other study.

32 (Pages 122 - 125)

1    Q.  Okay.  We'll look at that in just a
2  second.
3    A.  Okay.
4    Q.  I highlighted this here.  One of the
5  authors point out that in some of the studies
6  they reviewed, "Overly sympathetic support or
7  caution from others may negatively impact
8  recovery or reduce likelihood of return to
9  sport."
10       Do you agree with that?
11    A.  They made note of that, yes.
12    Q.  This highlight here where it says,
13  "Adolescent athletes may be specifically
14  vulnerable to worse mental health outcomes
15  post-injury due to the natural changes in
16  identity formation associated with their
17  developmental stage," does that mean that
18  adolescents often go through some sort of
19  identity crisis as they are developing into
20  young adults?
21    A.  I read that a little bit differently,
22  as if they were saying that an adolescent
23  athlete, because they're going through this
24  developmental stage that all adolescents go
25  through, might be particularly vulnerable in

1  this space as their athletic identity is
2  challenged.
3    Q.  Did you consider -- or in your
4  evaluation, did you consider ██████ to be an
5  adolescent athlete?
6    A.  I considered him to be a child who
7  strongly valued athletics and had done a lot of
8  competition.  So yes, I would -- I would see him
9  as an athlete.
10    Q.  So you believe that he would qualify
11  under the study definitions for inclusion as a
12  pediatric athlete?
13    A.  I do.
14    Q.  I highlighted there that the study
15  points out that "It is still possible that
16  injury and rehabilitation could promote other
17  positive aspects of mental health such as
18  resiliency."
19       In other words, children who undergo
20  this type of adversity may prove to have more
21  resiliency as they get older from having
22  undergone that?
23    A.  That was one of the hypotheses, yes.
24    Q.  Do you agree with that statement?
25    A.  I think it's possible, yes.

1    Q.  I highlighted this here:  "There were
2  no interventional studies to improve mental
3  health in pediatric athletes after injury."
4       And I read that to mean that there were
5  no studies they reviewed where there was some
6  sort of intervention that was tested to see if
7  it would improve outcomes in these patients
8  after injury; is that correct?
9    A.  I read that the same way, yes.
10    Q.  So there's not any research to suggest,
11  at least based on this article, as to what
12  interventions have shown to be efficacious when
13  you have a child who suffers an orthopedic
14  injury in terms of how to improve their mental
15  health?  There's not any real direction on that
16  right now?
17    A.  I read it the same way, that there's
18  not an intervention specific to athletes.  There
19  are clearly interventions specific to children
20  after having any kind of incident that's
21  yielding any kind of mood or anxiety symptoms.
22    Q.  Do those interventions involve trying
23  to redirect the child's attention to another
24  strength or to get them involved in some other
25  type of activity to redirect?

1    A.  They could.
2    Q.  The Saudi Arabian study which, if I
3  remember right, looked at -- I believe it was
4  hospital admissions over a two-year period of
5  time with a variety of different type of
6  traumas, abuse, witnessing hostile events, and
7  also traumatic injury; is that correct?
8    A.  They actually looked at every child who
9  walked in in total with a traumatic injury was
10  how I understood it, and then asked about what
11  other things they had endured.  So they weren't
12  specifically trying to recruit children who had
13  a history of a different type of trauma.  I
14  believe these were emergency room visits in
15  order.
16    Q.  What I'm getting at here is the
17  definition of "trauma" in this study was quite
18  broad.  It included children who had been
19  involved in, I believe, car accidents or falls
20  or who had witnessed a violent event or who
21  maybe had suffered some sort of musculoskeletal
22  injury?
23    A.  It included children who had orthopedic
24  trauma.  The reason they had that orthopedic
25  trauma varied.  So you're right, sometimes it

Page 130

1  was a fall.  It could be another type of
2  accident.
3      Q.   And what they found in their results is
4  the vast majority of the children with trauma
5  had low-severity experience of depression and
6  anxiety following trauma, which they categorized
7  as 97 percent of the population that they
8  studied, and only one child had a high-severity
9  experience of depression and anxiety, correct?
10     A.   Yes.  So they showed that there were
11 low-severity changes much more frequently than a
12 high-severity change in both depression and
13 anxiety for kids who had endured an orthopedic
14 injury.
15     Q.   And to be fair, that's where ████
16 would fall with respect to this type of
17 evaluation as well, because he doesn't have any
18 indication from your evaluation of any sort of
19 major depressive disorder, true?
20     A.   So the only indication that he had a
21 mood disorder was that reported by his family,
22 which included having some outbursts and having
23 a period of time of sadness.  When I inquired
24 more about that, he didn't have other symptoms
25 that would indicate that he was experiencing a

Page 131

1  full major depressive episode.  That doesn't
2  mean he didn't have any mood symptoms.
3      Q.   But he did not meet criteria for the
4  diagnosis of any major depressive disorder, in
5  your opinion?
6      A.   That's accurate.
7      Q.   He also did not meet criteria for the
8  diagnosis of PTSD, true?
9      A.   That's accurate.
10     Q.   And that's consistent, again, with the
11 findings of this study, that a very small number
12 of children, 4.9 percent, experienced clinically
13 significant PTSD, true?
14     A.   It's consistent with this, yes.
15     Q.   West, I was trying to remember her
16 name.  Okay.  The West study.
17     A.   I'm pulling it up so it's loaded on my
18 screen.  Okay.
19     Q.   Okay.
20     A.   Got it.
21     Q.   One of the things I highlighted here on
22 this page is that at least some of the research
23 that they were considering had found that
24 "Because the life course and stress process
25 frameworks both note that childhood stressors do

Page 132

1  not inevitably lead to worse adult mental
2  health, and that the stress associated with
3  early life disadvantage may wane with age."
4          There is literature to support that
5  statement, correct?
6      A.   So they are making reference to a study
7  from 2013, where -- and I will tell you that I
8  don't know that study by heart, where they
9  showed that there might be a decrease over time
10 in adulthood.  So they were trying to test
11 multiple statistical models to try to understand
12 from their data, from their database what they
13 could find as far as adult mental health when,
14 as a child, the person had suffered a disability
15 lasting six months or more.
16     Q.   And the point being that simply because
17 a child suffers a disability lasting six months
18 or more during adult -- during childhood does
19 not invariably mean that they're going to have
20 worse mental health as an adult, true?
21     A.   It does not invariably mean that.  They
22 found that there was a higher risk of that.
23     Q.   But according to the George study
24 that's cited, that sort of stress may wane with
25 age or lessen as an individual becomes older?

Page 133

1      A.   Are you asking that question?
2      Q.   Yes.
3      A.   So the -- they're saying in their
4  introduction that there are multiple studies
5  that have found different outcomes, and so they
6  were attempting to look in their larger
7  population and to test that hypothesis as part
8  of the study.
9      Q.   And again, this is a study that you
10 cite in support of the opinions reached in your
11 report, correct?
12     A.   True.
13     Q.   Now, when they talk about childhood
14 disability -- let me go down a little bit
15 further -- that is broadly defined for purposes
16 of this study into ten categories here, the way
17 I understand it, which includes conditions such
18 as cancer, heart problems, blood conditions,
19 which would include, I'm assuming, blood
20 cancers, respiratory system conditions, which
21 would include things, I'm assuming, like cystic
22 fibrosis, major organ dysfunction, neurological
23 dysfunction, which I'm assuming would include
24 partial or full paralysis, and then included
25 within that category of conditions is

34 (Pages 130 - 133)

Page 134

1  musculoskeletal system dysfunction, correct?
2      A.  So they looked --
3          MR. CLARK: Objection. Form. Go
4  ahead.
5      A.  Thank you. So they looked as a whole
6  at people who reported six months of any type of
7  disability as a child, so -- or as I recall, it
8  was before age 16. And they did not analyze
9  those groups separately, that is accurate.
10  BY MR. BURGE:
11      Q.  Right.
12      A.  They looked at disability as a whole.
13      Q.  The way that they define disability for
14  this population included anything that lasted
15  longer than six months that could be part of any
16  of these categories, correct?
17      A.  It could be, yes.
18      Q.  They did not attempt to differentiate
19  those categories, for instance, to see
20  specifically what the outcomes were for adults
21  who had suffered a musculoskeletal injury as a
22  child or adolescent, true?
23      A.  That is true.
24      Q.  Sorry, this is one of the disadvantages
25  to not being in person.

Page 135

1      A.  No worries.
2      Q.  One of the things I highlighted here,
3  where they say: "Importantly, results of their
4  study did not provide support for our second
5  hypothesis, that childhood disability would
6  result in not only poorer baseline mental
7  health, but also increasingly worse mental
8  health with age."
9          In other words, that was one of their
10  hypotheses that they posited, that a childhood
11  disability would result in poor mental health as
12  individuals became older, but they did not find
13  support for that based on this research,
14  correct?
15      A.  That's because they found support for
16  their initial strategy -- or they looked at
17  different statistical models and they found
18  support for looking at a model where those with
19  childhood disability had more depressive
20  symptoms across adulthood when you compared it
21  to people who had not endured a childhood
22  disability. What they did not find support for
23  was that that continued to get increasingly
24  worse with age and that that -- the difference
25  between those two groups got larger with age.

Page 136

1  It stayed consistent or more consistent, which
2  if you look at the picture -- I'm scrolling on
3  my side. Excuse me. I believe they have a
4  picture that looks like a C curve. If you look
5  at page 20, I'm looking at that picture.
6      Q.  So we'll go to that in just a second.
7  But --
8      A.  Uh-huh.
9      Q.  -- your testimony is that this study
10  found that individuals who had experienced a
11  childhood disability reported more depressive
12  symptoms as adults compared to what I'll refer
13  to as a normal population, but that those
14  symptoms did not become progressively worse with
15  age?
16      A.  Compared to the normal population.
17      Q.  Right.
18      A.  So everybody stayed parallel. That's
19  what page 20 showed.
20      Q.  So there's a baseline -- there's a
21  baseline mental health effect for childhood
22  disability that is different from the normal
23  population?
24      A.  That's how it appeared.
25      Q.  But it does not necessarily get worse

Page 137

1  as an individual ages?
2      A.  Right. It continues to be below that
3  of normal -- I'm going to say normal peers.
4  That's probably the easiest way to say it.
5      Q.  And we --
6      A.  But it doesn't get increasingly worse.
7  Excuse me.
8      Q.  And we don't know from this study the
9  specific parameters or findings with respect to
10  children who suffer orthopedic trauma because
11  they could not control for that specific factor?
12      A.  That's accurate.
13      Q.  So those types of pediatric patients
14  are grouped together with all of the other
15  disability categories that we mentioned,
16  including cancer, respiratory problems,
17  paralysis, those ten categories we looked at
18  before?
19      A.  That's accurate. Any disability
20  lasting six months.
21          MR. BURGE: Can we take another
22  short break? I may be about done here.
23          MR. CLARK: Of course.
24          (A recess was taken.)
25  BY MR. BURGE:

Page 138

1    Q.  Doctor, we're going back on the record
2  after a short break.  I think I just have a few
3  follow-up questions here and then I'm going to
4  turn over your examination.  But we looked at
5  your report, Exhibit 6, which we've called the
6  final report, and between that report and your
7  deposition testimony today, have we covered all
8  of the opinions that you've developed in this
9  matter?
10    A.  I believe that we have, yes.
11    Q.  Is there any opinion that is not
12  expressed in your report or that we haven't
13  discussed today that you believe needs to be
14  offered at this point?
15    A.  I don't believe so, no.
16    Q.  Okay.
17        MR. BURGE:  I think that's all I
18  have for you.  Thank you.
19        THE WITNESS:  Thank you.
20        EXAMINATION
21  BY MR. NICESWANGER:
22    Q.  Ma'am, my name is Brian Niceswanger,
23  and I represent Valor in this case.  You
24  indicated earlier you don't have any opinions
25  that are critical of anyone in the case.  I want

Page 139

1  to make sure that includes Valor.
2    A.  I am not even sure what Valor is.  I'm
3  assuming that's who --
4    Q.  Fair enough.
5    A.  Is that who --
6    Q.  As I understand it, you are at this
7  time participating in a program to get trained
8  to be a forensic psychiatrist, correct?
9    A.  That's accurate.
10    Q.  And forensic psychiatry, for the
11  benefit of the court and the jury, is that
12  interaction between psychiatry and the law,
13  correct?
14    A.  Correct.
15    Q.  And it's a special area of psychiatry
16  that may not be included -- or if it's
17  mentioned, it's only passingly -- in general
18  psychiatry education and training and
19  experience, correct?
20    A.  Accurate.
21    Q.  And so in order to be a -- do forensic
22  work where you're a psychiatrist coming into
23  court to kind of try to bridge that gap between
24  psychiatry and the legal system, you undergo
25  additional training; is that fair?

Page 140

1    A.  That's not fair.  Many psychiatrists
2  don't choose to get this additional training and
3  still do plenty of medicolegal work.  It's not a
4  requirement.  I chose to get extra training.
5    Q.  Okay.  And my understanding is that
6  there is a methodology to doing forensic work
7  that is different than doing hands-on patient
8  care; is that true?
9    A.  That's fair.  It's a different
10  viewpoint.
11    Q.  And are there different methodologies
12  that can be employed within the field of
13  forensic psychiatry?
14    A.  Different methodologies, yes.
15    Q.  And can you tell me what methodology
16  you have used in your work on this case?
17    A.  Certainly.  So I am drawing upon my
18  experience as a psychiatrist and a child
19  psychiatrist when I'm evaluating ██████ and
20  when I'm collecting information, so I didn't
21  perform any additional specific type of exam, if
22  you will, but I'm hoping to be as objective as I
23  can be -- no one is perfect -- when I'm
24  collecting data to try to formulate an opinion.
25  For instance --

Page 141

1    Q.  Okay.
2    A.  Oh, excuse me.  Please.
3    Q.  And as you sit here today, how many
4  forensic child psychiatry evaluations have you
5  done?
6    A.  Forensic child, a handful, a few.
7    Q.  Less than five?
8    A.  Sure.
9    Q.  And have any of them involved an 8- or
10  9-year-old boy who had an elbow injury?
11    A.  No.
12    Q.  Have any of them involved a child,
13  let's say, under the age of 12 who was -- you
14  were evaluating for any type of personal injury,
15  whether it's a broken elbow or a broken leg or
16  head trauma or anything else?
17    A.  I've had evaluations of children who
18  have had different types of losses, not
19  necessarily a physical injury.
20    Q.  Yeah, and I'm talking about physical
21  injuries because that's what you're talking
22  about here, right?
23    A.  We're talking about Mr. Kull, yes.
24    Q.  And the cause of what you're believing
25  to be some disorder here -- and we'll get to

Page 142

1  that more here in a minute -- is a physical
2  injury?
3     A.  I believe it's the physical injury plus
4  all of the subsequent treatment that he's had
5  and loss of functioning he's had to receive
6  treatment from an injury.
7     Q.  Okay.  And to get back to where I
8  started here a couple minutes ago, is there some
9  guideline or some published literature, chapter
10  in a text, anything that you have attempted to
11  utilize in terms of the methodology employed in
12  doing your work in this case?
13     A.  Not a specific text.  All forensic
14  psychiatrists would do an evaluation, like a
15  clinical interview.
16     Q.  Sure.  I mean, you do a clinical
17  interview if you're going to treat the patient,
18  right?
19     A.  That's true.
20     Q.  I mean, a clinical interview is a
21  component of virtually every facet of
22  psychiatry, correct?
23     A.  Usually, yes.
24     Q.  And so what I'm looking for is any
25  methodology that you've used in this particular

Page 143

1  case in evaluating ████████ Kull and formulating
2  your opinions.  And I know that various
3  organizations have guidelines and outlines for
4  how to do a forensic psychiatric exam, and I'm
5  just asking, have you used one of those
6  techniques in your work on this case?
7     A.  Not specifically beyond getting some
8  additional collateral information than I would
9  need -- I got more than I would need to get to
10  treat Mr. Kull.
11     Q.  Okay.  In connection with your current
12  training that you're getting on becoming a
13  forensic psychiatrist at Ohio State, are you
14  familiar with the concept of recording
15  interviews?
16     A.  Of recording them?
17     Q.  Correct, either by video or audio.
18     A.  There are times when interviews are
19  recorded, yes.
20     Q.  And there has been literature dating
21  back a couple of decades advocating that in the
22  forensic context, it's a good idea to have an
23  audio or a video recording in order to allow the
24  court or the other side in the case to see or
25  hear exactly what was -- the exchange was,

Page 144

1  correct?
2     A.  No, there's actually controversy around
3  that, if -- particularly if a video or audio
4  recording somehow interferes with the exam.  I
5  think it depends on the type of evaluation
6  you're doing.
7     Q.  Well, in a civil suit -- I mean, have
8  you read an article that was published back in
9  2018 that says recording routine forensic mental
10  health evaluations should be the standard of
11  practice in the 21st century?  Have you looked
12  at that article?
13     A.  If you would like to give me the
14  citation, I can tell you, but I have not that
15  I'm aware of.
16     Q.  Sure.  It's by Siegel and Kinscherff.
17     A.  Okay.
18     Q.  It's in the "Journal of Behavioral
19  Science Law."
20     A.  Okay.  So it's -- I have not read that
21  article, no.
22     Q.  You don't believe it's the standard of
23  care to record forensic mental health
24  evaluations?
25     A.  Not necessarily.  It depends on the

Page 145

1  type of evaluation I'm doing.
2     Q.  Let me ask you this.  In this case, was
3  there anything that prevented you from having
4  either a video camera or a recorder available in
5  the room so that all the lawyers and the jurors
6  and the court could hear what these people
7  actually said?
8     A.  Well, it wasn't requested, and I would
9  not typically do it for a psychic harm
10  evaluation.
11     Q.  And I appreciate that.  That wasn't my
12  question.  My question was is there anything
13  that prevented you in this situation from either
14  preserving an audio or a video recording of
15  these interviews that you did.  It sounds like
16  it was only an hour or a couple hours of
17  interviews.  Is there anything that prevented
18  you from recording those so that we could
19  actually hear what was said?
20     A.  Well, since I didn't think it was
21  important to do it, I didn't asses whether or
22  not there was something to prevent it.
23     Q.  I mean, as you sit here today, is there
24  any reason why you couldn't have done that?
25     A.  I don't think it's appropriate.

37 (Pages 142 - 145)

Page 146

1  Q.  Why?
2  A.  Because I think it can interfere with
3  my ability to develop rapport with the person
4  I'm evaluating.
5  Q.  Have you ever had --
6  A.  Another person in the room, this
7  concerns me.
8  Q.  Well, you had other people in the room,
9  right?
10  A.  I had mother and child.  I didn't have
11  someone who was not -- that was -- I didn't have
12  a stranger in the room other than myself.
13  Q.  Okay.  And you may have misunderstood.
14  I wasn't talking about having a videographer
15  there.  I was talking about either setting up a
16  camera -- I'm sure you've been involved in
17  forensic interviews where there is police video
18  that you review or videos of your session is
19  actually preserved because the court wants to
20  see what the individual said or did, correct?
21  A.  I have been involved in one case where
22  there was a request for an audio of the -- of
23  the interview.
24  Q.  And were you able to do your interview
25  with an audio recorder there?

Page 147

1  A.  After we put forth some understandings
2  of what was going to happen, we were able to do
3  that eventually, yes.
4  Q.  Okay.  And so to get back to my
5  previous question, was there anything that
6  prevented you from having an audio recorder
7  available in the room when you did these
8  interviews?
9  A.  Again, it was at a public library in a
10  private room.  I don't know that that could have
11  happened there.  Perhaps if it was somewhere
12  else, it could have happened.  But it clearly
13  wasn't a priority.
14  Q.  And I feel like I'm kind of spending a
15  lot of time on something I thought would be
16  simple.  But you've had audio recorders that you
17  probably use to dictate your own practice,
18  right?
19  A.  I don't do that in psychiatry.  I take
20  that very seriously.
21  Q.  So you don't dictate notes, admission
22  summaries, anything like that?
23  A.  Typically, no.  I type my treatment
24  reports.  I typed this report.
25  Q.  All right.  Well, as lawyers, we use

Page 148

1  dictaphones a lot, and they're a little hand-
2  held deal that are about half the size of a cell
3  phone and you can put them on the table and turn
4  them on and record everything.  And now there's
5  AI software that will give you -- you can play
6  it and it will create a transcript for you.
7  You're saying that having a digital
8  recorder available so that we know everything
9  that was said in this interview would have
10  somehow not been possible?
11  A.  I'm not saying it wasn't possible.  I'm
12  saying it wasn't part of my standard practice.
13  Q.  Okay.  I understand.  Well, one of the
14  hallmarks of a forensic psychiatric evaluation
15  is that you're not supposed to be advocating for
16  anybody, you were supposed to be providing as
17  straight a shot as you can to the court and to
18  the parties and to the jury, correct?
19  A.  That's correct.  I'm trying.
20  Q.  And one of the ways for the court and
21  the jury and the parties to evaluate what a
22  forensic expert is telling them is to actually
23  be able to listen to the interview and see what
24  was said and not have the content of the
25  interview filtered through notes, or whatever

Page 149

1  effort is made to keep track of what's going on
2  during the interview, correct?
3  A.  Correct.
4  Q.  And in this case, from my
5  understanding, you didn't think about doing
6  that; is that right?
7  A.  That's true.
8  Q.  You were familiar from your forensic
9  work prior to starting formal training that
10  recording is sometimes a component of a forensic
11  interview?
12  A.  Before I started training, I don't
13  think I necessarily considered it.  During my
14  training, I have had cases where people have
15  asked for it and I have sought supervision on
16  it.
17  Q.  Okay.
18  A.  But yes.
19  Q.  I've looked at some of these guidelines
20  that are out there on doing a forensic
21  assessment, and I wondered if you can agree with
22  me on some of the content of these guidelines
23  even though you weren't specifically using one
24  in this case.  Do you believe it's important to
25  get a history of -- a family history of

Page 150

1  psychiatric issues when you're attempting to do
2  a forensic psychiatric evaluation on a child?
3      A.  Typically, yes.
4      Q.  And why is that important?
5      A.  Because there may be a genetic
6  component to something that's going on with an
7  evaluee.  There might be --
8      Q.  And in this case -- I'm sorry.  I
9  didn't mean to cut you off.  It's a component of
10  the Zoom here.
11     A.  Absolutely no problem.
12     Q.  In this case, I didn't find that there
13  was any history in any of the documents that you
14  provided about Mr. and Mrs. Kull's or ████
15  Kull's siblings regarding their psychiatric
16  history.  Did I miss that?
17     A.  You did.
18     Q.  Where is that in there?
19     A.  Sure.  So there's -- in my report,
20  there's information about possible concerns
21  around alcohol.  And then in my notes, there was
22  information about that as well.
23     Q.  Yeah, and we're going to get to
24  alcohol, and maybe I'm lumping them -- doing
25  them separate and you lump them together.  I'm

Page 151

1  talking about psychiatric illness, not substance
2  abuse at this point.
3      A.  Substance abuse is related to
4  psychiatric illness and it's in the DSM.  I
5  would consider them together.
6      Q.  Okay.  Well, let's set aside the
7  substance abuse issues that are talked about in
8  your report.  Did you gain any family history or
9  sibling history, parents, whatever it may be,
10  related to the Kull family in connection with
11  your assessment in this case?
12     A.  Stand by.  So Mrs. Kull spoke with me
13  briefly about some possible history.
14     Q.  Where is that found?
15     A.  If you go to Exhibit 4.
16     Q.  Okay.
17     A.  You'll see there's a family history
18  listed at the bottom of -- there's no -- I don't
19  have a page number.  Hold on, please.
20     Q.  And I'm sorry, are you on 4 or 5?
21     A.  Hold on.  I'm on Exhibit 4.
22     Q.  Okay.
23     A.  This is when I spoke with Mrs. Kull,
24  and you'll see it's under the heading "Talked to
25  Mom" on 12-17-2024.  I made a note that the

Page 152

1  family history per mom, that there was some
2  concern on father's side for paternal
3  grandmother having alcohol concerns and maternal
4  grandfather, ████ with possible mood
5  disorder concerns, but mom wasn't sure of a full
6  diagnosis.
7      Q.  Okay.  And so you took that to mean
8  that there was no immediate psychiatric history
9  in ████s family, in other words, mother,
10  father, siblings, correct?
11     A.  I couldn't find it.  It wasn't a clear
12  diagnosis that mom was aware of, yes.
13     Q.  Well, did you ask -- did you ask the
14  parents whether they or ████ siblings had
15  psychiatric issues, setting apart the substance
16  abuse?
17     A.  I don't recall a specific conversation
18  beyond -- about -- asking specifically about
19  siblings versus can you tell me what runs in the
20  family.
21     Q.  Okay.  But you did ask about the
22  parents' psychiatric history?
23     A.  I was told information when I asked can
24  you tell me what runs in the family.
25     Q.  And what did you learn about the

Page 153

1  parents' psychiatric history?
2      A.  So I learned that Lieutenant Colonel
3  Kull briefly sought some treatment.  However,
4  mom was not sure about the exact diagnosis and
5  was questioning depression per mom.  That's what
6  I learned.
7      Q.  Well, did you ask Mr. Kull about it?
8      A.  I don't recall asking him about it.
9      Q.  In this guideline that I'm looking
10  at -- and this is by the AAPL.  Are you familiar
11  with that?
12     A.  I am.
13     Q.  And it talks about how collateral
14  information is important in doing a forensic
15  evaluation.  Wouldn't asking the father of this
16  boy about his own psychiatric history be
17  important collateral information?
18     A.  I think it could be important.
19     Q.  Why didn't you ask him?
20     A.  I don't have a specific reason.  We
21  spent most of our time talking about ████ to
22  be honest.
23     Q.  And just to jump forward a bit, your
24  opinion that ████ has this disorder that
25  we're going to talk about, that's a snapshot on

39 (Pages 150 - 153)

Page 154

1 the day that you saw him, that was your
2 evaluation, correct?
3     A.  No, that's based on information that I
4 was -- that I sought from family later and on
5 that day and on seeing him that day, so it's
6 based on multiple sources.
7     Q.  Okay.  And in order to reach the
8 conclusion that he has this disorder, you assume
9 that his slate was clean on September 23rd right
10 before he fell off the trampoline or was pushed
11 off the trampoline, correct?
12     A.  I was -- I collected information that
13 he didn't have any history of any mental health
14 concerns.
15     Q.  And who did you collect that
16 information from?
17     A.  From his mother.
18     Q.  Now, when you do a forensic psychiatric
19 evaluation, sometimes you'll interview family
20 members, correct?
21     A.  Sometimes.
22     Q.  And one of the things that you're
23 charged with in trying to fulfill this duty that
24 you have to be impartial is to consider
25 motivation that other family members may have in

Page 155

1 providing you information, correct?
2     A.  Correct.
3     Q.  And the concept of secondary gain, are
4 you familiar with that?
5     A.  I am.
6     Q.  And just for the benefit of the court
7 and the jury, what does that mean?
8     A.  So secondary gain is related to a
9 diagnosis called malingering or where someone
10 maybe presents something in a way specifically
11 because of the outcome that happens related to
12 presenting it that way.  So there is -- if
13 there's a potential gain that comes from
14 presenting with a certain symptom, that might be
15 a motivation to present that way.
16     Q.  In a psychiatric setting, one of the
17 things that can involve secondary gain is making
18 it appear that the individual had no psychiatric
19 issues before an incident and then trying to
20 draw the conclusion that whatever is found in
21 the current evaluation is only on account of
22 that incident, correct?
23     A.  Could you repeat that?  That's sort of
24 like two questions to me.
25     Q.  Sure.  One of the ways that secondary

Page 156

1 gain can be considered in a forensic psychiatric
2 setting is it's important for you to know the
3 truth about ███████ Kull's psychiatric condition
4 the minute before he was shoved off that
5 trampoline, right?
6     A.  We make efforts to by trying to have
7 pediatric records and things like that.
8     Q.  What pediatric records did you secure
9 on ███████ Kull that allowed you to formulate an
10 independent opinion separate from what the
11 parents may have told you about his psychiatric
12 condition the minute before he was pushed off
13 the trampoline?
14     A.  So there's information in his medical
15 records from IACH about not having a history,
16 because that was also his primary care provider.
17     Q.  Okay.  Can you tell me what page that's
18 on?
19     A.  I can try to.
20     Q.  And there's a note that he had no
21 psychiatric history; is that right?
22     A.  I don't know that that's the exact
23 thing, but I'm looking for this history and I
24 didn't see it in those records.  I'm looking.
25     Q.  While you're looking for that page

Page 157

1 number, you were asked earlier about the issues
2 that ███████ had with urinary and fecal
3 incontinence that predated this incident,
4 correct?
5     A.  I was asked about it, yes.
6     Q.  And can those -- a child that is
7 engaged in that behavior or experiences those
8 issues, can that be on account of an existing
9 psychiatric problem?
10     A.  It potentially could be.
11     Q.  And what did you do to rule out the
12 potential that ███████ Kull had a preexisting
13 psychiatric problem that was manifesting itself
14 in this urinary and bowel incontinence?
15     A.  So it wasn't consistent with -- it was
16 more consistent developmentally because he had
17 never had a prolonged period of time where he
18 was what we would call dry, so it had been going
19 on when he was very, very young as opposed to he
20 was perfectly dry for eight years and then all
21 of a sudden, this happened.  That would be much
22 more suspicious for me for a psychological
23 concern promoting it.
24     Q.  So you're saying that you can't have --
25 as long as you've been having incontinence of

40 (Pages 154 - 157)

Page 158

1  bowel and bladder since you were a little kid,
2  then to you, that means it's not -- can't be
3  related to a psychiatric problem; is that true?
4      A.  It means that it's more likely related
5  to a developmental problem and is not
6  necessarily a psychiatric problem.
7      Q.  And one of the important things in this
8  case -- and I have nothing but the utmost
9  respect for our military personnel, but the fact
10 that families move from place to place
11 frequently while adolescents and children are
12 growing up can play a psychiatric -- or there
13 can be a psychiatric toll that's imposed on the
14 children, correct?
15     A.  That's possible, yes.
16     Q.  And did you research that information
17 to try to determine whether that reality in
18 ███████ history may exist?
19     A.  Did I research it, you mean, through
20 literature search to look at other studies, is
21 that your question?
22     Q.  At all.
23     A.  So --
24     Q.  Either in the literature or factually,
25 did you get medical records from St. Louis,

Page 159

1  where he was before he moved to Manhattan,
2  Kansas, to see what was in those records?
3      A.  So I have records from Kansas, but not
4  prior to Kansas.
5      Q.  So you have two years' worth of
6  records?
7      A.  I have -- that must be true.  It's
8  probably a little more than that, yes.
9      Q.  Okay.  And again, in these guidelines
10 that talk about doing psychiatric -- forensic
11 psychiatric assessments in a civil setting and
12 they stress the importance of securing
13 information from collateral sources, those
14 include historical records on the patient,
15 doesn't it?
16     A.  It may, yes.
17     Q.  I'm sorry.  I kind of sidetracked here.
18 You were going to give me the page from the
19 hospital or the clinic records that you thought
20 indicated that ██████ had no psychiatric
21 history at all before he was pushed off the
22 trampoline.
23     A.  Well, I've been answering questions, so
24 stand by.  Hold on just a moment.
25          MR. CLARK:  Perhaps counsel can

Page 160

1  help us and point out to a page in the medical
2  records that suggests ██████ does have a
3  psychiatric problem in the interest of time?
4      A.  I'm just doing a quick word search for
5  "psychiatric," "anxiety," "depression,"
6  "mental."  It's not in here.
7  BY MR. NICESWANGER:
8      Q.  Did you find any evidence he'd ever
9  been evaluated for a psychological or
10 psychiatric condition while he was in Manhattan?
11     A.  He was never in Manhattan.  I'm
12 confused.  Manhattan, Kansas?
13     Q.  In Fort Riley.
14     A.  So I believe that there's information
15 in here about him being screened, as
16 pediatric -- pediatricians usually do.  I'm
17 happy to try to find that, but if there's -- if
18 there's a particular page you're interested in,
19 I'm happy to go to it.
20     Q.  Well, when I looked at the records, I
21 didn't find anything that indicated he ever had
22 any mental health screening while he was in Fort
23 Riley, and I'm not claiming that I have a
24 photographic memory or that I'm the best at
25 reviewing records.  So I'm hoping that if I

Page 161

1  missed something, you can point it out.
2      A.  Right.  So I don't -- I'm not at this
3  moment seeing a history.  What I'm looking for
4  is an initial intake.  I don't see anything that
5  he came in with a psychiatric complaint.
6      Q.  Sure.  And I'm not suggesting he came
7  in with psychiatric complaints.  I'm talking
8  about an assessment where they attempt to
9  evaluate the youngster.
10     A.  Certainly, I understand that.  I'm
11 looking under health maintenance.  That's
12 usually where I'll find it, in psychiatric --
13 you know, they're evaluating -- they're doing a
14 psychiatric mental -- they're doing a mental
15 status exam.  So, for instance, here's a well
16 history.  Let me tell you what page that is on.
17     Q.  Sure.
18     A.  It's on page 31 of 96 of the IACH
19 medical records, which I don't know what exhibit
20 that is because I've had to pull it up as bigger
21 than I can see it on my screen.
22     Q.  That's okay.  What's the date of that
23 entry?
24     A.  Hold on just one moment.  My computer
25 is catching up.  So you can see -- you can see

41 (Pages 158 - 161)

Page 162

1  there's a psychiatric part of the exam.  Hold on
2  a second.
3      Q.  What was ███████ being seen for that
4  day?
5      A.  It's a well patient visit.  Hold on
6  just one moment first.  So nine years old, well
7  patient visit.  It looks like -- let's see,
8  5-18-13 is his birth date.  It's on page 35.
9  And there's basically not a lot of history of
10 present illness.  They're doing a health
11 screening, is what it looks like to me here, and
12 they did an exam.  Yeah, it looks like on page
13 38, psych mood appropriate, affect appropriate,
14 fully oriented.
15          (Reporter clarification.)
16     A.  Yeah.  It looks like on page 38, for
17 instance, psych was part of their exam, which is
18 a common phenomenon that I see in pediatric
19 records.  I'm looking for prior.  It looks like
20 on page 32, there was also -- that was part of
21 their exam, and that was also bolstered on page
22 31 under "Psychiatric Review of Symptoms."  They
23 said there weren't any sleeping problems or
24 irritability or difficulties with mood swings or
25 depression.  That was a well -- part of their

Page 163

1  well child.
2      Q.  And do you know, in these records that
3  you're describing, is that something that the
4  doctor asks the 9-year-old?
5      A.  I don't know what he asked him.  I
6  didn't -- I didn't do this evaluation.
7      Q.  Or do you know whether that's something
8  the mom tells them if they say, you know, how is
9  he doing?  Do you have any information about it?
10     A.  I'm looking at the record to see if
11 there's any -- a specific thing, "Mom told me
12 there's no sleeping problems."  It just says
13 that there's no sleeping problems, no
14 irritability, no mood swings or depression.
15 That was part of a well history.  He had
16 presented with mom at that time, is what I'm
17 looking at.
18     Q.  Did mom talk about the history of these
19 urinary and fecal episodes?
20     A.  Not that I'm aware of at this
21 particular visit.
22     Q.  All right.  Let me go back to this
23 guideline for a second.  One of the things that
24 it discusses is that for litigation involving
25 claimed mental harm, a forensic expert should

Page 164

1  request important legal documents, for example,
2  the plaintiff's complaint, the defendant's
3  answers.
4          Did you get any legal documents in
5  connection with your work on this case?
6      A.  I don't know that I specifically got
7  the complaint, if that's what you're speaking
8  about.
9      Q.  Yeah.  I mean, on your report you
10 listed what you got, and you didn't list that
11 you got a copy of the petition or the complaint
12 or any of the pleadings, correct?
13     A.  Well, I was asked a question by the
14 lawyers that retained me.
15     Q.  I didn't ask you what the lawyers
16 asked -- that retained you asked you.  I asked
17 you in connection with your forensic evaluation
18 in this case, did you get the important legal
19 documents that apply to the case?
20     A.  I did not get the complaint, no.
21     Q.  Did you get any legal documents?
22     A.  Not that I recall.
23     Q.  Okay.  Another thing that's discussed
24 in these guidelines is the setting for the
25 interview.  Do you take into consideration the

Page 165

1  setting for the interview?  And one of the
2  things it talks about under this is whether
3  there should be third parties present.  Is that
4  something that you, in your methodology, take
5  into consideration?
6      A.  I take into consideration, yes.
7      Q.  Have you done other forensic interviews
8  in a public library?
9      A.  I have not.
10     Q.  Do you always have other people in the
11 room?  Earlier you mentioned that one of the
12 things that you thought would be objectionable
13 about recording this encounter was the fact that
14 somebody else would be in the room.  Have you
15 done interviews where you have other people
16 other than the patient who is being evaluated in
17 the room?
18     A.  I've done evaluations of young children
19 where a family member is in the room.
20     Q.  And when you say "young children," what
21 do you mean?
22     A.  I mean children as young as three or
23 four and there's going to be another family
24 member in the room during that time.
25     Q.  And ███████ was 11 when you met with

42 (Pages 162 - 165)

Page 166

1  him; is that right?
2      A.  That's true.
3      Q.  Can you think of any other interviews
4  you've done in a legal setting where you've had
5  a parent present for an 11-year-old when you're
6  trying to interview them and gather accurate
7  facts?
8      A.  I can think of another one where it was
9  a 10-year-old and the parent remained in the
10  room, yes.
11      Q.  Is that at your request or is that the
12  parents wanting to be in there?
13      A.  As a matter of practice?
14      Q.  Yeah.  I mean, do you require the
15  parents to be there or is that the parents
16  saying "Hey, I'd like to be there"?
17      A.  I've --
18          MR. CLARK:  Objection.  Vague.
19      A.  So it's -- I've had parents request to
20  remain in the room and I have had situations
21  where the child decides -- well, in talking with
22  the child, I ask the child if they would like to
23  speak with me alone, and sometimes the child
24  will say yes and sometimes they will say no.  It
25  really depends on the rapport you're building

Page 167

1  with the child.
2  BY MR. NICESWANGER:
3      Q.  Did you ask ██████ in this case?
4      A.  I don't specifically recall.
5      Q.  Did you document that you asked
6  ██████?
7      A.  I don't specifically recall that.
8      Q.  I mean, you specifically documented
9  that you told ██████ you weren't going to be
10  his doctor and weren't going to treat him,
11  correct?
12      A.  Which is a typical pre-evaluation, yes.
13      Q.  Understood.  You will document
14  important things that transpire in terms of
15  interaction with someone you're evaluating,
16  true?
17      A.  True.  I try to, yes.
18      Q.  If you would have asked ██████ "Can I
19  interview you without your parents here" or "Do
20  you want your parents here," some variety of
21  that question, if you would have asked it, you'd
22  document that you did and what the response was,
23  correct?
24      A.  I think that's fair, sure.
25      Q.  Okay.  So in this case, who decided to

Page 168

1  have the mother in the room when you were trying
2  to interview ██████?
3      A.  I think it was met by mutual -- mutual
4  agreement.  I don't recall specifically telling
5  mom to get out of the room because I wasn't
6  concerned that ██████ wasn't talking to me.
7      Q.  Well, let me ask you the flip side,
8  though.  Did you tell mom, "Hey, normally we try
9  to not have third parties in the room, do you
10  mind if I visit with ██████ " and then she
11  objected?  I mean, I'm trying to figure out how
12  you ended up with a third party in the room.
13      A.  I don't recall having that
14  conversation --
15          MR. CLARK:  Objection to form.
16      A.  I don't recall having that conversation
17  with her.  I recall ██████ briefly being with
18  me when mom stepped out to go to the bathroom.
19  BY MR. NICESWANGER:
20      Q.  Was he interacting with you fine when
21  she went to the bathroom?
22      A.  As I recall, yes.
23      Q.  So this wasn't a situation where you
24  had a youngster who was going to, you know,
25  cower in a chair and not talk to you if their

Page 169

1  mom wasn't around; is that true?
2      A.  I wouldn't have anticipated that,
3  that's true.
4      Q.  Okay.  And so back to the question
5  then.  Why did you have mom in the room?
6  Because you understand the parents can influence
7  kids, correct?
8          MR. CLARK:  Objection.  Form,
9  argumentative.
10          MR. NICESWANGER:  I agree.  That
11  was compound.  Let me ask it separately.
12  BY MR. NICESWANGER:
13      Q.  Ma'am, you understand that having
14  parents in the room when you're interviewing an
15  11-year-old, the parents may have an impact on
16  what the 11-year-old says, true?
17      A.  I think that's possible, yes.
18      Q.  And so ideally, you try to have an
19  interview with an 11-year-old who is willing to
20  communicate without the presence of a parent who
21  might impact on what the child has to say, true?
22      A.  If I'm concerned that that influence is
23  happening, sure.
24      Q.  So I'm still not clear.  Was it
25  Mrs. Kull who said, "I want to be with him," or

43 (Pages 166 - 169)

Page 170

1  did you just say, "Why don't the two of you come
2  in," and invited her in?  How did you end up
3  with the mother in the room when you had an
4  11-year-old that you've indicated seemed to be
5  willing to converse with you individually?
6        MR. CLARK:  Objection.  Asked and
7  answered and form of the question.
8     A.  Could you repeat the question?  I
9  apologize.
10  BY MR. NICESWANGER:
11     Q.  Sure.  I'm just trying to find out, was
12  this a deal where you told the mom, "Come on in,
13  we'll just all get in the room together," or was
14  it a deal where you said, "Hey, ████ come on
15  in, I'm going to talk with you a minute," and
16  mom says, "I'd like to be part of it"?
17     A.  I don't recall --
18        MR. CLARK:  Objection.  Form of
19  the question.
20     A.  I don't -- I don't recall mom saying to
21  me, "I absolutely have to be in the room."  I
22  usually would start any interview with everybody
23  present, and neither of these people know me at
24  all.  They've never met me, and so I --
25  BY MR. NICESWANGER:

Page 171

1     Q.  So when you do a forensic interview,
2  you just invite whoever comes with the patient
3  into the room and you just start out, and unless
4  somebody raises an issue, whoever is there, it's
5  fine?
6        MR. CLARK:  Objection.
7  Argumentative, and it assumes facts not in
8  evidence.  Please rephrase.
9  BY MR. NICESWANGER:
10     Q.  I mean, if the dad would have come
11  along, would you have said, "Come on in, we'll
12  just have all four of us in the room"?
13     A.  So initially -- ████ is a minor.
14  And so initially, I'm going to have guardians in
15  the room.  The decision to not ask mom to leave
16  the room is based generally on I'm not concerned
17  about him not talking to me, or I'm not
18  concerned about him not telling me what's
19  happening.  He talked to me pretty freely.
20  BY MR. NICESWANGER:
21     Q.  Okay.  I mean, the concern that you
22  have -- I realize you've got to have a child
23  that would be responsive, but the concern that
24  you have is that the parents may influence what
25  the child says, correct?

Page 172

1        MR. CLARK:  I object.  That
2  assumes a fact not in evidence.
3  BY MR. NICESWANGER:
4     Q.  If that's true, ma'am, you can --
5     A.  I didn't have concerns that there was
6  influence happening at that time.
7     Q.  Did you at some point?
8     A.  No.
9        MR. CLARK:  Object.  Vague.  Did
10  you what?  I don't understand.
11  BY MR. NICESWANGER:
12     Q.  This guideline also talks about
13  assessments.  Some are contemporaneous and
14  others require a retrospective review.
15        In this case, were you doing a
16  contemporaneous assessment or a retrospective
17  assessment?
18     A.  So I was trying to collect history and
19  I had historical documents, so I'm looking
20  backwards, but then I'm trying to look at what's
21  happening currently and I'm observing the
22  evaluee in the room.
23     Q.  Another component that's discussed in
24  these guidelines is previous trauma.  Do you
25  recognize that previous trauma may be important

Page 173

1  when you're doing an assessment?
2     A.  I do.
3     Q.  And that could be physical trauma or
4  mental trauma, correct?
5     A.  Potentially, yes.
6     Q.  And did you attempt to secure a history
7  of ████ previous trauma from him
8  individually?
9     A.  I attempted to understand from him what
10  his history was.  I don't recall saying to him,
11  "████ do you have a history of trauma before
12  September?"
13     Q.  I mean, you knew you were talking about
14  his elbow.  Did you ask him, "Hey, did you hurt
15  your elbow before that"?
16     A.  I remember asking him about how he -- I
17  remember asking him about the prior break.  I
18  remember there was a conversation about that.
19  He said something about that.  I don't
20  recall exactly what his -- his comment was.  It
21  wasn't the focus of what he was talking about.
22     Q.  So ████ talked to you about hurting
23  his elbow prior to September when he got shoved
24  off the trampoline?
25     A.  I recall -- I recall that he talked

44 (Pages 170 - 173)

Page 174

1  about breaking his arm before. I didn't get a
2  huge amount of information about that.
3      Q. Did you ever know that there were
4  multiple injuries to his arm?
5      A. Multiple incidents injuring his arm or
6  his arm had multiple injuries from one incident?
7      Q. No, multiple incidents of injuries to
8  the same arm.
9      A. I was aware of one -- one incident
10  where he had a break.
11      Q. So as you sit here today, you're not
12  aware that he had multiple incidents where he
13  had injuries to that arm; is that true?
14      A. That is true.
15      Q. Now, one of the things under this
16  guideline that I'm looking at here is substance
17  use. My understanding is you asked ███████
18  about any alcohol or substance use; is that
19  right?
20      A. I asked him about substance when his
21  mom walked out of the room to go to the bathroom
22  because I make -- I try to make good use of that
23  whenever a parent walks out.
24      Q. Well, why wouldn't you ask that in
25  front of the parent?

Page 175

1      A. Well, I think that there -- I never
2  know what answer I'm going to get. So if I can
3  ask a hard question during that time, I'm happy
4  to do so.
5      Q. So you think you get a more candid
6  response when the mother isn't in the room?
7      A. It's possible. I asked later. I got
8  the same answer.
9      Q. And did ███████ tell you about his
10  father's alcohol history, or was that the mother
11  chiming in and telling you about it?
12      A. We talked about that on the phone
13  afterwards with mom. ███████ didn't tell me
14  about that.
15      Q. How did that come up?
16      A. I asked about any psychiatric history
17  in family, and mother mentioned that.
18      Q. Okay. And then once you found out
19  about that, did you know whether the alcohol use
20  was related to a psychiatric issue?
21      A. I don't know that specifically,
22  partially because I don't consider those
23  different.
24      Q. Well, you can have a psychiatric issue
25  that leads you to abuse substances, or you can

Page 176

1  abuse substances and it can lead to psychiatric
2  issues, correct?
3      A. I would argue they're all psychiatric
4  issues.
5      Q. Okay. So you've never had a situation
6  where somebody had an underlying psychiatric
7  problem and tried to self-medicate with drugs or
8  alcohol?
9      A. I have had that situation. That's
10  possible.
11      Q. Okay. And in that situation, isn't it
12  important to know whether the problem is because
13  of an underlying psychiatric condition that the
14  patient is trying to self-medicate or whether it
15  is a situation where someone is abusing
16  substances and causes themself to have a
17  psychiatric problem?
18          MR. CLARK: I'm going to object
19  to this line of questioning. This is a problem
20  with relevance and unlikely to lead to discovery
21  of admissible evidence. I object.
22      A. Should I answer?
23  BY MR. NICESWANGER:
24      Q. Yeah, you can answer, and I'll move on.
25  I got sidetracked a little bit.

Page 177

1      A. Oh, I'll answer it now. I apologize.
2  I --
3          MR. CLARK: I think -- I think
4  counsel suggested that he was going to move on.
5  So you don't need to answer it, unless he wants
6  you to.
7  BY MR. NICESWANGER:
8      Q. No, I said you can go ahead and answer
9  it and then I'll move on.
10          THE WITNESS: Should I answer it?
11          MR. CLARK: If you can remember
12  the question, answer it.
13      A. The question, as I recall, is, is it
14  important to understand if a substance use
15  disorder precedes another psychiatric diagnosis
16  or if a psychiatric diagnosis other than
17  substance precedes a substance use disorder, did
18  I get that right?
19  BY MR. NICESWANGER:
20      Q. You got it. Better than I did.
21      A. I think that's important for treatment.
22      Q. But not for an evaluation for legal
23  purposes?
24      A. I wasn't evaluating the father for
25  this. I think it was important to know there

45 (Pages 174 - 177)

Page 178

1   was a history of alcohol concerns in the family.
2       Q.   The guidelines I'm looking at also talk
3   about a mental status examination.  Did you do
4   that?
5       A.   I did.
6       Q.   And is that reflected in your notes?
7       A.   It's reflected in my report.
8            MR. CLARK:  Hey, can I interject
9   here for a moment?  We're now at 5:10 P.M. and
10  we've been going for more than an hour.  Can we
11  take five minutes, please?
12           MR. NICESWANGER:  You bet.  And I
13  don't think I have a ton more either, Barry.
14           MR. CLARK:  Okay.  Thank you.
15           (A recess was taken.)
16  BY MR. NICESWANGER:
17      Q.   Ma'am, we're back on the record after
18  just a quick break.  Are you okay to continue?
19      A.   I think so.
20      Q.   This guideline that I'm looking at
21  talks about that there are concerns about the
22  misuse of DSM diagnosis in areas of litigation
23  as information conveyed by a diagnosis may not
24  meet the requirements necessary to arrive at a
25  legal decision.

Page 179

1            Have you read anything about how the
2   DSM can be misused in the forensic context?
3       A.   Well, the introduction in the DSM
4   itself actually gives a warning about that.  And
5   so we don't have another better, more accepted
6   way to try to understand diagnoses at this time,
7   so I think that this is why we don't have AI
8   doing evals.
9       Q.   Okay.  This guideline also talks about
10  the need for adjunctive testing.  What is
11  adjunctive testing?
12      A.   So an example of that could be sending
13  an evaluee for psychological testing around
14  personality or other IQ testing, for instance,
15  or something like that if it's indicated, and
16  sometimes it is.
17      Q.   Did you do any adjunctive testing in
18  connection with your evaluation in this case?
19      A.   I did not send ███████ to have
20  additional testing, no.
21      Q.   And this talks about there are certain
22  standardized tests that can be used.  An
23  additional IQ testing, are you familiar with any
24  standardized tests that may be used in
25  connection with an assessment?

Page 180

1       A.   Certainly.  It depends on what I'm
2   trying to assess.
3       Q.   If you're trying to assess a -- what
4   did you say ███████ has, a mood disorder?
5       A.   Adjustment disorder.
6       Q.   I'm sorry?
7       A.   Adjustment disorder.
8       Q.   An adjustment disorder?
9       A.   Uh-huh.
10      Q.   Did you get any standardized testing
11  that would help you to either document that
12  diagnosis or not?
13      A.   I did not.
14      Q.   Again, the question why?
15      A.   I can't specifically think of a test I
16  would have ordered that would have helped me
17  make that diagnosis.
18      Q.   So as you sit here today, you're not
19  aware of any standardized tests that are used to
20  help diagnose an adjustment disorder?
21      A.   Specifically an adjustment disorder,
22  no, not in children.
23      Q.   It also talks about psychological
24  testing.  Is that different than the
25  standardized tests?

Page 181

1       A.   I suspect that they're using that
2   interchangeably.  You would have to show me
3   specifically what examples they gave.  So, for
4   instance, I suppose I could have ordered a lab
5   test if I thought that that would be important
6   to get blood work for some reason, but I did
7   not.
8       Q.   This talks about having the forensic
9   psychiatrist have a psychologist undertake
10  forensic testing -- or psychological testing.
11  Is that what we were already talking about, the
12  standardized tests?
13      A.   Yes.  That would -- an example would be
14  in a criminal case, trying to do IQ testing to
15  establish that in a criminal type of case, or to
16  look for malingering in a criminal case.  There
17  are tests specifically for that.
18      Q.   Okay.  I just have a couple more things
19  here.  Actually, I shouldn't say a couple
20  because that will imply two and there may be
21  more than two, but it's not very many.
22           Was there anything in the medical
23  records that you've identified on page 1 of your
24  report that's medical records, 4, 5, 6, 7, 8 --
25  well, 7.  Let's just -- 4, 5, 6, 7.  Was there

46 (Pages 178 - 181)

Page 182

1  anything in there that you relied on in reaching
2  your diagnosis of an adjustment disorder?
3      A.  I -- I relied on the fact that there
4  wasn't another clear psychiatric reason that
5  ████ had presented in those records.  But as
6  far as an adjustment disorder, based on the
7  records that I saw, I was trying to understand
8  the history from the family and from what he
9  described to me.
10     Q.  Yeah, and I'm separating from what you
11 were told by the family and ████ --
12     A.  Uh-huh.
13     Q.  -- from these records that you say are
14 the source of your information or one of the
15 sources of your information.  And from what I'm
16 hearing you say, there's nothing in the records
17 that are identified as numbered lines 4, 5, 6,
18 and 7 that you utilized to reach your diagnosis
19 of an adjustment disorder; is that true?
20     A.  It's not true.  So, for instance, had
21 it said in there ████ has ADHD, I would have
22 used that.  It's a pertinent negative, but
23 there's nothing in there.
24     Q.  Was ████ ever assessed for ADHD, to
25 your knowledge?

Page 183

1      A.  He was assessed for a regular well
2  visit, pediatric --
3      Q.  An assessment for ADHD is different
4  than the kid just walking in for a well child
5  visit, correct?
6      A.  It's different, but it starts with
7  walking in for that well child visit where
8  there's a screening done, and at no point that
9  I'm aware of did he ever screen in a pediatric
10 visit that I have access to as having any kind
11 of mental health concern.  That would have
12 been -- I think that most likely would have been
13 a first step, and I didn't see that in there and
14 I'm noticing that.
15     Q.  That's interesting.  So your belief is
16 that all these kids that go to pediatricians
17 until they get to be 10 or 12 years old and
18 there's nothing about ADHD, and then when they
19 get to be in middle school or junior high, then
20 they're diagnosed with ADHD, it's your belief
21 that they just spontaneously developed that
22 condition because it's not in any of the
23 previous records; is that what you're saying?
24     A.  No, I'm not.
25         MR. CLARK:  Objection.  Form,

Page 184

1  argumentative, assumes facts not in evidence.  I
2  don't even understand the question.
3         Answer it if you can, Doctor, but ...
4      A.  I think you gave me a hypothetical
5  situation.
6  BY MR. NICESWANGER:
7      Q.  Well, let me just ask you this.  Is
8  ADHD something that exists from the time a child
9  is young, or is it something that occurs
10 spontaneously when they're in their teens?
11         MR. CLARK:  Objection.
12 Relevance.
13     A.  It may occur when a child is young,
14 yes.
15 BY MR. NICESWANGER:
16     Q.  And then it's not diagnosed until later
17 when people notice it, correct?
18         MR. CLARK:  Same question.  Why
19 don't we talk about, you know, ax murderers or
20 something that's germane to this case.
21     A.  That's possible.  I'm noticing that --
22 I noted that there was no -- no prior complaint
23 of mental health concerns in the pediatric
24 records I had.
25 BY MR. NICESWANGER:

Page 185

1      Q.  Okay.  Let me ask you the flip side of
2  the question and then we'll move on.  Is there
3  anything in these records, in 4, 5, 6, and 7,
4  that somehow supports the notion that ████
5  was displaying or had not displayed symptoms of
6  an adjustment disorder previously, something
7  affirmative that's noted?
8         I get it you're saying there's nothing
9  there, so he must not have had it.  I'm saying
10 is there anything affirmative in terms of an
11 assessment that says I looked into this and he
12 didn't have it at the time?
13     A.  So --
14         MR. CLARK:  Objection.  Form.
15 Please rephrase.
16     A.  Are you going to rephrase it?
17 BY MR. NICESWANGER:
18     Q.  I did the best I could, if you can
19 answer.
20     A.  I'll do the best I can.  There is a
21 document -- there's documented, quote, psych
22 review of systems and there's documented psych
23 observations that are normal, but --
24     Q.  Okay.
25     A.  -- to my knowledge, there's no specific

47 (Pages 182 - 185)

Page 186

1  sentence in those medical records that says I
2  assessed ▓▓▓▓ for adjustment disorder and
3  found him to be wanting.
4      Q.  Fair enough.  I wanted to talk about
5  the school records just briefly.  Did the
6  Catholic school records and the St. Bernard's
7  Catholic records, did they provide any
8  documentation that you believe supports your
9  diagnosis of an adjustment disorder?
10     A.  Not specifically.  It provided academic
11 information for me.
12     Q.  I just have a couple more things here.
13 On page 2, you've got that you told ▓▓▓▓
14 mother and him of the nature, scope, and purpose
15 of your evaluation.  What did you tell them?
16     A.  I told Mrs. Kull that I had been
17 retained by Mr. Hornbaker and that I would be
18 doing an evaluation that included asking her son
19 questions, and that I would be asking questions
20 of both parents, and the reason that I had been
21 retained for the question I was trying to
22 answer.
23     Q.  And the purpose of your evaluation, did
24 you tell them you were asked to determine if
25 ▓▓▓▓ was suffering emotional harm from the

Page 187

1  injury occurring on September 23rd of '21?
2      A.  I didn't phrase it that way, but yes, I
3  told them that.
4      Q.  Well, how did you phrase it, if you
5  didn't state it like it appears on your report?
6      A.  So I phrased it as I've been hired to
7  determine objectively if there is any emotional
8  harm related to the situation with ▓▓▓▓ and
9  his arm.
10     Q.  And then you go on in the second line
11 to talk about your methods.  My understanding of
12 the methods that you employed in your evaluation
13 of this case were essentially twofold.  You
14 looked at the written materials that appear on
15 page 1 and the top of page 2 of your report, and
16 you talked with ▓▓▓▓ and his mom and then had
17 a subsequent phone call with his dad; is that
18 right?
19     A.  I did those things, and I also sought
20 records from school and -- yes.
21     Q.  Well, the records from school are
22 identified on page 1 and the top of page 2.
23 So --
24     A.  Correct.  Excuse me.
25     Q.  -- is it correct that your methodology

Page 188

1  in doing this evaluation consisted of looking at
2  the records that the lawyers provided to you
3  that are identified on page 1 and top of page 2,
4  and meeting with ▓▓▓▓ and his mom and having
5  a phone call with his dad?  That was the
6  methodology you employed?
7      A.  I sought --
8          MR. CLARK:  Objection.  Asked and
9  answered.  Asked and answered.
10     A.  To clarify, I sought the school
11 records.  That was the distinction I was trying
12 to make.
13 BY MR. NICESWANGER:
14     Q.  All of them or just the ones from
15 locally there in Tennessee?
16     A.  I sought them, and then they were sent
17 via Mr. Hornbaker, who assisted me with getting
18 them.
19     Q.  Okay.  And I don't want to go through
20 all the kind of behavioral issues that you've
21 mentioned in this report, but do you believe
22 that there's anything that -- in terms of the
23 behavioral issues that are discussed that you
24 have not seen in a child or an 11-year-old in a
25 setting where they haven't had an injury?

Page 189

1      A.  I'm not sure I understand your
2  question.  Do I believe --
3      Q.  You've gone through -- you've gone
4  through that he doesn't eat with his family, he
5  eats in his room, he plays video games, he
6  doesn't go to the bathroom and urinates and has
7  fecal movements on himself, that he sometimes
8  gets into fusses at his instigation with
9  classmates.  I mean, I'm not going to go through
10 them all, but you've got several of them here.
11         And my question is really simple.  Is
12 there anything that's pointed out in your report
13 that you could not find in the same individual
14 who hadn't had an injury?  In other words, are
15 these behaviors that you find in children and
16 adolescents, whether they've been injured or
17 not?
18     A.  These are behaviors I find in children
19 who have mental health concerns.
20     Q.  Even if they've never been injured?
21     A.  Sure.
22     Q.  Okay.
23         MR. NICESWANGER:  That's all I
24 have.  Thank you very much, ma'am.
25         MR. BURGE:  Barry, do you have

48 (Pages 186 - 189)

Page 190

1  anything?  I don't have any follow-up.
2        MR. CLARK:  I don't have any
3  questions, and we will read and sign, please.
4        THE REPORTER:  Do all counsel
5  want an electronic copy?
6        MR. CLARK:  I think we'll just
7  take an E-tran, please.
8        MR. BURGE:  Yeah, E-tran, please.
9        MR. NICESWANGER:  Sharon, I don't
10  know what we've gotten.  Whatever we've gotten
11  in the past on this deal.
12        THE REPORTER:  Okay.  Where do I
13  send the read and sign?
14        MR. CLARK:  Send it to me,
15  please, barry@clarkplatt.com.
16        (Deposition concluded at 5:33
17  p.m.)
18
19
20
21
22
23
24
25

Page 191

1        C E R T I F I C A T E
2     I, Sharon R. Larrick, a Certified Court
3  Reporter, do hereby certify:
4     That prior to being examined the witness
5  was by me duly sworn;
6     That said deposition was taken down by me
7  in shorthand at the time and place hereinbefore
8  stated and was thereafter reduced to writing
9  under my direction;
10     That I am not a relative or employee or
11  attorney or counsel of any of the parties, or a
12  relative or employee of such attorney or
13  counsel, or financially interested in the
14  action.
15     The original transcript is in the custody of:
16     MR. BRIAN L. BURGE
       SANDERS WARREN & RUSSELL LLP
17     11225 College Boulevard
       Suite 450
18     Overland Park, KS  66210
19     WITNESS my hand and seal this 30th day of
20  May, 2025.
21
22     Sharon R. Larrick
       CCR NO. 765, CSR NO. 767
23
24  DANIEL KULL, as natural guardians of minor
    Child, C.E.K., et al. Vs. SCOTT J. HABAKUS,
25  D.O., and VALOR NETWORK, INC.

Page 192

1              Veritext Legal Solutions
                1100 Superior Ave
2                  Suite 1820
               Cleveland, Ohio 44114
3              Phone: 216-523-1313
4
   June 13th, 2025
5
   To: MR. BARRY A. CLARK
6
   Case Name: Kull, Daniel Et Al v. Habakus, D.O. Scott J. Et Al.
7
   Veritext Reference Number: 7392912
8
   Witness: LaRae Copley, M.D., Ph.D.      Deposition Date:
9  5/30/2025
10
   Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address
    shown
17
    above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
20  this letter, the reading and signing will be deemed waived.
21
    Sincerely,
22
    Production Department
23
24
25  NO NOTARY REQUIRED IN CA

Page 193

1            DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 7392912
3   CASE NAME: Kull, Daniel Et Al v. Habakus, D.O. Scott J. Et Al.
    DATE OF DEPOSITION: 5/30/2025
4   WITNESS' NAME: LaRae Copley , M.D., Ph.D.
5   In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7   I have made no changes to the testimony
    as transcribed by the court reporter.
8   _____
9   Date        LaRae Copley , M.D., Ph.D.
10     Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
      They have read the transcript;
13      They signed the foregoing Sworn
      Statement; and
14      Their execution of this Statement is of
      their free act and deed.
15
      I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
    _____
18  Notary Public
19  _____
    Commission Expiration Date
20
21
22
23
24
25

Page 194

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
     ASSIGNMENT REFERENCE NO: 7392912
3    CASE NAME: Kull, Daniel Et Al v. Habakus, D.O. Scott J. Et Al.
     DATE OF DEPOSITION: 5/30/2025
4    WITNESS' NAME: LaRae Copley , M.D., Ph.D.
5    In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7    I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
8    well as the reason(s) for the change(s).
9    I request that these changes be entered
     as part of the record of my testimony.
10
     I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   _____
     Date          LaRae Copley , M.D., Ph.D.
14
     Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17   They have read the transcript;
     They have listed all of their corrections
18   in the appended Errata Sheet;
     They signed the foregoing Sworn
19   Statement; and
     Their execution of this Statement is of
20   their free act and deed.
21   I have affixed my name and official seal
22   this _____ day of_____, 20____.
23   _____
     Notary Public
24
     _____
25   Commission Expiration Date

Page 195

1         ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
2         ASSIGNMENT NO: 7392912
3    PAGE/LINE(S) /      CHANGE        /REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19

20   Date          LaRae Copley , M.D., Ph.D.
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22   DAY OF _____, 20_____ .
23   _____
     Notary Public
24
     _____
25   Commission Expiration Date

[& - 40]

| & |
| --- |
| **&** 2:5,14,20 191:16 |

| 0 |
| --- |
| **002380** 1:7 |

| 1 |
| --- |
| **1** 2:9 3:8,18,23 5:17,18 181:23 187:15,22 188:3 |
| **1,675** 23:9,18 |
| **1-24-25** 3:13 |
| **1-27-25** 21:1 23:11 |
| **1-6-25** 20:25 |
| **10** 3:19 26:8,11 58:21 98:19 166:9 183:17 |
| **10851** 2:20 |
| **11** 3:21,23 26:16,19 32:9 32:10 33:25 34:7 107:2 165:25 166:5 169:15,16,19 170:4 188:24 |
| **1100** 192:1 |
| **11225** 2:14 191:17 |
| **12** 3:11 32:9,10 141:13 183:17 |

**12-17-2024** 151:25
**12-7** 15:9
**12-7-24** 3:12
**12:30** 44:14
**138** 3:4
**13th** 192:4
**14** 3:12
**16** 134:8
**17** 2:9
**17th** 97:10 98:19 99:2,13
**18** 32:13,22 33:5,9 97:14 97:20 98:23 99:17
**1820** 192:2
**19** 3:13,15 123:24
**1999** 43:9
**1:02** 4:1

| 2 |
| --- |
| **2** 3:9,19 6:22 6:24 112:6 186:13 187:15 187:22 188:3 |
| **2,000** 23:10,14 |
| **20** 33:16,22 136:5,19 193:16 194:22 195:22 |
| **2013** 132:7 |

**2018** 68:19 69:5 70:4,12 73:4 144:9
**2021** 65:18 66:1,6,14,19 67:1 69:17,23 70:3 73:3,11 73:13 81:5 116:9 117:2,3
**2022** 35:2 51:7 108:6,19
**2023** 83:13
**2024** 7:22 15:4 30:19 38:23 93:6,9,21
**2025** 1:21 19:15 23:9 24:24 30:23 38:22 65:10 76:8 94:3 98:24 191:20 192:4
**21** 108:5,18 187:1
**216-523-1313** 192:3
**21st** 144:11
**23** 65:25 66:6 66:19 67:1
**23rd** 65:18 66:14 69:17 154:9 187:1
**24** 3:17 19:15 65:10

**25** 20:19,20 32:9,10,17
**26** 3:18,19,21
**27th** 20:19 24:12
**2:24** 1:7

| 3 |
| --- |
| **3** 3:10,21 7:6,9 9:6 12:16 116:4 |
| **3,675** 23:12,22 |
| **30** 37:16,19 63:14 |
| **30th** 1:20 30:23 191:19 |
| **31** 161:18 162:22 |
| **32** 162:20 |
| **32291** 191:21 |
| **35** 162:8 |
| **350** 20:10 21:11,14 22:8 22:12,25 |
| **38** 162:13,16 |

| 4 |
| --- |
| **4** 3:3,11 12:21 12:25 151:15 151:20,21 181:24,25 182:17 185:3 |
| **4.9** 131:12 |
| **40** 97:14,20 98:24 |

[417 - accurate]

**417** 2:5
**44114** 192:2
**45** 63:6 119:23
**450** 2:15
191:17
**6th** 20:20 23:9

### 5

**5** 3:8,12 14:11
14:15 17:16
19:8 38:8
42:18 58:21
65:8 100:7
112:8 116:12
151:20 181:24
181:25 182:17
185:3
**5-18-13** 162:8
**5-28-25** 3:15
**5/30/2025**
192:9 193:3
194:3
**50** 63:7
**50/50** 39:8
40:16
**500** 46:17
**52** 119:23
**5:10** 178:9

### 6

**6** 3:9,13 19:9
19:13 65:9
138:5 181:24
181:25 182:17
185:3

**66210** 2:15,21
191:18
**66441** 2:9
**66502** 2:6
**6th** 20:20 23:9

### 7

**7** 3:10,15 15:4
19:22,25
181:24,25,25
182:18 185:3
**7,500** 23:25
**7392912** 192:7
193:2 194:2
195:2
**765** 1:19
191:22
**767** 1:19
191:22
**785.539.6634**
2:6
**785.762.2100**
2:10
**7th** 95:24 96:14

### 8

**8** 3:17 24:18,21
141:9 181:24
**8th** 2:9

### 9

**9** 3:18 25:23
26:3,5 121:16
141:10 163:4

**900** 2:21
**913.234.6100**
2:16
**913.693.0900**
2:22
**96** 161:18
**97** 130:7

### a

**aapl** 47:12 48:9
52:18 53:16
153:10
**abilities** 70:14
**ability** 60:23
118:23 146:3
**able** 45:22 78:2
83:5 85:13,16
87:13 90:5
92:10 100:3
146:24 147:2
148:23
**above** 76:3
83:25 192:17
**abpn** 47:23,23
**absolutely** 90:3
150:11 170:21
**abuse** 129:6
151:2,3,7
152:16 175:25
176:1
**abusing** 176:15
**academic** 24:22
25:17 75:25
76:11,16 77:3

87:8 89:10
112:24 114:8
115:18 186:10
**academically**
75:22 87:14
**academics** 76:4
**academy** 32:16
47:13,15 48:9
**accepted** 37:11
179:5
**access** 87:23
183:10
**accident** 130:2
**accidents**
129:19
**accomplished**
118:18
**accordance**
193:5 194:5
**account** 155:21
157:8
**accounting**
23:4
**accurate** 7:17
7:18 17:7,10
17:18 23:24
26:7,15 46:4
70:24 75:23
78:20 80:12
91:11 101:13
122:2 131:6,9
134:9 137:12
137:19 139:9
139:20 166:6

**accurately**
  104:21
**acgme**  52:21
**acknowledge**
  193:11 194:16
**act**  193:14
  194:20
**action**  9:22,24
  10:1,9 72:22
  191:14
**actively**  51:15
**activities**  78:2
  83:16,19 85:14
  89:8 90:1,11
  92:9 108:18
  110:11 111:7
  114:8,25
  115:18 118:23
**activity**  85:17
  109:16,23
  114:2 115:14
  128:25
**actual**  119:12
**actuality**  16:5
**actually**  4:23
  7:24 9:18
  11:15,21 12:9
  15:22 46:10
  50:21 59:21
  60:23 65:14,21
  72:15 81:22
  94:3 95:21
  97:12 116:14
  124:8 129:8

  144:2 145:7,19
  146:19 148:22
  179:4 181:19
**acute**  66:13
**adaptive**
  118:21,25
**add**  15:15
**addiction**  64:22
**addition**  23:10
  23:17 31:10
  34:3 71:4
**additional**
  23:21 27:23
  30:5 56:17
  62:18 99:15
  103:10 139:25
  140:2,21 143:8
  179:20,23
**address**  93:23
  192:16
**addressed**  50:9
**adequate**  46:6
  88:4,9
**adhd**  182:21,24
  183:3,18,20
  184:8
**adjunctive**
  179:10,11,17
**adjustment**
  101:11 112:6
  116:13 180:5,7
  180:8,20,21
  182:2,6,19
  185:6 186:2,9

**admissible**
  176:21
**admission**  60:6
  60:23 147:21
**admissions**
  129:4
**admit**  59:7,14
**admitted**  59:19
  60:13,15
**adolescence**
  32:9 84:7
  125:22
**adolescent**  32:6
  32:14,16,24
  33:18,20 34:2
  34:10 40:22
  41:11,16 64:21
  81:10 83:15
  88:25 126:13
  126:22 127:5
  134:22
**adolescents**
  30:14 32:2
  33:14 54:9
  89:2 103:15
  114:25 126:18
  126:24 158:11
  189:16
**adult**  32:24
  33:18 41:8,17
  64:21 103:12
  132:1,13,18,20
**adulthood**
  132:10 135:20

**adults**  30:14
  32:1,21 33:14
  41:11 54:14
  103:16 125:21
  126:20 134:20
  136:12
**advair**  83:13
**adversity**
  127:20
**advertise**  45:25
  51:15
**advised**  89:25
  94:2
**advocating**
  143:21 148:15
**affect**  114:20
  162:13
**affects**  123:5,15
**affirmative**
  185:7,10
**affixed**  193:15
  194:21
**afternoon**  5:9
**age**  32:7,13,17
  32:22 33:3,25
  34:4 42:16
  83:10 88:21
  132:3,25 134:8
  135:8,24,25
  136:15 141:13
**ages**  137:1
**ago**  11:12 47:2
  49:22 51:4
  142:8

agree  48:15,18
  49:5 71:11,13
  72:8 75:2,7
  77:1,7 83:14
  83:17 84:12
  123:8 125:15
  125:23 126:10
  127:24 149:21
  169:10
agreement
  168:4
ahead  62:5,7
  91:24 99:22
  134:4 177:8
ahold  100:2
ai  148:5 179:7
aimed  54:1
al  1:6 3:20
  191:24 192:6,6
  193:3,3 194:3
  194:3
alcohol  150:21
  150:24 152:3
  174:18 175:10
  175:19 176:8
  178:1
allege  65:23
alleged  67:21
  68:3 81:4
allie  11:9
allocated  63:16
allow  17:11
  53:15 143:23

allowed  84:16
  89:15 90:10
  109:5,24 111:6
  111:14 156:9
allows  8:22
alluded  13:21
altenhofen  2:8
altenhofenla...
  2:10
alternative
  77:2
american  32:16
  47:13,15 48:9
  52:22
amount  23:18
  23:21 174:2
analysis  121:8
  121:9,25 124:2
analyze  134:8
anatomical
  66:24 79:3
anger  107:3,5
animosity
  106:12
anna  3:18 26:4
  121:4
annoying  19:3
annual  47:12
answer  8:22
  18:19 31:6
  36:6 43:23
  70:6 79:17,18
  92:2 94:14
  110:1,2 175:2

175:8 176:22
  176:24 177:1,5
  177:8,10,12
  184:3 185:19
  186:22
answered
  170:7 188:9,9
answering
  11:20 159:23
answers  16:1
  124:15 164:3
anticipate
  35:14 88:6
  115:23 119:25
anticipated
  37:14 169:2
anticipating
  32:5
anxiety  102:17
  102:20 104:1
  128:21 130:6,9
  130:13 160:5
anybody  54:24
  55:1 148:16
anymore  94:19
apart  152:15
apologize  61:21
  62:7 117:8
  170:9 177:1
apparently
  94:17 113:5
appear  155:18
  187:14 193:11
  194:15

appearance  8:2
  95:6
appearances
  2:1
appeared
  105:25 136:24
appearing  1:22
  2:3,12,18
appears  14:17
  88:16 121:20
  187:5
appended
  194:11,18
appetite  85:3
applicable
  14:24 28:14
apply  34:15
  164:19
appointed
  39:18,24
appointment
  12:7 63:15,15
appreciate
  29:17 145:11
approach  88:3
  110:4 115:15
  115:21
appropriate
  101:4,7 145:25
  162:13,13
appropriately
  119:8
approximately
  46:17 118:8

arabia   3:19
  26:12
arabian   129:2
area   4:15 62:19
  96:1 139:15
areas   112:19
  178:22
argue   176:3
argumentative
  79:15 169:9
  171:7 184:1
arm   66:9 68:18
  69:4,18 70:12
  91:2,3,9,14,20
  92:6 106:15
  107:12,14,21
  108:3 109:2,11
  109:17 116:24
  117:1,7 174:1
  174:4,5,6,8,13
  187:9
army   14:7
  68:22 74:12
arrange   60:8
arrangements
  87:25
arranging
  117:13
arrive   178:24
arrived   78:13
art   62:3 80:4
article   3:18,19
  3:21 26:3
  121:7,20,23

122:3 123:1,11
128:11 144:8
144:12,21
articles   26:1,5
  26:24 27:24
  28:13,20,24
  29:7,11 74:25
  117:11 123:24
aside   151:6
asked   5:21 10:3
  18:8,18 20:1
  29:6 36:4
  54:20 55:14,25
  56:1,4,15,21
  57:23 69:8,14
  69:20,24 70:1
  70:8 84:5
  90:22 91:3,8
  94:13 96:25
  109:3 129:10
  149:15 152:23
  157:1,5 163:5
  164:13,16,16
  164:16 167:5
  167:18,21
  170:6 174:17
  174:20 175:7
  175:16 186:24
  188:8,9
asking   16:14
  46:11 55:15
  87:9 122:8
  133:1 143:5
  152:18 153:8

153:15 173:16
  173:17 186:18
  186:19
asks   163:4
aspects   127:17
asses   145:21
assess   180:2,3
assessed   182:24
  183:1 186:2
assessment
  78:5 149:21
  151:11 161:8
  172:16,17
  173:1 179:25
  183:3 185:11
assessments
  159:11 172:13
assigned   12:12
  40:6
assignment
  193:2 194:2
  195:2
assist   120:12
assistance
  92:17
assisted   188:17
associated
  23:18 34:16
  77:9 78:1
  80:20,25
  103:15 126:16
  132:2
assume   154:8

assumes   110:22
  171:7 172:2
  184:1
assuming   10:14
  17:14 44:6
  45:8 66:12,17
  67:6 71:15
  107:9 119:2
  133:19,21,23
  139:3
asthma   83:13
  83:14
athlete   122:13
  126:23 127:5,9
  127:12
athletes   121:23
  122:10,22,24
  123:16 126:13
  128:3,18
athletic   3:18
  83:16,18
  108:18 115:14
  122:18 127:1
athletics   77:9
  122:22 127:7
attached   3:24
  194:7
attachments
  45:10
attempt   65:2
  82:18 91:6,12
  93:7 122:23
  124:1 134:18
  161:8 173:6

**attempted**
82:22 93:4
106:20 142:10
173:9
**attempting**
56:5 79:21
133:6 150:1
**attempts** 92:17
92:20,23 93:1
123:18
**attend** 49:11
50:7 52:5 54:5
**attendance**
113:15
**attended** 46:18
46:21 50:2
51:19,24
**attending**
49:16
**attention** 86:16
88:18 89:1,1,3
105:15 118:21
128:23
**attorney** 4:15
9:21 191:11,12
**attorneys** 11:7
11:8 20:6
21:13 44:3,7
44:25 45:19
46:9 53:22,25
54:1 55:18,21
56:16,21 57:11
57:20 58:1
70:16 71:2

**audience** 53:25
**audio** 143:17
143:23 144:3
145:14 146:22
146:25 147:6
147:16
**august** 108:6
108:19
**author** 26:4
**authoritative**
26:25 27:5
**authorize**
194:11
**authors** 26:13
125:9 126:5
**autism** 104:4,7
**available** 5:24
6:5 145:4
147:7 148:8
**ave** 192:1
**avenue** 2:5
**average** 76:3
83:25
**aware** 33:3,5,8
33:12 48:8
70:17 75:15,19
93:24 108:15
108:20 117:2
144:15 152:12
163:20 174:9
174:12 180:19
183:9
**ax** 184:19

**b**

**b.burge** 2:16
**bachelor's**
42:19
**back** 7:21
10:23 13:5,13
14:5 15:14
18:1 21:8
24:11 34:8
38:22 43:15
56:9 58:25
65:7 95:13,18
95:19,20 97:21
101:2,20
105:23 108:2,8
121:19 138:1
142:7 143:21
144:8 147:4
163:22 169:4
178:17 192:16
**background**
42:8
**backwards**
97:25 172:20
**bad** 88:17
95:17
**barring** 57:10
**barry** 2:4,7
178:13 189:25
190:15 192:5
**based** 17:15
23:5 65:24
75:14 76:25

86:13,18 87:11
92:25 106:16
113:1 119:17
123:23 124:18
128:11 135:13
154:3,6 171:16
182:6
**baseline** 135:6
136:20,21
**basic** 16:17
**basically** 52:13
162:9
**basis** 31:14
75:6 111:3,17
113:5
**bat** 38:16
**bathroom**
96:22 168:18
168:21 174:21
189:6
**becoming**
143:12
**began** 4:14
30:18 107:22
**beginning** 18:3
38:23 65:13
100:14 101:22
**behalf** 1:17
4:18 39:3 72:2
72:14
**behavior** 88:18
157:7
**behavioral**
12:10 62:20

118:6 120:14
144:18 188:20
188:23
**behaviors**
189:15,18
**belabor** 105:24
**belief** 105:1
183:15,20
**beliefs** 53:17
104:24
**believe** 12:25
13:11 15:5
21:1,3 26:2,24
27:3 29:9
32:17 34:18
45:17 48:21,24
48:25 49:25
50:12 54:19,23
55:10 60:3
66:5 68:22
74:14,16 76:2
76:7,10 87:5
87:19,21 93:17
101:4,7 110:18
116:15 123:25
127:10 129:3
129:14,19
136:3 138:10
138:13,15
142:3 144:22
149:24 160:14
186:8 188:21
189:2

**believes** 104:25
**believing**
141:24
**belong** 46:13
51:15
**benefit** 73:15
86:24 87:19
93:18 114:7
115:20 139:11
155:6
**bernard's**
25:13 186:6
**best** 39:7
160:24 185:18
185:20
**bet** 178:12
**better** 17:24
77:20 87:6
115:24 177:20
179:5
**beyond** 108:21
143:7 152:18
**big** 50:8 125:3
**bigger** 161:20
**bill** 61:19,21
62:15
**billed** 23:6
**billing** 20:2
**biological** 79:3
82:4,14
**bipolar** 18:6
102:8
**birth** 15:7
162:8

**bit** 18:2 20:15
50:6 96:24,25
100:16 106:12
109:9 120:11
126:21 133:14
153:23 176:25
**bladder** 158:1
**blood** 133:18
133:19 181:6
**bniceswanger**
2:22
**board** 21:14
41:13 47:24
48:1 64:14,18
64:20 85:20
**boards** 35:10
**bolstered**
162:21
**book** 28:13
50:8,14
**borderline**
105:20
**bored** 76:14
**bottom** 151:18
**boulevard** 2:14
2:20 191:17
**bowel** 157:14
158:1
**boy** 80:17
141:10 153:16
**boys** 88:25
**brace** 90:22
**brain** 33:9
104:19

**brains** 32:18
**branch** 96:1
**break** 43:19,20
43:24 44:18
58:21 95:10
137:22 138:2
173:17 174:10
178:18
**breakdown**
39:2
**breaking** 174:1
**brian** 2:13,19
4:14 20:11
21:22 44:13
138:22 191:16
**bridge** 139:23
**briefly** 9:15
44:13 151:13
153:3 168:17
186:5
**bring** 5:22 86:2
92:6
**brings** 86:12
**broad** 129:18
**broader** 65:21
**broadly** 133:15
**broken** 141:15
141:15
**brutality** 10:7
**building**
166:25
**bulk** 97:22
**bullied** 86:6

[bullying - causation]                                      Page 8

| | | | |
|---|---|---|---|
| **bullying** 85:25 86:10,13 | **ca** 192:25 | **car** 129:19 | 158:8 164:5,18 164:19 167:3 |
| **burge** 2:13 3:3 4:6,15 5:20 7:1 7:8 8:6,7 10:19 10:22,24 12:23 14:13 19:11,24 20:13,21 21:7 21:24 22:5,6 24:20 25:25 26:10,18 44:17 44:20 58:20,24 61:24 67:19 70:10 79:16,25 92:7 95:11,13 95:15 107:7 110:8,16 111:4 121:15,18 134:10 137:21 137:25 138:17 189:25 190:8 191:16 | **call** 15:3,20 31:15 37:18 39:19 41:22 46:19 56:8 59:18 60:8,16 60:17,17,25 63:9 66:2 98:18,22,23 99:1 100:6 157:18 187:17 188:5 | **card** 25:6 **cardinal** 18:22 **care** 12:10 36:25 58:14 61:22 65:25 66:11,15 67:7 67:7,14,22 68:4,10 70:22 71:10 72:13,21 73:18 140:8 144:23 156:16 | 167:25 172:15 179:18 181:14 181:15,16 184:20 187:13 192:6 193:3 194:3 |
| | **called** 12:9 26:11 28:8 38:20 39:9 46:2 62:10 138:5 155:9 | **career** 7:19,20 **careful** 98:13 **case** 1:6 4:19 6:9 9:15,15,16 9:19 11:1,7,10 13:6 14:25 20:3,9 23:22 27:2 28:17 29:4 33:11 35:18 38:15,20 44:24 45:16 46:9,11 49:2,6 54:18,22 71:1 71:16,23 73:9 94:4 101:9 108:16 115:3 138:23,25 140:16 142:12 143:1,6,24 145:2 146:21 149:4,24 150:8 150:12 151:11 | **cases** 9:8 36:25 38:7,23 39:22 39:25 40:1,14 40:19 83:19 105:2 149:14 **catatonia** 105:3 **catching** 161:25 **categories** 16:11 76:4 133:16 134:16 134:19 137:15 137:17 **categorized** 130:6 **categorizes** 103:8 **category** 33:19 104:13 105:4 133:25 **catholic** 25:16 186:6,7 **causation** 67:13 71:10 72:13 |
| | **calling** 65:7 100:8 **calls** 38:18 99:7 123:2 **camera** 145:4 146:16 **camps** 76:22 77:24 89:10 **cancer** 133:18 137:16 **cancers** 133:20 **candid** 175:5 **candidate** 58:10 **capable** 91:18 **capacity** 52:15 | | |
| **buried** 53:13 **burk** 9:8,15,17 9:25 10:4 11:1 **business** 35:4 36:9 40:4,8 51:7 | | | |
| **c** | | | |
| **c** 136:4 191:1,1 **c.e.k.** 1:6 191:24 | | | |

| | | | |
|---|---|---|---|
| **cause** 63:20,21 | **certification** | ■■■■■ 3:13 | 76:25 77:8,23 |
| 82:25 141:24 | 48:1 193:1 | 29:8 34:7 74:9 | 78:6 80:14 |
| **caused** 67:14 | 194:1 | 78:8 98:11,12 | 82:13,21 83:12 |
| 67:22 68:5 | **certifications** | 116:22 118:4 | 83:24 84:15 |
| 69:10 81:17,18 | 64:24 | 143:1 152:14 | 85:2,9,13,19,24 |
| 81:21,24 82:13 | **certified** 64:19 | 153:21,24 | 86:1,4,12,24 |
| **causes** 82:16 | 64:20 191:2 | 156:3,9 157:2 | 87:16 88:4,17 |
| 176:16 | **certify** 47:24 | 157:12 158:18 | 89:4,9,15,25 |
| **causing** 83:6 | 191:3 | 159:20 160:2 | 90:5,10,16,21 |
| **caution** 126:7 | **cetera** 90:11 | 162:3 165:25 | 91:18 92:9,18 |
| **ccr** 1:19 191:22 | **chair** 168:25 | 167:3,6,9,18 | 93:8,17 94:2 |
| **cell** 148:2 | **challenge** 87:8 | 168:2,6,10,17 | 94:17 96:6,9 |
| **censure** 64:15 | **challenged** | 170:14 171:13 | 96:10,19 97:3 |
| **center** 59:4 | 87:14 127:2 | 173:7,11,22 | 100:20,25 |
| **centered** 63:19 | **change** 115:15 | 174:17 175:9 | 101:12,18,24 |
| **central** 12:9 | 130:12 192:14 | 175:13 179:19 | 102:4,7,22 |
| 59:21 | 192:15 194:8 | 180:4 182:5,11 | 103:18 104:4 |
| **century** 144:11 | 195:3 | 182:21,24 | 104:11 105:5,6 |
| **certain** 5:22 | **changed** 25:12 | 185:4 186:2,13 | 105:9,13,16 |
| 53:19 62:21,21 | 42:24 | 186:25 187:8 | 106:1,11,14,23 |
| 75:8 100:6 | **changes** 19:18 | 187:16 188:4 | 107:10,21 |
| 109:5 155:14 | 115:9 126:15 | ■■■■■ 13:13 | 108:9,17,25 |
| 179:21 | 130:11 192:13 | 13:22 15:11,21 | 109:7,9,24 |
| **certainly** 4:8,10 | 193:7 194:7,9 | 16:13,22 17:8 | 110:10,25 |
| 9:16 14:20 | **chapter** 142:9 | 18:4,8 21:17 | 111:6,12 |
| 16:16 20:10 | **chapters** 28:13 | 23:19 24:22 | 113:18 114:6 |
| 28:7 32:8 41:6 | **charades** 85:20 | 29:1 34:15 | 115:24 116:22 |
| 51:22 52:12 | **charge** 22:8,10 | 55:4,8,24 | 118:2,17 |
| 104:15 140:17 | 22:21 | 56:18,25 57:3 | 119:13 120:7 |
| 161:10 180:1 | **charged** 23:10 | 57:12,18 58:9 | 120:17,25 |
| **certificate** | 154:23 | 65:17,22 67:8 | 127:4 130:15 |
| 194:11 | **charges** 24:1 | 68:14 69:5 | 140:19 150:14 |
| **certificates** | **charging** 22:12 | 73:10,25 74:3 | 152:4 |
| 49:14 | | 75:20,24 76:20 | |

████'s  56:11
  57:8,22 58:13
  67:23 68:5,18
  69:21 70:2
  73:2,23 74:16
  76:13 84:7
  112:13 116:8
  117:13 120:16
  152:9
**chartered**  2:8
**cheat**  17:23
**check**  44:18
  97:21
**child**  1:5 32:16
  34:2,10,12,17
  58:18 64:20
  72:7 74:22
  88:1 98:15
  101:5,8,10
  103:4,10
  115:17,20
  122:16 125:1
  127:6 128:13
  129:8 130:8
  132:14,17
  134:7,22
  140:18 141:4,6
  141:12 146:10
  150:2 157:6
  163:1 166:21
  166:22,22,23
  167:1 169:21
  171:22,25
  183:4,7 184:8

  184:13 188:24
  191:24
**child's**  128:23
**childhood**  28:3
  125:21 131:25
  132:18 133:13
  135:5,10,19,21
  136:11,21
**children**  30:14
  32:4 34:1
  41:12 75:4,16
  83:8 88:21
  103:15,16
  114:13 115:4
  115:10,16
  125:4 127:19
  128:19 129:12
  129:18,23
  130:4 131:12
  137:10 141:17
  158:11,14
  165:18,20,22
  180:22 189:15
  189:18
**chiming**  175:11
**choice**  7:19,20
**choose**  52:15
  87:10 140:2
**chose**  140:4
**chronology**
  44:24 45:2,15
**chtd**  2:5
**cincinnati**  96:1

**circumstance**
  60:24
**circumstances**
  58:17
**citation**  144:14
**citations**  28:11
**cite**  27:12
  133:10
**cited**  26:2,6,14
  26:20,22 28:21
  117:12 121:3
  132:24
**city**  2:9 4:15
  10:11 11:8
**civil**  36:1 144:7
  159:11 193:5
  194:5
**claim**  10:7
**claimed**  163:25
**claiming**
  160:23
**clarification**
  13:25 61:20
  107:4 162:15
**clarify**  11:25
  37:24 39:23
  66:22 77:19
  81:17 107:16
  188:10
**clark**  2:4,5 8:4
  44:12 67:17
  70:5 79:14,18
  91:21,23 92:2
  109:25 110:13

  110:22 121:13
  121:17 134:3
  137:23 159:25
  166:18 168:15
  169:8 170:6,18
  171:6 172:1,9
  176:18 177:3
  177:11 178:8
  178:14 183:25
  184:11,18
  185:14 188:8
  190:2,6,14
  192:5
**clarkplatt.com**
  2:7
**clarkplatt.com.**
  190:15
**classic**  104:16
**classical**  59:25
**classically**
  103:11
**classified**  32:13
  34:9
**classmates**
  189:9
**clean**  154:9
**clear**  8:23 9:2
  27:5 83:5 90:2
  110:5 117:9
  123:4,5,14,20
  152:11 169:24
  182:4
**clearly**  128:19
  147:12

cleveland  192:2
clicked  16:4
client  63:7
clients  40:22
clinic  159:19
clinical  31:10
  31:16 32:22
  33:15 37:5,8
  37:10,21,25
  41:24 52:14
  60:3 81:13,19
  118:3,5 119:1
  119:4,4 120:21
  120:24 142:15
  142:16,20
clinically
  131:12
close  38:20
closed  96:3
closely  98:5
cme  49:14,14
  50:5
cognitive  62:20
  118:6
collateral  143:8
  153:13,17
  159:13
colleague  52:17
colleagues  53:4
  54:17,21 55:1
collect  154:15
  172:18
collected
  154:12

collecting
  140:20,24
college  2:14
  52:22 191:17
colonel  98:7
  110:18 153:2
columbus
  10:11 11:9
column  124:22
combination
  82:15
come  13:13
  18:1 21:8
  43:15 47:3
  63:7 80:9
  101:2 124:17
  170:1,12,14
  171:10,11
  175:15
comes  53:18
  155:13 171:2
coming  34:24
  139:22
commenced  4:1
comment  90:8
  108:13 173:20
comments  86:2
commission
  193:19 194:25
  195:25
common  42:17
  114:22 125:10
  162:18

communicate
  169:20
communicated
  54:16
communication
  44:7 55:6
communicati...
  44:2,5
community
  14:7 35:12
  68:22 77:10
companies
  51:14
company  35:1
  35:20,23 41:16
compared
  135:20 136:12
  136:16
competency
  11:18,24
competition
  127:8
complaint
  63:20 161:5
  164:2,7,11,20
  184:22
complaints
  161:7
complete  7:14
  11:2 30:22
  35:15 36:13,16
  47:19 50:10
completed  43:6
  55:7 192:16

completing
  52:8
completion
  42:12
complex  105:2
complications
  65:24
comply  5:25
component
  81:23 82:14
  83:4 142:21
  149:10 150:6,9
  172:23
compound
  169:11
compulsive
  103:1
computer
  161:24
concept  143:14
  155:3
concern  10:2
  152:2 157:23
  171:21,23
  183:11
concerned
  17:21 99:24
  112:18 114:19
  116:2 168:6
  169:22 171:16
  171:18
concerning
  72:9 85:25

**concerns** 93:23
146:7 150:20
152:3,5 154:14
172:5 178:1,21
184:23 189:19
**concluded**
190:16
**conclusion**
82:24 125:24
154:8 155:20
**conclusions**
27:9 124:3
**condition** 18:12
56:12 57:4,13
68:13 69:10
80:6 82:5,11
82:21 100:24
101:18,25
156:3,12
160:10 176:13
183:22
**conditions**
80:19,24 81:3
81:15,20,23
82:25 83:6,8
100:19 101:21
103:14 133:17
133:18,20,25
**conducted**
95:25
**conference**
96:2
**confirm** 101:22

**confused**
160:12
**confusion**
44:15
**connect** 114:21
**connection**
143:11 151:10
164:5,17
179:18,25
**consequences**
89:6
**consider** 36:20
69:8,14,20,25
70:2,8 127:3,4
151:5 154:24
175:22
**consideration**
105:7 122:10
164:25 165:5,6
**considerations**
48:11 124:23
**considered**
33:18,25 34:1
100:20 127:6
149:13 156:1
**considering**
131:23
**consisted** 188:1
**consistent**
42:25 125:19
131:10,14
136:1,1 157:15
157:16

**conspiracy**
53:17
**consult** 37:2
61:9
**consultants**
42:3
**consultation**
13:2 21:12
35:7,10 65:15
**consulting**
34:24 35:5,6
35:16,20,23
36:10,11 37:23
38:4,5,6,13,24
39:12 40:10
41:10,15,23
45:22 46:1
51:11,20
**contact** 11:9
55:13 61:10
**contained** 25:1
**contempran...**
172:13,16
**content** 86:9
148:24 149:22
**context** 106:21
143:22 179:2
**continue** 8:8
25:21 37:22
59:1 86:24
120:22 178:18
**continued**
108:17 135:23

**continues**
137:2
**continuing**
19:12 35:11
50:6
**continuity**
61:11
**contract** 22:14
**contrary**
104:24
**contributed**
67:14,23 68:5
69:11
**control** 137:11
**controversy**
144:2
**conversation**
16:5 97:19
106:20 152:17
168:14,16
173:18
**conversations**
13:8,13,22
57:7,9
**converse** 170:5
**conveyed**
115:25 178:23
**cooperative**
106:2
**coordinate**
60:25
**cope** 118:23,25
**copies** 20:2
72:1,11

[coping - cross]                                                    Page 13

| | | | |
|---|---|---|---|
| **coping** 118:14 | 104:12 108:6,7 | 159:25 177:4 | 39:15,18,24 |
| **copley** 1:16 3:2 | 109:20 111:15 | 190:4 191:11 | 139:11,23 |
| 3:14 4:2,8,13 | 111:24,25 | 191:13 | 143:24 145:6 |
| 20:22 34:23 | 112:3,24 113:2 | **counseling** | 146:19 148:17 |
| 35:4,6,15 36:9 | 113:23 123:24 | 61:12 63:11,23 | 148:20 155:6 |
| 38:6,12 39:11 | 124:20 125:1,2 | 92:24 93:8 | 191:2 193:7 |
| 40:10 41:9 | 128:8 129:7 | **counselor** | **cover** 29:21 |
| 44:13 45:21 | 130:9 132:5 | 117:14,19 | 30:17 95:22 |
| 58:25 70:7 | 133:11 134:1 | 119:5 | 100:15 117:10 |
| 192:8 193:4,9 | 134:16 135:14 | **counselors** 64:3 | 121:2 |
| 194:4,13 | 139:8,13,14,19 | **count** 74:17 | **covered** 49:19 |
| 195:20 | 142:22 143:17 | **counted** 74:14 | 50:9 73:21 |
| **copy** 5:10 6:23 | 144:1 146:20 | **county** 11:14 | 92:24 112:23 |
| 49:23 55:3 | 148:18,19 | 11:16 12:3 | 138:7 |
| 71:21 164:11 | 149:2,3 152:10 | 193:10 194:15 | **cower** 168:25 |
| 190:5 | 154:2,11,20 | **couple** 29:22 | **crc** 1:20 |
| **correct** 8:10 | 155:1,2,22 | 66:16 104:16 | **create** 148:6 |
| 9:9 11:4 13:2,9 | 157:4 158:14 | 112:1 121:2 | **credit** 49:14 |
| 15:21,22 20:22 | 164:12 167:11 | 122:4 142:8 | **criminal** |
| 23:15,16 26:21 | 167:23 169:7 | 143:21 145:16 | 181:14,15,16 |
| 30:19 31:12 | 171:25 173:4 | 181:18,19 | **crisis** 126:19 |
| 40:6 41:24 | 176:2 183:5 | 186:12 | **criteria** 16:21 |
| 51:11,12 56:22 | 184:17 187:24 | **course** 5:1 | 17:14,20,22 |
| 57:1 58:19 | 187:25 | 37:22 39:7 | 102:4,11,16,19 |
| 63:3 65:11,12 | **corrections** | 46:21,24 49:18 | 102:22,25 |
| 67:4 73:14 | 36:19 192:13 | 65:25 66:16 | 103:19,25 |
| 74:6 78:24,25 | 194:17 | 69:21 72:19 | 105:6,9,17,19 |
| 80:6,7 84:1,9 | **corresponden...** | 73:9,16 125:11 | 112:7,10 116:5 |
| 84:10,19 85:12 | 44:2 45:6,9 | 131:24 137:23 | 116:12,15 |
| 85:21 86:7 | **cost** 117:23 | **courses** 47:6,9 | 131:3,7 |
| 88:5 90:21 | 119:13,19 | **court** 1:1 8:17 | **critical** 72:19 |
| 93:11,14 96:1 | **costs** 119:10 | 9:7,12 10:16 | 138:25 |
| 97:20 98:3,3 | **counsel** 7:11 | 11:13,21,23 | **cross** 14:5 |
| 102:17,18,21 | 44:16 121:13 | 12:3,7 22:13 | |

crr 1:19
crush 86:5
csr 1:19 191:22
curiosity 60:12
curious 33:12
41:4 62:9
103:3 104:14
current 7:3
12:1 28:2
29:23,24 30:17
56:5 58:10
68:8 69:11
76:14 108:23
109:1 143:11
155:21
currently 30:1
31:9 34:19
63:13 109:14
117:21 123:9
172:21
curriculum 3:9
76:15
curve 136:4
custody 191:15
cut 80:19,23
150:9
cv 1:7 6:23 7:3
29:22 42:7,12
53:7,12 64:18
cystic 133:21

**d**

d.o. 1:9,18
191:25 192:6

193:3 194:3
dad 97:13,13
97:19 99:12
111:5 171:10
187:17 188:5
daily 83:14
111:17 118:24
daniel 1:4
191:24 192:6
193:3 194:3
danielle 2:25
8:2,5
data 70:20
132:12 140:24
database 28:6
28:7 58:6
132:12
date 7:3 15:8,8
46:3 76:10
97:22 161:22
162:8 192:8
193:3,9,19
194:3,13,25
195:20,25
dated 7:2 19:14
20:19,20,25
21:1 23:11
65:10
dating 143:20
day 1:20 22:12
22:16 31:20,21
31:23 37:7
50:18,19,20
106:22 111:2,2

154:1,5,5
162:4 191:19
193:16 194:22
195:22
days 50:21 78:9
98:19 111:20
192:19
deal 51:19 71:9
72:12 113:9
115:13 148:2
170:12,14
190:11
dear 192:10
decades 143:21
december 15:4
93:6,9,21
95:24 96:13
97:10 98:19
99:2,13
decide 32:23
33:16 88:5
120:22
decided 28:25
29:2 167:25
decides 166:21
decision 32:23
33:15 80:5
120:23 171:15
178:25
decline 57:25
decrease
125:13 132:9
dedicated 37:2

deed 193:14
194:20
deemed 192:20
deeper 63:23
defendant 1:17
2:12,18 9:21
39:4 64:11
defendant's
164:2
defendants
1:11 9:19
40:17 71:22
72:2,22
defense 73:1
defiant 103:12
103:19 105:21
106:3
deficit 105:15
define 61:16
134:13
defined 32:6
58:16 104:14
104:15 133:15
defining 123:16
definition
18:21 32:20
37:16 129:17
definitions
127:11
degree 42:18
42:20
delay 41:1
100:2

delusions
  104:23
denial  18:7
denied  17:8,10
  18:4,9
denies  16:1,2
  17:6,12
department
  12:6 36:19
  59:20 60:5,10
  192:22
dependent
  122:15
depending
  87:24
depends  62:22
  64:4 144:5,25
  166:25 180:1
deployed  84:8
deployment
  84:4 111:8
deployments
  84:11
deposition  1:16
  3:8,15,23 4:1
  4:14,23 5:13
  5:17,18,22
  6:17,24 7:6,21
  8:9 9:9 12:21
  14:11 19:9,22
  20:1,6 21:19
  23:6,8 24:4,18
  25:23 26:8,16
  39:7 46:25

47:10,11
100:14 138:7
190:16 191:6
192:8,12 193:1
193:3 194:1,3
depositions
  7:23 47:8
depressed
  106:6
depression
  85:4 130:5,9
  130:12 153:5
  160:5 162:25
  163:14
depressive
  16:15 17:5,9
  17:13 18:5,15
  18:22,23 85:9
  101:23 102:3
  121:12,21
  125:11,12
  130:19 131:1,4
  135:19 136:11
describe  14:19
  29:24 31:1
  111:23
described  31:7
  76:13 85:15
  94:6,12 182:9
describing
  163:3
description  3:7
  49:18 69:4
  94:20 111:12

designated
  4:18
desire  83:16
despite  104:24
  123:2
detail  15:18
  100:16 105:25
detailed  69:3
details  65:5
determine
  65:16 82:19
  158:17 186:24
  187:7
develop  35:19
  118:14 146:3
developed  33:9
  138:8 183:21
developing
  29:16 32:18
  126:19
development
  103:9
developmental
  83:4 122:12
  124:25 126:17
  126:24 158:5
development...
  157:16
deviation  67:21
deviations
  67:13 68:4
diagnose  78:9
  78:22 79:1,6
  79:12 80:10

180:20
diagnosed
  17:11 69:23
  79:10,24 80:3
  83:12 183:20
  184:16
diagnoses
  116:23 179:6
diagnosis  18:11
  18:14 73:12
  80:4 100:24
  101:5,8,12,14
  101:25 102:5
  104:5 105:18
  108:19 112:5
  116:12 131:4,8
  152:6,12 153:4
  155:9 177:15
  177:16 178:22
  178:23 180:12
  180:17 182:2
  182:18 186:9
dictaphones
  148:1
dictate  147:17
  147:21
difference
  135:24
differences
  124:4
different  15:25
  28:12 35:8
  39:15 59:12
  64:8 79:11

**[different - document]**                    Page 16

| | | | |
|---|---|---|---|
| 97:1 110:4,6 | 134:7,12,13 | **dislocation** | **disrupt**  75:5 |
| 114:13 115:15 | 135:5,11,19,22 | 78:10,15,18,22 | **disrupted** |
| 120:15 123:22 | 136:11,22 | 79:1,6,10,12,22 | 75:18 |
| 129:5,13 133:5 | 137:15,19 | 79:23 80:1,11 | **disruption** |
| 135:17 136:22 | **disadvantage** | **disorder**  16:15 | 74:22 |
| 140:7,9,11,14 | 132:3 | 17:6,9 18:5,6 | **disruptions** |
| 141:18 175:23 | **disadvantages** | 18:15,23 85:10 | 83:9 |
| 180:24 183:3,6 | 134:24 | 101:11,23 | **disruptive** |
| **differentiate** | **disagreement** | 102:3,8,12,17 | 102:12 |
| 134:18 | 109:22 | 102:20,23 | **distinction**  62:1 |
| **differently** | **disciplinary** | 103:1,13,19,23 | 103:3,5,7 |
| 61:17 126:21 | 113:19 | 104:11 105:10 | 188:11 |
| **difficult**  83:19 | **disciplined** | 105:12,16,20 | **distress**  112:11 |
| **difficulties**  85:2 | 64:13 | 105:21 112:6 | 112:13 |
| 162:24 | **disclosed**  86:5 | 116:5,7,11,13 | **district**  1:1,2 |
| **difficulty**  58:5 | **discovery** | 116:16,19 | 9:12 |
| 83:3 | 176:20 | 130:19,21 | **disturbance** |
| **digital**  148:7 | **discuss**  30:16 | 131:4 141:25 | 116:4 |
| **dinner**  84:16 | 47:7 | 152:5 153:24 | **divide**  36:15 |
| **direct**  16:6 | **discussed** | 154:8 177:15 | **dixon**  2:20 |
| 114:14 115:4 | 104:10 138:13 | 177:17 180:4,5 | **dixon.com**  2:22 |
| 115:10 | 164:23 172:23 | 180:7,8,20,21 | **doctor**  4:11 |
| **directed**  55:20 | 188:23 | 182:2,6,19 | 5:13,21 10:25 |
| **directing** | **discusses** | 185:6 186:2,9 | 22:7 26:5 |
| 107:17 114:7 | 163:24 | **disorders**  103:8 | 43:17 62:6 |
| **direction**  76:21 | **discussing** | **display**  102:7 | 65:7 73:15,16 |
| 128:15 191:9 | 68:18 116:9 | 103:25 | 73:24 80:9 |
| **directly**  55:4 | **discussion**  8:1 | **displayed** | 89:24 92:3 |
| 107:10 | 10:21 44:14 | 185:5 | 95:16,20 |
| **director**  36:3 | 73:6 88:14 | **displaying** | 114:24 121:19 |
| **directory**  25:1 | 92:16 120:11 | 185:5 | 138:1 163:4 |
| **disability**  28:3 | **discussions** | **disqualify** | 167:10 184:3 |
| 85:25 132:14 | 53:22 | 116:11 | **document** |
| 132:17 133:14 | | | 15:11 18:2 |

[document - encompasses]                                     Page 17

167:5,13,22
180:11 185:21
**documentation**
79:9 186:8
**documented**
113:15 167:8
185:21,22
**documents**
150:13 164:1,4
164:19,21
172:19
**doing** 8:15,20
23:24 30:6
31:19 36:20
37:2 53:3
56:10 62:12,14
62:14,20,20,21
91:19 92:18
109:4 140:6,7
142:12 144:6
145:1 149:5,20
150:24 153:14
159:10 160:4
161:13,14
162:10 163:9
172:15 173:1
179:8 186:18
188:1
**dr** 3:14 4:13,16
20:22 44:13
58:25 70:7
**draft** 14:18
15:4 65:8
100:8

**drafted** 54:25
**draw** 124:3
155:20
**drawing**
140:17
**drc** 37:10,12,20
37:24 41:24
**drugs** 176:7
**dry** 157:18,20
**dsm** 17:16
103:8 112:8
116:12,15,16
151:4 178:22
179:2,3
**due** 70:4
126:15
**duly** 4:3 191:5
**duties** 31:11
43:5 60:3
**duty** 61:1
154:23
**dysfunction**
80:21 81:1
133:22,23
134:1
**dysregulation**
102:12

**e**

**e** 46:3 190:7,8
191:1,1
**earlier** 138:24
157:1 165:11

**early** 103:8
132:3
**ease** 100:10
**easier** 22:17
**easiest** 137:4
**easy** 23:3
**eat** 84:15 189:4
**eating** 105:12
**eats** 189:5
**education**
35:11 49:13
50:6 52:22
75:14 139:18
**effect** 83:15
136:21
**efficacious**
128:12
**effort** 5:24 34:4
149:1
**efforts** 156:6
**eight** 157:20
**either** 16:25
27:13 40:21
81:10 82:5,9
82:13 105:19
143:17 145:4
145:13 146:15
158:24 178:13
180:11
**elaborate**
106:16
**elbow** 141:10
141:15 173:14
173:15,23

**elect** 88:10
**electronic**
190:5
**email** 44:5 55:9
192:17
**emailed** 44:16
**emergency**
59:15,20 60:5
60:10,18
129:14
**emergent** 60:4
**emotional**
65:17 89:6
186:25 187:7
**emotions**
118:25
**emphasis** 35:13
**employed** 30:1
30:11 34:23
42:9 140:12
142:11 187:12
188:6
**employee**
191:10,12
**employing**
118:6
**employment**
29:25 34:20
**enclosed**
192:12
**encompass**
13:15
**encompasses**
12:16 13:18

encopresis
80:15 81:11
83:8 104:9
111:22 112:1
encounter
165:13
endeavor 58:11
74:19
endeavored
75:11
endeavors
122:18
ended 28:14
66:10 168:12
endorsed 16:22
endorses 16:1,2
endured
129:11 130:13
135:21
endures 118:24
engage 63:8
83:16 85:13,16
89:7,11 90:13
91:8 108:17
109:24 111:7
113:4
engaged 157:7
engagement
114:2
engaging 83:18
88:17
enjoy 36:25
85:13

enjoys 40:1
85:19
enlarge 122:5
entail 94:10
entered 194:9
entire 12:17
96:20 193:5
194:5
entitled 49:6
entry 161:23
enuresis 80:15
81:11 83:8
104:9 111:22
111:23
environment
75:17 86:25
87:7 113:6
episode 131:1
episodes
163:19
er 108:22
errata 192:14
192:19 194:7
194:10,18
195:1
erroneously
55:14
especially
115:16
essentially
12:17 14:17
31:7 121:7
187:13

establish 18:3
181:15
establishing
56:24 73:24
estimate 38:25
et 1:6 3:20
90:11 191:24
192:6,6 193:3
193:3 194:3,3
ethical 48:10
48:11,19
ethics 48:8
evals 179:8
evaluate 9:21
10:11 11:24
53:19,19 55:24
57:18 103:9
123:19 148:21
161:9
evaluated 9:17
11:19 41:6
56:7 85:11
112:14 160:9
165:16
evaluating 9:18
33:4,5 65:22
96:18 100:20
101:6,9 110:25
140:19 141:14
143:1 146:4
161:13 167:15
177:24
evaluation 3:12
14:21 23:19

34:6,9,15 55:8
57:12 58:4
62:10 74:4,15
75:21 76:25
82:18 90:16
91:2,13 93:5
93:14 95:24
96:5 97:2,16
98:20 100:25
104:7 106:17
110:17 114:1
117:12 127:4
130:17,18
142:14 144:5
145:1,10
148:14 150:2
153:15 154:2
154:19 155:21
163:6 164:17
167:12 177:22
179:18 186:15
186:18,23
187:12 188:1
evaluations
31:6 39:14,16
39:17 41:10
62:14 141:4,17
144:10,24
165:18
evaluator
84:23
evaluee 74:7
150:7 172:22
179:13

**evans** 2:20,22
**evening** 31:19
  84:17
**evenings**
  111:13
**event** 69:16
  117:1 129:20
**events** 44:24
  45:2 82:12
  106:13 129:6
**eventually**
  147:3
**everybody**
  42:24 136:18
  170:22
**evidence**
  110:23 160:8
  171:8 172:2
  176:21 184:1
**exacerbation**
  116:6,10,16
**exact** 96:16
  153:4 156:22
**exactly** 143:25
  173:20
**exam** 15:9 16:6
  140:21 143:4
  144:4 161:15
  162:1,12,17,21
**examination**
  3:3,4 4:5 5:6
  15:10 21:17
  43:18 48:5
  90:20 106:4

138:4,20 178:3
**examine** 75:3
**examined**
  191:4
**example** 16:13
  69:9 71:21
  164:1 179:12
  181:13
**examples** 181:3
**exams** 62:14
**exchange**
  143:25
**exclusively**
  96:5 97:2
**excuse** 22:22
  67:18 91:20
  92:10 95:3
  107:25 136:3
  137:7 141:2
  187:24
**executed**
  194:10
**execution**
  193:14 194:19
**exhibit** 3:7,8,9
  3:10,11,12,13
  3:15,17,18,19
  3:21 5:17,18
  6:22,24 7:6,9
  9:6 12:16,21
  12:24,25 13:12
  13:21 14:11,15
  19:8,9,13,22,25
  24:18,21 25:8

25:23 26:3,4,8
  26:11,16,19
  65:8,9 76:9
  100:7 101:20
  121:14,16
  138:5 151:15
  151:21 161:19
**exhibits** 3:6,23
  5:8 19:5 25:22
  29:19 43:16
**exist** 158:18
**existed** 78:18
**existing** 121:10
  157:8
**exists** 80:6
  184:8
**expect** 47:9
  107:2 118:18
**expectations**
  120:14
**expected** 30:21
**experience** 36:1
  36:6 81:14,20
  130:5,9 139:19
  140:18
**experienced**
  131:12 136:10
**experiences**
  36:2 157:7
**experiencing**
  104:17 130:25
**expert** 3:14
  4:18 7:18
  12:18 35:7

38:24 39:10
  40:9 46:1,19
  47:7 48:22
  49:2 51:16
  71:5 72:1,5,12
  73:6 78:7
  148:22 163:25
**experts** 7:12
  71:6 72:14
  73:1
**expiration**
  193:19 194:25
  195:25
**explain** 62:8
**explained** 94:8
  94:21
**express** 18:10
**expressed**
  138:12
**extent** 5:23
  65:19 66:3
  67:3,13
**extra** 140:4

**f**

**f** 191:1
**facet** 142:21
**fact** 19:15 33:6
  74:3 76:13
  77:1,7 85:7
  158:9 165:13
  172:2 182:3
**factor** 137:11

| | | | |
|---|---|---|---|
| **factors** 121:21 | **familial** 81:23 | **father's** 74:11 | **fibrosis** 133:22 |
| **facts** 45:16 | **familiar** 7:11 | 84:4 152:2 | **field** 31:1,3 |
| 110:23 166:7 | 143:14 149:8 | 175:10 | 34:16 36:10 |
| 171:7 184:1 | 153:10 155:4 | **fault** 97:25 | 39:11 48:2 |
| **factual** 44:23 | 179:23 | **favor** 49:1,7 | 50:7 53:4,22 |
| **factually** | **families** 75:1 | **february** 35:2 | 54:12 101:15 |
| 158:24 | 114:11 115:3 | 68:19 69:5 | 140:12 |
| **failed** 80:10 | 158:10 | **fecal** 157:2 | **figure** 89:3 |
| **fair** 14:19 | **family** 3:17 | 163:19 189:7 | 168:11 |
| 17:25 37:23,24 | 74:9,10,15 | **federal** 7:12 | **figuring** 120:14 |
| 42:4,5 56:13 | 75:5,17 82:4 | 10:16 | **file** 6:5 14:4 |
| 57:5,6 58:2 | 83:9 84:3,16 | **fee** 21:23 22:7 | 20:15,23,24 |
| 65:20 67:3 | 87:25 90:7 | 22:11 46:13,16 | 21:5 24:25,25 |
| 68:14,15 73:13 | 93:7 98:14 | **feel** 86:23 97:4 | 25:2 28:16,18 |
| 73:18,19 75:22 | 114:4,7,19 | 102:11 147:14 | 29:1,3,13 44:9 |
| 76:1,2,17,18 | 115:8,13,21 | **feels** 108:11 | 46:2,3 83:24 |
| 78:13 79:13 | 120:12 130:21 | 109:10 | **filed** 9:24 10:15 |
| 80:2,21 88:18 | 149:25 151:8 | **fell** 154:10 | 72:2 |
| 88:23,24 90:1 | 151:10,17 | **fellow** 12:2,15 | **files** 38:11 39:1 |
| 90:2,13 91:20 | 152:1,9,20,24 | 30:3 39:14 | **fill** 43:4 |
| 93:23,25 | 154:4,19,25 | 52:24 59:14 | **filtered** 19:1 |
| 100:21,22 | 165:19,23 | **fellows** 40:2 | 148:25 |
| 106:4,5,7,8 | 175:17 178:1 | 52:25 | **final** 14:18 |
| 110:20 114:4,5 | 182:8,11 189:4 | **fellowship** 30:3 | 19:13,15 65:8 |
| 114:24 115:6,7 | **far** 8:15 12:18 | 30:8,18,22 | 95:20 138:6 |
| 119:14,15 | 20:5 93:20,24 | 34:21 35:15 | **financially** |
| 130:15 139:4 | 132:13 182:6 | 36:13 39:23,25 | 191:13 |
| 139:25 140:1,9 | **father** 84:7 | 40:7 47:3,6 | **find** 18:1 45:22 |
| 167:24 186:4 | 85:15,22 96:12 | 51:21 52:8,11 | 58:12 77:4 |
| **fall** 105:3 | 97:15 109:23 | 52:12,24 53:2 | 83:5 93:22 |
| 109:16 117:3 | 110:3,12 | **felt** 28:14 72:16 | 123:21 125:21 |
| 130:1,16 | 152:10 153:15 | 92:9 99:8 | 132:13 135:12 |
| **falls** 115:8 | 177:24 | 106:18 | 135:22 150:12 |
| 129:19 | | | 152:11 160:8 |

160:17,21
161:12 170:11
189:13,15,18
192:12
**finding** 58:5
**findings** 131:11
137:9
**finds** 77:9 89:9
**fine** 59:16 97:5
168:20 171:5
**finish** 8:21
**first** 4:3 27:15
65:2 80:22
99:1 108:22
118:10 120:20
121:4 123:2
162:6 183:13
**five** 24:16
74:16 141:7
178:11
**flat** 22:11,17
**flip** 168:7 185:1
**florida** 50:25
**focus** 173:21
**focused** 96:5
**folks** 41:7,8
42:1 54:4
60:21
**follow** 56:2,11
56:14 61:3
138:3 190:1
**followed** 78:8
95:1

**following** 33:21
57:3 130:6
**follows** 4:4
**football** 85:15
94:24
**footnotes**
119:11
**foregoing**
193:13 194:18
**forensic** 12:10
12:12,15 30:2
30:24 31:3
35:13 36:1,4,7
39:13 47:5,25
48:2,18 52:7
53:5,23 139:8
139:10,21
140:6,13 141:4
141:6 142:13
143:4,13,22
144:9,23
146:17 148:14
148:22 149:8
149:10,20
150:2 153:14
154:18 156:1
159:10 163:25
164:17 165:7
171:1 179:2
181:8,10
**forgive** 24:11
**forgot** 125:19
**form** 16:24
17:2 67:17

91:21,23,25
109:25 134:3
168:15 169:8
170:7,18
183:25 185:14
**formal** 149:9
**formation**
126:16
**forming** 27:19
71:16
**forms** 33:6
**formulate**
140:24 156:9
**formulating**
143:1
**fort** 160:13,22
**forth** 48:10,16
52:23,24 147:1
**forward** 37:4
42:4 56:3 66:1
153:23 192:16
**found** 46:5,9,10
81:13,19 125:7
125:10,16
130:3 131:23
132:22 133:5
135:15,17
136:10 151:14
155:20 175:18
186:3
**foundation**
91:24 92:1
**founded** 35:2
35:22,24

**four** 24:15 30:6
31:19,22 36:16
78:9 165:23
171:12
**fracture** 68:19
68:24 69:1
70:12,13,23
73:4 117:4
**fractures** 69:4
69:9
**frame** 94:11
108:11
**frameworks**
131:25
**franklin** 11:14
11:15 12:3
**free** 17:2
193:14 194:20
**freely** 171:19
**frequently**
53:18 75:4,18
110:19 130:11
158:11
**friends** 113:1,3
**front** 79:5,8
98:15 174:25
**fulfill** 154:23
**full** 30:6 31:8
35:14,19 37:15
42:2 50:18
131:1 133:24
152:5
**fully** 33:9 91:18
162:14

**fun** 92:11
**functioning**
  56:20 108:24
  109:1 112:19
  112:22 113:22
  118:20 142:5
**functions** 76:3
**fundamentally**
  20:7 48:17
**funnel** 15:1
**funny** 66:8
**further** 23:22
  55:24 57:11,12
  58:14 66:15
  91:13 94:20
  120:5 133:15
**fusses** 189:8
**future** 41:21
  56:3 57:13,18
  120:8

**g**

**gain** 151:8
  155:3,8,13,17
  156:1
**game** 85:15
  113:4
**games** 84:17
  85:20 111:13
  111:18 189:5
**gap** 139:23
**gather** 166:6
**general** 28:19
  29:13 34:3,14

40:25 54:12
64:21 94:13
104:13 109:9
139:17
**generalized**
  102:17
**generally** 62:25
  105:25 171:16
**generating**
  40:5,8
**generically**
  62:24
**genetic** 150:5
**gentleman**
  12:11
**george** 132:23
**germane**
  184:20
**getting** 16:18
  17:21 24:7,16
  42:16 78:16
  79:4 82:22
  109:8 115:12
  129:16 143:7
  143:12 188:17
**gifted** 112:24
  114:25
**gifts** 115:5
**give** 8:16 25:14
  25:15 39:2
  52:19 53:21
  58:12 115:24
  119:18 144:13
  148:5 159:18

**given** 7:23,25
  8:10 13:4,20
  54:1 66:7
  89:18,21 90:3
**gives** 179:4
**giving** 27:13,20
  96:15
**glad** 94:18,22
**glean** 99:9
  124:13
**go** 8:13 10:19
  10:22 13:5
  14:5 15:12,14
  16:18 18:15,20
  34:8 37:4
  39:15 47:11
  52:2 58:7
  59:20 60:5
  62:5,7 79:4,8
  90:6,6 91:24
  95:13,18,19,20
  96:22 97:21
  99:22 105:23
  120:10 124:9
  126:18,24
  133:14 134:3
  136:6 151:15
  160:19 163:22
  168:18 174:21
  177:8 183:16
  187:10 188:19
  189:6,9
**goal** 68:11
  118:16

**goes** 15:2 56:23
  84:18
**going** 5:4,7
  6:16 11:22
  14:24 16:18,20
  18:20 22:16,18
  22:21 32:6
  37:5,19,20,22
  38:22 40:9
  41:14,21 42:4
  42:21 45:5
  51:22 53:14
  56:3 58:25
  59:22 61:16
  65:4 66:1 67:1
  74:24 77:20
  79:4 80:9 94:2
  95:9,19 97:21
  101:20 105:24
  121:19 125:18
  126:23 132:19
  137:3 138:1,3
  142:17 147:2
  149:1 150:6,23
  153:25 157:18
  159:18 165:23
  167:9,10
  168:24 170:15
  171:14 175:2
  176:18 177:4
  178:10 185:16
  189:9
**good** 8:20
  11:11 12:16

**[good - hello]**

44:17 47:4
58:10 60:20
77:1,4 85:20
95:21 118:12
120:19 143:22
174:22
**gotten** 100:1
190:10,10
**grade** 25:6,7
75:21 76:5
**graduate** 30:6
52:10,22
**grandfather**
152:4
**grandfathered**
43:1
**grandmother**
152:3
**grant** 59:9,11
**great** 8:15
113:9 115:13
**ground** 8:13
**group** 32:4
46:2 47:15,20
47:21 60:9
**grouped**
137:14
**groups** 134:9
135:25
**growing** 29:3
158:12
**growth** 83:23
**guardian** 125:1

**guardians** 1:5
171:14 191:24
**guess** 39:7
96:16
**guidance**
123:14,22,23
**guideline** 142:9
153:9 163:23
172:12 174:16
178:20 179:9
**guidelines** 48:7
48:11,12,19
123:3,6 143:3
149:19,22
159:9 164:24
172:24 178:2

**h**

**habakus** 1:9,18
2:12 4:16
191:24 192:6
193:3 194:3
**half** 24:9,10,13
24:13,15 38:21
40:13,20 41:7
96:16 148:2
**hallmarks**
148:14
**hallucinations**
104:17
**hand** 28:15
124:22 148:1
191:19

**handful** 141:6
**hands** 140:7
**hang** 124:7
**happen** 38:19
60:11 94:14
147:2
**happened**
21:25 66:14
106:22,22
147:11,12
157:21
**happening**
38:17 86:18,21
111:23 169:23
171:19 172:6
172:21
**happens**
155:11
**happy** 24:8
29:18 40:24
43:21 85:16
160:17,19
175:3
**hard** 96:15
175:3
**harm** 9:17 10:3
10:12 54:9,13
65:17,22 67:23
68:6 75:3,16
145:9 163:25
186:25 187:8
**head** 41:5
141:16

**heading** 151:24
**healing** 109:17
**health** 12:10
28:4 66:21
72:6 92:17
93:22 116:23
117:6 122:11
123:5,6 124:24
125:20 126:14
127:17 128:3
128:15 132:2
132:13,20
135:7,8,11
136:21 144:10
144:23 154:13
160:22 161:11
162:10 183:11
184:23 189:19
**healthy** 30:12
31:12,17 34:22
36:3,23 37:6,9
37:21
**hear** 44:8
143:25 145:6
145:19
**heard** 21:2 51:9
56:9 62:1
**hearing** 4:25
104:18 182:16
**heart** 90:24
132:8 133:18
**held** 148:2
**hello** 95:17

help   52:20 77:8
77:16,20,25
99:5 160:1
180:11,20
helped   180:16
helpful   77:5
hereinbefore
191:7
hesitate   66:9
hey   20:11
21:22 166:16
168:8 170:14
173:14 178:8
high   130:8,12
183:19
higher   17:1
132:22
highest   125:12
highlight   73:22
126:12
highlighted
16:10 17:5
73:20 83:22
84:3 88:15
91:16 92:15
94:1,16 106:10
111:11 112:7
113:25 114:18
116:4 122:4
123:1 124:22
125:8,9 126:4
127:14 128:1
131:21 135:2

highly   114:3
hike   89:25
hikes   90:6
hiking   90:11
hired   10:10
187:6
historical   96:7
159:14 172:19
historically
89:4
history   68:9,24
74:8 80:13
82:4,8,22
84:15,23 98:14
113:2 116:22
116:25 117:9
129:13 149:25
149:25 150:13
150:16 151:8,9
151:13,17
152:1,8,22
153:1,16
154:13 156:15
156:21,23
158:18 159:21
161:3,16 162:9
163:15,18
172:18 173:6
173:10,11
175:10,16
178:1 182:8
hit   34:12
hold   24:11
99:18 151:19

151:21 159:24
161:24 162:1,5
home   75:5,17
84:18 110:24
111:1,2,6,8
homeschool
87:11 88:5,10
homeschooled
87:1,22
homeschooling
88:1
honest   153:22
hope   88:13
118:13,19,22
hoping   140:22
160:25
hornbaker   2:8
55:13 56:4
58:8 95:4
186:17 188:17
hornbaker's
95:6
hospital   12:4
12:11,12,13
14:7 59:3,7,25
61:1,4,6,8
68:22 129:4
159:19
hospitalist
60:14
hostile   129:6
hour   20:5,10
21:11,15 22:8
22:12 24:9,10

24:12,13,13
43:19 95:9
96:17 97:10
98:22 145:16
178:10
hourly   20:7
21:20 22:23
hours   24:16
31:14,22 37:16
37:19 38:6
95:25 96:4
111:14,19
145:16
house   110:19
housekeeping
5:5 19:12
huge   174:2
huh   14:16 23:1
32:11 47:17
78:11 98:21,25
99:14 118:9
121:5 136:8
180:9 182:12
human   125:20
hurt   173:14
hurting   173:22
hypotheses
127:23 135:10
hypothesis
133:7 135:5
hypothetical
184:4

| **i** | imagine 42:6 | importantly | including 1:21 |
|---|---|---|---|
| iach 14:2 | 49:21 50:5 | 135:3 | 122:11 137:16 |
| 156:15 161:18 | immediate | imposed | inclusion |
| idea 56:23 | 152:8 | 158:13 | 127:11 |
| 59:25 119:19 | immediately | impression | incontinence |
| 143:22 | 15:15 125:13 | 108:25 111:5 | 157:3,14,25 |
| ideally 169:18 | impact 3:21 | 111:10 122:1 | incorporated |
| identification | 28:4 68:8 | improve | 194:12 |
| 5:19 6:25 7:7 | 70:13 74:21,24 | 118:22 128:2,7 | increase 37:5,8 |
| 12:22 14:12 | 75:3,16 126:7 | 128:14 | increasingly |
| 19:10,23 24:19 | 169:15,21 | improved | 135:7,23 137:6 |
| 25:24 26:9,17 | impacted 65:19 | 118:14 | independent |
| identified 3:7 | 66:4 68:13 | improvement | 156:10 |
| 6:3 19:13 | impairment | 118:20 120:19 | independently |
| 27:18,25 29:20 | 112:19,21 | inability 89:7 | 56:11 |
| 76:8,20 78:7 | 113:22 | incident 10:1 | index 3:1 |
| 80:1 100:7 | impartial | 116:10 128:20 | indicate 106:13 |
| 122:22 181:23 | 154:24 | 155:19,22 | 118:1 130:25 |
| 182:17 187:22 | implied 116:15 | 157:3 174:6,9 | indicated 16:24 |
| 188:3 | imply 79:21 | incidents 174:5 | 16:25 122:9 |
| identify 5:8 | 181:20 | 174:7,12 | 138:24 159:20 |
| 6:20 19:4 | implying 79:20 | include 6:7 | 160:21 170:4 |
| 20:18 21:9 | importance | 24:3 28:20 | 179:15 |
| 29:6,22 | 124:23 159:12 | 39:18,20 41:22 | indicating |
| identifying | important | 84:23 104:23 | 192:14 |
| 20:5 25:22 | 145:21 149:24 | 133:19,21,23 | indication |
| identity 3:18 | 150:4 153:14 | 159:14 | 89:14 101:24 |
| 77:8 115:25 | 153:17,18 | included 25:7 | 103:22 104:3,6 |
| 126:16,19 | 156:2 158:7 | 129:18,23 | 104:10 105:5 |
| 127:1 | 164:1,18 | 130:22 133:24 | 105:12,15 |
| illness 151:1,4 | 167:14 172:25 | 134:14 139:16 | 130:18,20 |
| 162:10 | 176:12 177:14 | 186:18 192:14 | indications |
|  | 177:21,25 | includes 13:7 | 85:4 |
|  | 181:5 | 133:17 139:1 |  |

**individual**
32:12 132:25
137:1 146:20
155:18 189:13
**individually**
170:5 173:8
**individuals**
125:22 135:12
136:10
**inevitably**
132:1
**influence**  125:4
169:6,22
171:24 172:6
**information**
15:7,8 20:8
21:25 25:9,11
27:1 56:18
58:7 61:11
65:14 66:7
68:21,25 69:3
70:11,15,25
73:1,5 82:6,9
83:2 84:4
93:15 96:7
98:12 99:8,16
104:25 108:16
109:18 113:18
140:20 143:8
150:20,22
152:23 153:14
153:17 154:3
154:12,16
155:1 156:14

158:16 159:13
160:14 163:9
174:2 178:23
182:14,15
186:11
**informed**  73:23
74:1
**informs**  27:1
**initial**  58:3
98:18 135:16
161:4
**initially**  94:21
171:13,14
**injured**  189:16
189:20
**injuries**  28:3
141:21 174:4,6
174:7,13
**injuring**  174:5
**injury**  9:24
65:18 66:4,5
66:13,19,22,25
67:3,4,15
69:15,22 70:4
71:18 73:2
76:1 81:4
112:15 116:8
116:24 117:7
121:22 123:5,7
123:14 125:11
125:13 126:15
127:16 128:3,8
128:14 129:7,9
129:22 130:14

134:21 141:10
141:14,19
142:2,3,6
187:1 188:25
189:14
**inquired**
130:23
**instance**  15:25
16:10,14 17:4
18:5,14 22:15
33:4 44:4
52:17 53:15
60:1 63:5
85:14 119:3
134:19 140:25
161:15 162:17
179:14 181:4
182:20
**instances**  7:16
**instigation**
189:8
**insurance**
92:25
**intake**  60:9,19
161:4
**intend**  27:19
35:18 36:14,17
36:22 37:1
39:8 42:2
**intended**  36:9
**intensity**
112:12
**intention**  41:9
41:21 42:4

71:25 72:4
101:17
**intentions**  37:3
**interacting**
168:20
**interaction**
10:4 139:12
167:15
**interchangea...**
181:2
**interest**  114:22
160:3
**interested**
35:24,25 36:7
44:22 94:24
160:18 191:13
**interesting**
183:15
**interests**  77:14
**interfere**  146:2
**interferes**
144:4
**interject**  178:8
**intermittently**
80:14 83:3
**internal**  17:19
**interpersonal**
118:7
**intervention**
128:6,18
**interventional**
128:2
**interventions**
128:12,19,22

**interview** 15:20 17:7 82:3 142:15,17,20 146:23,24 148:9,23,25 149:2,11 154:19 164:25 165:1 166:6 167:19 168:2 169:19 170:22 171:1
**interviewed** 96:12
**interviewing** 16:13 94:18 96:14 169:14
**interviews** 13:16 109:21 143:15,18 145:15,17 146:17 147:8 165:7,15 166:3
**introduction** 123:10,10 133:4 179:3
**invariably** 132:19,21
**invite** 171:2
**invited** 170:2
**invoice** 20:25 23:11
**invoices** 20:2 20:12,23 23:5

**involve** 11:17 46:24 128:22 155:17
**involved** 9:15 38:3 40:2,21 77:23 122:21 128:24 129:19 141:9,12 146:16,21
**involvement** 11:1 114:9 122:11,16
**involves** 52:13 113:5
**involving** 163:24
**iq** 179:14,23 181:14
**irrelevant** 71:12
**irritability** 162:24 163:14
**irwin** 14:6 68:22
**issue** 171:4 175:20,24
**issues** 4:24,25 75:25 150:1 151:7 152:15 155:19 157:1,8 176:2,4 188:20 188:23
**items** 5:23 88:15

**j**
**j** 1:9,18 2:19 191:24 192:6 193:3 194:3
**january** 19:15 20:19,20 23:9 65:10 97:14,20 98:23 99:17
**jessica** 3:21
**job** 8:15,20 31:8
**jogging** 90:6,11
**journal** 144:18
**journals** 27:6
**judgment** 33:17 120:21
**jump** 44:12 153:23
**junction** 2:9
**june** 30:23 38:17 192:4
**junior** 183:19
**jurors** 145:5
**jury** 79:5,8 80:10 139:11 148:18,21 155:7
**jury's** 73:15
**juvenile** 11:13

**k**
**k** 46:3
**kansas** 1:2 4:15 92:22 159:2,3

159:4 160:12
**keep** 7:13 15:6 24:9 36:22 37:6 46:3 61:8 149:1
**kid** 158:1 183:4
**kids** 87:11,21 130:13 169:7 183:16
**kind** 9:14 10:6 16:10 17:18,22 19:1 29:12 42:10 62:23 63:16 104:19 120:15 128:20 128:21 139:23 147:14 159:17 183:10 188:20
**kinscherff** 144:16
**knew** 93:20 173:13
**know** 5:1,2 6:19 9:3 16:2,8 16:11 21:24 22:15 24:6,24 29:11 38:11 43:21 46:8,10 49:18 57:13 58:8 59:9 63:5 63:5 75:8 78:4 91:25 92:19,23 96:11,13 97:24 99:19 106:24

[know - list]                                                    Page 28

106:25 107:24
110:25 111:2
117:15,20,23
119:12 132:8
137:8 143:2
147:10 148:8
156:2,22
161:13,19
163:2,5,7,8
164:6 168:24
170:23 174:3
175:2,19,21
176:12 177:25
184:19 190:10
**knowing**
  120:25
**knowledge**
  93:12 116:17
  182:25 185:25
**known**  36:24
  106:15,19
  108:12
**ks**  2:6,9,15,21
  191:18
**kull**  1:4 2:25
  3:11,12,13 8:5
  29:1,5,8 34:7
  34:16 55:9
  56:18 58:4
  65:17 67:8
  82:6 89:19,20
  92:14 97:8
  98:7 110:18
  114:3 141:23

143:1,10
151:10,12,23
153:3,7 156:9
157:12 169:25
186:16 191:24
192:6 193:3
194:3
**kull's**  8:2 55:4
  82:8 150:14,15
  156:3
**kulls**  56:7

**l**

**l**  2:13 52:18
  191:16
**lab**  181:4
**labeled**  12:25
  14:14 65:9
**labs**  62:13
**lach**  13:25
**landed**  66:8
**language**  66:10
**larae**  1:16 3:2
  4:2,8 192:8
  193:4,9 194:4
  194:13 195:20
**large**  44:9
  122:5
**larger**  12:14
  133:6 135:25
**larrick**  1:19
  191:2,22
**lasted**  84:11
  134:14

**lasting**  132:15
  132:17 137:20
**law**  2:8 31:5
  47:13,16 48:10
  139:12 144:19
**lawsuit**  64:11
**lawyer**  39:9
**lawyers**  35:9
  145:5 147:25
  164:14,15
  188:2
**layperson**
  62:25
**lead**  4:23 132:1
  176:1,20
**leads**  175:25
**learn**  50:17
  52:6 152:25
**learned**  153:2,6
**leave**  74:24
  120:20,23
  171:15
**leg**  141:15
**legal**  31:6 50:6
  54:4 139:24
  164:1,4,18,21
  166:4 177:22
  178:25 192:1
  195:1
**lessen**  132:25
**lessened**  89:9
**letter**  192:20
**letters**  44:4

**level**  18:11,13
  119:6
**library**  95:25
  147:9 165:8
**license**  42:15
  42:22,23 43:12
**licensed**  43:3
  64:2 119:4
**lieutenant**  98:7
  110:18 153:2
**life**  75:5 118:24
  120:16 131:24
  132:3
**lifetime**  74:11
  74:16
**lift**  91:3
**lifted**  78:23
**likelihood**
  126:8
**likely**  38:10
  94:2 114:21
  158:4 183:12
**limitations**
  77:17 88:22
**line**  176:19
  187:10 192:14
  194:7 195:3
**lines**  17:17 67:5
  67:11 90:1
  182:17
**list**  3:10 7:10
  7:13 12:7
  17:23,23 24:8
  28:11 40:25

52:23 53:10
72:16 89:18
164:10
**listed**   17:15
42:9 53:9
101:21 119:18
151:18 164:10
194:7,17
**listen**   90:24
148:23
**listing**   49:18
194:7
**lists**   7:21
**literature**   27:4
27:7,24 28:1
28:18 29:3
74:20 122:24
123:18,20
124:11,13,16
132:4 142:9
143:20 158:20
158:24
**litigation**
163:24 178:22
**little**   5:4 15:18
20:15 33:11
36:17 44:15
50:5 96:24,25
98:4 100:15
104:14 106:12
109:9 110:4,10
120:11 126:21
133:14 148:1
158:1 159:8

176:25
**living**   30:12
31:12,17 34:22
36:3,23 37:6,9
37:21 111:1
**llc**   2:20 31:12
**llp**   2:14 191:16
**loaded**   131:17
**local**   30:13
60:10
**locally**   22:18
188:15
**long**   3:21 50:22
51:4 119:7
157:25
**longer**   134:15
**look**   18:14 24:8
24:10 34:8
43:8 56:19
74:23 85:7
93:2 107:12,18
108:12 117:11
126:1 133:6
136:2,4 158:20
172:20 181:16
**looked**   29:15
45:21 107:22
117:13 121:21
122:21 129:3,8
134:2,5,12
135:16 137:17
138:4 144:11
149:19 160:20
185:11 187:14

**looking**   18:6
46:7 53:13
76:15 97:18
99:16 103:10
135:18 136:5
142:24 153:9
156:23,24,25
161:3,11
162:19 163:10
163:17 172:19
174:16 178:2
178:20 188:1
**looks**   7:15
11:11 23:25
24:23 30:18
31:4 32:1 35:1
97:18 98:17
100:18 136:4
162:7,11,12,16
162:19
**loop**   61:9
**lose**   87:22
**loss**   78:1 142:5
**losses**   141:18
**lost**   116:1
**lot**   28:12 47:3
105:25 123:13
127:7 147:15
148:1 162:9
**louis**   158:25
**low**   130:5,11
**lump**   150:25
**lumping**
150:24

**lungs**   90:24

**m**

**m.d.**   1:16 3:2
4:2 119:6
192:8 193:4,9
194:4,13
195:20
**ma'am**   4:9 79:2
138:22 169:13
172:4 178:17
189:24
**mad**   106:25
107:1,5
**madam**   192:10
**made**   5:24
13:16,19 17:1
73:12 80:5
87:25 92:20,23
126:11 149:1
151:25 193:7
**main**   11:9
**maintain**   43:12
59:3 60:20
88:9
**maintained**
42:22
**maintains**   88:4
**maintenance**
161:11
**major**   76:4
101:22 130:19
131:1,4 133:22

| | | | |
|---|---|---|---|
| **majority** 81:7 | **march** 7:2 | 93:16 112:13 | 71:5,11,19 |
| 81:14 130:4 | **mark** 6:16 | 117:4 122:14 | 73:16 74:20 |
| **make** 8:16 | 20:15 22:4 | 126:17 128:4 | 78:14 79:2 |
| 14:22 17:19 | **marked** 5:9,19 | 131:2 132:19 | 80:5,8,13 |
| 18:24 22:17 | 6:25 7:7 12:22 | 132:21 142:16 | 89:15,22,24 |
| 23:13 25:13 | 14:12 19:10,23 | 142:20 144:7 | 100:23 101:5,8 |
| 27:16 45:11 | 22:3 24:19 | 145:23 150:9 | 101:14 104:5 |
| 60:7 62:1 | 25:8,24 26:9 | 152:7 155:7 | 108:22 113:10 |
| 67:25 78:8 | 26:17 112:10 | 158:19 164:9 | 113:13 156:14 |
| 83:18 88:3,8 | **mastin** 2:20 | 165:21,22 | 158:25 160:1 |
| 100:23 101:4,7 | **materials** 6:3 | 166:14 167:8 | 161:19 181:22 |
| 115:9 122:18 | 49:11,12,17 | 168:11 171:10 | 181:24 186:1 |
| 125:16 139:1 | 50:1,8 187:14 | 171:21 173:13 | **medically** |
| 156:6 174:22 | **maternal** 152:3 | 189:9 | 63:10 |
| 174:22 180:17 | **math** 23:24 | **meaning** 55:19 | **medicate** 176:7 |
| 188:12 | 38:10 119:16 | 80:16 | 176:14 |
| **makes** 68:23 | **matter** 4:16 9:8 | **means** 18:8 | **medications** |
| **making** 92:10 | 10:15 11:4,17 | 92:1 158:2,4 | 62:13 |
| 132:6 155:17 | 11:18 12:8 | **meant** 86:5 | **medicine** 31:2 |
| **malingering** | 13:2 19:14 | 95:23 | 64:22 101:15 |
| 155:9 181:16 | 29:16 44:3 | **medical** 4:11 | **medicolegal** |
| **malpractice** | 45:19 48:22 | 6:7,16 13:20 | 12:19 36:11 |
| 35:25 | 54:21 71:7 | 33:17 34:23 | 37:23 38:3 |
| **management** | 72:3,10,20 | 35:5,6,11,16 | 39:11 42:2 |
| 62:11 | 73:12 75:12 | 36:3,10 38:6 | 51:10,20,25 |
| **manhattan** 2:6 | 80:9 87:12 | 38:12 39:12 | 140:3 |
| 25:16 159:1 | 138:9 166:13 | 40:10 41:10 | **meet** 16:20 |
| 160:10,11,12 | **maximum** | 42:21 45:1,4 | 17:22 18:11,13 |
| **mania** 18:6 | 12:11 | 45:22 52:22 | 102:16,22,25 |
| **manifesting** | **mean** 16:12 | 56:3 57:3 59:4 | 103:19 105:6,9 |
| 157:13 | 17:12 32:22 | 63:19,21 64:14 | 105:17,19 |
| **manner** 49:7 | 33:1 45:10 | 65:25 66:11,15 | 116:5 117:14 |
| **map** 83:23 | 49:12 59:18 | 67:7,22 68:4 | 131:3,7 178:24 |
| | 61:18 91:17 | 69:21 70:22 | |

**meeting** 46:23
47:12 188:4
**meetings** 51:22
**member** 47:20
165:19,24
**members**
154:20,25
**memory** 99:6
106:16 160:24
**mental** 28:4
66:20 72:6
92:17 93:22
116:23 117:6
122:11 123:5,6
124:24 126:14
127:17 128:2
128:14 132:1
132:13,20
135:6,7,11
136:21 144:9
144:23 154:13
160:6,22
161:14,14
163:25 173:4
178:3 183:11
184:23 189:19
**mention** 18:4
68:23 107:8
109:13 116:21
120:5,10
**mentioned** 11:2
43:18 51:8
58:4 76:23
106:10 115:4

119:1,10
137:15 139:17
165:11 175:17
188:21
**mentioning**
120:13
**met** 4:13
102:11 165:25
168:3 170:24
**meta** 121:9
**methodologies**
140:11,14
**methodology**
140:6,15
142:11,25
165:4 187:25
188:6
**methods**
187:11,12
**mexico** 52:3
**middle** 38:22
183:19
**midwest** 52:18
53:16 192:17
195:1
**military** 74:25
84:8 93:1
158:9
**mind** 168:10
**minimum**
120:18
**minor** 1:5
171:13 191:24

**minute** 58:21
63:7,14 142:1
156:4,12
170:15
**minutes** 97:14
97:20 98:24
119:24 142:8
178:11
**missed** 53:8
80:22 113:8,12
161:1
**misspoke**
107:25
**misunderstood**
146:13
**misuse** 178:22
**misused** 179:2
**mitigate** 77:16
77:25
**mobile** 1:22 2:3
2:12,18,24
**mobility** 91:5
**modality** 119:8
121:1
**model** 118:7
135:18
**models** 132:11
135:17
**modifications**
19:19
**modify** 14:22
**mom** 96:8,17
97:7 98:1
106:18 107:16

107:18,18
151:25 152:1,5
152:12 153:4,5
163:8,11,16,18
168:5,8,18
169:1,5 170:12
170:16,20
171:15 174:21
175:13 187:16
188:4
**moment** 13:14
30:17 43:15
85:8 159:24
161:3,24 162:6
178:9
**month** 11:12
38:7 112:2
**months** 36:16
37:4 132:15,17
134:6,15
137:20
**mood** 18:23
102:12 128:21
130:21 131:2
152:4 162:13
162:24 163:14
180:4
**mother** 57:22
70:18 74:1
76:20 92:5,9
92:16 95:2
96:12,14,19,21
97:8,15,25
98:9,10,18,23

99:1,7,17
106:13,14
108:10,11
109:14,19,22
110:3,9 115:25
146:10 152:9
154:17 168:1
170:3 175:6,10
175:17 186:14
**motion** 91:1,14
**motivate** 76:16
**motivation**
154:25 155:15
**motor** 105:3
**mouth** 46:5
**move** 12:24
75:4 91:4
103:4 124:7
158:10 176:24
177:4,9 185:2
**moved** 74:10
74:15,18 159:1
**movement** 91:9
**movements**
189:7
**moving** 74:24
76:20
**multiple** 74:10
74:18 132:11
133:4 154:6
174:4,5,6,7,12
**murderers**
184:19

**musculoskele...**
121:22 123:4
123:14 129:21
134:1,21
**muted** 95:16
**mutual** 168:3,3

**n**

**name** 4:7,8,14
11:6 14:3,4
25:14,15
125:19 131:16
138:22 192:6
193:3,4,15
194:3,4,21
**named** 64:10
**names** 26:12
58:12 98:4
**natural** 1:4
126:15 191:24
**nature** 67:2
69:4 70:12
186:14
**near** 100:14
**necessarily**
16:11 27:5
36:6 41:15
81:22 88:21
100:9 136:25
141:19 144:25
149:13 158:6
**necessary**
178:24

**necessitated**
66:15
**need** 6:18 16:8
33:6 43:20
60:4 94:2 97:5
98:4 115:4,14
120:8 143:9,9
177:5 179:10
**needed** 6:5
55:12 94:7,9
**needs** 70:2
115:17 120:18
138:13
**negative** 89:1
182:22
**negatively**
126:7
**neither** 170:23
**network** 1:10
2:18 191:25
**neurological**
133:22
**never** 45:14
99:3 117:9
157:17 160:11
170:24 175:1
176:5 189:20
**new** 52:3
**nexus** 31:4
**niceswanger**
2:19 3:4 20:11
20:17 21:3,22
22:2 95:8
138:21,22

160:7 167:2
168:19 169:10
169:12 170:10
170:25 171:9
171:20 172:3
172:11 176:23
177:7,19
178:12,16
184:6,15,25
185:17 188:13
189:23 190:9
**nine** 162:6
**non** 41:23
**normal** 43:5
108:17 136:13
136:16,22
137:3,3 185:23
**normalize**
125:22
**normally** 168:8
**notarized**
192:15
**notary** 192:25
193:10,18
194:15,23
195:23
**note** 3:23 15:18
18:7 74:8
75:20 80:13
83:12 84:14
85:1,14,19
86:1,4 125:17
126:11 131:25
151:25 156:20

192:13

**noted** 2:8 8:3
86:8 95:7,24
184:22 185:7

**notes** 3:11,16
13:1,3,7,12,15
13:18 14:22
15:14 17:1,2
50:16 85:7
95:22 103:4
147:21 148:25
150:21 178:6

**notice** 1:20 3:8
5:13,21,25
20:2 184:17

**noticing** 183:14
184:21

**notion** 185:4

**np** 78:9,21 79:1
79:9,12 80:10

**number** 3:7
15:19 45:6
84:6 96:16
100:19 112:23
121:14 123:25
131:11 151:19
157:1 192:7,14

**numbered**
182:17

**numbers** 23:14
194:7

**o**

**oath** 4:3

**object** 172:1,9
176:18,21

**objected**
168:11

**objection** 67:17
70:5 79:14
91:21,23,25
109:25 110:13
110:22 134:3
166:18 168:15
169:8 170:6,18
171:6 183:25
184:11 185:14
188:8

**objectionable**
165:12

**objective** 17:15
48:23 49:1,7
63:18 72:9
140:22

**objectively**
68:12 187:7

**obligated** 72:16

**obligations**
29:23 38:3
72:10

**observations**
185:23

**observed** 91:9
108:9 112:14

**observing** 96:9
172:21

**obsessive** 103:1

**obtained** 42:20
96:7

**obviously**
112:22

**occasion** 53:21
81:9 97:14
99:13 111:21

**occasions** 9:7
86:12

**occupation** 4:9

**occur** 94:5
184:13

**occurred** 66:6
66:19,25 68:19

**occurring**
65:18 103:8
187:1

**occurs** 184:9

**october** 48:6

**offer** 52:25
123:22

**offered** 42:18
123:23 138:14

**offering** 47:23
67:2,6,12,15,20
68:2,7 73:8
78:17

**offhand** 50:22

**office** 2:8

**official** 193:15
194:21

**officially** 32:3
42:19

**oh** 8:6 23:3
50:20 97:24
141:2 177:1

**ohio** 9:12 11:16
12:5,10,14
30:1 42:11,15
42:18 43:4
59:4,22 64:2
119:12 143:13
192:2

**okay** 4:22 5:4
5:12 6:14,20
6:21 8:6,12
9:20 10:6
13:24 15:17,23
17:3 19:6,8,21
21:24 22:5
23:5,13 24:3
24:15 31:20
33:24 37:19
38:11 43:24,25
44:17 45:14
58:21 59:23
60:22 63:5
66:12 79:11
81:24 82:11
95:18 96:18
99:5 101:2
103:18 105:23
112:21 115:12
119:3 121:2
122:4,7,20,25

126:1,3 131:16
131:18,19
138:16 140:5
141:1 142:7
143:11 144:17
144:20 146:13
147:4 148:13
149:17 151:6
151:16,22
152:7,21 154:7
156:17 159:9
161:22 164:23
167:25 169:4
171:21 175:18
176:5,11
178:14,18
179:9 181:18
185:1,24
188:19 189:22
190:12
**old**  33:9,16,22
34:7 43:2
107:2 141:10
162:6 163:4
166:5,9 169:15
169:16,19
170:4 183:17
188:24
**older**  125:23
127:21 132:25
135:12
**once**  32:21 98:7
175:18

**ones**  27:18
29:14 188:14
**online**  113:6
**open**  38:11,15
54:3,6
**opening**  41:17
**opining**  120:8
**opinion**  3:14
11:20 66:18,20
66:21 67:2
72:15 78:17,24
79:2,22 85:8
86:20,22 87:1
87:3,10 90:8
113:21 118:1,4
119:22 120:18
131:5 138:11
140:24 153:24
156:10
**opinions**  27:1
27:13,20 29:16
54:21 56:19
67:7,12,16,20
68:3,7,16 71:5
71:12,16 73:8
75:12 112:4
133:10 138:8
138:24 143:2
**opposed**  157:19
**oppositional**
103:12,19
105:20
**option**  76:24

**options**  76:19
**order**  60:23
129:15 139:21
143:23 154:7
**ordered**  180:16
181:4
**ordering**  62:13
**organ**  133:22
**organizations**
143:3
**oriented**
162:14
**original**  3:24
6:4 22:14
191:15
**orthopedic**
54:8,12 125:5
128:13 129:23
129:24 130:13
137:10
**orthopedics**
73:17
**orthopedist**
71:22 90:9
**outbursts**
130:22
**outcome**  87:6
155:11
**outcomes**
122:15 126:14
128:7 133:5
134:20
**outlet**  77:13
87:14,17,20,23

88:10 90:12
**outlets**  88:4
89:10
**outline**  14:18
**outlines**  143:3
**outlining**  49:12
**outpatient**
30:15 31:16,25
36:20 60:2
117:15
**outside**  93:2
**outwardly**
106:6
**overall**  68:12
**overland**  2:15
2:21 191:18
**overlap**  32:21
**overly**  106:3
126:6
**overvalued**
53:17
**own**  33:6 52:17
58:7,11 60:12
78:13 118:23
147:17 153:16

**p**

**p**  52:18
**p.m.**  4:1 178:9
190:17
**page**  3:2,7
123:2 131:22
136:5,19
151:19 156:17

[page - people]                                                              Page 35

156:25 159:18
160:1,18
161:16,18
162:8,12,16,20
162:21 181:23
186:13 187:15
187:15,22,22
188:3,3 192:14
192:16 194:7
195:3
**panic** 102:22
**paper** 17:19
**parallel** 136:18
**paralysis**
133:24 137:17
**parameters**
137:9
**parent** 33:7
82:5 97:3
98:14 110:6
125:1 166:5,9
169:20 174:23
174:25
**parental**
122:11
**parents** 13:8,16
13:19 55:4,7
55:19 58:13
73:23 76:13
82:3 86:14,19
87:10 88:3,8
93:21 97:6,9
99:3,9 109:22
117:13 122:17

125:3,6 151:9
152:14,22
153:1 156:11
166:12,15,15
166:19 167:19
167:20 169:6
169:14,15
171:24 186:20
**park** 2:15,21
3:18 26:4
121:4 191:18
**part** 12:1,2
24:24 25:2
27:15 30:11
31:21 37:7,17
38:5,5 39:22
40:7 51:21
53:2 59:6 60:2
66:3 71:16,18
77:8 80:22
82:7 83:24
84:8,14 91:16
93:14 104:6,22
106:3 123:10
125:6 133:7
134:15 148:12
162:1,17,20,25
163:15 170:16
194:9
**partaking**
109:15
**partial** 133:24
**partially**
175:22

**participants**
1:21
**participate**
52:20 78:2
114:23 115:17
**participating**
139:7
**particular**
14:24 40:1
62:19,19 94:11
115:5 121:1,11
121:24 124:19
124:23 142:25
160:18 163:21
**particularly**
33:10 112:18
126:25 144:3
**parties** 39:19
49:5 148:18,21
165:3 168:9
191:11
**party** 168:12
**pass** 65:1
**passingly**
139:17
**passive** 91:8
**past** 48:13,14
80:13 190:11
**paternal** 152:2
**pathophysiol...**
66:25
**patient** 33:16
33:17 56:24
60:1,3,13,24

62:17 63:24
64:7 73:24
74:4 101:3
140:7 142:17
159:14 162:5,7
165:16 171:2
176:14
**patients** 33:24
34:5 36:24
41:11 42:6
59:7 61:4
63:14 81:10
128:7 137:13
**pay** 46:13
**pediatric** 33:25
40:21 41:7,16
54:14 71:22
81:10 121:23
122:9,21,24
123:16 127:12
128:3 137:13
156:7,8 160:16
162:18 183:2,9
184:23
**pediatricians**
160:16 183:16
**peers** 86:6
114:21 137:3
**pending** 43:22
**people** 32:3
46:4 59:18
61:17 62:1
104:18 134:6
135:21 145:6

146:8 149:14
165:10,15
170:23 184:17
**perceiving**
104:20
**percent** 38:8
130:7 131:12
**perception**
105:1 109:10
**perfect** 140:23
**perfectly**
157:20
**perform** 41:10
49:6 74:19
91:12 124:2
140:21
**performance**
75:25
**performed** 76:7
78:6
**performing**
15:10 49:2
72:8 75:22
**period** 18:16,18
108:4 118:11
118:15 129:4
130:23 157:17
**periods** 84:12
110:19
**permission**
33:7
**persistent** 17:5
17:9 18:5,15
18:22 102:3

**person** 9:11
11:3,19 14:23
16:20 17:21
59:17,19,20
93:10 104:25
132:14 134:25
146:3,6
**person's** 33:3
**personal** 9:24
141:14
**personalities**
114:13
**personality**
105:20 179:14
**personally**
193:11 194:15
**personnel**
158:9
**perspective**
123:19 124:12
**pertinent** 16:20
182:22
**petition** 164:11
**ph.d.** 1:17 3:2
4:2 119:6
192:8 193:4,9
194:4,13
195:20
**pharm.d.** 42:13
42:17,25 43:6
**pharmacist**
42:10,15 43:4
**pharmacy** 42:8
42:20,22,24

43:10
**phenomenon**
86:17 162:18
**phobia** 102:19
103:23
**phone** 60:7
97:23 148:3
175:12 187:17
188:5 192:3
**photographic**
160:24
**photographs**
107:14
**phrase** 187:2,4
**phrased** 187:6
**physical** 62:14
66:22 67:4,15
68:8,13 69:15
70:14 71:18
77:17 78:2
88:22 90:20
91:13 109:15
109:23 110:11
111:7 114:2,19
141:19,20
142:1,3 173:3
**physically**
91:19
**physician**
37:10 56:24
60:18 101:3
**physicians** 12:5
54:2,2 62:12

**pickerill** 11:9
**picture** 136:2,4
136:5
**pictures** 107:13
107:18,19
108:10
**pieces** 45:6
**place** 14:3
50:24 77:10
158:10,10
191:7
**placed** 89:18
**places** 48:17
52:15 115:13
**plaintiff** 6:11
9:22 10:11
39:3
**plaintiff's** 7:11
20:6 164:2
**plaintiffs** 1:7
2:3 4:19 40:16
44:3,7,25
45:19 46:8
55:18,21 56:21
57:11,20 70:16
71:2,7 72:14
**plan** 27:12 37:8
37:10 48:4
117:19 120:15
**plans** 55:23
56:1,2,12
**plasticity** 32:19
**platt** 2:5

play  77:20
  84:17 113:4
  148:5 158:12
players  113:6
playing  77:17
  85:20 104:19
  111:12,18
plays  189:5
pleadings
  164:12
please  4:7 9:3
  24:11 80:23
  99:22 121:14
  141:2 151:19
  171:8 178:11
  185:15 190:3,7
  190:8,15
  192:12,12
plenty  140:3
plus  142:3
point  16:12
  25:18 29:11
  47:4 48:5
  56:18 57:23
  67:9 71:20
  78:18 79:6
  94:12 96:23
  97:1 107:14
  116:1 117:16
  126:5 132:16
  138:14 151:2
  160:1 161:1
  172:7 183:8

pointed  189:12
points  121:3
  125:9 127:15
police  10:2,5,6
  10:9 146:17
polite  106:2
poor  77:21
  135:11
poorer  135:6
population
  41:18 54:14
  124:24 130:7
  133:7 134:14
  136:13,16,23
populations
  53:20 124:4
portion  37:1
  41:22 63:15
portions  5:6
posited  135:10
position  12:2
  37:11,15 42:1
  78:17
positive  127:17
possible  14:21
  15:25 28:4
  48:23 53:24
  83:20,21 85:4
  87:24 104:16
  112:16 127:15
  127:25 148:10
  148:11 150:20
  151:13 152:4
  158:15 169:17

175:7 176:10
  184:21
post  123:7
  125:11 126:15
posttraumatic
  105:10
potential  76:19
  82:16 90:12
  100:19 120:11
  155:13 157:12
potentially
  58:9 77:5
  88:12 90:14,14
  110:15 157:10
  173:5
poyntz  2:5
practice  30:13
  30:15 31:16
  36:2,22 59:17
  63:17 144:11
  147:17 148:12
  166:13
practiced  43:10
pre  5:9 167:12
precedes
  177:15,17
preceding
  116:23 117:7
precise  9:2
predated  157:3
preexisted  73:3
  81:3 82:12
  116:9

preexisting
  69:15 82:21,25
  116:7,11,16,19
  157:12
prep  3:15 20:6
prepared  10:14
preparing  24:4
prescriptions
  43:4
presence  13:23
  97:3 169:20
present  2:24
  31:8 34:20
  38:1 46:25
  55:23 69:16
  74:2 79:13,22
  96:19,21 97:6
  98:11 155:15
  162:10 165:3
  166:5 170:23
presentation
  49:24
presentations
  53:3,9,11
presented
  53:10 163:16
  182:5
presenting
  155:12,14
presently  84:15
  85:24
presents
  155:10

**preserved**
  146:19
**preserving**
  145:14
**pretty**  42:25
  120:1 171:19
**prevent**  145:22
**prevented**
  145:3,13,17
  147:6
**previous**  34:2
  68:18 70:23
  117:4 147:5
  172:24,25
  173:7 183:23
**previously**
  112:5 120:13
  185:6
**primarily**
  63:19
**primary**  26:4
  156:16
**principles**
  34:14 48:15
**prior**  23:6 51:6
  69:1 117:1,3
  149:9 159:4
  162:19 173:17
  173:23 184:22
  191:4
**priority**  147:13
**private**  30:13
  39:19,22 40:1
  41:23 59:17

  63:17 93:2
  147:10
**privately**  39:21
  40:9
**privilege**  59:12
**privileges**  59:3
  59:11,25
**proactive**  88:3
**probably**  14:6
  33:10 40:13
  53:12 88:2,8
  137:4 147:17
  159:8
**problem**  22:2
  62:19 108:3
  113:15 150:11
  157:9,13 158:3
  158:5,6 160:3
  176:7,12,17,19
**problems**
  113:19 133:18
  137:16 162:23
  163:12,13
**procedure**  94:6
  94:9 193:5
  194:5
**procedures**
  73:10
**proceeding**
  11:24
**proceedings**
  12:19
**process**  77:3
  131:24

**produce**  29:10
**production**
  192:16,17,22
**productive**
  77:13
**profess**  75:8
**profession**
  42:23 54:4
**professional**
  36:17 38:2,9
  47:21 51:22
  54:17 64:2
**professionally**
  36:15
**professionals**
  55:1
**program**  30:4
  34:21 42:13
  43:6 53:2
  139:7
**progresses**
  57:13
**progressively**
  136:14
**prohibited**
  109:15
**prolonged**
  18:16,18
  157:17
**promote**
  127:16
**promoting**
  157:23

**pronounce**
  26:12
**proportion**
  112:11,15
**protective**
  110:10
**prove**  127:20
**provide**  35:7,11
  49:10,13,23
  57:16 61:10,12
  61:15 62:10,17
  62:23 63:4,11
  77:12 87:9
  94:19 135:4
  186:7
**provided**  6:4,8
  6:10 7:10 20:4
  26:2 44:1,23
  45:1,3,14
  49:13 50:2,10
  55:3 58:6
  68:17,21,24
  69:2 70:15,19
  70:21,25 71:2
  71:4,14,21
  72:11,20,25
  73:5 107:13
  109:18 112:5
  113:2,17
  150:14 186:10
  188:2
**provider**  55:16
  57:2,4,18
  58:18 64:8

79:5 80:6
93:22 108:8
156:16
**providers**
30:12 31:11,16
34:22 36:3,23
37:6,9,21 57:8
58:12 72:19
88:13
**provides**  87:8
92:25
**providing**  27:1
33:13 39:14
52:14 61:22
62:13 148:16
155:1
**psych**  162:13
162:17 185:21
185:22
**psychiatric**
12:6 15:19
31:25 57:17,24
58:14 60:4
61:5,7,22
63:20 72:6
90:18 100:13
100:19,24
101:15,21
117:9 143:4
148:14 150:1,2
150:15 151:1,4
152:8,15,22
153:1,16
154:18 155:16

155:18 156:1,3
156:11,21
157:9,13 158:3
158:6,12,13
159:10,11,20
160:3,5,10
161:5,7,12,14
162:1,22
175:16,20,24
176:1,3,6,13,17
177:15,16
182:4
**psychiatrist**
4:10 30:11
31:11 47:25
59:21 60:16,17
60:25 63:19
118:6 119:2
139:8,22
140:18,19
143:13 181:9
**psychiatrists**
30:4 48:18
140:1 142:14
**psychiatry**  30:2
30:15,24 31:3
31:4 32:17
34:3,3,17
35:13 36:6,8
47:5,13,16
48:2,10 52:7
53:5,23 63:17
64:21,22
139:10,12,15

139:18,24
140:13 141:4
142:22 147:19
**psychic**  9:17
10:3 145:9
**psychological**
10:12 54:9,13
57:24 63:10
67:23 68:6
69:11 70:14
74:21 75:3,16
78:1 80:20,25
81:15,21,25
82:14,20 83:6
93:7 116:19
120:6 122:12
123:15 157:22
160:9 179:13
180:23 181:10
**psychologica...**
68:14
**psychologist**
63:25 64:1
118:5 119:2
181:9
**psychosis**
104:13,15,22
**psychotherapy**
61:15 62:2,16
118:2,5,17
119:17 120:9
**ptsd**  131:8,13
**puberty**  34:12
118:13

**public**  95:25
147:9 165:8
193:10,18
194:15,23
195:23
**publications**
124:5
**published**
142:9 144:8
**pubmed**  28:8
**pull**  40:24
53:14 124:8
161:20
**pulled**  28:12,19
**pulling**  20:24
131:17
**purpose**  186:14
186:23
**purposes**  6:17
26:25 32:7
34:9 66:12
68:16 71:12
74:4 133:15
177:23
**pursuant**  1:20
**pursuits**  114:8
**pushed**  154:10
156:12 159:21
**put**  14:3 15:6
33:19 46:22
52:3,19,24
56:8 103:17
147:1 148:3

**puts**  46:19
48:10 52:23
**putting**  15:1
53:3

**q**

**qualify**  101:24
102:5 127:10
**qualities**  18:10
**question**  5:2
8:17,22 9:1,4
10:3 11:20,22
16:3 32:5 42:8
43:22,23 55:10
55:14 56:15
59:18 65:15
66:23 68:1
70:6 77:21
79:19 81:19
82:12 92:3
94:4,13 97:1
110:1 115:11
118:12 121:19
124:15 133:1
145:12,12
147:5 158:21
164:13 167:21
169:4 170:7,8
170:19 175:3
177:12,13
180:14 184:2
184:18 185:2
186:21 189:2
189:11

**questioning**
153:5 176:19
**questions**  14:21
31:6 36:5
55:19 98:11
138:3 155:24
159:23 186:19
186:19 190:3
**quick**  95:10
160:4 178:18
**quite**  129:17
**quotations**
107:9
**quote**  185:21

**r**

**r**  1:18 191:1,2
191:22
**raises**  171:4
**range**  34:4 91:1
91:14
**rapport**  146:3
166:25
**rate**  20:7 21:12
21:14,16,20
22:17,23 64:6
103:18
**rates**  21:9
119:17
**reach**  32:22
82:24 154:7
182:18
**reached**  133:10

**reaching**  27:9
75:11 182:1
**read**  15:14 16:3
75:1 91:17
98:4 122:14,19
126:21 128:4,9
128:17 144:8
144:20 179:1
190:3,13 193:5
193:6,12 194:5
194:6,17
**reading**  192:20
**ready**  24:7,16
59:1,2
**real**  23:24
128:15
**reality**  158:17
**realize**  171:22
**really**  16:5
17:20 39:8
62:22 64:3
166:25 189:11
**reason**  8:25
20:13 24:25
28:25 35:22
61:25 64:14
72:11 86:17
96:11 98:8,17
100:6 129:24
145:24 153:20
181:6 182:4
186:20 192:15
194:8 195:3

**reasoning**
32:15
**reasons**  75:1
**recall**  40:23
41:4 45:3
46:11 47:1
50:21 89:17,21
94:5 96:23
99:20,21,23
100:1,4,5
134:7 152:17
153:8 164:22
167:4,7 168:4
168:13,16,17
168:22 170:17
170:20 173:10
173:20,25,25
177:13
**receipt**  192:19
**receive**  142:5
**received**  5:10
25:4,19 67:8
**recent**  93:6
**recently**  11:12
52:18 53:16
**recess**  58:23
95:12 137:24
178:15
**recognize**
38:19 172:25
**recognized**
101:15
**recommend**
93:13

**recommendat...** 57:24 58:2 88:7,12

**recommendat...** 46:24 57:17 124:18

**record** 4:7 5:8 5:16 6:20 8:1 10:20,21,23 21:11 59:1 89:22 95:14,18 108:22 138:1 144:23 148:4 163:10 178:17 194:9

**recorded** 143:19

**recorder** 145:4 146:25 147:6 148:8

**recorders** 147:16

**recording** 143:14,16,23 144:4,9 145:14 145:18 149:10 165:13

**records** 6:8,17 13:4,20 14:4 20:8 25:4,18 35:8 45:4 56:5 68:18,23 70:22 71:1,5,19 78:14 82:3

89:15 100:2 104:6 108:16 156:7,8,15,24 158:25 159:2,3 159:6,14,19 160:2,20,25 161:19 162:19 163:2 181:23 181:24 182:5,7 182:13,16 183:23 184:24 185:3 186:1,5 186:6,7 187:20 187:21 188:2 188:11

**recovery** 69:9 70:13 126:8

**recruit** 129:12

**redirect** 128:23 128:25

**reduce** 126:8

**reduced** 191:8

**refer** 6:19 7:9 62:24 63:24 64:1,6 65:7 67:12 74:3,6 121:14 136:12

**reference** 14:5 14:6 83:23 100:10 132:6 192:7 193:2 194:2

**referenced** 29:15 112:4

121:11 193:11 194:15

**referral** 58:13

**referring** 62:2 100:10 107:20 107:21 108:1 117:6

**refers** 14:4

**reflect** 48:19 115:15

**reflected** 76:6 178:6,7

**reformatory** 36:21

**refresh** 99:5

**regard** 32:25

**regarding** 70:11 74:20 84:4 122:10 150:15

**regardless** 69:22 88:22

**registered** 42:15

**regular** 75:6 87:16 113:5 183:1

**rehabilitation** 36:19 127:16

**reinjure** 109:16

**reintegrating** 120:15

**relate** 72:5

**related** 10:1,4 11:18 17:9 20:3 28:2 32:19 46:22 50:13 51:10,24 55:11 56:20 63:10 76:1,11 112:20 113:10 113:12 151:3 151:10 155:8 155:11 158:3,4 175:20 187:8

**relationship** 56:25 73:25 101:3 125:1

**relationships** 60:20

**relative** 54:22 67:7 100:24 103:23 191:10 191:12

**relatively** 88:17 88:19

**relevance** 70:6 176:20 184:12

**relevant** 28:14 33:11 44:21

**reliable** 26:25

**relied** 182:1,3

**relief** 89:9

**reliever** 89:5 90:13

**rely** 27:12,19

relying   27:8
remain   48:23
  48:25 166:20
remained   166:9
remains   87:6
remember   11:6
  13:11 50:23
  99:15,18 129:3
  131:15 173:16
  173:17,18
  177:11
remind   8:12
  64:17
reminders
  17:19
remote   1:16
rendered   72:22
  101:11
repeat   27:15
  67:25 80:23
  155:23 170:8
rephrase   9:4
  77:22 171:8
  185:15,16
replace   77:8
report   3:14,17
  10:15 14:18
  19:14,16,19
  24:21 26:3,6
  26:14,20 27:9
  28:22 38:17
  39:6 54:24
  55:3 65:5,8,9
  66:13 71:21

73:7,21 78:4
78:23 84:24
85:22 86:23
95:21 97:18
99:12 100:8
105:23 106:1
106:11 107:8
109:13 116:21
120:5 133:11
138:5,6,6,12
147:24 150:19
151:8 164:9
178:7 181:24
187:5,15
188:21 189:12
reported   84:20
130:21 134:6
136:11
reporter   8:18
61:20 95:3
107:4 162:15
190:4,12 191:3
193:7
reports   39:15
71:9,15,17
72:1,5,12,18,21
78:7 86:13,18
147:24
represent   4:16
25:3 116:6
138:23
reprimand
64:15

reputable   27:6
request   57:10
  57:25 146:22
  164:1 166:11
  166:19 194:9
  194:11
requested
  25:17 57:19
  145:8
requesting   72:1
72:5
require   88:2
  118:2,4 166:14
  172:14
required   7:13
  64:23 73:11
  75:4 84:8
  192:25
requirement
  140:4
requirements
  42:11 52:23
  178:24
research   27:23
  52:10 54:8,11
  75:11 123:3
  124:18 128:10
  131:22 135:13
  158:16,19
resentment
  107:3,5
resiliency
  127:18,21

resource   77:5
resources
  76:21 77:24
respect   13:16
  29:8 67:16,21
  68:3 69:17
  77:17 82:13
  87:2,4 90:16
  102:2 109:1
  112:21 114:6
  114:12 120:17
  122:17 130:16
  137:9 158:9
respiratory
  133:20 137:16
respond   120:25
  125:4
response   8:17
  167:22 175:6
responsive
  171:23
restate   5:2
  118:3
restriction
  89:18,24
restrictions
  89:19 90:3
  108:21 109:6
  110:6 114:20
result   14:23
  39:6,14 73:3
  135:6,11
resulted   82:20
  89:6 110:5

**results**  25:2,3
  28:9 130:3
  135:3
**retained**  9:18
  9:20 11:7,21
  11:23 39:5,21
  40:9 55:18
  56:16 65:16
  71:6 72:13
  164:14,16
  186:17,21
**retainer**  23:10
  23:14
**retention**  12:1
  39:3
**retentions**
  39:19
**retrospective**
  172:14,16
**return**  126:8
**returned**
  192:19
**review**  15:20
  20:8 21:10,12
  35:7 68:12
  71:15 72:9,17
  72:18 74:19
  82:2 90:15,18
  100:13 103:5
  108:15 121:7
  121:10,20
  122:2,23
  123:18,24
  124:11 146:18

162:22 172:14
  185:22 192:13
  193:1 194:1
**reviewed**  27:12
  29:7 38:24
  39:2 40:13
  48:12 54:24
  71:17 78:5
  126:6 128:5
**reviewing**  13:4
  13:20 124:16
  160:25
**right**  5:16 6:2
  6:22 7:5 8:6
  10:10,22 14:14
  19:2 20:24
  21:5 24:2
  25:14,15 26:14
  29:19 30:9
  35:2 36:21
  38:12,14,16
  40:14,15 41:20
  43:14 51:23
  63:17 64:18
  68:11 69:18
  76:22 91:2,14
  96:4 106:19,25
  107:13,19
  108:12 109:2
  109:11 117:20
  117:24 119:8
  119:13 124:10
  124:22 128:16
  129:3,25

134:11 136:17
  137:2 141:22
  142:18 146:9
  147:18,25
  149:6 154:9
  156:5,21 161:2
  163:22 166:1
  174:19 177:18
  187:18
**riley**  160:13,23
**risk**  121:21
  132:22
**rmr**  1:19
**robust**  123:3
**role**  47:7 55:17
  58:16
**room**  59:16
  60:18 95:4
  96:2,19 107:17
  129:14 145:5
  146:6,8,12
  147:7,10
  165:11,14,17
  165:19,24
  166:10,20
  168:1,5,9,12
  169:5,14 170:3
  170:13,21
  171:3,12,15,16
  172:22 174:21
  175:6 189:5
**rotating**  52:14
**routine**  144:9

**rph**  42:14
**rule**  157:11
**rules**  7:12 8:13
  48:7 193:5
  194:5
**run**  89:16,25
**runs**  152:19,24
**russell**  2:14
  191:16

**s**

**s**  46:3 192:16
  194:8,8 195:3
**sadness**  130:23
**safe**  60:8
**sake**  13:24
**sanders**  2:14
  191:16
**sat**  50:16
**saudi**  3:19
  26:11 129:2
**save**  28:9,11,16
  28:25 29:2,3
**saved**  29:7,12
**saw**  34:13 46:6
  58:3 78:14
  84:21 89:14
  93:9 105:4
  108:21 154:1
  182:7
**saying**  79:11,23
  123:17 124:10
  125:6 126:22
  133:3 148:7,11

**[saying - seminar]**                                                Page 44

148:12 157:24
166:16 170:20
173:10 183:23
185:8,9
**says**  78:15,21
123:1 126:12
144:9 163:12
169:16 170:16
171:25 185:11
186:1
**scanned**  20:18
22:3
**schedule**  21:23
**scholarly**  52:16
**school**  25:5,10
25:14,16 42:21
76:12 84:18
85:25 86:25
87:7 100:2
111:13 113:1,9
113:12,15,19
117:14,19
183:19 186:5,6
187:20,21
188:10
**schooled**  87:13
**schools**  25:12
25:12
**science**  28:2
42:19 144:19
**scientific**  27:6
**scope**  29:23
65:20 72:9
186:14

**scored**  83:25
**scores**  76:5
**scott**  1:9,18
4:16 191:24
192:6 193:3
194:3
**screen**  5:7,14
29:21 65:4
95:19 103:11
131:18 161:21
183:9
**screened**
160:15
**screening**
16:17 160:22
162:11 183:8
**scroll**  100:12
124:6
**scrolling**  17:3
136:2
**seak**  46:3,6,14
46:19 49:10
50:3,11 51:2,3
51:5,14
**seal**  191:19
193:15 194:21
**search**  28:1,5
28:10 158:20
160:4
**second**  5:12
7:25 8:9,14
10:20 11:20
19:7,8 21:9
23:11 97:13,19

98:9,23 126:2
135:4 136:6
162:2 163:23
187:10
**secondary**
155:3,8,17,25
**secret**  86:5
**section**  78:4
**secure**  156:8
173:6
**securing**
159:12
**security**  12:12
**see**  5:13 15:15
16:1 17:4 19:2
30:12,13 32:1
32:3 40:23
42:12 44:18
53:7 55:17
59:15 60:1
61:17 63:14
64:5 82:2 83:7
86:22 87:12,16
90:23 93:17
101:23 102:3
104:4 107:19
108:23 117:19
118:18 122:7,7
123:18 124:12
124:21 127:8
128:6 134:19
143:24 146:20
148:23 151:17
151:24 156:24

159:2 161:4,21
161:25,25
162:7,18
163:10 183:13
**seeing**  14:23
42:6 55:12
89:21 104:18
117:18,21
154:5 161:3
**seek**  33:7 56:17
60:5 88:18,25
92:17,24 93:7
**seeking**  30:4
56:7 66:11
**seem**  75:24
106:6
**seemed**  106:11
170:4
**seems**  37:17
111:17 114:1
116:1
**seen**  73:7 74:25
83:11 89:23
90:5 162:3
188:24
**select**  118:10
**self**  34:23 176:7
176:14
**semantic**  59:13
**seminar**  47:14
49:11,16 50:3
50:7,11,16,18
50:23 51:2,4
51:23 52:2,5

52:17 53:21

**seminars** 46:19
47:11 51:10,18
54:3

**send** 179:19
190:13,14

**sending** 179:12

**sense** 13:6
18:24 109:21
110:9,14
115:24 122:18

**sensed** 110:3

**sent** 44:4,9,13
45:10 55:9
188:16

**sentence**
113:25 186:1

**separate** 13:21
29:14 97:16,16
99:6 150:25
156:10

**separately**
97:10 134:9
169:11

**separating**
182:10

**separation**
104:1

**september** 7:22
65:18,25 66:6
66:14,19 67:1
69:17,23 70:3
73:2,13 81:5
108:5,18 116:9

117:1 154:9
173:12,23
187:1

**seriously**
147:20

**service** 32:1
52:13 61:5,8
63:8,12,25
74:11 84:9

**services** 33:14
41:17 45:25
51:16 52:14
57:25 61:13,19
61:22 62:11,16
63:1 64:4,8
92:24,25
125:20

**serving** 48:22

**session** 146:18

**sessions** 63:6,7
119:23 120:3

**set** 45:6 48:16
104:24 151:6

**setting** 60:2
146:15 152:15
155:16 156:2
159:11 164:24
165:1 166:4
188:25

**several** 50:21
111:14,18
189:10

**severity** 112:12
112:15 130:5,8

130:11,12

**share** 5:7 19:4
29:21 43:14
65:4 95:19
98:15 114:22

**sharon** 1:18
190:9 191:2,22

**sheet** 17:23
192:14 194:7
194:10,18
195:1

**short** 137:22
138:2

**shorthand**
191:7

**shot** 148:17

**shoved** 156:4
173:23

**show** 91:3
181:2

**showed** 130:10
132:9 136:19

**shown** 128:12
192:16

**shows** 120:19

**sibling** 151:9

**siblings** 150:15
152:10,14,19

**side** 49:1,8
76:16 136:3
143:24 152:2
168:7 185:1

**sidetracked**
159:17 176:25

**siegel** 144:16

**sign** 33:6 190:3
190:13

**signature**
191:21 192:15

**signed** 193:13
194:18

**significant**
81:21,25 82:19
83:9 84:12,22
102:8 112:18
113:22 124:3
131:13

**significantly**
110:5

**signing** 192:20

**similar** 50:6

**simple** 147:16
189:11

**simply** 132:16

**simultaneously**
99:4

**sincerely**
192:21

**sir** 21:2 124:6
192:10

**sit** 41:20 48:4,6
141:3 145:23
174:11 180:18

**situation** 60:13
72:6 86:8
145:13 168:23
176:5,9,11,15
184:5 187:8

**situations**
  166:20
**six** 132:15,17
  134:6,15
  137:20
**sixth** 25:7
  75:20
**size** 148:2
**skills** 89:12
  118:15
**slate** 154:9
**sleep** 84:18
  85:3
**sleeping** 162:23
  163:12,13
**slides** 49:22,24
  50:14
**small** 36:22,22
  37:1 131:11
**smaller** 32:4
**snapshot**
  153:25
**social** 60:19
  64:3 87:6,13
  87:16,23 88:4
  88:9 102:19,20
  112:19,22
  113:6,22
  118:20 119:4
**socially** 114:20
**software** 148:5
**solutions** 192:1
  195:1

**somebody**
  32:23 38:18,20
  43:5 59:15,15
  59:18 165:14
  171:4 176:6
**son** 186:18
**soon** 48:5
**sooner** 43:20
  106:15
**sorry** 10:18
  23:3 44:8 62:5
  92:1,3 97:12
  116:22 118:3
  121:13 134:24
  150:8 151:20
  159:17 180:6
**sort** 13:17
  22:10 44:23
  45:1,8,15
  47:18 52:9
  53:4 58:13
  76:22 77:18
  85:9 87:20
  104:5,10
  113:14 121:8
  124:2 126:18
  128:6 129:21
  130:18 132:24
  155:23
**sought** 25:4,9
  25:11 149:15
  153:3 154:4
  187:19 188:7
  188:10,16

**sound** 42:3
  59:10 92:8
  108:6
**sounds** 24:2
  40:5,15 53:1
  57:22 108:7
  145:15
**source** 70:20
  182:14
**sources** 17:15
  27:3 28:16
  35:8 39:24
  65:13 93:2,2,3
  154:6 159:13
  182:15
**southern** 9:12
**space** 127:1
**span** 34:4
**speak** 60:17,18
  98:10 100:4
  166:23
**speaking** 74:9
  99:20 106:1
  164:7
**special** 122:10
  139:15
**specialization**
  30:5
**specialize**
  41:15
**specialized**
  31:5 64:7
**specially** 11:23
  72:13

**specialties**
  64:19
**specialty** 47:5
  60:14
**specific** 47:5
  54:7 66:9
  70:11 73:17
  86:22 89:22,23
  94:24 99:19
  100:5 103:23
  111:9,10
  128:18,19
  137:9,11
  140:21 142:13
  152:17 153:20
  163:11 185:25
**specifically**
  6:19 16:3 29:4
  46:12 47:2
  53:25 69:3,13
  73:23 74:23
  75:11 89:17
  99:18 108:20
  109:6,12
  122:20 126:13
  129:12 134:20
  143:7 149:23
  152:18 155:10
  164:6 167:4,7
  167:8 168:4
  175:21 180:15
  180:21 181:3
  181:17 186:10

specifics   94:10
spend   22:9,13
   31:19 36:14
   38:2
spending   31:15
   109:3 147:14
spent   22:19,22
   23:22 24:6,9
   24:11 96:8,14
   111:3 153:21
spite   85:1
spoke   97:22
   98:2 99:16
   151:12,23
spontaneously
   183:21 184:10
sport   126:9
sports   77:18,20
   89:5 114:2,22
   114:25
spring   24:23
   76:8
st   25:13 158:25
   186:6
stability   75:5
staff   59:6
stage   124:25
   126:17,24
stand   11:19
   23:8 25:14
   151:12 159:24
standard   60:11
   67:6,14,22
   68:4,10 71:10

72:12 120:1,4
   144:10,22
   148:12
standardized
   76:12 179:22
   179:24 180:10
   180:19,25
   181:12
standpoint
   71:11
start   14:20,25
   23:15 37:9
   43:18 65:14
   170:22 171:3
started   5:5
   142:8 149:12
starting   51:6
   62:8 149:9
starts   183:6
state   4:7 12:5
   12:14 28:2
   30:2 35:10
   42:18 59:4
   63:16 64:14
   65:15 68:8
   79:21 92:19
   119:9,9 123:12
   143:13 187:5
   193:10 194:15
stated   86:22
   191:8
statement   17:7
   78:8,12,21
   94:16,20

106:10 107:10
   123:8 125:8
   127:24 132:5
   193:13,14
   194:19,19
statements
   20:3
states   1:1 43:1
statistical
   121:8,24 124:2
   132:11 135:17
status   66:21
   68:12 69:11
   70:15 79:3
   122:12 124:18
   161:15 178:3
stay   61:10
stayed   136:1,18
stem   76:21,21
   77:10,24,24
   114:8
step   183:13
stepped   96:22
   168:18
steps   93:22
   117:16
steve   2:10
steven   2:8
stimulate   77:2
stood   14:1
stop   19:4 43:14
story   106:23
straight   148:17

stranger
   146:12
strategy   135:16
street   2:9
strength
   128:24
strengths
   114:14 115:5
   115:16,22
   120:16
stress   80:20,25
   89:5,9 90:12
   105:10 131:24
   132:2,24
   159:12
stressor   81:16
   81:21,25 82:14
   82:20 83:6
   112:12,20
stressors
   118:24 131:25
strike   81:8 86:3
   91:7 108:24
stronger   77:9
strongly   127:7
struggled   80:14
struggles   85:24
student   112:24
studied   124:4
   130:8
studies   27:8,11
   27:17 29:14
   75:2 121:3,10
   121:20 126:5

128:2,5 133:4
158:20
**study** 3:20
26:12,13,19
27:4 121:4
122:9,20
125:10,16,17
125:20,25
127:11,14
129:2,17
131:11,16
132:6,8,23
133:8,9,16
135:4 136:9
137:8
**subjective**
109:10
**subjects** 122:21
**subpart** 112:6
**subscribed**
193:10 194:14
195:21
**subsequent**
70:3 73:11
142:4 187:17
**substance**
104:11 151:1,3
151:7 152:15
174:16,18,20
177:14,17,17
**substances**
175:25 176:1
176:16

**substantive** 5:6
**sudden** 157:21
**suffer** 75:16
137:10
**suffered** 65:17
65:23,23 69:5
70:4 73:4
104:4,7 129:21
132:14 134:21
**suffering**
113:21 186:25
**suffers** 85:9
128:13 132:17
**suggest** 73:2
83:3 102:4
128:10
**suggested** 82:7
177:4
**suggesting**
113:18 161:6
**suggestion**
86:11
**suggestions**
124:17
**suggests** 160:2
**suit** 144:7
**suite** 2:15,21
191:17 192:2
**suits** 40:24
**summaries**
147:22
**summarize**
13:5

**summary** 44:24
45:2,15
**summer** 30:19
**superior** 192:1
**supervision**
149:15
**supervisor** 40:1
**supervisors**
39:22
**supplement**
56:19
**support** 62:18
72:21 126:6
132:4 133:10
135:4,13,15,18
135:22
**supports** 185:4
186:8
**suppose** 181:4
**supposed**
148:15,16
**sure** 7:14 8:16
14:1 17:20
23:13 25:13
27:16,17 38:1
42:10 45:11
47:1,14 58:22
68:1,2 80:24
88:3,9 93:3
94:21 95:11
98:12 100:11
107:24 110:24
117:18 120:25
121:15 139:1,2

141:8 142:16
144:16 146:16
150:19 152:5
153:4 155:25
161:6,17
167:24 169:23
170:11 189:1
189:21
**surgery** 94:3
107:15,23
**surgical** 70:2
73:10,18
**surrounding**
70:22
**suspect** 181:1
**suspicious**
157:22
**swings** 162:24
163:14
**sworn** 4:3
191:5 193:10
193:13 194:14
194:18 195:21
**swrllp.com**
2:16
**syllabus** 49:20
50:13
**sympathetic**
126:6
**symptom** 15:19
18:22 100:13
155:14
**symptoms**
16:14,17,23

17:6,8,11,13
18:4,8,9,10
102:8 103:11
104:16 121:22
125:11,12
128:21 130:24
131:2 135:20
136:12,14
162:22 185:5
**system** 12:3
133:20 134:1
139:24
**systems** 90:15
90:18 103:5
185:22

**t**

**t** 191:1,1
**table** 148:3
**tabs** 14:10
**take** 38:7 43:19
43:23 58:20
90:22 95:9
112:13 117:11
137:21 147:19
164:25 165:4,6
178:11 190:7
**taken** 1:17 4:23
50:15 58:23
93:21 95:12
117:16 137:24
178:15 191:6
**talents** 77:13
89:11 115:6

**talk** 33:13
53:16 62:24
63:2,2 85:23
89:4 97:2
133:13 153:25
159:10 163:18
168:25 170:15
178:2 184:19
186:4 187:11
**talked** 89:19
92:15 94:23
96:23 97:9,12
97:13,15 98:6
98:8 99:3,9,11
99:12 107:1
151:7,24
171:19 173:22
173:25 175:12
187:16
**talking** 10:25
40:19 96:9,17
97:5 99:2
141:20,21,23
146:14,15
151:1 153:21
161:7 166:21
168:6 171:17
173:13,21
181:11
**talks** 153:13
165:2 172:12
178:21 179:9
179:21 180:23
181:8

**task** 28:15
**teaching** 52:20
**team** 60:19
**technically**
63:9
**techniques**
143:6
**technology**
4:25
**teens** 184:10
**telephone**
98:18 99:6
**tell** 7:22 9:14
40:20 50:13,15
50:22 60:4
68:17 80:9
106:21,23,23
113:9 121:6,10
121:25 132:7
140:15 144:14
152:19,24
156:17 161:16
168:8 175:9,13
186:15,24
**telling** 108:9
123:11 148:22
168:4 171:18
175:11
**tells** 163:8
**template** 14:21
15:5,24 16:7,9
**ten** 38:25 39:1
40:13,19
133:16 137:17

**tend** 43:19 61:9
63:13
**tended** 125:20
**tends** 44:11,21
125:22
**tennessee** 11:14
188:15
**tentatively**
36:18
**term** 3:21 62:3
80:4
**terms** 54:25
56:10 63:23
66:24 71:1
94:6 109:23
128:14 142:11
167:14 185:10
188:22
**terribly** 44:21
**test** 25:2,3 91:1
132:10 133:7
180:15 181:5
**tested** 128:6
**testified** 4:3
7:16 9:7 11:13
**testify** 9:11
11:3 79:5
**testimonial**
3:10 7:10,13
**testimony** 8:18
12:18 27:20
136:9 138:7
193:6,7 194:6
194:9,12

**[testing - time]**                                                    Page 50

| | | | |
|---|---|---|---|
| **testing** 3:17 | 117:24 118:7,7 | 187:19 | **thought** 51:9 |
| 24:21,22 47:18 | 119:22 120:3,7 | **think** 6:2 7:2 | 55:13 58:9 |
| 47:22,24 64:23 | 120:12,19,22 | 14:25 21:1 | 108:1 147:15 |
| 65:1 76:7,11 | 121:1 | 25:6 31:15 | 159:19 165:12 |
| 83:23,25 | **thing** 13:17 | 32:8 34:7,11 | 181:5 |
| 179:10,11,13 | 20:4 42:17 | 37:18 38:2,9 | **three** 7:15 26:1 |
| 179:14,17,20 | 43:21 45:8 | 38:14,16,24 | 27:24 28:21 |
| 179:23 180:10 | 53:4 62:12,21 | 39:8 40:12,23 | 31:18,22 38:18 |
| 180:24 181:10 | 76:22 77:18 | 53:24 59:5 | 111:24 165:22 |
| 181:10,14 | 95:23 99:19 | 62:1,3,4,12,25 | **tied** 81:15,17 |
| **tests** 15:20 | 100:5 156:23 | 66:23 76:19 | **time** 8:14 18:17 |
| 179:22,24 | 163:11 164:23 | 77:4,11,19 | 18:18 19:19 |
| 180:19,25 | **things** 15:2 | 83:24 84:5 | 20:3,5 22:8,13 |
| 181:12,17 | 20:1 29:22 | 87:10 95:21 | 22:19,22 23:22 |
| **text** 142:10,13 | 33:21 44:5 | 107:24 114:20 | 24:3,6 27:14 |
| **thank** 5:3,15 | 47:8 49:19 | 116:17 124:14 | 27:21 29:11,20 |
| 6:21 70:8 92:4 | 60:11 62:14 | 127:25 138:2 | 30:6,11 31:8 |
| 121:17 122:8 | 73:20 77:24 | 138:17 144:5 | 34:6,13 35:14 |
| 134:5 138:18 | 86:2 87:12 | 145:20,25 | 35:19,19 36:14 |
| 138:19 178:14 | 88:25 89:10 | 146:2 149:5,13 | 36:15,18 37:1 |
| 189:24 | 90:7 91:18 | 153:18 166:3,8 | 37:5,7,8,15,17 |
| **themself** | 99:25 104:18 | 167:24 168:3 | 37:21,24,25 |
| 176:16 | 104:20,23 | 169:17 175:1,5 | 38:2,5,9 42:2 |
| **theories** 53:17 | 105:5 109:5 | 177:3,3,21,25 | 42:16,23 46:20 |
| **therapeutic** | 114:9 116:3 | 178:13,19 | 46:20 53:1,1 |
| 121:1 | 120:13 122:4 | 179:7 180:15 | 55:7 56:7 67:9 |
| **therapist** 55:11 | 122:25 129:11 | 183:12 184:4 | 69:16 74:14 |
| 56:6,8 117:15 | 131:21 133:21 | 190:6 | 75:21 78:19 |
| 117:18,21 | 135:2 154:22 | **thinking** 15:1 | 79:7,24 80:2 |
| 120:21 | 155:17 156:7 | 33:23 | 80:15,16 81:7 |
| **therapy** 61:13 | 158:7 163:23 | **third** 165:3 | 81:14 84:12 |
| 61:19,21 62:20 | 165:2,12 | 168:9,12 | 85:11 86:18,18 |
| 62:24 63:1,2,8 | 167:14 174:15 | **thirty** 192:19 | 92:22 94:11,12 |
| 63:24 64:7 | 181:18 186:12 | | 95:1,21 96:8,9 |

**[time - treatment]**

96:13,15,20,22
96:24 97:22
98:9 102:1
108:4,10 109:4
110:17,20,25
111:3 113:11
117:12 118:15
119:24 125:11
125:14 129:5
130:23 132:9
139:7 147:15
153:21 157:17
160:3 163:16
165:24 172:6
175:3 179:6
184:8 185:12
191:7
**times** 61:23
65:6 74:10,16
74:18 84:6
89:2 92:5
104:19 105:3
106:11 111:24
112:1,23
143:18
**today** 5:22 6:5
8:13 21:20
23:7 24:4,7,10
24:14 34:25
44:14 138:7,13
141:3 145:23
174:11 180:18
**together** 15:2
52:19 53:3

114:23 137:14
150:25 151:5
170:13
**toilet** 80:15
**told** 55:12
70:18 89:20
106:18 108:2
109:4 152:23
156:11 163:11
167:9 170:12
182:11 186:13
186:16 187:3
**toll** 158:13
**ton** 178:13
**took** 50:23
91:17 152:7
**top** 14:3 41:5
52:16 187:15
187:22 188:3
**topic** 51:24
52:10 53:18
54:8,12 75:10
121:11 124:19
**topics** 49:19
50:8 51:20
53:9 71:10
**total** 7:25 24:1
129:9
**touched** 88:16
100:13
**toward** 114:8
115:5,10
**towards** 106:12
114:14

**track** 149:1
**traditional**
86:25 87:7
89:8
**trained** 119:8
139:7
**training** 30:3,8
30:19 31:5
34:2 36:14
46:25 47:3,6
52:9,11 73:17
75:14 80:16
139:18,25
140:2,4 143:12
149:9,12,14
**trampoline**
66:8 154:10,11
156:5,13
159:22 173:24
**tran** 190:7,8
**transcribe** 8:18
**transcribed**
193:7
**transcript** 2:8
3:24 8:23
148:6 191:15
192:12,13
193:5,12 194:5
194:11,17
**transmitted**
45:7,8
**transpire**
167:14

**transport** 60:8
**trauma** 54:8,13
125:5,21
129:13,17,24
129:25 130:4,6
137:10 141:16
172:24,25
173:3,4,7,11
**traumas** 129:6
**traumatic**
129:7,9
**travel** 22:19,23
**traveled** 22:15
**traveling** 22:18
**treat** 81:9
83:14 101:17
142:17 143:10
167:10
**treater** 120:24
**treating** 32:25
36:20 57:2,4,8
57:17 58:17
88:11 101:9
120:21 123:6
**treatment** 33:8
36:21 42:6
56:3 58:10
63:21 65:24
67:8 68:25
69:21 70:23
72:22 73:18
88:13 113:10
113:13 116:23
116:25 117:6

| | | | |
|---|---|---|---|
| 118:11 119:11 | 75:13 76:4,23 | 174:14 182:19 | 21:5 23:5 |
| 119:13 120:6 | 77:11 78:19 | 182:20 | 25:11 52:4 |
| 142:4,6 147:23 | 80:11,18 81:1 | **truly** 65:22 | 95:25 96:4 |
| 153:3 177:21 | 81:2,5,6 84:24 | **truth** 156:3 | 99:6 111:23 |
| **trial** 11:3,19 | 84:25 85:5,6 | **try** 9:3 18:2 | 118:8,10 |
| 22:7,11 27:14 | 85:10,18,22 | 24:9 43:19 | 119:19 120:7 |
| 27:21 39:7 | 86:14,15 90:17 | 58:12 60:20 | 120:18 124:23 |
| 67:2 | 91:2,10,15 | 93:22 98:16 | 129:4 135:25 |
| **trick** 104:19 | 93:19 96:2 | 132:11 139:23 | 155:24 159:5 |
| **tried** 13:5 | 97:11 100:25 | 140:24 156:19 | 170:1 181:20 |
| 176:7 | 101:1,18,19,25 | 158:17 160:17 | 181:21 |
| **true** 4:12,21 | 102:1,2,6,9,10 | 167:17 168:8 | **twofold** 187:13 |
| 8:11 9:10,23 | 102:13,14,15 | 169:18 174:22 | **type** 10:7 12:7 |
| 10:13 23:20,23 | 102:23,24 | 179:6 | 34:15 39:9 |
| 30:10,20,25 | 103:2,20,21,23 | **trying** 50:16 | 45:9 59:11,12 |
| 31:13 32:2 | 103:24 104:1,2 | 62:17 114:15 | 63:8,11,24 |
| 35:3 39:12,13 | 104:8,11,25 | 124:12,14,17 | 64:4 66:18 |
| 40:11 41:25 | 105:8,10,11,14 | 128:22 129:12 | 69:15 74:21 |
| 42:14 48:3 | 105:17,21,22 | 131:15 132:10 | 91:13 115:18 |
| 51:21 53:6 | 107:11 110:15 | 148:19 154:23 | 115:21 117:20 |
| 56:25 57:14,15 | 112:25 113:7 | 155:19 156:6 | 119:5,11 |
| 57:20,21,21 | 113:16,19,20 | 166:6 168:1,11 | 122:16 127:20 |
| 58:14,15 60:7 | 113:24 115:1,2 | 170:11 172:18 | 128:25 129:5 |
| 61:2 64:9 66:2 | 115:18,19,23 | 172:20 176:14 | 129:13 130:1 |
| 67:9,10,16,18 | 124:5 130:19 | 180:2,3 181:14 | 130:16 134:6 |
| 67:24 68:6,7 | 131:8,13 | 182:7 186:21 | 140:21 141:14 |
| 68:20 69:6,7 | 132:20 133:12 | 188:11 | 144:5 145:1 |
| 69:12,18,19,23 | 134:22,23 | **tuesday** 52:2 | 147:23 181:15 |
| 69:24 70:4,16 | 140:8 142:19 | **tuesdays** 52:4 | **typed** 13:1,3 |
| 70:23 71:2,3,7 | 149:7 158:3 | **turn** 138:4 | 147:24 |
| 71:12,23,24 | 159:7 166:2 | 148:3 | **types** 36:2 |
| 72:23,24 73:4 | 167:16,17 | **twice** 98:2 | 39:16 47:8 |
| 73:25 74:5,12 | 169:1,3,16,21 | **two** 9:7 18:17 | 83:7 90:10 |
| 74:13 75:9,12 | 172:4 174:13 | 18:23 20:19,23 | 137:13 141:18 |

**[typewritten - verbal]**                                          Page 53

**typewritten**
  3:11
**typical**  32:20
  36:5 62:11
  167:12
**typically**  7:12
  31:18 32:8
  34:11 45:5
  54:2 60:15
  113:12 145:9
  147:23 150:3

**u**

**uh**  14:16 23:1
  32:11 47:17
  78:11 98:21,25
  99:14 118:9
  121:5 136:8
  180:9 182:12
**umbrella**  12:14
**uncertain**
  117:5
**uncommon**
  88:21
**under**  4:3 7:12
  12:14 16:15
  24:15 33:24
  58:17 105:4
  108:23 112:6
  116:4 127:11
  141:13 151:24
  161:11 162:22
  165:2 174:15
  191:9

**undergo**  93:17
  127:19 139:24
**undergoing**
  119:14
**undergone**
  24:22 127:22
**underlying**
  176:6,13
**understand**  5:9
  8:24 9:1 27:16
  28:2 45:11
  47:10 68:1
  91:5 100:1,17
  118:21 132:11
  133:17 139:6
  148:13 161:10
  169:6,13
  172:10 173:9
  177:14 179:6
  182:7 184:2
  189:1
**understanding**
  4:17,20 37:3
  71:18 90:4
  92:21 111:16
  111:20 113:11
  117:17 123:4
  123:21 124:24
  140:5 149:5
  174:17 187:11
**understandings**
  147:1
**understood**
  38:1 92:4,13

  108:13 129:10
  167:13
**undertake**
  121:24 181:9
**underwent**
  73:10
**united**  1:1
**universe**  12:17
**university**  30:2
  52:3
**unnecessarily**
  41:1
**unsuccessful**
  92:18
**unsure**  50:4
  95:1 115:11
**update**  15:13
  99:20,23
**updating**  15:11
**upset**  107:3,6
**urinary**  157:2
  157:14 163:19
**urinates**  189:6
**use**  66:9 81:18
  104:11 107:2
  147:17,25
  174:17,18,22
  175:19 177:14
  177:17
**used**  89:5 107:1
  140:16 142:25
  143:5 179:22
  179:24 180:19
  182:22

**uses**  91:19
**using**  11:25
  149:23 181:1
**usually**  14:20
  38:19 46:5,22
  59:17 60:16
  142:23 160:16
  161:12 170:22
**utilize**  142:11
**utilized**  182:18
**utmost**  158:8

**v**

**v**  192:6 193:3
  194:3
**vague**  48:19
  166:18 172:9
**valor**  1:10 2:18
  138:23 139:1,2
  191:25
**value**  115:10
  115:14
**valued**  114:3
  127:7
**varied**  129:25
**varies**  119:9
**variety**  35:8
  36:4 52:15
  129:5 167:20
**various**  101:20
  143:2
**vast**  130:4
**verbal**  8:16

[verify - witnessing]                                                Page 54

**verify**  82:8
**veritext**  192:1,7
  195:1
**veritext.com.**
  192:17
**versus**  39:3
  86:25 103:15
  103:16 110:6
  152:19
**video**  84:17
  111:12,18
  113:4 143:17
  143:23 144:3
  145:4,14
  146:17 189:5
**videoconfere...**
  1:22 2:3,12,18
  2:24
**videographer**
  146:14
**videos**  146:18
**viewpoint**
  140:10
**violent**  129:20
**virtually**
  142:21
**visit**  79:10
  108:22 162:5,7
  163:21 168:10
  183:2,5,7,10
**visits**  129:14
**vitae**  3:9
**vocational**  78:5

**vs**  1:8 191:24
**vulnerability**
  32:19
**vulnerable**
  126:14,25

| w |
|---|

**w**  2:9
**wait**  8:21
**waiting**  95:4
**waived**  192:20
**walked**  129:9
  174:21
**walking**  183:4
  183:7
**walks**  174:23
**wane**  132:3,24
**want**  6:18 18:2
  22:4 25:13,15
  27:16 29:21
  30:17 41:1
  45:11 64:4
  65:5 66:22
  67:25 77:19
  81:17 95:9
  98:15 100:15
  101:22 117:10
  138:25 167:20
  169:25 188:19
  190:5
**wanted**  18:1
  21:9 54:4 58:2
  59:14 91:4
  97:2 98:10

99:25 100:12
  106:9 186:4
**wanting**  99:19
  100:4 166:12
  186:3
**wants**  146:19
  177:5
**warning**  179:4
**warren**  2:14
  191:16
**watch**  47:7
**way**  14:19
  17:24 39:11
  40:10 43:17
  47:14 53:13
  57:4 59:5 60:6
  100:23 118:25
  120:24 128:9
  128:17 133:16
  134:13 137:4
  155:10,12,15
  179:6 187:2
**ways**  33:23
  76:15 118:21
  148:20 155:25
**we've**  27:18,25
  65:9 73:21
  78:7 88:16
  95:8 100:7
  104:9 112:22
  116:8 138:5
  178:10 190:10
  190:10

**website**  45:21
  45:23
**week**  31:19,20
  31:23 37:7,17
  37:20 52:4
  111:24
**weekly**  31:14
  118:2,5,16
  119:17
**weeks**  18:19
  30:7
**welcome**  95:17
**went**  15:13,18
  16:9 28:7 52:2
  52:4 94:23
  168:21
**west**  3:21 26:19
  131:15,16
**wexner**  59:4
**willing**  169:19
  170:5
**witness**  1:17,22
  3:2 7:19 12:18
  58:22 138:19
  177:10 191:4
  191:19 192:8
  192:12 193:1,4
  193:11 194:1,4
  194:15
**witnessed**
  129:20
**witnessing**
  129:6

**[witness' - zoomed]**                                                                                   Page 55

| | | | |
|---|---|---|---|
| **witness'** 192:15 | **works** 59:10 | 40:20 41:7 | **zomia** 3:20 |
| **women's** 36:21 | **worries** 14:2 | 42:18 52:12 | **zoom** 4:23 9:3 |
| **wondered** | 135:1 | 76:12 94:7,15 | 52:3 95:7 |
| 149:21 | **worse** 126:14 | 107:2 120:20 | 150:10 |
| **word** 12:1 46:5 | 132:1,20 135:7 | 129:4 141:10 | **zoomed** 123:19 |
| 107:1,2,5 | 135:24 136:14 | 163:4 166:5,9 | |
| 160:4 | 136:25 137:6 | 169:15,16,19 | |
| **words** 41:14 | **worth** 159:5 | 170:4 188:24 | |
| 54:20 70:1 | **wrestling** 94:19 | **yearly** 46:13,23 | |
| 113:14 123:13 | 94:22,25 | **years** 7:14 | |
| 125:3 127:19 | **write** 38:17 | 18:17,23 33:16 | |
| 135:9 152:9 | 52:9 | 34:7 36:24 | |
| 189:14 | **writing** 191:8 | 38:18 43:11 | |
| **work** 12:13 | **written** 10:14 | 47:2 49:21 | |
| 29:23 30:5 | 44:25 45:15 | 66:16 118:8,11 | |
| 34:20,21 35:14 | 49:10,12,17 | 119:20 120:7 | |
| 35:19 37:2 | 187:14 | 120:18 157:20 | |
| 39:10 41:21,23 | **wrong** 106:15 | 159:5 162:6 | |
| 41:24 42:11 | **wrongful** 10:8 | 183:17 | |
| 43:3 49:2,7,15 | **y** | **yesterday** | |
| 52:11 54:17,22 | | 24:13 | |
| 57:11 58:1 | **yeah** 19:1 | **yielding** 128:21 | |
| 60:9 139:22 | 20:17 21:3,5 | **young** 80:17 | |
| 140:3,6,16 | 31:22 41:3,12 | 83:10 126:20 | |
| 142:12 143:6 | 45:13 74:24 | 157:19 165:18 | |
| 149:9 164:5 | 98:6 117:5 | 165:20,22 | |
| 181:6 | 141:20 150:23 | 184:9,13 | |
| **worked** 45:18 | 162:12,16 | **younger** 69:1 | |
| **worker** 60:19 | 164:9 166:14 | **youngster** | |
| 119:4 | 176:24 182:10 | 161:9 168:24 | |
| **workers** 64:3 | 190:8 | **z** | |
| **working** 12:4 | **year** 7:3 11:12 | **zip** 44:9 | |
| 36:18 62:18 | 30:3 33:9,22 | | |
| 111:3 120:15 | 38:7,21 40:13 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit
B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

DANIEL KULL, as natural guardians of minor

Child, C.E.K., et al.,

      Plaintiff,

vs.              Case No.  2:24-cv-002380

SCOTT J. HABAKUS, D.O., and VALOR

NETWORK, INC.

      Defendants.

_____

REMOTE STREAMING DEPOSITION OF

C.E.K.


TAKEN ON

WEDNESDAY, JULY 2, 2025

9:06 A.M.


THE MET BUILDING CONFERENCE CENTER

312 SOUTH FOURTH STREET

LOUISVILLE, KENTUCKY 40202



NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

*Nationwide*

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



*Powerful*
LITIGATION SUPPORT



NAEGELI
DEPOSITION & TRIAL | (800) 528-3335
NAECEL|USA<OM

C.E.K.
86687

July 02, 2025

2 to 5

---

Page 2

1           REMOTE APPEARANCES
2
3 Appearing on behalf of the Plaintiff:
4 BARRY A. CLARK, ESQUIRE
5 Clark & Platt, CHTD.
6 417 Poyntz Avenue
7 Manhattan, Kansas 66502
8 (785) 539-6634
9 barry@clarkplatt.com
10 -and-
11 STEVEN HORNBAKER, ESQUIRE
12 CRAIG J. ALTENHOFEN, ESQUIRE
13 Altenhofen Law Office, CHTD.
14 117-A West 8th Street
15 Junction City, Kansas 66441
16 (785) 762-2100
17 steve@altenhofenlaw.com
18 caltenhofen@altenhofenlaw.com
19
20
21
22
23
24
25

---

Page 4

1              EXAMINATION INDEX
2                      PAGE
3
4 EXAMINATION BY MS. MARSH-BLAKE           7
5 EXAMINATION BY MR. NICESWANGER          75
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1     REMOTE APPEARANCES (CONTINUED)
2
3 Appearing on behalf of Defendant
4 Scott J. Habakus, D.O.:
5 KAITLIN M. MARSH-BLAKE, ESQUIRE
6 Sanders Warren Russell, LLP
7 11225 College Boulevard, Suite 450
8 Overland Park, Kansas 66210
9 (913) 234-6100
10 k.marsh-blake@swrllp.com
11
12 Appearing on behalf of Defendant
13 Valor Network, Inc.:
14 BRIAN J. NICESWANGER, ESQUIRE
15 Evans & Dixon, LLC
16 10851 Mastin Boulevard, Suite 900 (82 Corp Woods)
17 Overland Park, Kansas 66210
18 (913) 701-6810
19 kccivillit@evans-dixon.com
20
21 Also Present:
22 Daniel Kull
23 Danielle Kull
24
25

---

Page 5

1              EXHIBIT INDEX
2 EXHIBIT                          PAGE
3
4          (NONE MARKED)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 6

```
1       REMOTE STREAMING DEPOSITION OF
2               C.E.K.
3           TAKEN ON
4       WEDNESDAY, JULY 2, 2025
5           9:06 A.M.
6
7       THE REPORTER:  We are on the record at
8  9:06 a.m.
9       C.K., would you please raise your right
10 hand for me.
11      Do you affirm under penalty of perjury
12 that the testimony you are about to give will be the
13 truth, the whole truth, and nothing but the truth?
14      THE DEPONENT:  I do.
15      THE REPORTER:  Wonderful.  Thank you.
16      Would each attorney please state your name
17 and whom you represent.
18      MR. CLARK:  I'm Barry Clark.  I represent
19 C.K.
20      MS. MARSH-BLAKE:  Kaitlin Marsh-Blake.  I
21 represent Dr. Habakus.
22      MR. NICESWANGER:  Brian Niceswanger, for
23 Valor.
24      MR. CLARK:  I'd also like the record to
25 reflect that C.'s parents, Dan and Danielle Kull,
```

Page 7

```
1  are present for this deposition.
2       THE REPORTER:  Noted.
3       And, counsel, you may proceed.
4  C.E.K., having been first duly affirmed to tell the
5  truth, was examined, and testified as follows:
6  EXAMINATION
7  BY MS. MARSH-BLAKE:
8       Q.   Would you please state your full name for
9  the record.
10      A.   C.E.K.
11      Q.   And today, would you prefer that I call
12 you C. or C.?  What would you like?
13      A.   It does not matter.
14      Q.   Okay.
15      MR. NICESWANGER:  Sorry, I can barely
16 hear.  I'm not fussing about you,        .  There
17 a vent, as you can hear, right over our head.
18      MR. CLARK:  Talk really loud.
19      THE REPORTER:  Can you repeat -- can you
20 repeat your answer from her?
21      THE DEPONENT:  It does not matter.
22 BY MS. MARSH-BLAKE:
23      Q.   Got you.  From time to time today, if we
24 can't hear you, we'll just ask you to repeat.  Okay?
25 You've never given a deposition before, is that
```

Page 8

```
1  right?
2       A.   Yes, that is correct.
3       Q.   Okay.  So I want to talk to you about just
4  a couple things that are going to happen today.  You
5  might have already heard some from the court
6  reporter or your attorney, but just so it's all on
7  the record and we get another refresher.  Okay?
8  Before your deposition started, the court reporter
9  put you under oath, which means you're sworn to tell
10 the truth.  Do you understand that?
11      A.   Yes.
12      Q.   And that'd be the same as if we were in a
13 courtroom with a judge, right?
14      A.   Yes.
15      Q.   Okay.  Given that though, if I ask you
16 something and you just don't know it, or you can't
17 remember, just tell me that, okay?
18      A.   Okay.
19      Q.   You're doing a really good job of letting
20 me finish my question before you answer.  Let's keep
21 that up, because as the court reporter said, she can
22 only record one person talking at a time.  So I will
23 do my best to let you finish your answer before I
24 ask another question, and we'll just try not to talk
25 over each other, okay?
```

Page 9

```
1       A.   Okay.
2       Q.   Okay.  From time to time too, your
3  attorney might have an objection or another attorney
4  in the room.  Same thing, try to let them say what
5  they need to say before you answer.  Okay?
6       A.   Okay.
7       Q.   You're also doing a really good job of
8  giving me a verbal response.  That's what we want.
9  From time to time -- I can see you, we're sitting in
10 the room together -- you might shake your head or
11 nod or go "uh-huh" or "uh-uh."  I know what you're
12 saying, but it doesn't read really well in the
13 transcript.
14      So if I say, "Is that a yes?  Is that a
15 no?"  I'm not trying to be rude.  I just want to
16 make sure that the court reporter understands what
17 you said.  Okay?
18      A.   Okay.
19      Q.   All right.  Great.  Good example.
20      Also, it's really possible that I might
21 ask a confusing or weird question today.  If you
22 don't understand anything I'm asking you, just let
23 me know, and I'll rephrase it, or we'll try and ask
24 it a different way, okay?
25      A.   Okay.
```

Page 10

1    Q.  Great.  If at any time you need to take a
2  break, just let us know, and we'll take a break.
3  It's your deposition today, it's not mine.  So if
4  you need to get up and walk around, if you need to
5  use the bathroom, if you are just getting tired, let
6  us know, we'll take a break, okay?
7    A.  Okay.
8    Q.  The only thing I ask is that if I ask you
9  a question and you haven't answered it yet, we'll
10  answer it and then we'll go for a break, okay?
11    A.  Okay.
12    Q.  Sounds good.
13        C., where are you living right now?
14    A.  Mount Washington, Kentucky.
15    Q.  Okay.  And you are how old today?
16    A.  12.
17    Q.  And I think you might be switching schools
18  this school year, is that right?
19    A.  Yes.
20    Q.  Where are you going to go to school in the
21  fall?
22    A.  Holy Spirit School.
23    Q.  "Holy Spirit School"?
24    A.  Yeah.
25    Q.  And that's in Mount Washington?

Page 11

1    A.  That's in, I'm pretty sure, Louisville.
2    Q.  Oh, okay.
3        MR. NICESWANGER:  I'm sorry.  What was
4  that?
5        MS. MARSH-BLAKE:  He said, "Pretty sure,
6  Louisville."
7  BY MS. MARSH-BLAKE:
8    Q.  And what grade will you be in?
9    A.  I'll be in seventh.
10    Q.  Oh, okay.  Remind me what school you went
11  to this prior year.
12    A.  I went to St. Bernard Catholic School.
13    Q.  St. what?
14    A.  Bernard.
15    Q.  Oh, St. Bernard.  And so you're on summer
16  break right now?
17    A.  Yes.
18    Q.  What have you been doing so far this
19  summer?
20    A.  I went to a non-contact football camp.
21    Q.  Oh, cool.
22    A.  I go swimming in rec pool, and I talk with
23  my friends.
24    Q.  What did you do at the non-contact
25  football camp?

Page 12

1    A.  It was like a training camp kind of thing.
2  Sometimes we did fun things, sometimes we didn't.
3    Q.  So --
4        MR. CLARK:  That was really loud.
5        THE DEPONENT:  (Nods head.)
6        MR. NICESWANGER:  C., I'm old and have bad
7  hearing.  Sorry about that.
8  BY MS. MARSH-BLAKE:
9    Q.  Can you tell me again what stuff you did
10  at the training camp?
11    A.  I did drills based on my position, and did
12  a football-style game at the end of every day.
13    Q.  And what position were you playing?
14    A.  Running back.
15    Q.  Okay.  Now, I don't know much about
16  football, except on my Fantasy team I want good
17  running backs.  So I'm going to ask you a couple
18  questions about this, and I think you know more than
19  I do.  But when you were doing drills for your
20  position, what does that kind of look like?  Can you
21  describe it for me?
22    A.  I had -- we did like foot drill --
23  footwork drills.  There were bags, so we have to
24  move our feet through the holes in the bags while
25  holding onto the football.

Page 13

1    Q.  Got you.  How long was the camp?
2    A.  Four days.
3    Q.  Okay.  Do you know where it was?
4    A.  It was at Saint Xavier High School.
5        THE REPORTER:  Can you repeat that for me?
6        THE DEPONENT:  Saint Xavier High School.
7        THE REPORTER:  Thank you.
8  BY MS. MARSH-BLAKE:
9    Q.  So then, I think, you said this summer,
10  other than the football camp, you've been swimming
11  in your pool at home?
12    A.  Yes.
13    Q.  And I assume that's just kind of playing
14  around.  It's not necessarily you're doing
15  competitive laps or anything like that?
16    A.  Yeah.
17    Q.  Okay.  Got you.  And then just talking
18  with your friends?
19    A.  Yeah.
20    Q.  Have you done any other summer camps this
21  summer so far?
22    A.  Not yet.
23    Q.  Do you have any other summer camps planned
24  coming up?
25    A.  There's a one-day football thing at the

Page 14

1 end of this month.
2    Q.   And what's that one-day football camp
3 going to be?
4    A.   It's going to be the same as -- pretty
5 much the same as the one I did last time, but one
6 day.  And it's only for coaches to scout out
7 players.
8    Q.   Is that going to be at Saint Xavier?
9    A.   Yes.
10    Q.   And I guess I was -- I should ask you too,
11 at the football camp that you did that was four days
12 long, was there anything that you had to sit out or
13 modify?
14    A.   Yeah, I had blocking drills that I
15 couldn't do.
16    Q.   Okay.  So no blocking drills?
17    A.   Yeah.
18    Q.   Anything else that you couldn't do while
19 you were at that camp?
20    A.   We also did defensive drills.
21    Q.   Okay.
22    A.   And there was a game where you're going to
23 try and tackle someone, and I couldn't do that.
24    Q.   Okay.  Any other summer camps you have
25 coming up this year before you start school again?

Page 15

1    A.   I don't think so.
2    Q.   Okay.  Have you done any travel this
3 summer?
4    A.   No.
5    Q.   Okay.  Any travel planned for this summer?
6    A.   No.
7    Q.   I want to switch topics, and that'll
8 happen from time to time in the deposition.  I kind
9 of just took a bunch of notes about what I want to
10 ask you about.  So I'm not trying to be weird or
11 abrupt to just -- when we cover a topic, I'll switch
12 to another.  I kind of want to talk now more about
13 your -- your medical condition and your prior
14 medical history just briefly.
15    C., my understanding is that when you were
16 younger, maybe three or four, you fell off some bunk
17 beds and broke your right forearm, is that correct?
18    A.   Yes.
19    Q.   Do you remember anything about that?
20    A.   A bit.
21    Q.   What do you remember?
22    A.   I was with -- I was at my friend's house
23 with my brother.  We were on -- in his room, and my
24 brother and my friend were going to the top of the
25 -- his bunk bed and jumping off onto a pillow.  And

Page 16

1 I went up on the ladder -- not all the way up
2 because I was too scared -- and I jumped off, and I
3 landed on my right arm.
4    Q.   Okay.  What else do you remember about
5 after that happened, if anything?
6    A.   I laid on his -- my friend's couch until
7 my parents got there.
8    Q.   And you went to the doctor for that?
9    A.   Yes.
10    Q.   And I think you probably got your arm in a
11 cast, is that right?
12    A.   I don't think it was the first day.  I
13 think the day after, I got a cast.
14    Q.   Anything else you remember about having a
15 cast, having it put on, taken off?
16    A.   I couldn't -- I had a cast that I couldn't
17 take off for like four months, I think.
18    Q.   And then, eventually, you got the cast
19 off, right?
20    A.   Yeah.
21    Q.   Any other problems that you can remember
22 after you got that cast off?
23    A.   I had to do physical therapy to get the
24 strength back, but that's all.
25    Q.   Okay.  From about the time that you

Page 17

1 finished that physical therapy up until this fall
2 that you had off the trampoline a few years ago, any
3 issues that you remember having with your right
4 forearm:  pain, mobility issues?
5    A.   I don't think so.
6    Q.   Okay.  And that's fine.  You just tell me
7 what you remember, and if you don't remember just --
8 okay?
9    A.   Okay.
10    Q.   Let's talk now about the trampoline fall
11 that you had back in September 2021.  Okay?  And my
12 understanding is that that happened on September
13 23rd, 2021 --
14    A.   Yes.
15    Q.   Okay.  Can you tell me, just in your own
16 words, kind of what happened?  And then, when you're
17 done, I might go back and just ask you a few
18 clarifying questions.  Okay?
19    A.   Okay.  I was at my friend's house on the
20 trampoline.  I was with a ton of other people, like
21 five other people on the trampoline.  I was trying
22 to stop one of my friend's little brother from doing
23 a back -- doing a flip on the trampoline.
24          And then he started pushing me, and then
25 he pushed me out of the door because it would not

Page 18

1  fully close -- because it wasn't fully closed.  And
2  I extended my right arm to try and save myself, and
3  I landed on it.
4      Q.  Okay.  Do you know or remember the -- the
5  friend's house that you were at?
6      A.  Yeah.
7      Q.  What's their name?
8      A.  My friend was J.
9      Q.  "J"?  His last name Q.?
10     A.  Yes.
11     Q.  And so that was -- it was his trampoline?
12     A.  It was his neighbor's trampoline.
13     Q.  "His neighbor's."  Do you know who the
14  neighbor was that it was their trampoline?
15     A.  I don't remember, but the two families
16  were friends.
17     Q.  Had you been on that trampoline before?
18     A.  Yes.
19     Q.  Is it something that you guys played on
20  often?
21     A.  Yeah.
22     Q.  And I think I remember, maybe from talking
23  to your parents, that maybe your brother was there?
24     A.  Yeah.
25     Q.  Which of your brothers were there?

Page 19

1      A.  My older brother.
2      Q.  Remind me what his name is.
3      A.  I.
4      Q.  And the friend that you were trying to
5  stop from doing the back flip, was that J.?
6      A.  That was his little brother G.
7      Q.  "G."  Okay.
8          And why were you trying to stop him from
9  doing this?
10     A.  I knew that he was going to not make it,
11  land on his head.  And his older brother went
12  inside, so there was no one stopping him.
13     Q.  Got you.  Okay.  And so then it sounds
14  like G. got frustrated that you were trying to keep
15  him from doing that, and that's when he pushed you?
16     A.  Yeah.
17     Q.  Right.  And you said the -- the door,
18  which I imagine would kind of be like a flap and
19  some netting, wasn't fully closed?
20     A.  It was a zipper, and it was -- it wouldn't
21  close all the way.
22     Q.  Okay.  So then after you fell, tell me
23  what happened kind of going there forward.
24     A.  I held my arm in the position I had my
25  cast in when I was younger, because I remember

Page 20

1  that's where I had it.  I started walking back to my
2  house.  I entered my house and went on the couch and
3  started crying, then my parents found me.
4      Q.  And so then did you tell your parents
5  about what happened?
6      A.  Yeah.
7      Q.  What -- and you just kind of, I assume,
8  described what you just told me about stopping G.,
9  getting pushed out, and falling on your arm?
10     A.  Yeah.
11     Q.  Okay.  Anything else that you remember
12  telling your parents that we haven't talked about?
13     A.  No.
14     Q.  Okay.  Was your brother with you when you
15  went back home?
16         THE REPORTER:  What was that answer?
17         THE DEPONENT:  No.
18  BY MS. MARSH-BLAKE:
19     Q.  Was he still at the trampoline?
20     A.  Yeah.
21     Q.  What happened next after you told your
22  parents about what happened?
23     A.  My dad took me to the ER at the hospital
24  on post.
25     Q.  I forgot to ask you this a little bit

Page 21

1  earlier when we were discussing what happened, but
2  right after you fell, what did you feel in your
3  right arm?
4      A.  Kind of like a stinging pain.  And when I
5  tried to bend it and extend it, there was an aching
6  pain.
7      Q.  Right after you fell, did you notice any
8  swelling, or bruising, or anything like that in your
9  right arm?
10     A.  Not that I remember.
11     Q.  Okay.  To the best that you can recall, if
12  you had to rate your pain right after you fell on a
13  scale of zero being no pain and 10 being the worst
14  pain ever, do you remember about how it felt?
15     A.  I think it was about a seven.
16     Q.  So then let's jump forward to -- you said
17  your dad took you to the ER on post.  When you got
18  to the ER, had anything about your arm changed?  And
19  what I mean by that is, did it start to swell?  Did
20  it hurt more?  If -- to the extent you remember.
21     A.  I don't remember the feeling changing.
22         THE REPORTER:  Can you repeat that for me?
23         THE DEPONENT:  I don't remember the
24  feeling changing.
25         THE REPORTER:  Thank you.

Page 22

1 BY MS. MARSH-BLAKE:
2    Q.   Tell me what you remember about going to
3 the emergency room.
4    A.   I remember sitting in the waiting room for
5 about an hour before I got taken back, and then I
6 got seen by nurse first, then another doctor came to
7 take me back to do an X-ray. I did most of the
8 positions until I did one -- I -- I couldn't do one
9 because of my pain. And then we got taken back to
10 the room.
11       After like 20 minutes, the doctor came
12 back and said everything was fine, and then they
13 showed us the X-rays. My parents -- my dad talked
14 to the doctor and then she gave me a sling because I
15 couldn't move my -- I couldn't extend my arm.
16    Q.   When you say you were taken back, were you
17 taken kind of from the lobby into a private room?
18    A.   Yeah.
19    Q.   Okay. And you said when you went to do
20 the X-rays, you could do most of the positions but
21 not one of them because of your pain?
22    A.   Yeah.
23    Q.   Do you remember what position that was?
24    A.   I think it was extending my arm all the
25 way and putting it flat.

Page 23

1    Q.   Okay. And so when you say "extending your
2 arm all the way and putting it flat," would your
3 palm be facing up or down, if you remember?
4    A.   I think it was down.
5    Q.   "Down." Okay. I understand what you
6 mean. Thank you.
7       So then, after you went back to the room,
8 and the doctor came in and said that everything was
9 okay, you got your sling, do you remember anything
10 else that you were told about how to take care of
11 your arm when you went home?
12    A.   I don't remember.
13    Q.   So then after you got your sling, what
14 happened next?
15    A.   I -- I went -- I -- I went to bed that
16 night. I had to sleep at an awkward position
17 because my arm couldn't bend. And then the next
18 night, before I got in bed, I took my arm out of the
19 sling and tried extending it again and bending it to
20 see if it would still hurt, and it hurt a bit when I
21 used my left arm to bend it and extend it. But I
22 couldn't do it with just my arm or to --
23    Q.   So it sounds like after you left the
24 emergency room, you went home and went to bed?
25    A.   Yeah.

Page 24

1    Q.   And that was kind of uncomfortable because
2 you had to sleep with your arm in a weird position?
3    A.   Yes.
4    Q.   All right. But you remember that the next
5 night, which would've been the evening of September
6 24th, that you took your arm out of your sling and
7 tried to test and see if you could straighten your
8 arm out?
9    A.   Yeah.
10    Q.   Okay. And you had to use your left hand
11 to kind of move your right arm, is that right?
12    A.   Yes.
13    Q.   Okay. It sounds like it was still hurting
14 when you did that?
15    A.   Yeah.
16    Q.   And you couldn't get it all the way
17 straight?
18    A.   Not all the way. It was --
19    Q.   Okay. That next night, when you were kind
20 of testing if you could move your arm, do you recall
21 about how -- how much it was hurting on that scale
22 of zero to 10?
23    A.   It was about a four.
24    Q.   Did you go to school the next day?
25    A.   Yes.

Page 25

1    Q.   Did you take any medicine for pain, like
2 Tylenol or ibuprofen?
3    A.   Not that I remember.
4    Q.   Okay.
5       THE REPORTER: I'm sorry, C., what was
6 your answer?
7       THE DEPONENT: Not that I remember.
8       THE REPORTER: Thank you.
9 BY MS. MARSH-BLAKE:
10    Q.   Did you use ice or anything on your arm?
11    A.   I don't think so.
12    Q.   Other than what you told me about on the
13 night of the 24th, kind of trying to extend your arm
14 out and see if you could extend it out flat,
15 anything otherwise that you remember about kind of
16 your range of motion?
17    A.   I don't remember.
18    Q.   Okay. So my understanding, C., from kind
19 of looking through your medical records is that a
20 couple of days passed before you went with your mom
21 to a follow-up visit about your arm?
22    A.   Yes.
23    Q.   Okay. So I want to just get an
24 understanding of how you were feeling between maybe
25 the 24th and when that follow-up visit was on the

Page 26

1  27th of September.  Anything you remember about if
2  your arm was still hurting, if it was swollen, if it
3  was bruised?  What can you tell me that you remember
4  about those couple of days between the ER visit and
5  the time you went to go see the clinic doctor?
6      A.  I remember it still staying a four when I
7  tried to extend it and bend it --
8          MR. NICESWANGER:  I'm sorry, excuse me?
9          THE DEPONENT:  I remember it still staying
10 a four on a pain level when I tried to extend it and
11 bend it.
12 BY MS. MARSH-BLAKE:
13     Q.  Were you wearing a sling the whole time?
14     A.  Yes.
15     Q.  Do you remember any of those several days
16 between when you went to the emergency room and then
17 when you had your follow-up visit on the 27th,
18 taking some ibuprofen or Tylenol for pain?
19     A.  I don't remember.
20     Q.  Okay.  What about during that whole period
21 using any ice?
22     A.  I don't remember.
23     Q.  Okay.  Did you do any type of -- other
24 than just kind of trying to see how well you can
25 straighten it out -- any kind of like range of

Page 27

1  motion exercises or stretching that you were doing
2  every day?
3      A.  No.
4      Q.  Okay.  It sounds like kind of throughout
5  those several days, the pain was about four out of
6  10 consistently?
7      A.  Yes.
8      Q.  Okay.  It sounds like you didn't notice
9  any like swelling or bruises or --
10     A.  (Nods head.)
11     Q.  Okay.
12         THE REPORTER:  Was that -- what was your
13 answer, C.?
14         THE DEPONENT:  No.
15         THE REPORTER:  Thank you.
16 BY MS. MARSH-BLAKE:
17     Q.  Did you have any conversations with your
18 mom or dad about maybe needing to go and follow up
19 with your primary care office because your arm was
20 still sore?
21     A.  Not because it was sore.  I told them that
22 my sling was too small and I needed another one.
23     Q.  Were you having problems with the sling?
24     A.  It was too small.  It was -- it was
25 uncomfortable.

Page 28

1      Q.  Was it making it kind of hard for you to
2  move around, or what about it made you think it was
3  too small?
4      A.  I had -- I wanted my arm to stay like at a
5  90-degree angle, but it was either too loose or too
6  tight.  So it was either too close to my chest or
7  too far.
8      Q.  Okay.  And wanting your kind of arm in a
9  90-degree angle, was that just because that's what's
10 comfortable for you, or did the doctor tell you you
11 needed to do that?
12     A.  It was because it was comfortable for me.
13     Q.  Anything else you can remember about
14 talking to your parents about going to a follow-up
15 visit to check on your arm, beside the sling change?
16     A.  No.
17     Q.  What do you remember about going to see --
18 when I say nurse practitioner, do you understand
19 what I mean when I say that?
20     A.  Yeah.
21     Q.  What do you remember about going to see
22 the nurse practitioner on, I think it was September
23 27th?
24     A.  I remember we took X-rays again of my arm.
25 They said it was fine.  And then I asked if I could

Page 29

1  get a different sling, and they tested out different
2  sizes on me until I found the one that fit me.
3      Q.  Did the nurse practitioner or anyone else
4  at that doctor's visit talk to you about different
5  things to do to take care of your arm other than
6  wearing a sling?
7      A.  Not that I remember.
8      Q.  Do you have a memory of looking at X-rays
9  while you were in that visit?
10     A.  I looked at it, but I did not understand
11 what a normal arm looked like, so I didn't know what
12 I saw.
13     Q.  Sure.  I'm just trying to get kind of a
14 picture in my mind of whether the nurse practitioner
15 like showed you an image while you were in the room.
16     A.  She put it up on a computer screen so my
17 parents and me could see.
18     Q.  Anything specific that you remember about
19 that conversation, other than the nurse practitioner
20 saying that it looked fine?
21     A.  Not that I remember.
22     Q.  Did you have any conversations with your
23 mom or dad about them being concerned that there was
24 a fracture?
25     A.  Not that I remember.

Page 30

1    Q.  So the next thing that I saw in your
2  medical records, C., is that you had an appointment
3  scheduled for October 4th, which is another maybe
4  week or so later to follow up on your arm.  Did you
5  know that?
6    A.  I don't remember.
7    Q.  Okay.  My understanding is that the
8  appointment was made but then it was canceled.  Do
9  you know anything about that?
10   A.  (Nods head.)
11   Q.  Okay.  Recall any conversations with your
12 mom or dad about --
13       THE REPORTER:  I -- I need you to repeat
14 your answer, C.
15       THE DEPONENT:  No.
16       THE REPORTER:  Thank you.
17 BY MS. MARSH-BLAKE:
18   Q.  Do you remember having any conversations
19 with your mom or dad about going to another follow-
20 up?
21   A.  I don't remember any.
22   Q.  Okay.  Tell me about how your arm was
23 doing kind of in the week after that September 27th
24 visit you had with the nurse practitioner.
25   A.  I just kept it in the sling because I

Page 31

1  didn't want to extend it.
2    Q.  How long did you wear the sling for?
3    A.  I think about six weeks.
4    Q.  And does that include kind of from the
5  date of the emergency room until you took it off?
6    A.  Yes.
7    Q.  After your follow-up visit with the nurse
8  practitioner, did you notice any type of changing or
9  changes in your right arm, which is swelling, or
10 changes in the level of pain you were having?
11   A.  After about a -- after about another half
12 month when I could -- when I felt comfortable
13 extending it and bending it, I noticed I couldn't
14 touch my shoulder at all with my right hand, and I
15 noticed whenever I extended it all the way, I could
16 see my bone.
17   Q.  Okay.  So it sounds like after about
18 another two weeks after your visit with the nurse
19 practitioner, that you noticed you couldn't touch
20 your shoulder with your right hand?
21   A.  Yes.
22   Q.  And I know it's -- it's hard because we're
23 on -- court reporter's writing it down, but do you
24 mean touching it like this?
25   A.  Yes.

Page 32

1    Q.  Okay.
2        MR. CLARK:  Hey, Craig, can you mute --
3  mute your microphone, please.
4  BY MS. MARSH-BLAKE:
5    Q.  Do you recall about how far away you were?
6  So when you brought your right arm up and bend your
7  elbow and tried to touch your fingers to your right
8  shoulder, were you, you know, a couple inches away,
9  really close?  What do you remember about that?
10   A.  I remember I could do it a few degrees
11 over 90 degrees.
12   Q.  Okay.
13   A.  But I was about six inches to my shoulder.
14   Q.  Okay.  That's a really good description,
15 C. I appreciate that.
16       And so then you said the other thing you
17 noticed about two weeks after your visit with the
18 nurse practitioner is that if you extended your
19 right arm out, that you could see the bone poking
20 out?
21   A.  Yeah.
22   Q.  Was that on the inside of your arm or
23 towards the outside?  And when I say "inside," I
24 mean towards your body; when I say "outside," I mean
25 away.

Page 33

1    A.  It was about in the middle.
2    Q.  Okay.  Were you having -- at that point
3  when you felt like you could extend your arm fully,
4  were you having any pain?
5    A.  A bit, but not a lot.
6    Q.  Okay.  Was it pain that you experienced
7  just when you were moving your arm around?
8    A.  Yes.
9    Q.  On that scale of one to 10 again, what do
10 you remember it feeling like around that time that
11 you could extend it and noticed that you couldn't
12 really touch your shoulder?
13   A.  It was a pain I could ignore; so about a
14 one.
15       MR. NICESWANGER:  I'm sorry?
16       THE DEPONENT:  It was a pain I could about
17 ignore; so it was about a one.
18       MR. NICESWANGER:  Thank you.
19 BY MS. MARSH-BLAKE:
20   Q.  When you noticed that you couldn't touch
21 your right hand to your shoulder and that when you
22 extended your right arm out you could kind of see a
23 little bone sticking out, what did you do?
24   A.  I showed my parents, and I -- I don't
25 remember what they said.

Page 34

1   Q.  And about when was that?
2   A.  I don't remember.
3   Q.  Okay.  My understanding is that you did --
4 you did wrestling that fall?
5   A.  Yes.
6   Q.  When you showed your parents those things
7 you noticed about the arm, was it before wrestling
8 or after this?
9   A.  I think it was before.
10   Q.  That just kind of gives me a general idea
11 of when it was.  Once you had the arm out of the
12 sling, which you said that took about a month and a
13 half, were you able to participate in things like PE
14 at school?
15   A.  I think I did.
16   Q.  Okay.  It sounds like one and a half
17 months would be like early to mid-November.  Does
18 that sound about right?
19   A.  Yes.
20   Q.  Okay.  So let's use that as our timeframe.
21 So about early to mid-November, were you able to
22 like play outside and -- like you normally would?
23   A.  Yeah.
24   Q.  Okay.  And what kind of things in this
25 time period would you be doing to kind of pass the

Page 35

1 time if you weren't playing sport?
2   A.  I would play video games with my friends.
3   Q.  Do you guys do like in your neighborhood
4 any kind of like pick-up football, pick-up
5 basketball, anything like that?
6   A.  Not really.  But sometimes I would go over
7 to my friend's house, and we would be -- like talk
8 or play a game.
9   Q.  You guys would ride bikes or anything like
10 that?
11   A.  I -- I rode my electric scooter sometimes
12 while my friends ride their bikes.
13   Q.  So during this time of early to mid-
14 November 2021, did you feel like you could kind of
15 do what you were normally doing physically?
16   A.  Yes.
17   Q.  Okay.
18   A.  But I couldn't touch my shoulder.
19        MR. NICESWANGER:  Couldn't touch what?
20        MS. MARSH-BLAKE:  He couldn't touch his
21 shoulder.
22 BY MS. MARSH-BLAKE:
23   Q.  Okay.  So then it sounds like the
24 wrestling season starts kind of end of November or
25 beginning of December, is that right?

Page 36

1   A.  Yes.
2   Q.  Okay.  And you did wrestle in the season
3 kind of winter 2021 to spring 2022, right?
4   A.  Yes.
5   Q.  Okay.  And so I think that year you
6 wrestled until mid-March 2022?
7   A.  Yes.
8   Q.  I think your dad told me that you had a
9 pretty good wrestling season that year, is that
10 right?
11   A.  Yeah.
12   Q.  Okay.  Good.  So the people that you were
13 wrestling with was Manhattan Wrestling Club?
14   A.  Yes.
15   Q.  Okay.  And I think your dad told me that
16 you practiced three times a week.  Is that right?
17   A.  Yeah.
18   Q.  Okay.  Tell me more about what you were
19 doing at practice that season.
20   A.  We practice new moves, and at the end of
21 practice, sometimes we'll play a game.
22   Q.  What kind of games would you guys play
23 sometimes?
24   A.  Sharks and Minnows, mini tag sometimes.
25   Q.  How long were your practices?

Page 37

1   A.  Like an hour and a half.
2   Q.  Did you do any kind of --
3        THE REPORTER:  I missed your question.
4        MS. MARSH-BLAKE:  Oh, I'm -- I'm
5 contemplating it.
6 BY MS. MARSH-BLAKE:
7   Q.  Did you do any kind of like -- I guess I
8 want to say calisthenics, like pushups, or sit-ups,
9 or conditioning-type exercises at those practices?
10   A.  Not from what I remember, but we kind of
11 did sit-ups.
12   Q.  Okay.  Did they make you run or anything
13 like that?
14   A.  We would sometimes run laps, I think.
15   Q.  Okay.  But it sounds like mostly you kind
16 of practiced different moves and sometimes you got
17 to play a game at the end?
18   A.  Yeah.
19   Q.  And so when you were practicing the
20 different moves, is that kind of like you and a
21 partner kind of walking through what you're going to
22 do slowly without actually wrestling each other?
23   A.  Yeah.
24   Q.  Okay.  And then did you do any kind of
25 like actual practice matches or wrestling?

Page 38

1   A.  Sometimes.  But it was against someone our
2 age estimate.
3   Q.  Got you.  So my understanding is that you
4 would also go to meets with Manhattan Wrestling
5 Club, right?
6   A.  Yeah.
7   Q.  And was that on the weekends?
8   A.  Yeah, usually.
9   Q.  Okay.  And were the meets like a one-day
10 thing or is it over two days?  How does that work?
11   A.  All of the meets were one day until
12 states, which was two days.
13   Q.  And so then when you went to the meet --
14 again, C., I'm going to rely on you because you know
15 about wrestling; I don't.  When you compete against
16 another kid in your age or weight class, is that
17 called a match?  What's it called?
18   A.  It's called a match.
19   Q.  Okay.  How many matches do you have at an
20 age?
21   A.  It depends on how many people are in the
22 bracket, but usually around four.
23   Q.  And then when you went to state, was that
24 all weekend?
25   A.  Yeah.

Page 39

1   Q.  And then would you wrestle on both days
2 for state?
3   A.  Yeah.
4   Q.  So in that 2021-2022 season, what kind of
5 were your overall results?
6   A.  I had a winning record.
7   Q.  Okay.
8   A.  And I took six at state, which is pretty
9 good.
10   Q.  Very cool.
11       Where was the state competition that year?
12 Do you remember?
13   A.  I think it was a suburb of Topeka.  I
14 think, capital of Kansas.
15   Q.  That's my hometown, so I know what you're
16 talking about.  Okay.  And, C., it's my
17 understanding that you haven't done any wrestling
18 since your -- since that last season?
19   A.  Yeah.
20   Q.  Okay.  The next kind of sport that I think
21 you were involved in was flag football that next
22 fall in 2022.  Is that right?
23   A.  Yes.
24   Q.  Okay.  And I think you -- you played in
25 that for a while until you had your first surgery?

Page 40

1   A.  Yeah.
2   Q.  Okay.  Do you know when that flag football
3 season started?
4   A.  I think it was some time -- start of
5 October.
6   Q.  Did you have practices for that league or
7 club that you were in?
8   A.  Yes.
9   Q.  Okay.  How often did you have practice?
10   A.  I think it was two or three times a week.
11   Q.  How long were the practices?
12   A.  Like 45 minutes.
13   Q.  What kind of things would you do at the
14 flag football practice?
15   A.  We would make up new plays and sometimes
16 playing.
17   Q.  Would you do any kind of the drills like
18 you were describing to me earlier about the camp
19 that you went to this summer?
20   A.  No.
21   Q.  Okay.  More so just kind of practicing and
22 making up plays?
23   A.  (Nods head.)
24   Q.  Got you.
25       THE REPORTER:  Can I get a verbal answer

Page 41

1 from you, C.?
2       THE DEPONENT:  Yes.
3       THE REPORTER:  Thank you.
4 BY MS. MARSH-BLAKE:
5   Q.  And then for that football program, were
6 there games that you played against other teams?
7   A.  Yes.
8   Q.  How often did those happen?
9   A.  Once a week.
10   Q.  Okay.  Were they on the weekend or?
11   A.  Weekend -- I think it was on the weekend.
12       MR. CLARK:  Speak loud.  Sorry.
13       THE DEPONENT:  I think it was on the
14 weekend.
15 BY MS. MARSH-BLAKE:
16   Q.  Do you remember about how many games you
17 played before you had your surgery?
18   A.  We played each team twice; so we were
19 three teams, so we played six games.  But on the
20 last game was the same day as my surgery, so I
21 couldn't play.
22   Q.  How did your team do overall?
23   A.  Well, it was the -- all the fourth graders
24 on the team, fifth graders, and sixth graders.  So
25 we had to go against fifth and sixth graders, so we

Page 42

1 didn't play a second time.
2    Q.  Okay.  But you still had fun?
3    A.  Yeah.
4    Q.  Okay.  Good.
5    A.  And I was the best on my team by far.  And
6 I was better than some fifth and sixth graders.
7    Q.  Did you play a particular position?
8    A.  My team sucks, so I had to play like every
9 position.
10   Q.  What was your favorite position to play?
11   A.  Running back.
12   Q.  Okay.  "Running back."
13       So did you have to play defensive
14 positions too?
15   A.  Yeah.
16   Q.  In flag football, when you are doing
17 defensive positions, are you really just kind of
18 covering someone?
19   A.  Yeah.
20   Q.  It's not a lot of like pushing and
21 hitting?
22   A.  No.
23   Q.  Okay.  Did you play any other, say,
24 organized sports between kind of October, November
25 2021, and that next fall?

Page 43

1    A.  I played soccer.
2    Q.  Okay.  Where did you play soccer?
3    A.  Same place, on post.
4    Q.  Okay.  And when about was that season?
5    A.  I think it was in the spring.
6    Q.  Okay.
7    A.  I don't remember that much on the exact
8 month.
9    Q.  Did you have practices for that as well?
10   A.  Yes.
11   Q.  How often?
12   A.  I don't remember.
13   Q.  Okay.  Did you play games in the soccer
14 league as well?
15   A.  Yes.
16   Q.  Against other teams?
17   A.  Yeah.
18   Q.  Okay.  Do you remember about how many
19 games you played?
20       A.  I think we did the same amount.  We did
21 six games, because those three teams played each
22 twice.
23       THE REPORTER:  C., can you repeat that and
24 lean closer to the microphone for me?
25       THE DEPONENT:  We you played six games

Page 44

1 because there were three teams, and we played each
2 team twice.
3       THE REPORTER:  Thank you.
4 BY MS. MARSH-BLAKE:
5    Q.  Did you play any particular position in
6 that?
7    A.  No.
8    Q.  When you did have practice, kind of what
9 did you do other than run?
10   A.  We did ball handling drills, like we
11 dribbled the ball across the field.
12   Q.  So it sounds like wrestling, soccer, flag
13 football.  Any other sports that you participated in
14 during that -- in that year?
15   A.  No.
16   Q.  Okay.  Other than what we already talked
17 about, about how you couldn't touch your hand to
18 your shoulder, and kind of when you extended your
19 hand out, you saw the bony thing poking out, when
20 you were participating in these sports, was there
21 anything you felt like was hurting you or that you
22 couldn't do because of your elbow?
23   A.  Not that -- not that I remember.
24   Q.  Did you have any kind of sports injury
25 between November 2021 or 2022 at any of these

Page 45

1 leagues or games?
2    A.  Not that I remember.
3    Q.  Do you remember kind of doing any other,
4 let's say, not organized kind of activities in that
5 year?  Like were you playing any basketball,
6 baseball just in your neighborhood, anything like
7 that?
8    A.  I -- I sometimes play not really organized
9 sports, but I played some sports with my friends.
10   Q.  Okay.  What kind of stuff did you guys do?
11   A.  Jackpot with the football, like someone
12 throws it up and the people -- those people -- the
13 ball -- the ball gets thrown up -- the ball gets
14 thrown up to the people, and people -- the people
15 have to try and catch the ball.
16   Q.  Okay.
17   A.  And if they catch it, then they're the
18 thrower.
19   Q.  Oh, okay.  Got you.
20       That's something that you guys would just
21 do outside your -- if you got free time?
22   A.  Yeah.
23   Q.  What about the trampoline after you fell
24 off of it?  Any more of that?
25   A.  I don't think my parents would even let me

Page 46

1  go on a trampoline.
2    Q.  Okay.  Just asking.  Not trying to get you
3  in trouble.  Just asking.
4        Okay.  Kind of going to jump back into
5  your medical treatment here, C., and just ask you a
6  couple questions then we take a break.  From kind of
7  looking at your medical records, my understanding is
8  the next time you went to see any kind of medical
9  provider to talk about your arm was when you had
10  sports physical in July 2022?
11    A.  Yes.
12    Q.  Okay.  So between when you went in
13  September to that nurse practitioner and your sports
14  physical the following July, do you remember seeing
15  any other medical provider for issues about your
16  right arm?
17    A.  No.
18    Q.  Okay.  When you went to have that sports
19  physical, do you remember having any conversations
20  with your mom or dad about getting that kind of bony
21  thing checked out or checking out your range of
22  motion?
23    A.  Yeah.
24    Q.  Move your -- go ahead.  Tell me about it.
25    A.  I showed my mom, and she said it might be

Page 47

1  from when I fell off the bunk bed.
2    Q.  Okay.
3    A.  That's all I remember.
4    Q.  Do you remember when you had that
5  conversation?
6    A.  No.
7    Q.  Was it sometime before your sports
8  physical?
9    A.  I don't remember.
10    Q.  Okay.  That's fine.
11        What do you remember about going to that
12  sports physical?
13    A.  That may or may not, I don't remember, but
14  I remember sometime -- some appointment that I went
15  to, a -- another X-ray doctor looked at my X-ray and
16  saw what was wrong and told us we probably would
17  have to have surgery to fix it.
18    Q.  Okay.  Was that Dr. Ban Tienderen?
19    A.  I don't remember.
20    Q.  Was it on post?
21    A.  Yes.
22    Q.  Okay.  Because what I think I saw in your
23  medical records is that you had a sports physical
24  and then people at sports physical said, "Yeah, you
25  should probably go see an orthopedic doctor."  And

Page 48

1  then you went to see this guy called Dr. Ban
2  Tienderen.  So maybe that's who you're thinking of.
3    A.  I don't know.
4    Q.  Okay.  But either way, do you -- you
5  remember anything else about seeing that other
6  doctor who looked at the X-ray and said you probably
7  need surgery?
8    A.  I -- I don't remember.
9    Q.  Okay.  I think that the next place that
10  you saw someone for your arm was at Children's Mercy
11  up in the Kansas City area.  Is that what you
12  remember?
13    A.  Yeah.
14    Q.  Okay.  And I think your first surgery was
15  in November 2022, right?
16    A.  Yes.
17    Q.  Okay.  And it sounds like your dad came
18  home from his deployment to be with you at that,
19  right?
20    A.  Yeah.
21    Q.  Okay.  Do you remember having any
22  conversations with any of your doctors at Children's
23  Mercy about kind of what the goal was for your
24  surgery?  What they were trying to do, what they
25  were hoping to accomplish?

Page 49

1    A.  So they did the -- I don't -- they didn't
2  tell me, but they took me out of the room to go to
3  like look at the hospital, and I think they told my
4  mom what they were going to do instead of me.
5    Q.  Okay.  Got you.  So you kind of weren't in
6  the room when they were having those conversations?
7    A.  Yeah.
8    Q.  But you don't remember at any other point
9  a doctor saying, "You know, C., we're going to do
10  this, and this is what we're hoping it's going to
11  be"?
12    A.  I don't remember any of that.
13    Q.  Okay.  Did you have any conversations with
14  your mom or dad about what the doctors told them?
15    A.  I think my -- my mom talked to my dad
16  about what happened, and my mom kind of told me
17  about -- not very specific, but she told me like
18  what they were kind of going to do.
19    Q.  Okay.  What do you remember about that?
20    A.  My mom told me that I was -- that the bone
21  was not in place, so they were going to have to cut
22  my bone to put it back.
23    Q.  Anything else you remember about that
24  discussion?
25    A.  No.

Page 50

1    Q.   Did you ever have any conversations about
2  not having surgery?
3    A.   I don't think so.
4    Q.   Okay.  And I think, C., you had four
5  surgeries at Children's Mercy, total?
6    A.   Yeah.
7    Q.   Okay.  Can you tell me just a little bit
8  about kind of your experience having those
9  surgeries?
10    A.   Like going in, getting surgery?
11    Q.   Sure.  Like what it was like and how you
12  felt afterwards.
13    A.   I would go in to the hospital on the --
14  like early in the morning on the day I was -- had my
15  surgery.  I would go in the hospital, sometimes I
16  would get good parking for same-day surgery --
17    Q.   Okay.  Cool.
18    A.   -- but most times I didn't.  So we walked
19  in; we went to the surgical area.  We got checked
20  in, taken back to our waiting room, and then waited
21  for like 45 minutes.  And then, after a while, they
22  would bring me like scrubs to wear.  I put those on
23  and then get on the like hospital bed.
24        They would give me a blanket because it's
25  cold in the operating room.  And then they would

Page 51

1  take me back, not with my parents, and they would
2  lift me on the table, put a little seatbelt on.  And
3  I had a little circular foam pillow to rest my head
4  on.  And then the anesthesiologist would tell me
5  what's like -- they're going to give me a flavorful
6  gas for a bit, and then -- a gas that smelled like
7  flowers, which didn't.
8        And then I felt like my ears started
9  ringing, and I started to not be able to see stuff.
10  And then I would -- after I blacked out, I would
11  wake up on another hospital bed with a heart monitor
12  attached to me.
13    Q.   And was that kind of the same process for
14  every surgery?
15    A.   Yeah, but the first surgery they gave me
16  too much anesthesia.  So every time I moved -- every
17  time I walked, I would throw up.
18    Q.   Yeah.
19    A.   And I couldn't eat anything else after
20  that.  That's just it.
21    Q.   Okay.  But for your other surgeries, you
22  didn't have that problem?
23    A.   Not really.
24    Q.   Tell me a little bit about how you felt
25  after the surgeries.

Page 52

1    A.   I was in a cast that was split open for
2  swelling.  And I had to hold my arm to go
3  everywhere, and I needed help showering because I
4  couldn't give my cast away, and I couldn't lift by
5  my side.  So my mom had to hold my arm while I took
6  a shower.  And same with going in the bathroom, she
7  had to hold my arm while I went.
8    Q.   Do you remember having any like bad pain
9  after the surgeries?
10    A.   Like I felt like throbbing and stuff.  And
11  if I moved my arm, like put it by my side or
12  anything, it would hurt a lot.
13    Q.   Did you take some pain reliever for that?
14    A.   I think.
15    Q.   Kind of generally after these surgeries
16  that you had, do you remember how long the pain
17  lasted?
18    A.   It lasted for like a week, and then I
19  could start holding my arm on my own and doing stuff
20  on my own, but it still hurt a lot when I left it by
21  my side and got it off like where I wanted it.
22    Q.   Did you wear a sling or you just had a
23  cast?
24    A.   The sling was -- why didn't I wear a
25  sling?  I didn't -- I didn't have it because

Page 53

1  whenever the sling did it -- like whenever I had my
2  arm in a sling, it has it by my stomach and it hurt
3  while I had that.  So I just held my arm at shoulder
4  level.
5    Q.   Okay.  Got you.  It sounds like, C., from
6  kind of talking to your parents earlier, that the
7  last surgery you had at Children's Mercy was right
8  before you moved to Kentucky.  You remember that?
9    A.   Yeah.
10    Q.   And I think in that one they took some
11  bone out of your hip to put in your arm, right?
12    A.   Yeah.
13    Q.   Is it fair to say that that was pretty
14  painful?
15    A.   Yeah, I couldn't walk.
16    Q.   Okay.  Was that the worst one?
17    A.   Yeah.
18    Q.   Pain-wise?
19    A.   Yeah.
20    Q.   Okay.  How long could you -- were you
21  unable to walk?
22    A.   So that surgery was two days before I
23  moved.  And I couldn't walk until four days after my
24  surgery when I was at -- when I was looking -- my
25  parents were just seeing the -- like we're -- I was

Page 54

1 just going in the house. When I first went in the
2 house, I was in my basement, and I was sitting on a
3 cover box, and I tried to walk because I was being
4 carried everywhere and I didn't want to be carried.
5 And I was walking, but I couldn't go up and down the
6 stairs. I don't know, so...
7      Q.  Do you remember about how long it was
8 until you -- you felt better after that last
9 surgery?
10     A.  For my hip, it took four days, and then
11 for my arm, it took about a week and a half.
12        MS. MARSH-BLAKE:  C., we've been talking
13 for about an hour, so let's take a break.  We'll
14 come back and pick up.
15        THE DEPONENT:  Okay.
16        MS. MARSH-BLAKE:  How long do you want to
17 break?  10 minutes?
18        MR. CLARK:  Sure.
19        MS. MARSH-BLAKE:  Okay.  Let's do that.
20 We'll come back at 10:20.
21        THE REPORTER:  We are off the record at
22 10:10 a.m.
23        (WHEREUPON, a recess was taken.)
24        THE REPORTER:  We are back on the record
25 at 10:21 a.m.

Page 55

1        You may proceed.
2 BY MS. MARSH-BLAKE:
3      Q.  Okay.  C., we're back on the record after
4 a short break.  You understand that you're still
5 under oath?
6      A.  Yes.
7      Q.  Okay.  Great.  Before we went on break, we
8 were kind of walking through your medical history
9 here.  And so the next thing that I have in my
10 timeline is, after you moved to Kentucky, you
11 started seeing Dr., I think, Charity Burke here in
12 Kentucky.  Is that right?
13     A.  Yes.
14     Q.  Okay.  And that's at Norton Hospital or?
15     A.  Yeah.
16     Q.  Okay.  I think the only surgery that Dr.
17 Burke did for you was a hardware removal in January
18 of last year, 2024, right?
19     A.  Yes.
20     Q.  Okay.  Do you recall anything specific
21 about that surgery that was different from what
22 you've experienced before?
23     A.  Not that I remember.
24     Q.  Do you remember having any conversations
25 with Dr. Burke about why she was doing the surgery

Page 56

1 or what she hoped to accomplish from it?
2      A.  I only heard it from my mom.
3      Q.  Okay.  Tell me about that conversation.
4      A.  She told me that -- that the -- the plates
5 have to come out because my bone healed.
6      Q.  Anything else she told you?
7        THE REPORTER:  Can you repeat that, C.?
8        THE DEPONENT:  She told me that the plates
9 had to come out because my bone healed.
10       THE REPORTER:  What had to come out?
11       THE DEPONENT:  The metal plates.
12       THE REPORTER:  Thank you.
13 BY MS. MARSH-BLAKE:
14     Q.  Anything else you remember about that
15 conversation?
16     A.  No.
17     Q.  At -- at some point, it sounds like Dr.
18 Burke kind of got you guys connected with Dr.
19 Lattanza at Yale.  Is that fair?
20     A.  Yes.
21     Q.  Okay.  And my understanding from your
22 treatment is that you had surgery with Dr. Lattanza,
23 but kind of all of your follow-up X-rays and imaging
24 and care happens here with Dr. Burke in Kentucky.
25 Is that correct?

Page 57

1      A.  Yes.
2      Q.  Okay.  Have you ever met Dr. Lattanza?
3      A.  Yes.
4      Q.  Okay.  Was it just the visit before your
5 surgery, or have you met her several times?
6      A.  I met with her on a follow-up to my
7 surgery.
8      Q.  Okay.  It sounds like the surgery you had
9 with Dr. Lattanza was in April 2024?
10     A.  Yes.
11     Q.  Okay.  Again, kind of same thing, do you
12 recall any -- having any conversations with Dr.
13 Lattanza about what she was going to do in that
14 surgery and what she hoped it would accomplish for
15 you?
16     A.  No.
17     Q.  Okay.  Did you have any conversations with
18 your parents about the surgery Dr. Lattanza was
19 willing to perform and what they hoped the result
20 would be?
21     A.  Yes.
22     Q.  Tell me about those conversations.
23     A.  My mom told me that they have to -- maybe
24 they might have to cut my radius to put it back in
25 place.  And she told me that they're going to put

Page 58

1 more metal plates in to -- like to -- because
2 they're going to break the bones to secure --
3 they're going to put metal plates in to secure the
4 broken bones.
5    Q.   Anything you remember talking to your mom
6 about why they had to do those things specifically?
7 Like break the bones and cut the radius?
8    A.   To make sure they keep the radius in
9 place.  They also put a plate in my wrist because my
10 ulna was drifting outwards, so they didn't want that
11 to happen so they put a plate in so it would hold.
12    Q.   Did you have any discussions with either
13 your mom or your dad about what the hope or the
14 hopeful result is of this most recent --
15    A.   Not really.
16    Q.   Okay.  Since you had that surgery back in
17 April 2024, have you noticed any improvement in your
18 right arm?
19    A.   It's been the same.
20    Q.   Okay.  Do you feel like you can bend it
21 better?
22    A.   After the surgery, I can bend it a bit
23 more, but not that much.
24    Q.   Okay.  Are you able to extend it out flat?
25    A.   Mostly.

Page 59

1    Q.   "Mostly."  Okay.  Are you having any pain
2 since that -- let me rephrase what I'm going to ask
3 you.  I assume that after the surgery in April 2024,
4 you had some pain, correct?
5    A.   Yeah.
6    Q.   Okay.  Did that post-surgery pain go away
7 after a little while?
8    A.   Yeah.
9    Q.   About how long?
10    A.   It took about two weeks and then my -- or
11 not -- after two weeks it stopped hurting.
12    Q.   Okay.  So then let's say since about May
13 then 2024, have you had any ongoing pain or
14 discomfort in your right arm or elbow?
15    A.   No.
16    Q.   Okay.  And it sounds like you can bend it
17 a little better, but you don't have full range of
18 motion.  Is that fair?
19    A.   Yeah.
20    Q.   Okay.  And so have you been up to Yale
21 more than once?
22    A.   No.
23    Q.   Just the one time.  Okay.
24         C., the last time I met you back in March,
25 you had a plastic elbow kind of protective brace

Page 60

1 arm?
2    A.   Yeah.
3    Q.   Can you remind me what that's for?
4    A.   It's just for protection.  It's -- I can
5 take it on and off.  It's for protection in like
6 public places like school.
7    Q.   Got you.  Okay.  Is that something, for
8 instance, when you were at the football camp
9 recently, did you wear that?
10    A.   Yeah.
11    Q.   Do you have any other kind of brace, cast,
12 or sling that you wear other than that kind of
13 plastic thing that we were talking about?
14    A.   My doctor prescribed me a -- a like brace
15 that only covers up to my wrist -- I put it over my
16 wrist.  But I don't like that -- I don't wear it
17 because it -- I feel more comfortable with the long
18 one.
19    Q.   Okay.  And is there a reason, other than
20 protection, that the doctor prescribed you that
21 other brace that goes up to your wrist?
22    A.   (Nods head.)
23    Q.   Okay.
24         THE REPORTER:  What was your answer, C.?
25         THE DEPONENT:  No.

Page 61

1         THE REPORTER:  Thank you.
2 BY MS. MARSH-BLAKE:
3    Q.   So all of your follow-up treatment has
4 been here with Dr. Burke in Kentucky?
5    A.   Yes.
6    Q.   Okay.  What's your understanding of the
7 current status of your healing?
8    A.   My ulna is still broken, and once it
9 heals, they're going to take my plates out.  And
10 then I should be good for a while, and I'm going to
11 get plastic surgery.  That's it from what I know.
12    Q.   Did you say you're going to get plastic
13 surgery?
14    A.   My parents said I might get that for my
15 scars.
16    Q.   Okay.  Got you.  That's what I suspected,
17 but just want to make sure I heard you.
18         Did Dr. Burke give you any special
19 instructions about helping your ulna heal?
20    A.   She gave us the prescription for a bone
21 stimulator that stimulates bone growth.
22    Q.   And how often do you use that?
23    A.   I use it every night.
24    Q.   And is it like you use it for a certain
25 amount of time, or how does it work?

Page 62

1    A.  It turns on for three hours and I just
2  leave it on for the entire time.
3    Q.  And so was something that you can like
4  Velcro onto your arm?
5    A.  It's like a thick bracelet kind of thing.
6  It looks really thick, though.  And I just Velcro it
7  on.
8    Q.  Okay.  Do you do that like when you're
9  going to sleep or before bedtime?
10   A.  When I go to sleep.
11   Q.  Okay.  Do you know if you have any
12  doctor's visits coming up with Dr. Burke?
13   A.  I know that I have an appointment every
14  four to six weeks just to check up on my bone
15  health.
16   Q.  And it sounds like your understanding of
17  your treatment going forward is that once the ulna
18  heels, the next step will be to take the plates out?
19   A.  Yes.
20   Q.  Okay.  And then, I think, you'll probably
21  do physical therapy, you think?
22   A.  Yeah.
23   Q.  And then I think you said you -- after
24  that all happens, you should be good for a while,
25  with the exception of maybe getting some surgery for

Page 63

1  your scars?
2    A.  Yeah.
3    Q.  Are there any other medical providers that
4  you are seeing to help you with your arm and your
5  elbow, other than what we've discussed today?
6    A.  No.
7    Q.  As far as your physical restrictions, it
8  sounds like at least this past school year, you
9  would wear that brace to school to keep anyone from
10  bumping into it or hitting your arm, right?
11   A.  Yeah.
12   Q.  And I think your parents have told me that
13  you are kind of limited at PE at school?
14   A.  Yeah.
15   Q.  Are there days when you can participate
16  depending on what it is, or are you kind of out for
17  all?
18   A.  I can sometimes do things because in PE
19  we're just rotating sports.  So I can't do
20  volleyball, but I can do soccer.
21   Q.  Okay.  Can you kind of tell me generally
22  what it is that you're not supposed to be doing?
23  Like how do you decide if it's something you can do
24  or you shouldn't do?
25   A.  I just ask my mom.

Page 64

1    Q.  Okay.  And what's your understanding?
2  It's just that you can't do anything where there's a
3  risk that your elbow could get bumped?
4    A.  I think what happens is -- well, I can't
5  do volleyball because I can bump -- I can't bump
6  them without my arm getting hit with the ball.  And
7  I'm pretty sure they just -- my mom doesn't want me
8  to fall over and extend my arm out and land on it.
9    Q.  Have you had any conversations with Dr.
10  Burke or Dr. Lattanza about things they want you to
11  avoid doing?
12   A.  Not me; my mom has.
13   Q.  Okay.  Do you have any problems like
14  eating yourself?
15   A.  No.
16   Q.  Okay.  What about like getting showered
17  and dressed?  Any issues with that?
18   A.  No.
19   Q.  You like brush your teeth okay?
20   A.  Yeah.
21   Q.  All right.  You get like in and out of the
22  car or the bus okay?
23   A.  Yeah.
24   Q.  You're able to like run and do soccer and
25  stuff like that.  Is that what you said?

Page 65

1    A.  No.
2    Q.  Okay.  And it sounds like you're good to
3  like swim and play in the pool as long as you're not
4  horsing around?
5    A.  Yeah.
6    Q.  Fair?  Okay.  Okay.  Other than kind of
7  what we talked about today about sports, how it
8  affects your ability to stay in sports, are there
9  things that you feel like you can't do now that you
10  could do before your arm got hurt?
11   A.  Yeah.
12   Q.  Can you tell me about those things?
13   A.  Well, so my family's Catholic, so we have
14  to say -- whenever I try -- me and my parents do
15  pray on the Father, Son, and Holy Spirit, I have to
16  use my right hand and touch my head and my left
17  shoulder and my right shoulder, but I can't touch my
18  right shoulder, so I can't do that.
19   Q.  Okay.  What else?
20   A.  I don't think there's anything else.
21   Q.  Are there things that you can do now
22  because you kind of modified the way you do it?
23  Like playing video games?
24   A.  Kind -- kind of.
25   Q.  Okay.

Page 66

1   A.   What I do with my video games, I kind of
2   have to put my elbow out a bit because I can't fully
3   twist my arm.
4       Q.   What about using a computer?  Are you able
5   to type and use a mouse or how do you do --
6       A.   Whenever I try -- I can type, but I --
7   whenever I try to use the mouse, it's -- it's a bit
8   hard to do because I can't lift my arm up.
9       Q.   Anything else you can think of, other than
10  the sports things that we've talked about, making
11  sign of the cross, that you feel like you can't do
12  now because of what's going on with your arm, that
13  you could do before you got hurt?
14      A.   I'm not allowed to do sports.
15      Q.   Okay.
16      A.   And I can't roughhouse with my brothers.
17          THE REPORTER:  I'm sorry, C., can you
18  repeat that?
19          THE DEPONENT:  I can't roughhouse with my
20  brothers.
21  BY MS. MARSH-BLAKE:
22      Q.   Anything else you can think of right now?
23      A.   No.
24      Q.   Do you get tired easily?
25      A.   Yeah.  Kind of, because I haven't used it

Page 67

1   in a while.
2       Q.   I'm sorry, can you say that again?
3       A.   Yes, because I haven't used my right arm
4   in a while.
5       Q.   Let's talk a little bit more about -- so
6   maybe let's talk about this prior school year and
7   we'll talk about looking forward.  I'll clarify.
8   Okay?  So, in this prior school year, kind of what
9   were your favorite subjects?
10      A.   Math.
11      Q.   "Math."  Okay.  What about your least
12  favorite?
13      A.   Social studies.
14      Q.   Do you like reading?
15      A.   No.
16      Q.   No, not really?  Do you read okay, though?
17      A.   Yeah.
18      Q.   Okay.  It sounds like you were doing a
19  school activity, I think it's called Quiz Bowl?
20      A.   Quick Recall.
21      Q.   Oh, Quick Recall.  That's what it's
22  called.  And that's kind of a -- is it kind of
23  trivia-based?
24      A.   Yeah.
25      Q.   Okay.  Was that -- and that was during the

Page 68

1   school year?
2       A.   Yeah.
3       Q.   It was through your school?
4       A.   Yeah.
5       Q.   Okay.  How often did you do that?
6       A.   We had practice twice a week, and we had
7   games once a week.
8       Q.   Is that something that you compete like
9   with other schools, or is it other kids at your
10  school?
11      A.   We compete with other schools.
12      Q.   How did that go overall this year?
13      A.   This year we didn't do too well, but the
14  year before we did good.
15      Q.   This past school year, did you participate
16  in any other school activities?
17      A.   No.
18      Q.   So next year you're starting at a new
19  school.  Is there anything in particular you're
20  excited about for your new school?
21      A.   At my old school, I wasn't really learning
22  anything because I knew more than most of my
23  classmates.  So there's going to be different
24  classes at my new school for different levels of
25  smartness for kids.

Page 69

1       Q.   Okay.
2       A.   So I'm excited for that.
3       Q.   Does this new school have a -- like a
4   robotics --
5       A.   Yes.
6       Q.   -- lab?  Okay.  Are you excited to do
7   that?
8       A.   Yeah.
9       Q.   Anything else this new school has that
10  you're kind of excited about?
11      A.   I'm going to join the Quick Recall team.
12      Q.   Okay.
13      A.   So I'm excited for that.
14          THE REPORTER:  I'm sorry, can you repeat
15  that, C.?
16          THE DEPONENT:  I'm going to join the Quick
17  Recall team, so I'm excited for that.
18          MR. NICESWANGER:  The what team?
19          THE DEPONENT:  Quick Recall.
20          MS. MARSH-BLAKE:  Quick Recall.
21          MR. NICESWANGER:  "Quick Recall."  Okay.
22  BY MS. MARSH-BLAKE:
23      Q.   Did you get good grades this past year?
24      A.   Yeah.
25      Q.   Good job.

Page 70

1    You might be a little young for these
2 questions, but I'm going to ask you anyway.  Do you
3 know if you want to go to college?
4    A.  Yeah.
5    Q.  You do?  Do you have any thoughts about
6 what you might study?
7    A.  Physics.
8    Q.  "Physics"?  Okay.  Cool.  What -- any idea
9 kind of like what jobs or other things you might be
10 interested in with physics?
11    A.  Football player, but if it doesn't work,
12 engineer.
13    Q.  Okay.  Cool.  Do you know what kind of
14 engineer?
15    A.  No, not yet.
16    THE REPORTER:  What was your answer?
17    THE DEPONENT:  No, not yet.
18 BY MS. MARSH-BLAKE:
19    Q.  You could go back to K State.  They have a
20 really good engineering program.  You don't have to
21 answer that.  It's not a question; it's just a
22 thought.  Do you, C., play any instruments?
23    A.  No.
24    Q.  Did you ever play anything?
25    A.  No.

Page 71

1    Q.  You guys ever do like recorders?
2    A.  We did recorders, but that's it.
3    Q.  Okay.  But that's it.
4    What kind of other things are you
5 interested in?  I -- I, you know, we talked about
6 the Quick Recall and sports, but do you like -- and
7 video games.  Do you like movies?  Do you like
8 museums?  Do you like camping?  What other stuff are
9 you into?
10    A.  I mean, I -- I like watching movies once
11 -- maybe one night a week, but that's it.
12    Q.  Okay.  Do you guys do any kind of like
13 hiking or anything like that?
14    A.  No.
15    Q.  Have you ever been to like, I think,
16 Mammoth Cave National Park?  It's in Kentucky.
17    A.  I went to Mammoth Cave with my friend.
18    Q.  Okay.  Cool.  When did you do that?
19    A.  Last summer.
20    Q.  Oh, okay.  Cool.  Did you like it?
21    A.  Yeah.
22    Q.  Did you go on any of the tours down into
23 the caves?
24    A.  Yes.
25    Q.  Who is the friend that you went with?

Page 72

1    A.  My friend H.
2    Q.  Did you say H.?
3    A.  Yeah.
4    Q.  Does he live in Illinois?
5    A.  Yes.
6    Q.  Okay.  Have you seen H. at all this
7 summer?
8    A.  I saw him, I think, a month ago.
9    Q.  Did he come here to visit you or you went
10 to visit him?
11    A.  I went to his house.
12    Q.  Okay.  And he still lives in Illinois?
13    A.  Yes.
14    Q.  What'd you guys do?
15    A.  Played video games and played football in
16 his yard.
17    THE REPORTER:  What was that last one?
18    THE DEPONENT:  Played football in his
19 yard.
20 BY MS. MARSH-BLAKE:
21    Q.  How long did you stay?
22    A.  Two days.
23    Q.  Did you guys drive there?
24    A.  Yeah.
25    Q.  Okay.  Is it a far drive?

Page 73

1    A.  It's about five hours.
2    Q.  Okay.  That's not too far.
3    Okay.  C., I just want to ask you a couple
4 questions more about how this whole experience has
5 been for you.  My -- my understanding, kind of from
6 talking with your parents and -- and some other
7 stuff we've been doing in this litigation, is that
8 it's been pretty hard for you to be injured like
9 this, not be able to do what you normally do,
10 especially in sports.  Is that fair?
11    A.  Yeah.
12    Q.  Okay.  And it sounds like too maybe you've
13 had, from time to time, struggling with being kind
14 of mad about this little thing happened.  Is that
15 fair?
16    A.  Yeah.
17    Q.  Kind of mad at -- because he pushed you,
18 kind of frustrated with your parents.  Is that fair?
19    A.  Yeah.
20    Q.  Okay.  From talking to your parents and to
21 your attorneys, it sounds like, though, maybe you've
22 started going to a counselor and talking through
23 some of those things, is that right?
24    A.  Yes.
25    Q.  Does that feel like it's helping you out?

Page 74

1  A.  No.
2  Q.  "No"?  Okay.  Are you starting to feel a
3  little bit better at all kind of about the whole
4  thing as you're progressing through your treatment?
5  A.  A bit.
6  Q.  Okay.  You think change of schools is
7  going to maybe help a little bit?
8  A.  Yeah.
9  Q.  Okay.  Just maybe make some new friends
10  and start afresh?
11  A.  Yeah.
12  Q.  Okay.  Is there anything else you want to
13  tell me about how this experience has been for you
14  that you kind of haven't?
15  A.  No.
16  Q.  Okay.  I know I kind of summarized it for
17  you.  I don't want to make you feel uncomfortable,
18  but if there was something you feel like I needed to
19  know that you're up to, but you don't have to as
20  well.  Okay?
21  A.  (Nods head.)
22  Q.  Okay.  Couple questions about getting
23  ready for your deposition.  I don't want to know
24  anything that you talked with any of your attorneys
25  about.  Okay?  That's privileged between you guys.

Page 75

1  But what I do want to know is if you, for instance,
2  looked at any documents, or pictures, or anything
3  like that to prepare for your deposition today?
4  A.  No.
5  Q.  Okay.  Did you have any conversations with
6  other people, outside the presence of your attorney,
7  to get ready for your deposition today?
8  A.  I talked with my parents.
9  Q.  Okay.  What'd you guys talk about?
10  A.  They told me to say the truth.
11  Q.  Anything else?
12  A.  No.
13  MS. MARSH-BLAKE:  C., that's all the
14  questions I have for you right now.  Mr. Niceswanger
15  is probably going to have some questions for you;
16  your attorney might too, but that's all I have at
17  this time.  So thanks for talking with me.  I really
18  appreciate it.  Okay?  I'm going to move so that you
19  guys can hear each other, okay?
20  THE DEPONENT:  Okay.
21  MS. MARSH-BLAKE:  All right.
22  (Pause in the proceedings.)
23  EXAMINATION
24  BY MR. NICESWANGER:
25  Q.  Hi, C.  My name's Brian Niceswanger, and

Page 76

1  we met before when we were in town to take your
2  folks' deposition.  Are you having any fun?
3  A.  (Nods head.)
4  Q.  I'm going to try to be brief here.  I'll
5  jump around because you've been asked a lot of
6  questions, so if at any time you don't understand
7  where I'm coming from, just say so.  Okay?
8  A.  Okay.
9  Q.  I -- I did all this reading on how to take
10  a deposition of a -- a youngster, and you're kind of
11  like a young man here.  So I'm going to -- if -- if
12  I use any words that are -- that are too grown up,
13  just say so.  If not, you're doing a great job, and
14  I don't think we'll be here long, but I also want to
15  ask you a little bit, if possible, things we haven't
16  touched on.  Okay?
17  And it's actually a pleasure to meet you
18  because you're an extraordinary guy with your
19  educational accomplishments.  And I have six kids,
20  and one thing I always told them is they were all
21  athletes, but at some point, a lot of times athletes
22  aren't athletes anymore and you got to work on your
23  education, and so you've done a great job.
24  You were asked about where you plan to go
25  to -- whether you plan to go to college.  Do you

Page 77

1  plan to get even a degree beyond a BA?
2  A.  I don't know what that means.
3  Q.  Well, a BA --
4  THE REPORTER:  C., I'm sorry, can you
5  repeat that?
6  THE DEPONENT:  I don't know what that
7  means.
8  BY MR. NICESWANGER:
9  Q.  A BA or a BS is the first degree you get
10  in college, and then, you know, some people go on
11  and get like a master's degree or something like
12  that.  Is that something that you think about maybe
13  doing?
14  A.  (No audible response.)
15  Q.  Okay.  We'll take it one step at a time --
16  THE REPORTER:  I'm sorry.  I'm sorry.  I'm
17  sorry.  I can't hear any of his responses.
18  THE DEPONENT:  I don't know.
19  THE REPORTER:  That was better.
20  Okay.  Please continue.
21  MR. NICESWANGER:  Thank you.
22  BY MR. NICESWANGER:
23  Q.  So I want to ask you a little bit -- I've
24  had a number of friends -- my folks weren't in the
25  service, but I've had a number of friends that --

Page 78

1 whose folks were in the service. And I want to ask
2 you about just kind of how it's been being a child
3 in a family that gets moved around sometimes. I
4 think that's on there, so --
5    A. It's -- I get to go to new schools every
6 few years, and I get to meet new -- meet new people
7 every few years.
8    Q. Do you like that?
9    A. Sometimes.
10    Q. What -- what's the good parts and the bad
11 parts about moving around?
12    A. The good parts was I get to change new
13 schools and try new things, and the bad thing is my
14 -- I move away from my friends.
15    Q. Is it -- is it -- I know the last time you
16 moved was two or three years ago when you came to
17 Kentucky. Is it harder, the older you get, leaving
18 friends behind and trying to make new friends?
19    A. Yeah.
20    Q. And I know H. was a friend of yours when
21 you were stationed in St. Louis, is that right?
22    A. Yes.
23    Q. Do you keep in touch with any of the
24 friends you had when you were stationed out in
25 Kansas or your dad was stationed in Kansas?

Page 79

1    A. No.
2    Q. Okay. So you're kind of the new kid on
3 the block when you get transferred, or when your dad
4 gets transferred?
5    A. Yeah.
6    Q. Okay. In terms of the sports that you
7 enjoy, do you anticipate -- as long as the doctors
8 say it's okay -- that you'll get back to doing
9 whatever you wanted to do once you're done being
10 treated?
11    A. Yeah.
12    Q. That's your goal?
13    A. Yeah.
14    Q. And if you have to work at it and go to
15 physical therapy or have dumbbells that you work
16 your arm with at home, you're going to do whatever
17 you can to get back this -- to doing everything you
18 wanted to do and did before you got pushed off the
19 trampoline. Is that right?
20    A. Yeah.
21    Q. Okay. We've talked a lot about kind of
22 your school and stuff. I want to just ask, what do
23 you and your family do together?
24    A. Sometimes we play board games together.
25    Q. Okay. Which games do you like?

Page 80

1    A. Cranium.
2    Q. Are you good at it?
3    THE REPORTER: Repeat that.
4    THE DEPONENT: Cranium.
5 BY MR. NICESWANGER:
6    Q. And what's Cranium?
7    A. It's a trivia thing -- trivia game.
8    Q. My sense from your school records, and
9 just talking with you a couple times we've had a
10 chance to visit, is you're a pretty smart dude.
11    A. Yeah.
12    Q. Is that fair?
13    A. Yeah.
14    Q. And you like trivia, but trivia's based a
15 lot on your knowledge of the world. Fair?
16    A. Yeah.
17    Q. And you retain all that stuff pretty well?
18    A. Yeah.
19    Q. What other did -- what else do you do with
20 your family? I know you got a pool, you hang out
21 there probably with your family?
22    A. Yeah.
23    Q. Shove your brothers in the pool?
24    A. Yeah.
25    Q. Okay. Has the -- the relationship you

Page 81

1 have -- and I know you're growing older over these
2 years too -- but is the relationship that you have
3 with your family still the same as it was before you
4 got shoved off the trampoline?
5    A. Yeah.
6    Q. Okay. Do you get along with your
7 brothers?
8    A. Sometimes.
9    Q. That's not unusual. The older you get,
10 the closer you'll understand your brothers will be
11 for the rest of your life. So you've got your
12 brothers to be with. What do you guys do when
13 you're not like around the house? Do you have
14 activities?
15    Some families will, you know, go to the
16 zoo once a summer, or do this or that. Do you have
17 like regular activities that you guys do on either a
18 weekly, monthly, yearly basis, things like that, or
19 kind of traditions?
20    A. Usually, every year, we fly down to my
21 grandparents in -- in Florida, and stay there for
22 like a week.
23    Q. You like that?
24    A. Yeah.
25    Q. You like your grandparents?

Page 82

1   A.   Yeah.
2   Q.   And is that your grandparents on your
3 dad's or your mom's side?
4   A.   Dad's.
5   Q.   And do you see your mom's parents too?
6   A.   Yeah.
7   Q.   And where do they live?
8   A.   My grandma lives in Ohio.
9   Q.   Okay. Is she closer now than she was when
10 you were stationed back in Kansas?
11   A.   Yeah.
12   Q.   Okay. So in terms of kind of -- I know
13 this is a bad deal going through all this surgery
14 and stuff. Sitting here today, you seem like you've
15 got a pretty positive attitude about what your
16 future holds in store. Is that fair?
17   A.   Yeah.
18   Q.   Is there anything you think you can't do?
19 And I realize right now that the doctors, your mom
20 have told you not to do some things because of your
21 right arm. I'm talking about big picture, you know,
22 when you see yourself as 20 or 25 to 30, is there
23 anything that you picture yourself not being able to
24 do?
25   A.   If I want to play football, I can't really

Page 83

1 hold the ball with my right hand --
2   Q.   Okay.
3   A.   -- that well.
4   Q.   And that's right now?
5   A.   Yeah. I don't know if it'll stay or not.
6   Q.   Now I was -- I was going to -- do you mind
7 if I look at your arm?
8   A.   Yeah.
9   Q.   Okay. And you are laying it out. Can you
10 stretch your arm straight out right now?
11       Do you mind if I take a pause? I was
12 going to have him put -- show me where he saw the
13 bone sticking out afterwards. I need my phone. I'm
14 going to take a picture.
15       MS. MARSH-BLAKE: Which one?
16       MR. NICESWANGER: That one. See it under
17 your right arm. I've got this deal where I can't
18 get voicemail on my phone, so I have to have two
19 phones. And I'll send these pictures to you guys
20 too.
21       MR. CLARK: Thank you.
22 BY MR. NICESWANGER:
23   Q.   Can you just show me where the bone was
24 that you saw sticking out right after you got shoved
25 off the trampoline? Okay. So it's -- you're --

Page 84

1 you're kind of pointing that area right where your
2 elbow bends, is that right?
3   A.   Yeah.
4   Q.   Okay. And then you said that you had
5 difficulty touching your right to your -- afterwards
6 -- touching your right hand to your right shoulder?
7   A.   Yeah.
8   Q.   And can -- I don't know, is it different
9 now? Do you have more mobility or less mobility?
10   A.   A bit less after my surgery.
11   Q.   Less after?
12   A.   Yeah.
13   Q.   Okay. Can you just show me? I realize it
14 won't be the same because at the time -- right
15 afterwards when that bone was sticking out, and you
16 went to touch your right shoulder, could you still
17 do it?
18   A.   (Nods head.)
19   Q.   Okay. Tell me -- let me just take a
20 picture of --
21       THE REPORTER: I didn't get your response,
22 C.
23       THE DEPONENT: No.
24       THE REPORTER: Thank you.
25 BY MR. NICESWANGER:

Page 85

1   Q.   Sitting here today, can you show me how
2 close you can get to touching your right shoulder.
3 All right. Thank you very much. Today -- and I
4 realize you're not doing a lot of things kind of as
5 a precaution because of your arm's healed. Is the
6 straightening your arm out and touching your right
7 shoulder the two things that you -- you noticed the
8 most on account of the injury you had to your elbow?
9   A.   Yeah.
10   Q.   Okay. And I know from some of the -- it
11 sounds like you talked to a -- a doctor in a library
12 here or a lady in a library here. Do you remember
13 that?
14   A.   Yeah.
15   Q.   And she wrote up a report. One of the
16 things she says you like doing is -- is video games.
17 Are you a gamer?
18   A.   Yeah.
19   Q.   What's your favorite game?
20   A.   Fortnite.
21   Q.   Very good. That's my youngest son's
22 favorite.
23       So, in terms of working a controller, and
24 doing all that, are you able to do all that?
25   A.   Yeah.

Page 86

1    Q.  Are you ranked?

2    A.  Yeah.

3    Q.  And if you need to have your -- their --

4  your folks cover their ears -- what's your rank?

5    A.  Champion.

6    Q.  Yeah.  Okay.  Good for you.  The same lady

7  that wrote the report said you don't eat dinner with

8  your family.  Is that true?

9    A.  I eat with them most days.

10    Q.  That's -- okay.  That was the impression I

11  got.  I mean, you seem like you're pretty outgoing.

12  Is that fair?

13    A.  Yeah.

14    Q.  Okay.  And so I realize everybody probably

15  misses meals with their family once in a while, but

16  it sounds like you guys eat together most of the

17  time.  Is that true?

18    A.  Yeah.

19    Q.  Okay.  You know, your dad's retired now,

20  so he is home more.  Is that a good thing?

21    A.  Yeah.

22    Q.  All right.  Do you do more with your dad

23  now that he's not active --

24    A.  Yeah.

25    Q.  -- in active duty?

Page 87

1    A.  Yeah.

2    Q.  Okay.  Good.  What do you guys do?

3    A.  We sometimes go in the pool together.

4    Q.  You go what?

5    A.  We sometimes go in the pool together.

6    Q.  Okay.  What else do you guys do?

7    A.  Play board games with him and my older

8  brother.

9    Q.  What else?  You guys fish or go out and do

10  anything like that?

11    A.  No.

12    Q.  Last night, when I came into town, there

13  was a baseball game going on here.  Have you been to

14  the baseball team here in town?

15    A.  No.

16    Q.  Okay.  You know, the Cardinals have a

17  pretty good sports program in Louisville here.  Do

18  you go to any of those games?

19    A.  I want to go to a football game, but I

20  haven't gone yet.

21    Q.  Have you been to the Derby?

22    A.  Yeah, not the -- I've been to a horse race

23  in the -- in Churchill Downs, but not the Derby.

24    Q.  Okay.  That's on my bucket list, to get to

25  the Derby.

Page 88

1        In terms of your friends here, was it

2  tough kind of making friends when you got

3  transferred back here?

4    A.  Yeah, a bit.

5    Q.  Do you have friends here?

6    A.  Yeah.

7    Q.  Okay.  And do you go visit guys at their

8  house or they come to your house?  Do you go do

9  things together?

10    A.  Yeah.

11    Q.  Is there anything -- when you get together

12  with your buddies and you're playing ball, playing

13  catch, playing video games, whatever you're doing --

14  I won't ask -- is there anything that you can't do

15  when you get together with your friends?

16    A.  My friend has -- his family's in like --

17  is a family that always is -- is always outdoors.

18  And he has a zipline, and a trampoline, and a go-

19  kart; I can't do any of it.

20    Q.  So you can't zipline with your -- who --

21  and who's this buddy?

22    A.  His name's L.

23    Q.  L?

24    A.  L.

25    Q.  "L."  Well, they have a zipline at their

Page 89

1  house?

2    A.  Yeah.

3    Q.  And they have a trampoline?

4    A.  Yeah.

5    Q.  What was the other thing?

6    A.  Go-kart.

7    Q.  Sounds like a good friend to have.

8    A.  Yeah.

9    Q.  And are those things that you've tried to

10  do or you're -- you just aren't doing them because

11  either your mom or your doctors have told you not

12  to?

13    A.  My mom won't let me on a trampoline until

14  she's not in my control anymore.  And then a go-kart

15  is in -- like my doctor said I can't do it.  And the

16  zipline, I can't -- I can't hold onto it, so...

17    Q.  Okay.  Have you done go-karts in the past?

18    A.  Yeah.  But not at a friend's house.

19    Q.  At what?

20    A.  Not at a friend's house.

21    Q.  You mean at like a go-kart track with the

22  family or something?

23    A.  Yeah.

24    Q.  Do you like go-karting?

25    A.  Yeah.

Page 90

1    Q.  Me too.
2        The trampoline thing, is that something
3  you like doing?
4    A.  I used to.
5    Q.  Until you got shoved off?
6    A.  Yeah.
7    Q.  Okay.  I don't blame you.
8        Other than L., do you have other friends
9  that do like outdoor stuff, maybe camp, fish, do
10  that kind of thing?
11    A.  Yeah.
12    Q.  Do you like camping and fishing?
13    A.  I like fishing, not camping.
14    Q.  Okay.  But have -- do you go fishing at
15  all?
16    A.  Yeah.  But not a lot.
17    Q.  Not as much as you'd like?
18    A.  Yeah.
19    Q.  All right.  You know, one of the things
20  that I'm trying to get a sense for is, you know, if
21  you feel like you've got like a dark cloud hanging
22  over you or anything.  You -- do you feel that way
23  or do you feel like, you know, you're dealing with
24  life that came at you and you're going to do -- do
25  well anyway?

Page 91

1    A.  A bit -- I -- I feel a bit like there's a
2  cloud above me.
3    Q.  Okay.  And is there any particular time
4  when you feel that way?
5    A.  Yeah.
6    Q.  Tell me about that.
7    A.  Sometimes when I'm in my bed and I can't
8  sleep, I think about it, and I -- I get kind of sad.
9    Q.  Okay.  Do you find that that's anything
10  you could do to help avoid that or make it better
11  when you start feeling sad?
12    A.  I can play -- I either play video games,
13  or if I'm in my bed, I try to sleep.
14    Q.  Do you go to bed most nights kind of in
15  the middle of playing video games and fall asleep,
16  or do you actually have like a bedtime?
17    A.  Usually, around 9:00 or 10:00, my parents
18  kick me off and make me go to bed.
19    Q.  Okay.  And do you share a room with one of
20  your brothers, or do you have your own room?
21    A.  I have my own room.
22    Q.  Do you read or anything to try to get to
23  sleep, or do you just turn off the lights and you're
24  --
25    A.  I tell my parents that I'm -- I'm tired

Page 92

1  and I can't fall asleep, and they tell me to read a
2  book, and sometimes I do it, and sometimes I don't.
3    Q.  Okay.  What kind of books do you read?
4    A.  Like mystery kind of books.
5    Q.  Is there an author that you like?
6    A.  Not really.
7    Q.  When you do try to read to get to sleep,
8  does it work?
9    A.  Sometimes.
10    Q.  Okay.  Now, the school thing, I want to go
11  back and talk about that just a little bit.  My
12  impression is that the St. Bernard's (sic), you
13  didn't feel like they were challenging you very
14  much.  Is that fair?
15    A.  Yeah.
16    Q.  And from looking at the transcripts and
17  some of the information we had available, you came
18  in and you're probably smarter than what the
19  teachers were teaching too.  Is that fair?
20    A.  Yeah.
21    Q.  And so you're trying to get challenged
22  more by switching schools this fall?
23    A.  Yeah.
24    Q.  Any other reason why you're switching
25  schools other than trying to find a place that will

Page 93

1  challenge you educationally?
2    A.  Well, like half the -- well, one of the
3  teachers at St. Bernard -- the social studies
4  teacher -- is terrible and --
5    Q.  Don't hold back, C.  Tell us what you
6  think.
7    A.  He gives us work that he has not made and
8  doesn't teach him -- teach us himself.
9    Q.  Okay.
10    A.  He has a website that he uses, and he just
11  pretty much tells us how to use the website, and
12  that's our work for the day.
13    Q.  All right.  So do you think you don't like
14  social studies because of this teacher, or because
15  you just don't like the subject in general?
16    A.  Well, I don't like history that much, but
17  I like social studies a bit, but mostly it's because
18  of the teacher.
19    Q.  Okay.  Anything else about St. Bernard's
20  that you felt you wanted to get more challenged or
21  get away from, whatever?
22    A.  (Nods head.)
23    Q.  Okay.  Are you a pretty big kid for your
24  age?  It's been a long while since my kids were your
25  age, so I'm trying to -- sit here looking at you,

Page 94

1  you seem like a pretty big kid for 12.
2      A.  I'm a bit taller than average, but that's
3  it.
4      Q.  Okay.  Do you have friends already at --
5  is it St. Vincent's?  What school are you going to?
6      A.  Holy Spirit.
7      Q.  "Holy Spirit."  Do you have people you
8  already know there?
9      A.  I shadowed it.  Like I took a day in it,
10  and I know some people from there like -- that I met
11  them.
12      Q.  Okay.  And is that close to your house,
13  Holy Spirit?
14      A.  No.
15      Q.  You have to ride a bus or your folks are
16  going to drop you off?  How are you going to get
17  there?
18      A.  My parents are going to drive me.
19      Q.  Okay.  And do your brothers -- are they
20  going to go to Holy Spirit?
21      A.  My older brother's in high school, so he
22  goes to a high school, and my younger brother is
23  going to go to the same schools too.
24      Q.  He's going to what?
25      A.  He's going to go to the same school as I

Page 95

1  am.
2      Q.  Okay.  So you're both switching?
3      A.  Yeah.
4      Q.  Are you excited about that?
5      A.  Yeah.
6      Q.  I guess we're sitting here in June (sic),
7  and you talked about the football camp that you did
8  and the one you got coming up.  What else are you
9  planning to do this summer?
10      A.  Nothing else.
11      Q.  So what's the average day for C. look like
12  these days?
13      A.  I wake up, ask my friends if they can get
14  on video games.
15      Q.  What time do you get up?
16      A.  From like eight o'clock to 10 o'clock.
17      Q.  Somewhere in between?
18      A.  Yeah.
19      Q.  Depending on how late you played video
20  games?
21      A.  Yeah.  I ask them if they want to -- if
22  they can get on.
23      Q.  Yeah.
24      A.  And I sit in my bed and watch YouTube
25  until they respond.  And if they say no, I just keep

Page 96

1  watching YouTube for a bit.  If they say yes, then I
2  call them and I get on with them.  But if they say
3  no, then I go downstairs to my basement and turn on
4  my PS5.  Then I either watch YouTube or play games
5  by myself.
6      Q.  Okay.
7      A.  And after a bit -- after lunchtime, I
8  might go in the pool.  And if not, then I'm -- I'll
9  eat lunch and then keep playing video games until
10  dinner.  And then I eat dinner with my family.  And
11  then after it, I'm either going to be forced to go
12  in the pool or play a video game.
13      Q.  You're forced to go to the pool?
14      A.  Yeah, forced to go to the pool.
15      Q.  You have a tough life, C.
16      A.  Or play a board game.
17      Q.  Okay.  And do you have kids in your
18  neighborhood that you hang out with sometimes?
19      A.  Yeah.
20      Q.  And who are they?
21      A.  So I have my neighbor L.  He's a year
22  older than me.  I sometimes play with him.  And then
23  I have -- my other neighbors are girls, and they --
24  one's a year younger than me and -- one's a year
25  younger, one's three years older than me, and one's

Page 97

1  in -- a junior in high school.
2      Q.  What are their names?
3      A.  The youngest is C., the middle is S., and
4  the oldest is M.
5      Q.  Has your brother warned you about these
6  girls?
7      A.  Yeah.
8      Q.  All right.  So do you have -- do you have
9  an Xbox in your room and a PS5 downstairs?
10      A.  I have a Switch in my room --
11      Q.  Okay.
12      A.  -- and a PS5 in my basement.
13      Q.  Okay.  What do you like on YouTube?  Do
14  you have a channel you watch or something?
15      A.  Not really.
16      Q.  Just random stuff?
17      A.  Yeah.
18      Q.  What do you like watching?
19      A.  Either things about the video games I
20  like.
21      Q.  Things about what?
22      A.  The video games I like.
23      Q.  Got you.  Techs?
24      A.  Not really, or --
25      Q.  Okay.

Page 98

1    A.  -- or like educational videos because I'm
2  bored.
3    Q.  What kind of educational videos?
4    A.  Kind of like physics things.
5    Q.  Well, I had a physics professor one time
6  that said physics is everything; so you're in the
7  right area, that's for sure.
8        You do like -- I don't know at your age
9  whether you're into this or not -- are there physics
10  things that you do?  Like projects at home or, you
11  know, physics -- we call it -- exercises, or things
12  like that?
13    A.  No.
14    Q.  Okay.  Do you have things you're looking
15  forward to this summer, other than the camps that
16  you told us about?
17    A.  No.
18    Q.  Is your buddy H. going to come down and
19  visit yet?
20    A.  They're planning -- my parents are
21  planning on him coming over.
22    Q.  And you guys -- when you go up to visit
23  him -- he's in Illinois, right?
24    A.  Yeah.
25    Q.  When you go up to visit him, do you --

Page 99

1  does your folks drop you off?  Do you meet halfway?
2  Or how do you do that?
3    A.  So we usually meet halfway, but the last
4  time I went, my mom was going to Illinois too, so
5  she just drove all the way.
6    Q.  Do you like flying?
7    A.  Yeah, but we never fly to Illinois.
8    Q.  You what?
9    A.  We don't fly to Illinois.
10    Q.  I want to go back -- you were asked about
11  hurting your arm back when you were like four or
12  five.  Did you hurt your arm twice?
13    A.  Yeah.
14    Q.  And -- and you told us about the bunk bed
15  but what was the -- what was the other time?
16    A.  I was -- after my bone was pretty much
17  healed, I was in my basement with my brother.  I was
18  hanging off a chair with my feet being the only
19  thing that was holding me up.  And my brother made
20  -- moved my feet so I fell off.  And I didn't want
21  to hit my head so I kind of extended my arm, and I
22  landed on it.
23    Q.  Okay.  So you had two fractures in your
24  arm within about one year of each other?
25    A.  Yeah.

Page 100

1    Q.  That had to be bad.
2    A.  Yeah.
3    Q.  But it sounds like you were able to get
4  back to all the sports you were doing after that?
5    A.  Yeah.
6    Q.  And you talked about wrestling; I'm from a
7  little town up in Iowa where wrestling's really big.
8  And my recollection of wrestling is a lot of times
9  you're -- you're trying to take your opponent's arm
10  out, trying to take away their three points of
11  contact, is that right?
12    A.  Yeah.
13    Q.  And is the opponent doing the same thing
14  to you?
15    A.  Yeah.
16    Q.  And can you tell us how that works,
17  wrestling?  Well, I was a basketball player, so I
18  only went for wrestling meets.  I wasn't wrestling.
19  How do -- how do you do that?  How did that happen?
20    A.  So we -- me and the opponent go get these
21  ankle wristband things tied to the ankle -- it's
22  either red or green -- to score points so the ref
23  knows which team we're on.  And then, we start by
24  like standing up -- both of us standing up.  And the
25  goal at the start is just to get the other -- get

Page 101

1  the other person on the ground, take control of
2  them.
3        And then, after you do that, the person on
4  the bottom tries to get -- can get back standing up
5  or get back on the other person while the person on
6  top tries to get the other person on their back.
7  And then if you get the person on bottom -- if the
8  person on the bottom gets turned over on their back
9  for like three seconds or their shoulder blades
10  touch the ground then it's a pin, and the person on
11  top automatically wins.
12    Q.  Okay.
13    A.  But if not, they just keep going for a
14  while until --
15    Q.  Yeah.
16    A.  -- someone -- until the time runs out, and
17  the person with more points wins.
18    Q.  And my memory from watching wrestling is
19  that there's fair amount of contact with your
20  elbows.  Is that fair?
21    A.  Yeah.
22    Q.  Because if you've got your elbows out,
23  somebody's down on the ground where you can roll
24  them and pin them?
25    A.  Yeah.

Page 102

1    Q.  Did your elbows get beat up pretty good
2  when you were wrestling?
3    A.  Kind of.
4    Q.  And you said that you placed in state --
5    A.  Yeah.
6    Q.  -- after this trampoline deal?
7    A.  Yeah.
8    Q.  Did you pin anybody?
9    A.  Yes.
10    Q.  Okay.  And then you rolled from -- from
11  wrestling.  Did you do a sport in the spring?
12    A.  Soccer.
13    Q.  And I'm not a soccer guy, I'll be honest
14  with you.  Are you doing anything with your arms in
15  soccer?  Is it basically just, you know, I've seen
16  these guys hit it off their head and stuff, but is
17  there anything with arms that you do with soccer?
18    A.  No.
19    Q.  And then you -- did you do baseball that
20  year?
21    A.  No.
22    Q.  Okay.  When's the last year that you did
23  baseball?
24    A.  2021.  Like the -- no, 2020.
25    Q.  Before the trampoline deal?

Page 103

1    A.  Yeah.
2    Q.  Got you.  And were you planning to do
3  baseball in summer of '22, or you were just kind of
4  done with baseball at that point?
5    A.  I didn't really like baseball, so I wasn't
6  planning on doing it.
7    Q.  Here I thought so well of you until just
8  now.  I'm kidding.  My boys are all baseball fans.
9      So between -- when was soccer -- did it --
10  was it still going on in the summer when you went
11  for the sports physical for football?
12    A.  No.
13    Q.  All right.  I've got to grab something
14  I've got down here, and I think I'm about done.  Are
15  you okay to keep going?  I don't want you falling
16  asleep on me here.  Tell me about meeting with this
17  lady, Ms. Cole.  Do you remember who she is?
18    A.  Yeah.
19    Q.  Tell me what -- everything you remember
20  about what went on with her.
21    A.  We met in a library in Cincinnati.  She
22  like asked me -- she talked to me about what had
23  happened to my arm and stuff.  She just asked me
24  tons of questions.
25    Q.  How long do you think you talked to her?

Page 104

1    A.  Like an hour and a half.
2    Q.  Okay.  And did she tell you why she was
3  talking to you?
4    A.  I don't think so.
5    Q.  Did she talk to you at all about what it
6  was like getting moved around as being part of a
7  army family?
8    A.  Yeah.
9    Q.  And what'd you tell her?
10    A.  That it was nice meeting people, but it
11  was not nice leaving my friends.
12    Q.  Did she ask anything more about what was
13  the good and the bad?
14    A.  I don't think so.
15    Q.  And she said in -- in her report and in
16  her testimony, she was talking about -- she said she
17  asked you about drugs, or alcohol, or anything like
18  that.  You don't do any of that, do you?
19    A.  (Nods head.)
20    Q.  Okay.
21      THE REPORTER:  C., can you say that
22  verbally, please?
23      THE DEPONENT:  No.
24      THE REPORTER:  Thank you.
25  BY MR. NICESWANGER:

Page 105

1    Q.  Did she ask you about these previous arm
2  injuries that you had?
3    A.  I think so.
4    Q.  Did you tell her the same things you told
5  us?
6    A.  Yeah.
7    Q.  Did she have you do any tests or anything,
8  or she just talked to you?
9    A.  She just talked to me.
10    Q.  What'd you think of that experience?
11    A.  It wasn't very fun.  We just talked for
12  like an hour straight.
13    Q.  One of the things she talked about in her
14  report, you know, I'll tell you I want to be
15  sensitive about this because I'm not here to try to
16  embarrass you or anything else.  She talked about
17  sometimes when you're playing video games, you don't
18  get up to go to the bathroom.  Is that true?  And
19  she said that's been going on before the trampoline
20  incident.  Is that fair?
21    A.  (Nods head.)
22    Q.  You have to say yes for our reporter.
23    A.  Yes.
24    Q.  Is -- is that anything that has anything
25  to do with your elbow?

July 02, 2025                                                  106 to 109

Page 106

1   A.  No.
2   Q.  Okay.  I get it.  Sometimes you get so
3   engrossed in the games you don't want to leave?
4   A.  Yeah.
5   Q.  My sons about chop my head off if I knock
6   on their door in the middle of a game and I
7   interrupt them because they're afraid they're going
8   to miss points or get shot.  Is that kind of the
9   deal when you're playing video games?
10  A.  Yeah.
11  Q.  Okay.  Now, when you -- when you're
12  downstairs, you said you go to the PS3 (sic) and
13  play games by yourself.  Is that Fortnite?
14  A.  Yeah.  Sometimes.
15  Q.  What other games do you do?
16  A.  Minecraft.
17  Q.  That's another good one.  How are you
18  ranked there?
19  A.  There's no ranks.
20  Q.  You don't play enough, or there isn't
21  ranking?
22  A.  There's no ranks.
23  Q.  Okay.  Do you any other video games
24  other than Fortnite and -- and Minecraft?
25  A.  I sometimes play Roblox.

Page 107

1   Q.  Play what?
2   A.  Roblox.
3   Q.  All right.  And you play with your
4   buddies?
5   A.  Yeah.
6   Q.  And while you're playing the video games,
7   do you have the speaker or headphones with the
8   speaker where you're talking with them too?
9   A.  Yeah.
10  Q.  So when I was a kid, we used to get
11  together and play pool or ping pong in kids'
12  basements.  My impression now is that -- that all
13  the kids get online, and play games, and talk to
14  each other that way.  Is that kind of the -- the way
15  it works?
16  A.  Yeah.
17  Q.  So you may not be physically present with
18  your pals like you might have been 20 or 30 years
19  ago, but in today's world, the socialization is
20  playing the video games and talking with your
21  buddies while you're playing the games?
22  A.  Yeah.
23  Q.  Do you ever compete against people that
24  aren't your friends?  I mean, when you go online,
25  you just get matched up against some random person?

Page 108

1   A.  Yeah.
2   Q.  And in -- in those situations, are you
3   also chatting with them while you're playing?
4   A.  Not usually.
5   Q.  Right now, you don't know when you're
6   going to get that hardware removed, is that right?
7   A.  Yeah.
8   Q.  But it's your impression when that's
9   removed then you'll be able to turn towards getting
10  the strength back and everything getting removed?
11  A.  Yeah.
12  Q.  Do you know when you're scheduled to have
13  it removed?
14  A.  My doctor said a year and a half from
15  April, which I did the math, and it's like about --
16  between September and October this year.
17  Q.  Got you.
18  A.  So that's when I think they're going to do
19  it.
20  Q.  I get a sense you're looking forward to
21  that?
22  A.  Yeah.
23      MR. NICESWANGER:  I don't blame you.
24      C., I think that's all I have for you.
25  Have I been friendly enough today?

Page 109

1       THE DEPONENT:  Yeah.
2       MR. NICESWANGER:  You -- you've been kind
3   of almost laughing at me at some points.
4       THE DEPONENT:  Yeah.
5       MR. NICESWANGER:  I don't blame you.
6       MS. MARSH-BLAKE:  We all do.
7       MR. NICESWANGER:  Yeah.  I was just going
8   to say.
9   BY MR. NICESWANGER:
10  Q.  You know, one of the -- one of the fears
11  lawyers have when we get to talk with somebody is
12  they're going to walk out and not have asked some
13  question that we didn't ask.
14      As you've been talking for a couple hours
15  here -- and I appreciate your time -- is there
16  anything about the situation you have of getting
17  pushed off the trampoline and hurting your elbow
18  that we haven't talked about today?
19  A.  No.
20      MR. NICESWANGER:  Okay.  Very good.  Thank
21  you, again, for your time.  It's really a pleasure
22  to meet you.
23      THE REPORTER:  Any other questions from
24  counsel?
25      MR. NICESWANGER:  Barry looks like he's

**Page 110**

1  just dying to ask some questions here.
2        MR. CLARK:  I'm going to reserve for
3  trial.  Thank you.
4        THE REPORTER:  Okay.  Then that concludes
5  today.  But before I take us off the record,
6  Attorney Marsh-Blake, would you like the original of
7  the transcript?
8        MS. MARSH-BLAKE:  I just need an
9  electronic copy of it.
10        THE REPORTER:  Noted.  Thank you.
11        And, Attorney Clark, would you like a copy
12  of the transcript?
13        MR. CLARK:  E-Tran only, please.
14        THE REPORTER:  Okay.  Noted.  Thank you.
15        And, Attorney Niceswanger, would you like
16  to order a copy of the transcript?
17        MR. NICESWANGER:  Yeah.  And what -- the
18  way we've been doing it is the defendants split the
19  cost of the original and a copy.  So charge me for
20  part of the original and --
21        MS. MARSH-BLAKE:  Yeah.
22        THE REPORTER:  I will put that in my notes
23  to the home office.  Thank you.
24        And Attorneys Hornbaker and Altenhof (sic)
25  are with you, correct, Attorney Clark?

**Page 111**

1        MR. CLARK:  That's correct.  And so just
2  the -- just the copy to me is fine --
3        THE REPORTER:  Okay.
4        MR. CLARK:  -- an E-Tran.
5        THE REPORTER:  That is correct.
6  Okay.  We are off the record at 11:25 a.m.
7        (WHEREUPON, the deposition of C.E.K. was
8  concluded at 11:25 a.m.)

**Page 112**

1        CERTIFICATE
2
3    I, Andrea Y. Pearce, do hereby certify that I
4  reported all proceedings adduced in the foregoing
5  matter and that the foregoing transcript pages
6  constitutes a full, true and accurate record of said
7  proceedings to the best of my ability.
8
9    I further certify that I am neither related to
10  counsel or any party to the proceedings nor have any
11  interest in the outcome of the proceedings.
12
13      IN WITNESS HEREOF, I have hereunto set my hand
14  this 18th day of July, 2025.
15
16
17        Andrea y. Pearce
18
19        Andrea Y. Pearce
20
21
22
23
24
25

**Page 113**

1  Date: July 2, 2025        Assignment #: 86687
2  Deponent: C.E.K.
3  Case: Kull vs. Habvakus, DO
4
5  ATTORNEY - TRANSCRIPT ENCLOSED:
6  signature of your client is required.  Please have
7  your client make any corrections necessary.
8  Sign the Correction Sheet where indicated.  Forward
9  a COPY of the executed Correction Sheet directly to
10  the attorney(s) listed below.  (The Address(es) can
11  be found on the Appearance page of the deposition.)
12
13  Also, send a COPY of the executed Correction Sheet
14  to our corporation.
15
16
17
18
19
20  CC:  Naegeli Deposition and Trial
21      Kaitlin Marsh-Blake, Esquire
22      Brian Niceswanger, Esquire
23
24
25

C.E K.
86687

July 02, 2025

114 to 115

Page 114

1          CORRECTION SHEET

2  Deposition of: C.E.K.   Date: 07/02/25

3  Regarding: Kull vs. Habakus, DO

4  Reporter: Pearce/Adoyo

5  _____

6  Please make all corrections, changes or

7  clarifications to your testimony on this sheet,

8  showing page and line number.  If there are no

9  changes, write "none" across the page.  Sign this

10  sheet and the line provided.

11  Page  Line  Reason for Change

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20  ____  ____  _____

21  ____  ____  _____

22  ____  ____  _____

23  ____  ____  _____

24          Signature: _____

25              C.E.K

Page 115

1          DECLARATION

2  Deposition of: C.E.K.   Date: 07/02/2025

3  Regarding: DANIEL KULL vs SCOTT J. HABAKUS

4  Reporter:  Andrea Y. Pearce

5  _____

6

7  I declare under penalty of perjury the following to be

8  true:

9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Sheet herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24          Signature: _____

25              C.E.K.

**1**

10  21:13 24:22 27:6
33:9 54:17 95:16

10:00  91:17

10:10  54:22

10:20  54:20

10:21  54:25

11:25  111:6

12  10:16 94:1

**2**

20  22:11 82:22
107:18

2020  102:24

2021  17:11,13 35:14
36:3 42:25 44:25
102:24

2021-2022  39:4

2022  36:3,6 39:22
44:25 46:10 48:15

2024  55:18 57:9
58:17 59:3,13

22  103:3

23rd  17:13

24th  24:6 25:13,25

25  82:22

27th  26:1,17 28:23
30:23

**3**

30  82:22 107:18

**4**

45  40:12 50:21

4th  30:3

**9**

90  32:11

90-degree  28:5,9

9:00  91:17

9:06  6:8

**A**

a.m.  6:8 54:22,25
111:6

ability  65:8

abrupt  15:11

accomplish  48:25
56:1 57:14

accomplishments
76:19

account  85:8

aching  21:5

active  86:23,25

activities  45:4 68:16
81:14,17

activity  67:19

actual  37:25

affects  65:8

affirm  6:11

affirmed  7:4

afraid  106:7

afresh  74:10

age  38:2,16,20
93:24,25 98:8

ahead  46:24

alcohol  104:17

allowed  66:14

Altenhof  110:24

amount  43:20 61:25
101:19

anesthesia  51:16

anesthesiologist
51:4

angle  28:5,9

ankle  100:21

anticipate  79:7

anymore  76:22
89:14

appointment  30:2,8
47:14 62:13

April  57:9 58:17
59:3 108:15

area  48:11 50:19
84:1 98:7

arm  16:3,10 18:2
19:24 20:9 21:3,9,
18 22:15,24 23:2,
11,17,18,21,22
24:2,6,8,11,20
25:10,13,21 26:2
27:19 28:4,8,15,24
29:5,11 30:4,22
31:9 32:6,19,22
33:3,7,22 34:7,11
46:9,16 48:10 52:2,
5,7,11,19 53:2,3,11
54:11 58:18 59:14
60:1 62:4 63:4,10
64:6,8 65:10 66:3,8,
12 67:3 79:16 82:21

83:7,10,17 85:6
99:11,12,21,24
100:9 103:23 105:1

arm's  85:5

arms  102:14,17

army  104:7

asleep  91:15 92:1
103:16

assume  13:13 20:7
59:3

athletes  76:21,22

attached  51:12

attitude  82:15

attorney  6:16 8:6
9:3 75:6,16 110:6,
11,15,25

attorneys  73:21
74:24 110:24

audible  77:14

author  92:5

automatically
101:11

average  94:2 95:11

avoid  64:11 91:10

awkward  23:16

**B**

BA  77:1,3,9

back  12:14 16:24
17:11,17,23 19:5
20:1,15 22:5,7,9,12,
16 23:7 42:11,12
46:4 49:22 50:20
51:1 54:14,20,24
55:3 57:24 58:16
59:24 70:19 79:8,17

82:10 88:3 92:11
93:5 99:10,11 100:4
101:4,5,6,8 108:10

backs 12:17

bad 12:6 52:8 78:10,
13 82:13 100:1
104:13

bags 12:23,24

ball 44:10,11 45:13,
15 64:6 83:1 88:12

Ban 47:18 48:1

barely 7:15

Barry 6:18 109:25

baseball 45:6 87:13,
14 102:19,23 103:3,
4,5,8

based 12:11 80:14

basement 54:2 96:3
97:12 99:17

basements 107:12

basically 102:15

basis 81:18

basketball 35:5 45:5
100:17

bathroom 10:5 52:6
105:18

beat 102:1

bed 15:25 23:15,18,
24 47:1 50:23 51:11
91:7,13,14,18 95:24
99:14

beds 15:17

bedtime 62:9 91:16

beginning 35:25

bend 21:5 23:17,21

26:7,11 32:6 58:20,
22 59:16

bending 23:19
31:13

bends 84:2

Bernard 11:12,14,15
93:3

Bernard's 92:12
93:19

big 82:21 93:23 94:1
100:7

bikes 35:9,12

bit 15:20 20:25
23:20 33:5 50:7
51:6,24 58:22 66:2,
7 67:5 74:3,5,7
76:15 77:23 84:10
88:4 91:1 92:11
93:17 94:2 96:1,7

blacked 51:10

blades 101:9

blame 90:7 108:23
109:5

blanket 50:24

block 79:3

blocking 14:14,16

board 79:24 87:7
96:16

body 32:24

bone 31:16 32:19
33:23 49:20,22
53:11 56:5,9 61:20,
21 62:14 83:13,23
84:15 99:16

bones 58:2,4,7

bony 44:19 46:20

book 92:2

books 92:3

bored 98:2

bottom 101:4,7,8

Bowl 67:19

box 54:3

boys 103:8

brace 59:25 60:11,
14,21 63:9

bracelet 62:5

bracket 38:22

break 10:2,6,10
11:16 46:6 54:13,17
55:4,7 58:2,7

Brian 6:22 75:25

briefly 15:14

bring 50:22

broke 15:17

broken 58:4 61:8

brother 15:23,24
17:22 18:23 19:1,6,
11 20:14 87:8 94:22
97:5 99:17,19

brother's 94:21

brothers 18:25
66:16,20 80:23
81:7,10,12 91:20
94:19

brought 32:6

bruised 26:3

bruises 27:9

bruising 21:8

brush 64:19

BS 77:9

bucket 87:24

buddies 88:12
107:4,21

buddy 88:21 98:18

bump 64:5

bumped 64:3

bumping 63:10

bunch 15:9

bunk 15:16,25 47:1
99:14

Burke 55:11,17,25
56:18,24 61:4,18
62:12 64:10

bus 64:22 94:15

C

C.'s 6:25

C.E.K. 7:4,10

C.K. 6:9,19

calisthenics 37:8

call 7:11 96:2 98:11

called 38:17,18 48:1
67:19,22

camp 11:20,25 12:1,
10 13:1,10 14:2,11,
19 40:18 60:8 90:9
95:7

camping 71:8 90:12,
13

camps 13:20,23
14:24 98:15

canceled 30:8

capital 39:14

car 64:22

Cardinals 87:16

care 23:10 27:19
29:5 56:24

carried 54:4

cast 16:11,13,15,16,
18,22 19:25 52:1,4,
23 60:11

catch 45:15,17
88:13

Catholic 11:12
65:13

Cave 71:16,17

caves 71:23

chair 99:18

challenge 93:1

challenged 92:21
93:20

challenging 92:13

Champion 86:5

chance 80:10

change 28:15 74:6
78:12

changed 21:18

changing 21:21,24
31:8

channel 97:14

charge 110:19

Charity 55:11

Charles 7:16

chatting 108:3

check 28:15 62:14

checked 46:21
50:19

checking 46:21

chest 28:6

child 78:2

Children's 48:10,22
50:5 53:7

chop 106:5

Churchill 87:23

Cincinnati 103:21

circular 51:3

City 48:11

clarify 67:7

clarifying 17:18

Clark 6:18,24 7:18
12:4 32:2 41:12
54:18 83:21 110:2,
11,13,25 111:1,4

class 38:16

classes 68:24

classmates 68:23

clinic 26:5

close 18:1 19:21
28:6 32:9 85:2
94:12

closed 18:1 19:19

closer 43:24 81:10
82:9

cloud 90:21 91:2

club 36:13 38:5 40:7

coaches 14:6

cold 50:25

Cole 103:17

college 70:3 76:25
77:10

comfortable 28:10,
12 31:12 60:17

compete 38:15 68:8,
11 107:23

competition 39:11

competitive 13:15

computer 29:16
66:4

concerned 29:23

concludes 110:4

condition 15:13

conditioning-type
37:9

confusing 9:21

connected 56:18

consistently 27:6

contact 100:11
101:19

contemplating 37:5

continue 77:20

control 89:14 101:1

controller 85:23

conversation 29:19
47:5 56:3,15

conversations
27:17 29:22 30:11,
18 46:19 48:22
49:6,13 50:1 55:24
57:12,17,22 64:9
75:5

cool 11:21 39:10
50:17 70:8,13
71:18,20

copy 110:9,11,16,19
111:2

correct 8:2 15:17
56:25 59:4 110:25
111:1,5

cost 110:19

couch 16:6 20:2

counsel 7:3 109:24

counselor 73:22

couple 8:4 12:17
25:20 26:4 32:8
46:6 73:3 74:22
80:9 109:14

court 8:5,8,21 9:16
31:23

courtroom 8:13

cover 15:11 54:3
86:4

covering 42:18

covers 60:15

Craig 32:2

Cranium 80:1,4,6

cross 66:11

crying 20:3

current 61:7

cut 49:21 57:24 58:7

---

D

dad 20:23 21:17
22:13 27:18 29:23
30:12,19 36:8,15
46:20 48:17 49:14,
15 58:13 78:25 79:3
86:22

dad's 82:3,4 86:19

Dan 6:25

Danielle 6:25

dark 90:21

date 31:5

day  12:12 14:6
  16:12,13 24:24 27:2
  38:11 41:20 50:14
  93:12 94:9 95:11

days  13:2 14:11
  25:20 26:4,15 27:5
  38:10,12 39:1
  53:22,23 54:10
  63:15 72:22 86:9
  95:12

deal  82:13 83:17
  102:6,25 106:9

dealing  90:23

December  35:25

decide  63:23

defendants  110:18

defensive  14:20
  42:13,17

degree  77:1,9,11

degrees  32:10,11

depending  63:16
  95:19

depends  38:21

deployment  48:18

DEPONENT  6:14
  7:21 12:5 13:6
  20:17 21:23 25:7
  26:9 27:14 30:15
  33:16 41:2,13 43:25
  54:15 56:8,11 60:25
  66:19 69:16,19
  70:17 72:18 75:20
  77:6,18 80:4 84:23
  104:23 109:1,4

deposition  7:1,25
  8:8 10:3 15:8 74:23
  75:3,7 76:2,10

Derby  87:21,23,25

describe  12:21

describing  40:18

description  32:14

difficulty  84:5

dinner  86:7 96:10

discomfort  59:14

discussed  63:5

discussing  21:1

discussion  49:24

discussions  58:12

doctor  16:8 22:6,11,
  14 23:8 26:5 28:10
  47:15,25 48:6 49:9
  60:14,20 85:11
  89:15 108:14

doctor's  29:4 62:12

doctors  48:22 49:14
  79:7 82:19 89:11

documents  75:2

door  17:25 19:17
  106:6

Downs  87:23

downstairs  96:3
  97:9 106:12

dressed  64:17

dribbled  44:11

drifting  58:10

drill  12:22

drills  12:11,19,23
  14:14,16,20 40:17
  44:10

drive  72:23,25 94:18

drop  94:16 99:1

drove  99:5

drugs  104:17

dude  80:10

duly  7:4

dumbbells  79:15

duty  86:25

dying  110:1

---

E

E-TRAN  110:13
  111:4

earlier  21:1 40:18
  53:6

early  34:17,21 35:13
  50:14

ears  51:8 86:4

easily  66:24

eat  51:19 86:7,9,16
  96:9,10

eating  64:14

education  76:23

educational  76:19
  98:1,3

educationally  93:1

elbow  32:7 44:22
  59:14,25 63:5 64:3
  66:2 84:2 85:8
  105:25 109:17

elbows  101:20,22
  102:1

electric  35:11

electronic  110:9

embarrass  105:16

emergency  22:3
  23:24 26:16 31:5

end  12:12 14:1
  35:24 36:20 37:17

engineer  70:12,14

engineering  70:20

engrossed  106:3

enjoy  79:7

entered  20:2

entire  62:2

ER  20:23 21:17,18
  26:4

estimate  38:2

evening  24:5

eventually  16:18

exact  43:7

EXAMINATION  7:6
  75:23

examined  7:5

exception  62:25

excited  68:20 69:2,
  6,10,13,17 95:4

excuse  26:8

exercises  27:1 37:9
  98:11

experience  50:8
  73:4 74:13 105:10

experienced  33:6
  55:22

extend  21:5 22:15
  23:21 25:13,14
  26:7,10 31:1 33:3,
  11 58:24 64:8

extended  18:2 31:15
  32:18 33:22 44:18

99:21

extending 22:24 23:1,19 31:13

extent 21:20

extraordinary 76:18

### F

facing 23:3

fair 53:13 56:19 59:18 65:6 73:10, 15,18 80:12,15 82:16 86:12 92:14, 19 101:19,20 105:20

fall 10:21 17:1,10 34:4 39:22 42:25 64:8 91:15 92:1,22

falling 20:9 103:15

families 18:15 81:15

family 78:3 79:23 80:20,21 81:3 86:8, 15 88:17 89:22 96:10 104:7

family's 65:13 88:16

fans 103:8

Fantasy 12:16

Father 65:15

favorite 42:10 67:9, 12 85:19,22

fears 109:10

feel 21:2 35:14 58:20 60:17 65:9 66:11 73:25 74:2, 17,18 90:21,22,23 91:1,4 92:13

feeling 21:21,24 25:24 33:10 91:11

feet 12:24 99:18,20

fell 15:16 19:22 21:2,7,12 45:23 47:1 99:20

felt 21:14 31:12 33:3 44:21 50:12 51:8,24 52:10 54:8 93:20

field 44:11

find 91:9 92:25

fine 17:6 22:12 28:25 29:20 47:10 111:2

fingers 32:7

finish 8:20,23

finished 17:1

fish 87:9 90:9

fishing 90:12,13,14

fit 29:2

fix 47:17

flag 39:21 40:2,14 42:16 44:12

flap 19:18

flat 22:25 23:2 25:14 58:24

flavorful 51:5

flip 17:23 19:5

Florida 81:21

flowers 51:7

fly 81:20 99:7,9

flying 99:6

foam 51:3

folks 77:24 78:1

86:4 94:15 99:1

folks' 76:2

follow 27:18 30:4

follow- 30:19

follow-up 25:21,25 26:17 28:14 31:7 56:23 57:6 61:3

foot 12:22

football 11:20,25 12:16,25 13:10,25 14:2,11 35:4 39:21 40:2,14 41:5 42:16 44:13 45:11 60:8 70:11 72:15,18 82:25 87:19 95:7 103:11

football-style 12:12

footwork 12:23

forced 96:11,13,14

forearm 15:17 17:4

forgot 20:25

Fortnite 85:20 106:13,24

forward 19:23 21:16 62:17 67:7 98:15 108:20

found 20:3 29:2

fourth 41:23

fracture 29:24

fractures 99:23

free 45:21

friend 15:24 18:8 19:4 71:17,25 72:1 78:20 88:16 89:7

friend's 15:22 16:6 17:19,22 18:5 35:7

89:18,20

friendly 108:25

friends 11:23 13:18 18:16 35:2,12 45:9 74:9 77:24,25 78:14,18,24 88:1,2, 5,15 90:8 94:4 95:13 104:11 107:24

frustrated 19:14 73:18

full 7:8 59:17

fully 18:1 19:19 33:3 66:2

fun 12:2 42:2 76:2 105:11

fussing 7:16

future 82:16

### G

game 12:12 14:22 35:8 36:21 37:17 41:20 80:7 85:19 87:13,19 96:12,16 106:6

gamer 85:17

games 35:2 36:22 41:6,16,19 43:13, 19,21,25 45:1 65:23 66:1 68:7 71:7 72:15 79:24,25 85:16 87:7,18 88:13 91:12,15 95:14,20 96:4,9 97:19,22 105:17 106:3,9,13, 15,23 107:6,13,20, 21

gas 51:6

gave 22:14 51:15 61:20

general 34:10 93:15

generally 52:15 63:21

get along 81:6

girls 96:23 97:6

give 6:12 50:24 51:5 52:4 61:18

giving 9:8

go- 88:18

go-kart 89:6,14,21

go-karting 89:24

go-karts 89:17

goal 48:23 79:12 100:25

good 8:19 9:7,19 10:12 12:16 32:14 36:9,12 39:9 42:4 50:16 61:10 62:24 65:2 68:14 69:23,25 70:20 78:10,12 80:2 85:21 86:6,20 87:2, 17 89:7 102:1 104:13 106:17 109:20

grab 103:13

grade 11:8

graders 41:23,24,25 42:6

grades 69:23

grandma 82:8

grandparents 81:21,25 82:2

great 9:19 10:1 55:7 76:13,23

green 100:22

ground 101:1,10,23

growing 81:1

grown 76:12

growth 61:21

guess 14:10 37:7 95:6

guy 48:1 76:18 102:13

guys 18:19 35:3,9 36:22 45:10,20 56:18 71:1,12 72:14,23 74:25 75:9,19 81:12,17 83:19 86:16 87:2,6, 9 88:7 98:22 102:16

H

Habakus 6:21

half 31:11 34:13,16 37:1 54:11 93:2 104:1 108:14

halfway 99:1,3

hand 6:10 24:10 31:14,20 33:21 44:17,19 65:16 83:1 84:6

handling 44:10

hang 80:20 96:18

hanging 90:21 99:18

happen 8:4 15:8 41:8 58:11 100:19

happened 16:5 17:12,16 19:23 20:5,21,22 21:1

23:14 49:16 73:14 103:23

hard 28:1 31:22 66:8 73:8

harder 78:17

hardware 55:17 108:6

head 7:17 9:10 12:5 19:11 27:10 30:10 40:23 51:3 60:22 65:16 74:21 76:3 84:18 93:22 99:21 102:16 104:19 105:21 106:5

headphones 107:7

heal 61:19

healed 56:5,9 85:5 99:17

healing 61:7

heals 61:9

health 62:15

hear 7:16,17,24 75:19 77:17

heard 8:5 56:2 61:17

hearing 12:7

heart 51:11

heels 62:18

held 19:24 53:3

helping 61:19 73:25

Hey 32:2

high 13:4,6 94:21,22 97:1

hiking 71:13

hip 53:11 54:10

history 15:14 55:8 93:16

hit 64:6 99:21 102:16

hitting 42:21 63:10

hold 52:2,5,7 58:11 83:1 89:16 93:5

holding 12:25 52:19 99:19

holds 82:16

holes 12:24

Holy 10:22,23 65:15 94:6,7,13,20

home 13:11 20:15 23:11,24 48:18 79:16 86:20 98:10 110:23

hometown 39:15

honest 102:13

hope 58:13

hoped 56:1 57:14,19

hopeful 58:14

hoping 48:25 49:10

Hornbaker 110:24

horse 87:22

horsing 65:4

hospital 20:23 49:3 50:13,15,23 51:11 55:14

hour 22:5 37:1 54:13 104:1 105:12

hours 62:1 73:1 109:14

house 15:22 17:19 18:5 20:2 35:7 54:1,

2 72:11 81:13 88:8 89:1,18,20 94:12

hurt 21:20 23:20 52:12,20 53:2 65:10 66:13 99:12

hurting 24:13,21 26:2 44:21 59:11 99:11 109:17

---

**I**

ibuprofen 25:2 26:18

ice 25:10 26:21

idea 34:10 70:8

ignore 33:13,17

Illinois 72:4,12 98:23 99:4,7,9

image 29:15

imagine 19:18

imaging 56:23

impression 86:10 92:12 107:12 108:8

improvement 58:17

inches 32:8,13

incident 105:20

include 31:4

information 92:17

injured 73:8

injuries 105:2

injury 44:24 85:8

inside 19:12 32:22, 23

instance 60:8 75:1

instructions 61:19

instruments 70:22

interested 70:10 71:5

interrupt 106:7

involved 39:21

Iowa 100:7

issues 17:3,4 46:15 64:17

I'm 12:6

---

**J**

Jackpot 45:11

January 55:17

job 8:19 9:7 69:25 76:13,23

jobs 70:9

join 69:11,16

judge 8:13

July 46:10,14

jump 21:16 46:4 76:5

jumped 16:2

jumping 15:25

June 95:6

junior 97:1

---

**K**

Kaitlin 6:20

Kansas 39:14 48:11 78:25 82:10

kart 88:19

Kentucky 10:14 53:8 55:10,12 56:24 61:4 71:16 78:17

kick 91:18

kid 38:16 79:2 93:23 94:1 107:10

kidding 103:8

kids 68:9,25 76:19 93:24 96:17 107:13

kids' 107:11

kind 12:1,20 13:13 15:8,12 17:16 19:18,23 20:7 21:4 22:17 24:1,11,19 25:13,15,18 26:24, 25 27:4 28:1,8 29:13 30:23 31:4 33:22 34:10,24,25 35:4,14,24 36:3,22 37:2,7,10,15,20,21, 24 39:4,20 40:13, 17,21 42:17,24 44:8,18,24 45:3,4, 10 46:4,6,8,20 48:23 49:5,16,18 50:8 51:13 52:15 53:6 55:8 56:18,23 57:11 59:25 60:11, 12 62:5 63:13,16,21 65:6,22,24 66:1,25 67:8,22 69:10 70:9, 13 71:4,12 73:5,13, 17,18 74:3,14,16 76:10 78:2 79:2,21 81:19 82:12 84:1 85:4 88:2 90:10 91:8,14 92:3,4 98:3, 4 99:21 102:3 103:3 106:8 107:14 109:2

knew 19:10 68:22

knock 106:5

knowledge 80:15

Kull 6:25

---

**L**

lab 69:6

ladder 16:1

lady 85:12 86:6 103:17

laid 16:6

land 19:11 64:8

landed 16:3 18:3 99:22

laps 13:15 37:14

lasted 52:17,18

late 95:19

Lattanza 56:19,22 57:2,9,13,18 64:10

laughing 109:3

lawyers 109:11

laying 83:9

league 40:6 43:14

leagues 45:1

lean 43:24

learning 68:21

leave 62:2 106:3

leaving 78:17 104:11

left 23:21,23 24:10 52:20 65:16

letting 8:19

level 26:10 31:10 53:4

levels 68:24

library 85:11,12
  103:21

life 81:11 90:24
  96:15

lift 51:2 52:4 66:8

lights 91:23

limited 63:13

list 87:24

litigation 73:7

live 72:4 82:7

lives 72:12 82:8

living 10:13

lobby 22:17

long 13:1 14:12 31:2
  36:25 40:11 52:16
  53:20 54:7,16 59:9
  60:17 65:3 72:21
  76:14 79:7 93:24
  103:25

looked 29:10,11,20
  47:15 48:6 75:2

loose 28:5

lot 33:5 42:20 52:12,
  20 76:5,21 79:21
  80:15 85:4 90:16
  100:8

loud 7:18 12:4 41:12

Louis 78:21

Louisville 11:1,6
  87:17

lunch 96:9

lunchtime 96:7

M

mad 73:14,17

made 28:2 30:8 93:7
  99:19

make 9:16 19:10
  37:12 40:15 58:8
  61:17 74:9,17 78:18
  91:10,18

making 28:1 40:22
  66:10 88:2

Mammoth 71:16,17

man 76:11

Manhattan 36:13
  38:4

March 59:24

Marsh-blake 6:20
  7:7,22 11:5,7 12:8
  13:8 20:18 22:1
  25:9 26:12 27:16
  30:17 32:4 33:19
  35:20,22 37:4,6
  41:4,15 44:4 54:12,
  16,19 55:2 56:13
  61:2 66:21 69:20,22
  70:18 72:20 75:13,
  21 83:15 109:6
  110:6,8,21

master's 77:11

match 38:17,18

matched 107:25

matches 37:25
  38:19

math 67:10,11
  108:15

matter 7:13,21

meals 86:15

means 8:9 77:2,7

medical 15:13,14
  25:19 30:2 46:5,7,8,
  15 47:23 55:8 63:3

medicine 25:1

meet 38:13 76:17
  78:6 99:1,3 109:22

meeting 103:16
  104:10

meets 38:4,9,11
  100:18

memory 29:8
  101:18

Mercy 48:10,23 50:5
  53:7

met 57:2,5,6 59:24
  76:1 94:10 103:21

metal 56:11 58:1,3

microphone 32:3
  43:24

mid- 35:13

mid-march 36:6

mid-november
  34:17,21

middle 33:1 91:15
  97:3 106:6

mind 29:14 83:6,11

mine 10:3

Minecraft 106:16,24

mini 36:24

Minnows 36:24

minutes 22:11 40:12
  50:21 54:17

missed 37:3

misses 86:15

mobility 17:4 84:9

modified 65:22

modify 14:13

mom 25:20 27:18
  29:23 30:12,19
  46:20,25 49:4,14,
  15,16,20 52:5 56:2
  57:23 58:5,13 63:25
  64:7,12 82:19
  89:11,13 99:4

mom's 82:3,5

monitor 51:11

month 14:1 31:12
  34:12 43:8 72:8

monthly 81:18

months 16:17 34:17

morning 50:14

motion 25:16 27:1
  46:22 59:18

Mount 10:14,25

mouse 66:5,7

move 12:24 22:15
  24:11,20 28:2 46:24
  75:18 78:14

moved 51:16 52:11
  53:8,23 55:10 78:3,
  16 99:20 104:6

moves 36:20 37:16,
  20

movies 71:7,10

moving 33:7 78:11

museums 71:8

mute 32:2,3

mystery 92:4

**N**

name's 75:25 88:22
names 97:2
National 71:16
necessarily 13:14
needed 27:22 28:11 52:3 74:18
needing 27:18
neighbor 18:14 96:21
neighbor's 18:12,13
neighborhood 35:3 45:6 96:18
neighbors 96:23
netting 19:19
nice 104:10,11
Niceswanger 6:22 7:15 11:3 12:6 26:8 33:15,18 35:19 69:18,21 75:14,24, 25 77:8,21,22 80:5 83:16,22 84:25 104:25 108:23 109:2,5,7,9,20,25 110:15,17
night 23:16,18 24:5, 19 25:13 61:23 71:11 87:12
nights 91:14
nod 9:11
nods 12:5 27:10 30:10 40:23 60:22 74:21 76:3 84:18 93:22 104:19

105:21
non-contact 11:20, 24
normal 29:11
Norton 55:14
Noted 7:2 110:10,14
notes 15:9 110:22
notice 21:7 27:8 31:8
noticed 31:13,15,19 32:17 33:11,20 34:7 58:17 85:7
November 35:14,24 42:24 44:25 48:15
number 77:24,25
nurse 22:6 28:18,22 29:3,14,19 30:24 31:7,18 32:18 46:13

**O**

oath 8:9 55:5
objection 9:3
October 30:3 40:5 42:24 108:16
office 27:19 110:23
Ohio 82:8
older 19:1,11 78:17 81:1,9 87:7 94:21 96:22,25
oldest 97:4
one's 96:24,25
one-day 13:25 14:2 38:9
ongoing 59:13

online 107:13,24
open 52:1
operating 50:25
opponent 100:13,20
opponent's 100:9
order 110:16
organized 42:24 45:4,8
original 110:6,19,20
orthopedic 47:25
outdoor 90:9
outdoors 88:17
outgoing 86:11
outwards 58:10

**P**

pain 17:4 21:4,6,12, 13,14 22:9,21 25:1 26:10,18 27:5 31:10 33:4,6,13,16 52:8, 13,16 59:1,4,6,13
Pain-wise 53:18
painful 53:14
palm 23:3
pals 107:18
parents 6:25 16:7 18:23 20:3,4,12,22 22:13 28:14 29:17 33:24 34:6 45:25 51:1 53:6,25 57:18 61:14 63:12 65:14 73:6,18,20 75:8 82:5 91:17,25 94:18 98:20
Park 71:16

parking 50:16
part 104:6 110:20
participate 34:13 63:15 68:15
participated 44:13
participating 44:20
partner 37:21
parts 78:10,11,12
pass 34:25
passed 25:20
past 63:8 68:15 69:23 89:17
pause 75:22 83:11
PE 34:13 63:13,18
penalty 6:11
people 17:20,21 36:12 38:21 45:12, 14 47:24 75:6 77:10 78:6 94:7,10 104:10 107:23
perform 57:19
period 26:20 34:25
perjury 6:11
person 8:22 101:1, 3,5,6,7,8,10,17 107:25
phone 83:13,18
phones 83:19
physical 16:23 17:1 46:10,14,19 47:8, 12,23,24 62:21 63:7 79:15 103:11
physically 35:15 107:17

physics 70:7,8,10 98:4,5,6,9,11

pick 54:14

pick-up 35:4

picture 29:14 82:21, 23 83:14 84:20

pictures 75:2 83:19

pillow 15:25 51:3

pin 101:10,24 102:8

ping 107:11

place 43:3 48:9 49:21 57:25 58:9 92:25

places 60:6

plan 76:24,25 77:1

planned 13:23 15:5

planning 95:9 98:20,21 103:2,6

plastic 59:25 60:13 61:11,12

plate 58:9,11

plates 56:4,8,11 58:1,3 61:9 62:18

play 34:22 35:2,8 36:21,22 37:17 41:21 42:1,7,8,10, 13,23 43:2,13 44:5 45:8 65:3 70:22,24 79:24 82:25 87:7 91:12 96:4,12,16,22 106:13,20,25 107:1, 3,11,13

played 18:19 39:24 41:6,17,18,19 43:1, 19,21,25 44:1 45:9 72:15,18 95:19

player 70:11 100:17

players 14:7

playing 12:13 13:13 35:1 40:16 45:5 65:23 88:12,13 91:15 96:9 105:17 106:9 107:6,20,21 108:3

plays 40:15,22

pleasure 76:17 109:21

point 33:2 49:8 56:17 76:21 103:4

pointing 84:1

points 100:10,22 101:17 106:8 109:3

poking 32:19 44:19

pong 107:11

pool 11:22 13:11 65:3 80:20,23 87:3, 5 96:8,12,13,14 107:11

position 12:11,13, 20 19:24 22:23 23:16 24:2 42:7,9, 10 44:5

positions 22:8,20 42:14,17

positive 82:15

post 20:24 21:17 43:3 47:20

post-surgery 59:6

practice 36:19,20,21 37:25 40:9,14 44:8 68:6

practiced 36:16 37:16

practices 36:25 37:9 40:6,11 43:9

practicing 37:19 40:21

practitioner 28:18, 22 29:3,14,19 30:24 31:8,19 32:18 46:13

pray 65:15

precaution 85:5

prefer 7:11

prepare 75:3

prescribed 60:14,20

prescription 61:20

presence 75:6

present 7:1 107:17

pretty 11:1,5 14:4 36:9 39:8 53:13 64:7 73:8 80:10,17 82:15 86:11 87:17 93:11,23 94:1 99:16 102:1

previous 105:1

primary 27:19

prior 11:11 15:13 67:6,8

private 22:17

privileged 74:25

problem 51:22

problems 16:21 27:23 64:13

proceed 7:3 55:1

proceedings 75:22

process 51:13

professor 98:5

program 41:5 70:20 87:17

progressing 74:4

projects 98:10

protection 60:4,5,20

protective 59:25

provider 46:9,15

providers 63:3

PS3 106:12

PS5 96:4 97:9,12

public 60:6

pushed 17:25 19:15 20:9 73:17 79:18 109:17

pushing 17:24 42:20

pushups 37:8

put 8:9 16:15 29:16 49:22 50:22 51:2 52:11 53:11 57:24, 25 58:3,9,11 60:15 66:2 83:12 110:22

putting 22:25 23:2

Q

question 8:20,24 9:21 10:9 37:3 70:21 109:13

questions 12:18 17:18 46:6 70:2 73:4 74:22 75:14,15 76:6 103:24 109:23 110:1

Quick 67:20,21 69:11,16,19,20,21 71:6

Quiz 67:19

R

race 87:22

radius 57:24 58:7,8

raise 6:9

random 97:16
  107:25

range 25:16 26:25
  46:21 59:17

rank 86:4

ranked 86:1 106:18

ranking 106:21

ranks 106:19,22

rate 21:12

read 9:12 67:16
  91:22 92:1,3,7

reading 67:14 76:9

ready 74:23 75:7

realize 82:19 84:13
  85:4 86:14

reason 60:19 92:24

rec 11:22

recall 21:11 24:20
  30:11 32:5 55:20
  57:12 67:20,21
  69:11,17,19,20,21
  71:6

recent 58:14

recently 60:9

recess 54:23

recollection 100:8

record 6:7,24 7:9
  8:7,22 39:6 54:21,

24 55:3 110:5 111:6

recorders 71:1,2

records 25:19 30:2
  46:7 47:23 80:8

red 100:22

ref 100:22

reflect 6:25

refresher 8:7

regular 81:17

relationship 80:25
  81:2

reliever 52:13

rely 38:14

remember 8:17
  15:19,21 16:4,14,21
  17:3,7 18:4,15,22
  19:25 20:11 21:10,
  14,20,21,23 22:2,4,
  23 23:3,9,12 24:4
  25:3,7,15,17 26:1,3,
  6,9,15,19,22 28:13,
  17,21,24 29:7,18,
  21,25 30:6,18,21
  32:9,10 33:10,25
  34:2 37:10 39:12
  41:16 43:7,12,18
  44:23 45:2,3 46:14,
  19 47:3,4,9,11,13,
  14,19 48:5,8,12,21
  49:8,12,19,23 52:8,
  16 53:8 54:7 55:23,
  24 56:14 58:5 85:12
  103:17,19

remind 11:10 19:2
  60:3

removal 55:17

removed 108:6,9,
  10,13

repeat 7:19,20,24
  13:5 21:22 30:13
  43:23 56:7 66:18
  69:14 77:5 80:3

rephrase 9:23 59:2

report 85:15 86:7
  104:15 105:14

reporter 6:7,15 7:2,
  19 8:6,8,21 9:16
  13:5,7 20:16 21:22,
  25 25:5,8 27:12,15
  30:13,16 37:3 40:25
  41:3 43:23 44:3
  54:21,24 56:7,10,12
  60:24 61:1 66:17
  69:14 70:16 72:17
  77:4,16,19 80:3
  84:21,24 104:21,24
  105:22 109:23
  110:4,10,14,22
  111:3,5

reporter's 31:23

represent 6:17,18,
  21

reserve 110:2

respond 95:25

response 9:8 77:14
  84:21

responses 77:17

rest 51:3 81:11

restrictions 63:7

result 57:19 58:14

results 39:5

retain 80:17

retired 86:19

ride 35:9,12 94:15

ringing 51:9

risk 64:3

Roblox 106:25
  107:2

robotics 69:4

rode 35:11

roll 101:23

rolled 102:10

room 9:4,10 15:23
  22:3,4,10,17 23:7,
  24 26:16 29:15 31:5
  49:2,6 50:20,25
  91:19,20,21 97:9,10

rotating 63:19

roughhouse 66:16,
  19

rude 9:15

run 37:12,14 44:9
  64:24

running 12:14,17
  42:11,12

runs 101:16

S

sad 91:8,11

Saint 13:4,6 14:8

same-day 50:16

save 18:2

scale 21:13 24:21
  33:9

scared 16:2

scars 61:15 63:1

scheduled 30:3
  108:12

school 10:18,20,22,
23 11:10,12 13:4,6
14:25 24:24 34:14
60:6 63:8,9,13 67:6,
8,19 68:1,3,10,15,
16,19,20,21,24
69:3,9 79:22 80:8
92:10 94:5,21,22,25
97:1

schools 10:17 68:9,
11 74:6 78:5,13
92:22,25 94:23

scooter 35:11

score 100:22

scout 14:6

screen 29:16

scrubs 50:22

season 35:24 36:2,
9,19 39:4,18 40:3
43:4

seatbelt 51:2

seconds 101:9

secure 58:2,3

send 83:19

sense 80:8 90:20
108:20

sensitive 105:15

September 17:11,12
24:5 26:1 28:22
30:23 46:13 108:16

service 77:25 78:1

seventh 11:9

shadowed 94:9

shake 9:10

share 91:19

Sharks 36:24

short 55:4

shot 106:8

shoulder 31:14,20
32:8,13 33:12,21
35:18,21 44:18 53:3
65:17,18 84:6,16
85:2,7 101:9

Shove 80:23

shoved 81:4 83:24
90:5

show 83:12,23
84:13 85:1

showed 22:13 29:15
33:24 34:6 46:25

shower 52:6

showered 64:16

showering 52:3

sic 92:12 95:6
106:12 110:24

side 52:5,11,21 82:3

sign 66:11

sit 14:12 93:25
95:24

sit-ups 37:8,11

sitting 9:9 22:4 54:2
82:14 85:1 95:6

situation 109:16

situations 108:2

sixth 41:24,25 42:6

sizes 29:2

sleep 23:16 24:2
62:9,10 91:8,13,23
92:7

sling 22:14 23:9,13,
19 24:6 26:13
27:22,23 28:15
29:1,6 30:25 31:2
34:12 52:22,24,25
53:1,2 60:12

slowly 37:22

small 27:22,24 28:3

smart 80:10

smarter 92:18

smartness 68:25

smelled 51:6

soccer 43:1,2,13
44:12 63:20 64:24
102:12,13,15,17
103:9

social 67:13 93:3,
14,17

socialization 107:19

somebody's 101:23

Son 65:15

son's 85:21

sons 106:5

sore 27:20,21

sound 34:18

sounds 10:12 19:13
23:23 24:13 27:4,8
31:17 34:16 35:23
37:15 44:12 48:17
53:5 56:17 57:8
59:16 62:16 63:8
65:2 67:18 73:12,21
85:11 86:16 89:7
100:3

Speak 41:12

speaker 107:7,8

special 61:18

specific 29:18 49:17
55:20

specifically 58:6

Spirit 10:22,23
65:15 94:6,7,13,20

split 52:1 110:18

sport 35:1 39:20
102:11

sports 42:24 44:13,
20,24 45:9 46:10,
13,18 47:7,12,23,24
63:19 65:7,8 66:10,
14 71:6 73:10 79:6
87:17 100:4 103:11

spring 36:3 43:5
102:11

St 11:12,13,15 78:21
92:12 93:3,19 94:5

stairs 54:6

standing 100:24
101:4

start 14:25 21:19
40:4 52:19 74:10
91:11 100:23,25

started 8:8 17:24
20:1,3 40:3 51:8,9
55:11 73:22

starting 68:18 74:2

starts 35:24

state 6:16 7:8 38:23
39:2,8,11 70:19
102:4

states 38:12

stationed 78:21,24,
25 82:10

status  61:7

stay  28:4 65:8 72:21
    81:21 83:5

staying  26:6,9

step  62:18 77:15

sticking  33:23
    83:13,24 84:15

stimulates  61:21

stimulator  61:21

stinging  21:4

stomach  53:2

stop  17:22 19:5,8

stopped  59:11

stopping  19:12 20:8

store  82:16

straight  24:17 83:10
    105:12

straighten  24:7
    26:25

straightening  85:6

strength  16:24
    108:10

stretch  83:10

stretching  27:1

struggling  73:13

studies  67:13 93:3,
    14,17

study  70:6

stuff  12:9 45:10 51:9
    52:10,19 64:25 71:8
    73:7 79:22 80:17
    82:14 90:9 97:16
    102:16 103:23

subject  93:15

subjects  67:9

suburb  39:13

sucks  42:8

summarized  74:16

summer  11:15,19
    13:9,20,21,23 14:24
    15:3,5 40:19 71:19
    72:7 81:16 95:9
    98:15 103:3,10

supposed  63:22

surgeries  50:5,9
    51:21,25 52:9,15

surgery  39:25
    41:17,20 47:17
    48:7,14,24 50:2,10,
    15,16 51:14,15
    53:7,22,24 54:9
    55:16,21,25 56:22
    57:5,7,8,14,18
    58:16,22 59:3
    61:11,13 62:25
    82:13 84:10

surgical  50:19

suspected  61:16

swell  21:19

swelling  21:8 27:9
    31:9 52:2

swim  65:3

swimming  11:22
    13:10

switch  15:7,11
    97:10

switching  10:17
    92:22,24 95:2

swollen  26:2

sworn  8:9

---
T
---

table  51:2

tackle  14:23

tag  36:24

taking  26:18

talk  7:18 8:3,24
    11:22 15:12 17:10
    29:4 35:7 46:9 67:5,
    6,7 75:9 92:11
    104:5 107:13
    109:11

talked  20:12 22:13
    44:16 49:15 65:7
    66:10 71:5 74:24
    75:8 79:21 85:11
    95:7 100:6 103:22,
    25 105:8,9,11,13,16
    109:18

talking  8:22 13:17
    18:22 28:14 39:16
    53:6 54:12 58:5
    60:13 73:6,20,22
    75:17 80:9 82:21
    104:3,16 107:8,20
    109:14

taller  94:2

teach  93:8

teacher  93:4,14,18

teachers  92:19 93:3

teaching  92:19

team  12:16 41:18,
    22,24 42:5,8 44:2
    69:11,17,18 87:14
    100:23

teams  41:6,19
    43:16,21 44:1

Techs  97:23

teeth  64:19

telling  20:12

tells  93:11

terms  79:6 82:12
    85:23 88:1

terrible  93:4

test  24:7

tested  29:1

testified  7:5

testimony  6:12
    104:16

testing  24:20

tests  105:7

that'd  8:12

that'll  15:7

That's  51:20

therapy  16:23 17:1
    62:21 79:15

thick  62:5,6

thing  9:4 10:8 12:1
    13:25 30:1 32:16
    38:10 44:19 46:21
    55:9 57:11 60:13
    62:5 73:14 74:4
    76:20 78:13 80:7
    86:20 89:5 90:2,10
    92:10 99:19 100:13

things  8:4 12:2 29:5
    34:6,13,24 40:13
    58:6 63:18 64:10
    65:9,12,21 66:10
    70:9 71:4 73:23
    76:15 78:13 81:18
    82:20 85:4,7,16
    88:9 89:9 90:19

92:4 97:19,21 98:4,
10,11,14 100:21
105:4,13

thinking 48:2

thought 70:22 103:7

thoughts 70:5

throbbing 52:10

throw 51:17

thrower 45:18

thrown 45:13,14

throws 45:12

tied 100:21

Tienderen 47:18
48:2

tight 28:6

time 7:23 8:22 9:2,9
10:1 14:5 15:8
16:25 26:5,13 33:10
34:25 35:1,13 40:4
42:1 45:21 46:8
51:16,17 59:23,24
61:25 62:2 73:13
75:17 76:6 77:15
78:15 84:14 86:17
91:3 95:15 98:5
99:4,15 101:16
109:15,21

timeframe 34:20

timeline 55:10

times 36:16 40:10
50:18 57:5 76:21
80:9 100:8

tired 10:5 66:24
91:25

today 7:11,23 8:4
9:21 10:3,15 63:5
65:7 75:3,7 82:14

85:1,3 108:25
109:18 110:5

today's 107:19

told 20:8,21 23:10
25:12 27:21 36:8,15
47:16 49:3,14,16,
17,20 56:4,6,8
57:23,25 63:12
75:10 76:20 82:20
89:11 98:16 99:14
105:4

ton 17:20

tons 103:24

top 15:24 101:6,11

Topeka 39:13

topic 15:11

topics 15:7

total 50:5

touch 31:14,19 32:7
33:12,20 35:18,19,
20 44:17 65:16,17
78:23 84:16 101:10

touched 76:16

touching 31:24
84:5,6 85:2,6

tough 88:2 96:15

tours 71:22

town 76:1 87:12,14
100:7

track 89:21

traditions 81:19

training 12:1,10

trampoline 17:2,10,
20,21,23 18:11,12,
14,17 20:19 45:23
46:1 79:19 81:4

83:25 88:18 89:3,13
90:2 102:6,25
105:19 109:17

transcript 9:13
110:7,12,16

transcripts 92:16

transferred 79:3,4
88:3

travel 15:2,5

treated 79:10

treatment 46:5
56:22 61:3 62:17
74:4

trial 110:3

trivia 80:7,14

trivia's 80:14

trivia-based 67:23

trouble 46:3

true 86:8,17 105:18

truth 6:13 7:5 8:10
75:10

turn 91:23 96:3
108:9

turned 101:8

turns 62:1

twist 66:3

Tylenol 25:2 26:18

type 26:23 31:8
66:5,6

U

uh-huh 9:11

uh-uh 9:11

ulna 58:10 61:8,19
62:17

unable 53:21

uncomfortable 24:1
27:25 74:17

understand 8:10
9:22 23:5 28:18
29:10 55:4 76:6
81:10

understanding
15:15 17:12 25:18,
24 30:7 34:3 38:3
39:17 46:7 56:21
61:6 62:16 64:1
73:5

understands 9:16

unusual 81:9

V

Valor 6:23

Velcro 62:4,6

vent 7:17

verbal 9:8 40:25

verbally 104:22

video 35:2 65:23
66:1 71:7 72:15
85:16 88:13 91:12,
15 95:14,19 96:9,12
97:19,22 105:17
106:9,23 107:6,20

videos 98:1,3

Vincent's 94:5

visit 25:21,25 26:4,
17 28:15 29:4,9
30:24 31:7,18 32:17
57:4 72:9,10 80:10
88:7 98:19,22,25

visits 62:12

voicemail 83:18

volleyball 63:20
64:5

---

### W

waited 50:20

waiting 22:4 50:20

wake 51:11 95:13

walk 10:4 53:15,21,
23 54:3 109:12

walked 50:18 51:17

walking 20:1 37:21
54:5 55:8

wanted 28:4 52:21
79:9,18 93:20

wanting 28:8

warned 97:5

Washington 10:14,
25

watch 95:24 96:4
97:14

watching 71:10 96:1
97:18 101:18

wear 31:2 50:22
52:22,24 60:9,12,16
63:9

wearing 26:13 29:6

website 93:10,11

week 30:4,23 36:16
40:10 41:9 52:18
54:11 68:6,7 71:11
81:22

weekend 38:24
41:10,11,14

weekends 38:7

weekly 81:18

weeks 31:3,18 32:17
59:10,11 62:14

weight 38:16

weird 9:21 15:10
24:2

what'd 72:14 75:9
104:9 105:10

When's 102:22

winning 39:6

wins 101:11,17

winter 36:3

Wonderful 6:15

words 17:16 76:12

work 38:10 61:25
70:11 76:22 79:14,
15 92:8 93:7,12

working 85:23

works 100:16
107:15

world 80:15 107:19

worst 21:13 53:16

would've 24:5

wrestle 36:2 39:1

wrestled 36:6

wrestling 34:4,7
35:24 36:9,13
37:22,25 38:4,15
39:17 44:12 100:6,
8,17,18 101:18
102:2,11

wrestling's 100:7

wrist 58:9 60:15,16,
21

wristband 100:21

writing 31:23

wrong 47:16

wrote 85:15 86:7

---

### X

X-RAY 22:7 47:15
48:6

X-RAYS 22:13,20
28:24 29:8 56:23

Xavier 13:4,6 14:8

Xbox 97:9

---

### Y

Yale 56:19 59:20

yard 72:16,19

year 10:18 11:11
14:25 36:5,9 39:11
44:14 45:5 55:18
63:8 67:6,8 68:1,12,
13,14,15,18 69:23
81:20 96:21,24
99:24 102:20,22
108:14,16

yearly 81:18

years 17:2 78:6,7,16
81:2 96:25 107:18

young 70:1 76:11

younger 15:16
19:25 94:22 96:24,
25

youngest 85:21
97:3

youngster 76:10

Youtube 95:24 96:1,

---

4 97:13

---

### Z

zipline 88:18,20,25
89:16

zipper 19:20

zoo 81:16

---