Exhibit
C

# LaRae M. Copley, RPh, MD, PhD
LaRae.Copley@copleymedicalconsulting.com



EXHIBIT
Copley Depo
2

## EDUCATION

2006    **Doctor of Medicine**, *cum laude*.
The Ohio State University College of Medicine and Public Health.

2004    **Doctor of Philosophy.**
The Ohio State University, Molecular Cellular and Developmental Biology.

1997    **Bachelor of Science**, *magna cum laude* with Honors & Distinction.
The Ohio State University College of Pharmacy. Specialization in medicinal chemistry.

## LEADERSHIP

July 2022-
June 2024    **Medical Director,** Providers for Healthy Living, LLC
HR supervisor to a team averaging 10 mental health prescribers in a multidisciplinary private outpatient mental health practice in Columbus, Ohio. Providing consultation daily for NPs and PAs. Reviewing clinical quality across patient caseloads and facilitating weekly case conference. Providing psychiatric treatment for my own outpatient caseload.

Feb 2022    **Founder, Consultant,** Copley Medical Consulting, LLC
Providing case reviews and expert medical opinions for psychiatry. Developing and delivering continuing education programs for multiple mental health disciplines to the community.

2014-2022    **Chief of Psychiatry,** The Ohio State University, Counseling & Consultation Service
Liaison between the Psychiatry Team and Leadership Team.
Development of Psychiatry Intake System.
Liaison to Student Health Services. Dept. of Psychiatry and College of Medicine.
HR manager for the Psychiatry Team.
Onboarding of new psychiatrists joining our agency.
Chair for multiple Psychiatrist Search Committees.
Psychiatry Resident Training Coordinator.
Development of Animal Assisted Activities Program at CCS.
Training Committee. 2011-2022.
Clinical Services Committee. 2012-2022.

LaRae M. Copley, RPh, MD, PhD

---

## CLINICAL EXPERIENCE

July 2024-present  **Forensic Psychiatry Fellow,** The Ohio State University, Department of Psychiatry.

2020-present  **Psychiatrist,** Providers for Healthy Living, LLC
Providing outpatient psychiatric services for adults and adolescents.

2011-2022  **Senior Staff Psychiatrist,** The Ohio State University, Counseling & Consultation Service. Provided outpatient psychiatric services for the student population.

2010-2011  **Child and Adolescent Psychiatry Fellow,** Nationwide Children's Hospital. Chief Fellow, 2010.

2006-2010  **General Psychiatry Resident,** The Ohio State University, Department of Psychiatry. Chief Resident, 2009-2010.

2009  **Psychiatrist,** Concord Counseling Services.
Contracting adult psychiatric services in the community mental health setting.

2009  **Psychiatrist,** MedCentral Health System.
Contracting adult psychiatric services in the community hospital setting.

1997-1999  **Pharmacist,** Nationwide Children's Hospital.
Emphasis on patient and family counseling in the pediatric setting.

1995-1997  **Pharmacy Intern,** Pharmaceutical Care Clinic, The Ohio State University.
Emphasis on patient care and counseling.

1994-1995  **Pharmacy Intern,** National Rx Services.

## LICENSES

State Medical Board of Ohio, 2009. Active. License number, 35.093162
State Board of Pharmacy, Ohio. 1997. Active. License number, RPh.03122532-1
Drug Enforcement Agency, 2009. Active. FC1312014, XC1312014

LaRae M. Copley, RPh, MD, PhD

## CERTIFICATIONS

Diplomate, American Board of Psychiatry and Neurology, General Psychiatry

Diplomate, American Board of Psychiatry and Neurology, Child & Adolescent Psychiatry

Board Certified, American Board of Addiction Medicine.

## TEACHING EXPERIENCE

2009-2024   Department of Psychiatry, The Ohio State University, Wexner Medical Center
- PGY3 Cohort Facilitator (2023-2024 academic year)
- Case Studies: Clinical Psychopharmacology for PGY1-2 (2022)
- Psychodynamic Supervisor for PGY3 residents (2019-2023)
- Supervising Residents in College Mental Health Clinic (2017-2022)
- Athletics Training 635: Guest Lecturer for 2009-2022. "The Use of Psychiatric Medications in Athletes."
- Clinical Psychopharmacology *for* PGY1 (2014-2018)
- Advanced Psychopharmacology for PGY2-4 (2014-2016)
- Med IV Psychiatry Curriculum: "Advanced Topics in Psychiatry" Instructor to sub-interns as a weekly seminar class. (2009-2010)
- Medical Therapeutics. Med IV: Guest Lecturer. "Substance Abuse Disorders" (2009)
- Neurology Resident Teaching: "Psychiatric Diseases Presenting in Childhood" (2009)
- Med I Division I Neurosciences: Guest Lecturer "Introduction to Psychiatry" & "Introduction to the Mental Status Exam" (2009-2012)

2021-2024   OhioHealth, Riverside Methodist Hospital Family Medicine Program
- Providing residents clinical experience, training, and consultation in psychiatry as they are finishing family medicine residency.

2011-2022   Counseling and Consultation Service, The Ohio State University
- Clinical Pearls: Recognizing Severe Presentations of Mental Illness. 3-4 session course reviewing Mental Status Exam. Psychosis. Mania and Anxiety Differential Diagnosis
- Mania CE for the community
- Weekly Multidisciplinary Case Conference
- DSM-5 Staff Training
- Psychology Practicum Seminar

LaRae M. Copley, RPh, MD, PhD

2009- 2011   Adjunct Professor, Kaplan University.
Instructor for undergraduate level courses in Principles of Nutrition. Immunology, and Histology & Embryology. Curriculum developer for Kaplan's Science Center.

2009-2011   Instructor, Crisis Intervention Training Program.
Instructing police about mental illness in the community.

## PUBLICATIONS

Algorta, G.P., Kragh, C.A., Arnold, L.E., Molina, B.S., Hinshaw, S.P., Swanson, J.M., Hetchman, L, **Copley, L.M.**, Lowe, M., Jensen, P.S. Maternal ADHD symptoms, personality, and parenting stress: Differences Between Mothers of Children with ADHD and Mothers of Comparison Children. *Journal of Attention Disorders.* Dec 2014.

Rogers PD, **Copley L.** (2009) The Nonmedical Use of Prescription Drugs by Adolescents. Adolesc Med State Art Rev. 2009 Apr;20(I):1-8, vii.

Casavant, MJ, Blake, K, Griffith, J, Yates, A, **Copley, LM** (2007) Consequences of Use of Anabolic Androgenic Steroids. Pediatr Clin North Am. 2007 Aug;54(4):677-90. Review.

American Journal of Medical Genetics: **Copley, LM.,** Zhao, WD., Kopacz K., Herman GE., Kioschis, P., Poustka, A., Taudien, S,, Platzer, M. (2002) Exclusion of mutations in the MTMR1 gene as a frequent cause of X-linked myotubular myopathy. Am J Med Genet., 107(3):256-8.

## PRESENTATIONS

Conspiracy Theories. Doug Misquitta, MD, **LaRae Copley, MD, PhD.** Midwest American Academy of Psychiatry and the Law. March 2025.

Unleash the "Paws"itivity! Using Animal Assisted Therapy in Colleges and Universities **LaRae Copley, MD, PhD,** Meera Menon, MD, Colleen Tennyson, MD Evita Singh, MD, PGY2. American Psychiatric Association: Workshop: 2023.

Animal Assisted Activities on College Campuses: The Joys, the Trials, the Drama
Emily Barnum, PhD, **LaRae Copley, MD/PhD.** Big Ten Counseling Center Conference. Feb 2022.

LaRae M. Copley, RPh, MD, PhD

---

Uppers, Downers, Oxys, and Pharming: The Illicit Use of Prescription Medications in Adolescents **L.M.** **Copley.** Grand Rounds Presentation for OSU Department of Psychiatry. February 2010.

Exclusion of MTMR1 as a Frequent Cause of X-Linked Myotubular Myopathy **L.M. Copley,** W.D Zhao, K. Kopacz, P. Kioschis, S. Taudien, M. Platzer, A. Poustka, G.E. Herman; Poster Presentation at the American Society of Human Genetics. October 2000.

Activation of NF-kB Transcription Factor Complex and Degradation of IkB Inhibitory Protein in Human WISH Cells. D.A Kniss, B. Rovin, L. **Copley,** P.D. Zimmerman. Oral presentation at the Society for Gynecologic Investigation. March 1999.

Affinity Labels of 7a-Thiosubstituted Androgens as Probes of the Aromatase Enzyme. **L.M. Copley,** R.W. Brueggemeier. Poster presentation at the OSU Undergraduate Research Forum. 1996: Second place in the Professional Biological Sciences. Oral presentation at the West Virginia University Undergraduate Research Seminar. September 1996.

## RESEARCH EXPERIENCE

1999-2004    Department of Human and Molecular Genetics, Children's Research Institute. Advisor: Gail Herman, MD/PhD and the Molecular, Cellular, & Developmental Biology Program at Ohio State University. Dissertation: (Investigation of the Function of Myotubularin through Examination of Protein-Protein Interactions & Exclusion of MTM1 as a Frequent Cause of X-Linked Myotubular Myopathy)

1994-1997    Department of Medicinal Chemistry, Ohio State University College of Pharmacy. Undergraduate Researcher. Advisor: Dr. Robert Brueggemeier. Senior Thesis. (Affinity Labels of 7a-Thiosubstituted Androgens as Probes of the Aromatase Enzyme)

Su 1996    Pfizer, Pharmaceutical Research and Development, Liquids. American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Diketopiprazine Kinetics for Linear Alanyl-Alanine)

Su 1995    Parke Davis, Pharmaceutical Research & Development, Solids. American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Amorphous Solids Using Thermomechanical Analysis)

LaRae M. Copley, RPh, MD, PhD

_____

**PROFESSIONAL INVOLVEMENT**

American Academy of Psychiatry and the Law, 2023-2025.

American Academy of Child and Adolescent Psychiatry, 2010-2011.

American Psychiatric Association, 2006-2011, 2013-2020, 2023-2025.

American Society of Addiction Medicine, 2015-2016.

APhA/ASP, Career Fair Committee, 1996. Chair, Career Fair Committee, 1997.

Kappa Epsilon, Pharmacy Council Representative.


**HONORS**

| | |
|---|---|
| 2009 | AACAP Educational Outreach Award |
| 2008-2010 | Teaching Excellence Award, The Ohio State University Department of Psychiatry |
| 2008-2009 | APA/Shire Child & Adolescent Psychiatry Fellowship |
| 2006 | Henry A. & Amelia T. Nasrallah Psychiatry Excellence Award |
| 1997-2006 | Medical Scientist Program Fellowship |
| 1999, 2004 | Distinguished University Fellowship |
| 2000-2002 | General Mason Award |
| 1999-2003 | Molecular Life Sciences Fellowship |
| 1999-2003 | Bennett Foundation Fellowship |
| 1997 | Rho Chi Society, National Pharmacy Honorary |
| 1996 | American Foundation for Pharmaceutical Education Gateway Scholarship |
| 1995-1997 | Plough Scholarship |
| 1995 | Pressey Honors Endowment Recipient |
| 1997 | Marvin & Geraldine Faeges Memorial Reward |
| 1992 | OSU Alumni Scholar |
| 1992-1996 | University Scholar |





# LaRae M. Copley, RPh, MD, PhD

LaRae.Copley@copleymedicalconsulting.com

## EDUCATION

| | |
|---|---|
| 2006 | **Doctor of Medicine**, *cum laude*.<br>The Ohio State University College of Medicine and Public Health. |
| 2004 | **Doctor of Philosophy**.<br>The Ohio State University, Molecular Cellular and Developmental Biology. |
| 1997 | **Bachelor of Science**, *magna cum laude* with Honors & Distinction.<br>The Ohio State University College of Pharmacy. Specialization in medicinal chemistry. |

## LEADERSHIP

**July 2022-June 2024**  ***Medical Director,*** Providers for Healthy Living, LLC
HR supervisor to a team averaging 10 mental health prescribers in a multidisciplinary private outpatient mental health practice in Columbus, Ohio. Providing consultation daily for NPs and PAs. Reviewing clinical quality across patient caseloads and facilitating weekly case conference. Providing psychiatric treatment for my own outpatient caseload.

**Feb 2022**  ***Founder, Consultant,*** Copley Medical Consulting, LLC
Providing case reviews and expert medical opinions for psychiatry. Developing and delivering continuing education programs for multiple mental health disciplines to the community.

**2014-2022**  ***Chief of Psychiatry,*** The Ohio State University, Counseling & Consultation Service
Liaison between the Psychiatry Team and Leadership Team.
Development of Psychiatry Intake System.
Liaison to Student Health Services. Dept. of Psychiatry and College of Medicine.
HR manager for the Psychiatry Team.
Onboarding of new psychiatrists joining our agency.
Chair for multiple Psychiatrist Search Committees.
Psychiatry Resident Training Coordinator.
Development of Animal Assisted Activities Program at CCS.
Training Committee. 2011-2022.
Clinical Services Committee. 2012-2022.

LaRae M. Copley, RPh, MD, PhD

## CLINICAL EXPERIENCE

July 2024-present
**Forensic Psychiatry Fellow,** The Ohio State University, Department of Psychiatry.

2020-present
**Psychiatrist,** Providers for Healthy Living, LLC
Providing outpatient psychiatric services for adults and adolescents.

2011-2022
**Senior Staff Psychiatrist,** The Ohio State University, Counseling & Consultation Service. Provided outpatient psychiatric services for the student population.

2010-2011
**Child and Adolescent Psychiatry Fellow,** Nationwide Children's Hospital. Chief Fellow, 2010.

2006-2010
**General Psychiatry Resident,** The Ohio State University, Department of Psychiatry. Chief Resident, 2009-2010.

2009
**Psychiatrist,** Concord Counseling Services.
Contracting adult psychiatric services in the community mental health setting.

2009
**Psychiatrist,** MedCentral Health System.
Contracting adult psychiatric services in the community hospital setting.

1997-1999
**Pharmacist,** Nationwide Children's Hospital.
Emphasis on patient and family counseling in the pediatric setting.

1995-1997
**Pharmacy Intern,** Pharmaceutical Care Clinic, The Ohio State University.
Emphasis on patient care and counseling.

1994-1995
**Pharmacy Intern,** National Rx Services.

## LICENSES

State Medical Board of Ohio, 2009. Active. License number, 35.093162
State Board of Pharmacy, Ohio. 1997. Active. License number, RPh.03122532-1
Drug Enforcement Agency, 2009. Active. FC1312014, XC1312014

LaRae M. Copley, RPh, MD, PhD

## CERTIFICATIONS

Diplomate, American Board of Psychiatry and Neurology, General Psychiatry

Diplomate, American Board of Psychiatry and Neurology, Child & Adolescent Psychiatry

Board Certified, American Board of Addiction Medicine.

## TEACHING EXPERIENCE

2009-2024    **Department of Psychiatry, The Ohio State University, Wexner Medical Center**
- PGY3 Cohort Facilitator (2023-2024 academic year)
- Case Studies: Clinical Psychopharmacology for PGY1-2 (2022)
- Psychodynamic Supervisor for PGY3 residents (2019-2023)
- Supervising Residents in College Mental Health Clinic (2017-2022)
- Athletics Training 635: Guest Lecturer for 2009-2022. "The Use of Psychiatric Medications in Athletes."
- Clinical Psychopharmacology for PGY1 (2014-2018)
- Advanced Psychopharmacology for PGY2-4 (2014-2016)
- Med IV Psychiatry Curriculum: "Advanced Topics in Psychiatry" Instructor to sub- interns as a weekly seminar class. (2009-2010)
- Medical Therapeutics, Med IV: Guest Lecturer. "Substance Abuse Disorders" (2009)
- Neurology Resident Teaching: "Psychiatric Diseases Presenting in Childhood" (2009)
- Med I Division I Neurosciences: Guest Lecturer "Introduction to Psychiatry" & "Introduction to the Mental Status Exam" (2009-2012)

2021-2024    **OhioHealth, Riverside Methodist Hospital Family Medicine Program**
- Providing residents clinical experience, training, and consultation in psychiatry as they are finishing family medicine residency.

2011-2022    **Counseling and Consultation Service, The Ohio State University**
- Clinical Pearls: Recognizing Severe Presentations of Mental Illness. 3-4 session course reviewing Mental Status Exam, Psychosis, Mania and Anxiety Differential Diagnosis
- Mania CE for the community
- Weekly Multidisciplinary Case Conference
- DSM-5 Staff Training
- Psychology Practicum Seminar

LaRae M. Copley, RPh, MD, PhD

_____

2009- 2011   **Adjunct Professor, Kaplan University.**
Instructor for undergraduate level courses in Principles of Nutrition. Immunology. and Histology & Embryology. Curriculum developer for Kaplan's Science Center.

2009-2011   **Instructor, Crisis Intervention Training Program.**
Instructing police about mental illness in the community.

## PUBLICATIONS

Algorta, G.P., Kragh, C.A., Arnold, L.E., Molina, B.S., Hinshaw, S.P., Swanson, J.M., Hetchman, L., **Copley, L.M.**, Lowe, M., Jensen, P.S. Maternal ADHD symptoms, personality, and parenting stress: Differences Between Mothers of Children with ADHD and Mothers of Comparison Children. *Journal of Attention Disorders*. Dec 2014.

Rogers PD, **Copley L**.(2009) The Nonmedical Use of Prescription Drugs by Adolescents. Adolesc Med State Art Rev. 2009 Apr;20(1):1-8, vii.

Casavant, MJ, Blake, K, Griffith, J, Yates, A, **Copley, LM** (2007) Consequences of Use of Anabolic Androgenic Steroids. Pediatr Clin North Am. 2007 Aug;54(4):677-90. Review.

American Journal of Medical Genetics:  **Copley, LM.**, Zhao, WD., Kopacz K., Herman GE., Kioschis, P., Poustka, A., Taudien, S., Platzer, M. (2002) Exclusion of mutations in the MTMR1 gene as a frequent cause of X-linked myotubular myopathy. Am J Med Genet., 107(3):256-8.

## PRESENTATIONS

<u>Conspiracy Theories.</u> Doug Misquitta, MD, **LaRae Copley, MD, PhD.** Midwest American Academy of Psychiatry and the Law. March 2025.

<u>Unleash the "Paws"itivity!  Using Animal Assisted Therapy in Colleges and Universities</u> **LaRae Copley, MD, PhD,** Meera Menon, MD, Colleen Tennyson, MD Evita Singh, MD, PGY2. American Psychiatric Association: Workshop: 2023.

<u>Animal Assisted Activities on College Campuses: The Joys, the Trials, the Drama</u> Emily Barnum, PhD, **LaRae Copley, MD/PhD.** Big Ten Counseling Center Conference. Feb 2022.

LaRae M. Copley, RPh, MD, PhD

---

Uppers, Downers, Oxys, and Pharming: The Illicit Use of Prescription Medications in Adolescents **L.M. Copley.** Grand Rounds Presentation for OSU Department of Psychiatry. February 2010.

Exclusion of MTMR1 as a Frequent Cause of X-Linked Myotubular Myopathy **L.M. Copley,** W.D Zhao, K. Kopacz, P. Kioschis, S. Taudien, M. Platzer, A. Poustka, G.E. Herman; Poster Presentation at the American Society of Human Genetics. October 2000.

Activation of NF-κB Transcription Factor Complex and Degradation of IκB Inhibitory Protein in Human WISH Cells. D.A Kniss, B. Rovin, **L. Copley,** P.D. Zimmerman. Oral presentation at the Society for Gynecologic Investigation. March 1999.

Affinity Labels of 7α-Thiosubstituted Androgens as Probes of the Aromatase Enzyme. **L.M. Copley,** R.W. Brueggemeier. Poster presentation at the OSU Undergraduate Research Forum. 1996: Second place in the Professional Biological Sciences. Oral presentation at the West Virginia University Undergraduate Research Seminar. September 1996.

## RESEARCH EXPERIENCE

1999-2004    Department of Human and Molecular Genetics, Children's Research Institute. Advisor: Gail Herman, MD/PhD and the Molecular, Cellular, & Developmental Biology Program at Ohio State University. Dissertation: (Investigation of the Function of Myotubularin through Examination of Protein-Protein Interactions & Exclusion of MTM1 as a Frequent Cause of X-Linked Myotubular Myopathy)

1994-1997    Department of Medicinal Chemistry, Ohio State University College of Pharmacy. Undergraduate Researcher. Advisor: Dr. Robert Brueggemeier. Senior Thesis. (Affinity Labels of 7α-Thiosubstituted Androgens as Probes of the Aromatase Enzyme)

Su 1996    Pfizer, Pharmaceutical Research and Development, Liquids. American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Diketopiprazine Kinetics for Linear Alanyl-Alanine)

Su 1995    Parke Davis, Pharmaceutical Research & Development, Solids. American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Amorphous Solids Using Thermomechanical Analysis)

LaRae M. Copley, RPh, MD, PhD

---

**PROFESSIONAL INVOLVEMENT**

American Academy of Psychiatry and the Law, 2023-2025.

American Academy of Child and Adolescent Psychiatry, 2010-2011.

American Psychiatric Association, 2006-2011, 2013-2020, 2023-2025.

American Society of Addiction Medicine, 2015-2016.

APhA/ASP, Career Fair Committee, 1996. Chair, Career Fair Committee, 1997.

Kappa Epsilon, Pharmacy Council Representative.


**HONORS**

| | |
|---|---|
| 2009 | AACAP Educational Outreach Award |
| 2008-2010 | Teaching Excellence Award, The Ohio State University Department of Psychiatry |
| 2008-2009 | APA/Shire Child & Adolescent Psychiatry Fellowship |
| 2006 | Henry A. & Amelia T. Nasrallah Psychiatry Excellence Award |
| 1997-2006 | Medical Scientist Program Fellowship |
| 1999, 2004 | Distinguished University Fellowship |
| 2000-2002 | General Mason Award |
| 1999-2003 | Molecular Life Sciences Fellowship |
| 1999-2003 | Bennett Foundation Fellowship |
| 1997 | Rho Chi Society, National Pharmacy Honorary |
| 1996 | American Foundation for Pharmaceutical Education Gateway Scholarship |
| 1995-1997 | Plough Scholarship |
| 1995 | Pressey Honors Endowment Recipient |
| 1997 | Marvin & Geraldine Faeges Memorial Reward |
| 1992 | OSU Alumni Scholar |
| 1992-1996 | University Scholar |

**EXHIBIT**
Copley Depo
4

**EXHIBIT**
D

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

Regarding ▮▮▮ Kull
January 24, 2025

## Consultation Question

Mr. ▮▮▮▮ Kull was evaluated to determine if he suffered emotional harm from the injury occurring on September 23, 2021, and if so to determine the extent he has been impacted.

## Sources of Information

In forming my opinion, I considered the facts and data from the following sources:

1. In person evaluation of 11-year-old ▮▮▮▮ Kull in a private room on 12.7.24 with his mother Danielle Kull present and conducted for 2 hours at the Cincinnati and Hamilton County Public Library, Deer Park Branch.

2. Discussion with Lt. Col. Daniel Kull, ▮▮▮▮'s father, via telephone on 12.17.24 for 1 hour.

3. Discussion with Mrs. Danielle Kull, ▮▮▮▮'s mother, via telephone on 12.17.24 for 1 hour and 1.18.25 for 40 minutes.

4. Medical records from Irwin Army Community Hospital for ▮▮▮▮ Kull.

5. Medical records from Yale New Haven Health for ▮▮▮▮ Kull.

6. Medical records from Children's Mercy Orthopaedic Clinic

7. Medical records from Norton Healthcare, Louisville, Kentucky.

8. Vocational Assessment of ▮▮▮▮ Kull conducted by Stella J. Frank, MA, CRC, CDMS, CCM and dated 11.8.23.

9. Expert review of care ▮▮▮▮ Kull received at Irwin Army Community Hospital (IACH) authored by Jill Ferry RN, MPAS, PA-C, CAQ-EM.

10. Expert review of care ▮▮▮▮ Kull received at Irwin Army Community Hospital authored on 7.19.23 by David E Saintsing, MD.

11. Manhattan Catholic School report cards for ▮▮▮▮ Kull's 3rd and 4th grade years.

[1]



Copley Medical Consulting, LLC                                    Regarding ███ Kull
LaRae Copley, RPh, MD/PhD                                          January 24, 2025

12. St. Bernard Catholic School education records for 5th and the first half of 6th grade (2024-25 school year).

13. Expert report of blind review of radiographs by Dr. Burke on 6.5.23.

14. Expert report of Candace Holden, MD reviewing care and treatment ███ Kull received after the injury.

## Notification of Purpose and Limits of Confidentiality

Prior to beginning the evaluation, I informed Mrs. Kull and ███ of the nature, scope and purpose of the evaluation, my role in completing the evaluation, and the methods that I would employ in the evaluation. I informed them that I was not involved in ███s treatment or care, that I was not establishing a doctor-patient relationship with him, and that as such we did not have doctor-patient confidentiality. I informed Mrs. Kull and ███ that I may be asked to prepare a report or give testimony to the court and that none of the information provided should be expected to be held in confidence. I explained that I may be asked to testify and this interview would form the basis of my testimony. Mrs. Kull understood this information and confirmed that she wanted to proceed with the evaluation of her son ███ ███ provided assent and willingness to proceed.

## BACKGROUND INFORMATION AND PRIOR FUNCTIONING:

The following is a summary of the most salient parts of ███s historical information taken in part from available records and then reviewed for accuracy with Lt. Col. and Mrs. Kull during the assessment and collection of collateral information.

███ was born in South Korea on 5.8.2013 and is the middle of three sons. ███ and his family have moved multiple times during his life due to military placements for his father, Lt. Col. Kull. The family moved to Kanas when ███ was 1 year old and remained there for two years. In 2016, the family moved to the Washington D.C. area for 1 year and then moved to O'Fallon, Illinois where they remained for 4 years. In 2021, the Kull family moved to Kansas again until 2023 when they moved to

[2]

Mount Washington, Kentucky.

███ currently lives with his mother, father, 7-year-old brother and 14-year-old brother. Also with the family is the labradoodle "Clyde." ███'s father is an active-duty member of the military and the primary source of income and benefits for the family. ███'s mother is a full-time homemaker and historically provided childcare when ███'s father was away on deployment.

███ is currently in the 6th grade at St. Bernard Catholic School. He does well academically, and math is his favorite subject. He's getting all A's currently in his classes except for social studies where he is getting a B. He finds social studies hardest and doesn't particularly like the teacher. ███ identified religion as his least favorite subject stating, "it's boring."

███ said that he has friends at school. However, he recently has experienced some bullying around his arm injury. ███ told me that other boys in his class call him "disabled and a cripple." According to his parents they have become newly aware of this bullying and they're in the process of deciding how to manage this with his school. They are considering homeschooling ███ or changing his school as they are also concerned that he is not getting academic stimulation at the appropriate grade level currently.


**The Events of September 23, 2021, and Following Treatment**

███ and his parents described the events of September 23, 2021. ███ was playing on a trampoline with two other children. ███ stated that one of the boys pushed him off the trampoline where he landed on his outstretched right arm.

According to medical records, ███ presented to Irwin Army Community Hospital seeking emergency care with his father. There ███ was evaluated, received X-rays and was sent home with his arm immobilized in a sling and guidance for pain management and follow-up. The X-rays taken were read as negative for dislocation by the treating NP and radiologist. ███ followed up 4 days later and the NP did not diagnose the dislocation. ███ next presented in July 2022 when his mother requested orthopedic evaluation due to ongoing deformity and reduced range of motion. He was seen by the orthopedist in August 2022 who identified the prior dislocation and transferred care to P]

Mercy Children's Hospital in Kansas for further treatment.

At Mercy Children's Hospital, he underwent 2 osteotomy surgeries in November 2022 by Dr. Sinclair, a pediatric orthopedic surgeon. He had the resultant hardware removed in December 2022. █████ had further surgery on his arm, including a bone graft from his pelvis in July 2023 by Dr. Sinclair. Postoperative care was transferred to Dr. Burke in Louisville, Kentucky. █████ was referred to Dr. Lattanaza at Yale New Haven Health where he underwent another surgery attempting repair in April 2024. The resultant hardware was removed in January 2024.  According to Mrs. Kull, █████ will require another procedure later in 2025.


**Past Psychiatric History:**

█████ has not previously received any mental health diagnoses or treatment according to his parents.


**Past Medical History**

█████ has struggled intermittently with enuresis and encopresis since toilet training.[1] His parents have worked previously with █████ s pediatrician to utilize bells/alarms overnight without good success.

█████ was diagnosed with asthma in 2023 and takes Advair daily to treat it. He has an albuterol inhaler to use as needed for asthma attacks. However, he rarely uses it.

**Family Psychiatric History:** Per family reports, there are alcohol use concerns on both maternal and fraternal sides of █████ s family.


**REVIEW OF RECORDS:**

St. Bernard Catholic School Records:

█████ entered the 5th grade at Saint Bernard in August 2023. During this 5th grade year, he received all As and had a total of 11 absences. The first term of his 6th grade year has just been completed, and

---

[1] Enuresis is the repeated voiding of urine into bed or clothes, whether involuntary or intentional. Encopresis is repeated passage of feces into inappropriate places, whether involuntary or intentional.

he received all A's with the exception of social studies where he received a B. He also missed four days of school. In nationally compared testing, ████ appears to be doing well overall in achievement and growth of skills according to his NWEA MAP Growth testing. He scored at the 85th percentile in mathematics, 61st percentile in reading and 79th percentile in language use. This was interpreted as high achievement in math and high average achievement in reading and language usage.

Manhattan Catholic School Records:

Grade cards from ████s 4th grade year revealed that he received all A's for all four all quarters with the exception of 1 B third quarter in spelling and first quarter in social settings. He had average performance of behaviors such as paying attention, staying on task, careful listening, following directions and completing his work on time for the first 3 quarters. However, in the fourth quarter he was noted to have improved to above average for behaviors including academic effort, completing work on time, following directions and paying attention/listening. He missed a total of 19 school days during the 2022-2023 (4th grade) year. Notably on the SAEBRS2, ████ rated himself lower than his teacher did on this measurement of emotional regulation and skills for interacting in the classroom. His teacher thought he was performing average, and he thought he was performing below that

During his third-grade year (2021-2022), he received all A's academically. He also received average scores in many behaviors and was noted to have above average scores in listening carefully, paying attention, following directions, and academic effort. He had an outstanding rating for completion of his work on time during his fourth quarter. During the school year he missed 11 days of school.

**COLLATERAL INFORMATION:**

Collateral Information from Father, Lt. Col. Daniel Kull:

Lt. Col. Kull described that from a very early age, ████ has demonstrated a strong sense of working hard and being "very competitive." ████ channeled this characteristic through organized sports, which according to his father "was a great outlet for his competitiveness." His father described that ████ would "give back as good as he got," and "loved the opportunity to compete." ████ played

---

2 The Social Academic and Emotional Behavior Risks Screener (SAEBRS) is an instrument where the student is asked to rate his behavior and the teacher is asked to rate the student's behaviors. This measures "the ability to be prepared for participate in and benefit from academic instruction and also behaviors related to emotional regulation and age-appropriate skills for interacting with peers and adults."

soccer and t-ball. His father described ███ as a "very talented wrestler," and reflected that he placed 6th at the state level in 2022.

Due to his work in the military, Lt. Col. Kull has been deployed multiple times throughout ███ s life. He has been separated from the family for weeks to months at a time. During his deployment, ███ and his brothers are cared for primarily by their mother Mrs. Kull. After ███ s injury in September 2021, Lt. Col. Kull was deployed in March 2022 for 11 months in Poland. He came home on leave during ███ s first surgery and recovery for a month and then returned. Lt. Col. Kull took ███ initially to the IACH Emergency Department when he was injured in September 2021 after falling from the trampoline. However, the discovery that ███ still had a chronic injury later by orthopedics occurred when he was deployed.

Lt. Co.l Kull reflected that, "my wife and I have different parenting styles; I attract with honey rather than vinegar and try to head off more behavioral (situations)." ███ s father sees his wife's style as more likely to apply consequences after the fact. Lt. Col. Kull feels that he can "act as a relief valve," preemptively so that ███ "has an exit ramp for his temper," and can be "allowed to save face." Lt. Col. Kull stated that he allows ███ to do more physical things while his mother is "more protective." When he is deployed, Lt. Col. Kull believes his wife may have more difficulty with maintaining limits. He described that ███ may "wait her out," to get what he wants. Lt. Col. Kull sees discipline as steadier while he is home. ███ is typically punished by withholding videogame controllers.

Lt. Col. Kull expressed concern that ███ blames his mother for the ongoing issues with his arm and demonstrates resentment towards her. He reflected that ███ "gets bitter," loses his temper and will have emotional outbursts. He expressed concern that ███ s main outlet is playing video games and feels he spends too much time doing so. He stated that ███ can "get nasty if he does not get that outlet." ███ s father recognized that there is a social component to the games but also feels it is excessive. ███ does not eat dinner with the family and is enuretic/encopretic while playing videogames. Father stated "I have a theory on this; he does not want to go when his body tells him," because he is not willing to pause the games played with others online.

Lt. Col. Kull sees ███ as "deeply unhappy," currently and is concerned about him finding happiness

[6]

again. Lt. Col. Kull has not seen ▆▆▆ have any prolonged difficulties with his appetite or sleep. He recognized that ▆▆▆ is able enjoy activities at times. For instance, in December 2024, his parents surprised him with Kansas City Chief tickets. ▆▆▆ traveled with his father to Ohio to attend the football game. His father stated that "he loved it; I call him 'Chatty ▆▆▆,'" when he is happy and enjoying himself. He noted that ▆▆▆ also enjoys playing Cranium board games and that he is particularly good at the charades part of the game.

Regarding school, Lt. Col. Kull recognized that ▆▆▆ is struggling socially at school. His father stated that ▆▆▆ was always a gregarious kid in class and popular. However, this has changed. ▆▆▆ is more sensitive to being the recipient of teasing and bantering between peers. Lt. Col. Kull noted that when a child shows weakness, it can invite more teasing. ▆▆▆ parents are newly aware of recent bullying at school. Recently, ▆▆▆ was on a group text with the boys in his class bantering back and forth. ▆▆▆ received comments such as "at least I can play sports," and that he is "white as a ghost." ▆▆▆ bantered back at the comments but the "kids pile up, and bullies are cruel." His father reflected that, "if his arm wasn't injured, I think he would trounce the other kids." Lt. Col. Kull recognized that ▆▆▆ also has invited some of the reactions of his classmates after an incident a few months ago when he disclosed a "crush" admitted by a male peer to the female peer without permission. At one point, ▆▆▆ also posted the cell phone numbers of some of the male peer's mothers to the group chat, yielding negative responses from the boys in his class.

▆▆▆s parents have considered homeschooling him for next semester as Lt. Col. Kull is preparing to retire from the military and hopes to teach and coach wrestling. His father feels that ▆▆▆ is academically doing well, but he is "totally bored," based on the curriculum in Kentucky compared with curriculum where ▆▆▆ ended in his Kansas school. His parents are preparing to meet with the principal of his current school to discuss their concerns. Lt. Col. Kull reported awareness of only minor in school behavioral violations such as a dress code violation for failing to keep his shirt tucked in.

Lt. Col. Kull reported that in fall 2023 ▆▆▆ made a comment about wanting to die. This occurred during a time that ▆▆▆ was "having an emotional breakdown and feeling despair about his future." His father was trying to talk him through being upset, explain how things can change in the future and how circumstances don't remain the same forever. Lt. Col. Kull recalled ▆▆▆ saying to him,

[7]



"there's a big difference; they want to live, and I don't." ███ has not continued to endorse these thoughts about wanting to die. However, ███ s ability to manage frustration and cope with his chronic health concerns remain a concern to his parents.

<u>Collateral Information from Mrs. Kull</u>:

Mrs. Kull said that the experience of ███ having his arm injured followed by prolonged physical restrictions has been difficult for him. She stated, "this has taken so much away from him." She described that ███ is usually popular, sociable and gregarious. However, he has experienced recent bullying from peers in his class. She expressed concern that some of ███ s actions in his peer group have likely led to bullying. She expressed concern that he is trying to get attention from the peer group even if it is negative. She pointed to a new student in the school this year that is popular with peers but gets some attention around behavioral issues. Mrs. Kull expressed concern that "there is no defining element about him (███)."

Mrs. Kull said that participating in sports has historically been an emotional stress reliever for ███ and that he needs interaction with other people. She stated that ███ s best friend Henry is in Illinois, and he interacts with him mostly via playing video games. She has not seen ███ make friends during this school year that are as connected. ███ has begun spending more time with 2 male peers in his class that also have physical limitations.

Mrs. Kull stated that the restrictions with his injury have "taken away the spirit of the kid." She stated that "his whole attitude is different." She described that ███ struggles to maintain his temper. She described that soon after the move to Kentucky in 2023, ███ began to make statements such as "I can't do anything; I'm never going to be able to do anything." Mrs. Kull reported that he also accused her that "you never say you love me." She described a period approximately a year ago when ███, "had a period of sadness," that she attributed to "not being able to run around and be a kid." However, she believes this was about more distress than not being able to fully participate in physical activity.

Mrs. Kull expressed that her largest concern remains how ███ struggles with the frustration of the situation. Per his mother, ███ stated to parents previously that he wished he had completely lost his arm. She has seen ███ express frustration by moving furniture around in his room or taking all

[8]

his clothes out of his drawers/closet. She has seen him make comments about not being able to do undesirable tasks because of his arm at times stating, "I can't do that because of my arm."

Mrs. Kull reported that ████ has a frustrated, angry and resentful tone about his arm that has persisted. She gave the example of him stating "Do you want to know what I did…..? Nothing because of my arm." Mrs. Kull expressed concern that other kids pick up on his negative tone and that this impacts ████s ability to make friends. She described a pattern where ████ cannot fully participate and banter with his peers and then he "does something silly," to seek attention from peers, often with a negative social outcome.

Mrs. Kull stated that they unsuccessfully attempted to seek mental health assistance for ████ previously after his initial surgery but were told there was a lengthy waiting list for services. She stated that they were concerned then about how well ████ was coping with his treatment and loss of functioning. Mrs. Kull said that ████ has seemed more hopeful about gaining mobility and flexion since his most recent surgery. He is aware that he will need another surgical procedure to remove hardware likely later in 2025.

Mrs. Kull discussed trying to foster other strengths ████ possesses. She has been investigating STEM camp resources for him for the coming summer. She also believes that ████ has been bored academically this year, which has not encouraged the development of his strength in academics, particularly math. She described that the possibility of homeschooling ████ or switching schools is a consideration for the coming academic year.

When asked about ████ participating in wresting when he was younger, Mrs. Kull reported that "he loved it." This examiner asked about ████ commenting during his exam that he was "glad to not have to do wrestling anymore." Mrs. Kull stated ████ was now more focused on football and recently attempted unsuccessfully to persuade his parents to allow him to join a flag football team. Because of his physical restrictions banning contact sports and activities where he may reasonably fall, he will not be allowed to participate. She regularly speaks with his current Physical Education teacher regarding restrictions and modifications that may be made when possible. For instance, during the basketball unit, he practiced at a different hoop to avoid the contact risk. His class recently participated in an archery

[9]

unit that was modified due to the lack of strength needed.

More recently, ███ was able to go visit his closest friend Henry in Illinois over the holiday break. Per Mrs. Kull, he enjoyed the time and the visit. Upon returning, Mrs. Kull reported that he struggled with missing his friend and having to leave. He also struggled with initiating sleep for a few nights afterwards related to missing his friend. ███ also initially resisted going back to school when it was time to return after the holiday break, saying there was no point. She believed this was likely because he had told peers there that he was not returning based on family discussions around homeschooling or switching schools. After the initial resistance, he has been going to school. Mrs. Kull reported that ███ underwent standardized district testing. While the results were not available at this writing, Mrs. Kull recalled ███ telling her that "this time I really tried," on the tests.

### ███ Kull's Current Mental Status

Appearance: ███ walked independently and had no visible problems with his gait. He appeared as a well-developed, well-nourished prepubescent male child consistent with his stated age of 11 years old. He wore a brace on his right arm. He readily removed this brace upon request and a healed scar across his elbow was noted. Without the brace, a visible deformity in his elbow and forearm were apparent when compared to his left arm. His hygiene and grooming were appropriate. He made fair eye contact.

Behavior: He was generally cooperative during the interview. He answered questions articulately and politely. He required direction from both his mother and this examiner more than once to clean up the puzzle and moved furniture he was using at the end of the exam, but did eventually comply with requests.

Speech: His speech was normal in amount and rhythm. He was quiet and reserved in providing responses initially but spoke more openly as the evaluation proceeded. His vocabulary was adequate and consistent with his educational level.

Mood/Affect: He reported no current mood issues and described his mood as "ok." His affect was generally reactive. He was noted to appear serious and more stoic when discussing his feelings

towards his mother and the healthcare workers who initially cared for him. He appeared mildly irritated at the request to clean up his puzzle at the end of the exam.

Thought Process: His thoughts were clear and his train of thought logical. I did not observe him responding to internal stimuli. He reported no current suicidal or homicidal ideations, intent or plans.

Thought Content: ███ spoke directly about feeling "mad" around the situation with his arm. He spoke directly that he had been "pushed off a trampoline, and an X-ray got read wrong." He stated that he is "mad at the kid who pushed him off, mad at the doctor and mad at Mom." When asked about the other child who pushed him, ███ stated that "he did it on purpose." When asked if ███ thought the other kid meant him as much difficulty/injury as he has endured, ███ stated that he was "not sure…. he was laughing." It appeared difficult for ███ to consider that the long-term impact of the push from the trampoline may be accidental. ███ also stated that he feels his mother should have known something was wrong with his arm sooner than when the dislocation was ultimately diagnosed. He told her during my exam that she should have known because his arm "did not look right; you have pictures." When I asked him to consider if his mother was trying to act in his interest while being reassured by treatment providers that his arm was ok, he struggled to do so. He struggled to consider that his mother was making the best decisions that she could with the information that she had at the time related to his arm. No frustration was expressed towards his father.

Orientation: He was alert and appropriately oriented.

Memory: Recent and remote recall was intact based on his ability to recall historical facts and recent occurrences.

Intelligence: His intelligence was estimated to be in the above average range based on his history, vocabulary, and presentation.

[11]

Copley Medical Consulting, LLC                                        Regarding ███ Kull
LaRae Copley, RPh, MD/PhD                                              January 24, 2025

Insight/Judgment: His insight was fair based on understanding of his current injury. He had limited ability to consider how his mother may not be at fault for the ongoing disability from his injury. His judgment was fair based on his attempt to subvert cleaning up in the examination room and covertly texting friends on his phone during the exam.

Attention: ███ was able to intermittently maintain attention throughout the 120 minute exam in an age appropriate manner.

## CURRENT FUNCTIONING:

███ Kull continues to have physical limitations secondary to the status of his right arm. According to his mother, he is currently prohibited from partaking in any physical activity where he could fall and reinjure his healing arm. Mrs. Kull reported that while healing, he may be particularly susceptible to injury. As a result, he is not participating in any sports. ███ told me that it is particularly frustrating to him to not be able to play football as this is a particular interest of his. He also secondarily enjoys soccer. According to both parents, ███s main outlet for releasing stress, boredom and frustration has typically been physical activity. It has been particularly difficult in their opinion for him not to be able to partake fully in physical activity.

███ typically plays video games in the evenings after school for several hours. Per his parents, ███ becomes so attentive to video games that he does not attend to his basic needs and will forgo going to the bathroom to the point that he has accidents of both bowel and bladder. Mother estimated this occurs with urine 2-3x per week and with feces 2x per month. This behavior has not occurred at school. Both of his parents believed that this is related to his not paying attention to signals from his body. ███ reports that he enjoys playing video games including Fortnite Roblox and Madden. He has some social interaction with his friend Henry from Illinois through playing video games.

## OPINIONS:

The opinions that follow are based on knowledge derived from my education, training, and experience. They are based on my review of records cited earlier in this report as well as my own evaluation of ███ Kull and offered with a reasonable degree of medical certainty.

[12]

**I. ██████ is having mental health symptoms from the prolonged recovery of his arm injury and meets criteria for Adjustment Disorder.[3]** The criteria for Adjustment Disorder are:

1. The development of emotional or behavioral symptoms in response to an identifiable stressor(s) occurring within 3 months of the onset of the stressor(s).

   In ██████ Kull's case, the injury to his arm is only the first part of the stressor. The need for multiple surgical interventions followed by prolonged periods of not being able to engage in his typical physical activities has resulted in concerning changes to ██████s behaviors, social development and demeanor. His parents described ██████ having difficulties with managing his emotions and frustration resulting in him making comments that he wished he lost his arm completely, and thoughts of not wanting to live. They also endorsed concerns that ██████ is unhappy and not able to fully be social with his peers or discharge his love of competing through sports. Concerningly, ██████ spends the majority of time at home playing video games to the extent that he does not eat dinner with the family and does not stop for bathroom breaks resulting in accidents of bowel and bladder. This gaming is a social outlet on some level, but I am concerned that this is the maladaptive way that ██████ satisfies his desire to compete and discharges emotions and stress since sports are not available to him currently.

2. These symptoms or behaviors are clinically significant, as evidenced by one or both of the following:

   a. Marked distress that is out of proportion to the severity or intensity of the stressor, taking into account the external context and the cultural factors that might influence symptom severity and presentation.

   b. Significant impairment in social, occupational, or other important areas of functioning.

   ██████ and his parents described multiple indicators suggesting impairment socially. They have seen a departure from the gregarious popular happy child, especially this past school year. He has developed more social difficulties in school and experienced more difficulties managing his

---

[3] Copyright. *Diagnostic and Statistical Manual of Mental Disorders*, Fifth Edition, Text Revision (DSM-5-TR), American Psychiatric Publishing, Jan. 2025.

Copley Medical Consulting, LLC                                    Regarding ██████ Kull
LaRae Copley, RPh, MD/PhD                                         January 24, 2025

emotions and frustrations.

████████ described that he is worried about not being able to play football currently. He made it clear to me that this is important to him and his recent unsuccessful attempt to persuade his parents for permission to join a flag football league further suggests its importance to him. Additionally, within the Kull family, engaging in physical activity and competing in sports is highly valued. Lt. Col Kull was a collegiate athlete and both of ████████s brothers compete in wrestling.

Additionally in ████████ Kull's case, he has cognitive rigidity about his mother being at fault for the delay in diagnosis despite my attempts to challenge this. Concerningly, these beliefs left unchecked are likely to have a negative impact on his relationship with his mother. This is particularly concerning as ████████ is prepubescent and is likely to continue having difficulties managing his disability during puberty and into young adulthood. ████████ also expressed "feeling mad," at the peer who pushed him and is not able to fully consider that the intent of the peer may not have been the long-term consequences he has endured. This is consistent with the rigidity his parents have observed about his feelings about his injury and the delay in diagnosis.

████████ has also endured his peers at school bullying him about "being disabled, a cripple," and being unable to fulling participate in physical activities at school. His family is concerned about how his physical restrictions affect him socially and think his peers are less likely to connect with him if they share a common interest in sports but cannot participate together. His parents are to the point of discussing it with his principal and planning for ████████ to see the school counselor moving forward. This coupled with their concerns that ████████ needs more academic stimulation have led his parents to consider homeschooling or switching schools for next school year.

3. Additionally for DSM criteria, the disturbance must not meet criteria for another disorder, is not grief/bereavement, and does not represent the exacerbation of a pre-existing disorder. The disturbance must resolve within 6 months of the stressor resolving.

████████ has no history of mental health diagnoses or treatment preceding his arm injury and symptoms were not endorsed prior to the injury. This stressor does not represent bereavement. ████████s

[14]

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

Regarding ▓▓▓▓ Kull
January 24, 2025

symptoms are not better classified elsewhere by the DSM5-TR. ▓▓▓▓s symptoms have not been resolved, nor has the stressor leading to the symptoms.

**II. ▓▓▓▓ Kull is at risk of future mental health difficulties due to his current injury and resultant disability.** Currently, ▓▓▓▓s physical restrictions are negatively impacting him socially and emotionally as evidenced by difficulties managing his frustrations and social concerns at school.

As children develop into adolescents and young adults, they begin to further solidify their identities. They begin to see more clearly what they want for their futures and form beliefs about their ability to attain their goals.  They also further develop their own self-esteem, be it positive or negative. Integral to identity development are the social relationships they have within their families and amongst their friends. If ▓▓▓▓ continues to have significant physical limitations, the risk for him to develop negative beliefs about his self-efficacy, overall potential, and self-worth is significant. Should he continue to have rigid negative beliefs and unchecked resentments towards his mother, his identity and functioning within his family is at risk. These difficulties put him at risk for depressive disorders and maladaptive coping in adolescence. Should he continue to have a visible deformity in his arm, he is at risk of developing body image issues as he undergoes puberty.

All of these childhood concerns are the seeds of risk for further mental health difficulties. Low severity depression symptoms have been described in children with orthopedic trauma, with more risk for trauma symptoms if they require surgery.[4] ▓▓▓▓ has displayed mood concerns consistent with these findings as his parents both described a period of sadness last year with current ongoing difficulties managing frustration.

There is research to suggest that having a chronic medical condition lasting at least 6 months during childhood increases one's risk of developing depression symptoms later in life.[5] Additionally, it has been suggested in the literature that children with musculoskeletal injuries and a strong identity as an

---

[4] Al Zamia AS, Alqami M, Alaskari A A, et al. (July 19, 2023) Child Anxiety, Depression, and Post-traumatic Stress Disorder Following Orthopedic Trauma. Cureus 15(7).

[5] West and Kamis. The Long-Term Impact of Childhood Disability on Mental Health Trajectories in Mid- to Late-Life. J Aging Health. 2022 October ; 34(6-8): 818–830.

[15]

athlete also have risk of developing depression symptoms.[6]  Taken together, it is my opinion that ███ has risk of developing further difficulties with depression symptoms throughout his life as result of his current injury and disability.

### III. Mental health services are indicated now for ███ Kull and his family and are likely to be indicated in the future.

███ Kull and his family are in the process of initiating mental health services for ███s symptoms. His parents are arranging for him to meet with the school counselor and to begin working with an outpatient therapist. In my opinion, ███ will require weekly psychotherapy by a clinical psychologist or psychiatrist, employing a cognitive behavioral therapy and/or interpersonal therapy model for approximately 2 years.[7] Weekly family-based therapy is also indicated to help ███ and his family manage ███s adjustment to his current restrictions. Overall treatment goals should include improving his social functioning at school, developing his current strengths in a positive, adaptive manner and improving his abilities to cope with frustration and distressing emotions. Additionally, family-based therapy can help the Kulls manage ███s role within the family and help his parents develop a behavioral plan addressing his maladaptive reliance on videogames for coping. Should ███ not have the return to function that he and his parents hope for him, family therapy can help assure that the family dynamics around expectations, discipline and behavior develop adaptively for ███. Given the elevated risk for ███ to develop depression symptoms as he progresses into adolescence and young adulthood, routine screening by ███s pediatrician and a low threshold for referral to a child and adolescent psychiatrist are also recommended.[8]

My opinions reflect the information available to me at the time of this report and are offered to a reasonable degree of medical certainly. I may addend my report if additional information becomes available

---

[6] Park, AL, *etal*. Stronger Athlete Identity Is a Risk Factor for More Severe Depressive Symptoms After Musculoskeletal Injury in Pediatric Athletes: A Systematic Review. Current Reviews in Musculoskeletal Medicine (2023) 16:220–228.
[7] At OSU (in Columbus, Ohio), the fee for an initial evaluation by a psychologist is $595. A 45-to-52-minute therapy session is $340.
[8] The fee for an initial evaluation by a psychiatrist at OSU is $670. The fee for an uncomplicated medication management follow-up appointment is $305.

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

1.24.2025

LaRae Copley, RPh, MD/PhD

Copley Medical Consulting, LLC

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228
https://doi.org/10.1007/s12178-023-09828-0

EXHIBIT
Copley Depo
9

EXHIBIT
E

# Stronger Athlete Identity Is a Risk Factor for More Severe Depressive Symptoms After Musculoskeletal Injury in Pediatric Athletes: a Systematic Review

Anna L. Park[1] · Kira Furie[1] · Stephanie E. Wong[2]

Accepted: 27 February 2023 / Published online: 30 March 2023
© The Author(s) 2023

## Abstract

**Purpose of Review**  Treatment for musculoskeletal sports injuries often neglects the psychological components of health and recovery. Pediatric patients require particular consideration of their psychosocial and cognitive development. This systematic review investigates the effects of musculoskeletal injury on mental health in pediatric athletes.

**Recent Findings**  Athlete identity may increase in adolescence and is associated with worse mental health post-injury. Psychological models suggest loss of identity, uncertainty, and fear mediate the association between injury and symptoms of anxiety, depression, post-traumatic stress disorder, and obsessive–compulsive disorder. Fear, identity, and uncertainty also influence return to sport.

**Summary**  In the reviewed literature, there were 19 psychological screening tools and 8 different physical health measures with various adaptations to athlete developmental level. In pediatric patients, no interventions were studied to reduce the psychosocial impacts of injury. Musculoskeletal injury is associated with worse mental health in pediatric athletes, and stronger athlete identity is a risk factor for the development of depressive symptoms. Psychological interventions that reduce uncertainty and address fear may help mitigate these risks. More research is needed on screening and interventions to improve mental health post-injury.

**Keywords**  Mental health · Athlete identity · Pediatric · Musculoskeletal injury

## Introduction

Treatment for musculoskeletal injuries often focuses on physical and functional outcomes, neglecting the psychological components of health and recovery. However, psychological responses to injury including cognitive, emotional, and behavioral aspects are known to be important factors in determining outcomes post-injury [1••]. Athletes may respond to injury differently than their non-athlete counterparts; for example, they might be at higher risk of self-medication post-injury as part of coping [1••, 2••]. For this reason, the American Medical Society for Sports Medicine

states that there is "a clear need for depression and anxiety screening, especially after an athlete has experienced a challenging illness or injury" [1••]. Pediatric athletes have special considerations regarding mental health including parental involvement and psychological developmental status of the athlete. For example, identity formation varies with age and may be affected differently at different ages [3•]. Therefore, it is important to investigate the pediatric-specific considerations for mental health post sports injury. Despite these calls for more robust research and guidelines, there is no clear understanding of how musculoskeletal injury affects mental health and no clear guidelines for treating mental health post-injury.

Injuries sustained by athletes can play a role in the development of psychiatric disorders. Emotional responses to injury that do not resolve or that worsen over time can be associated with higher rates of generalized anxiety disorder (GAD) [1••]. Injured athletes may also be at higher risk of developing depression, post-traumatic stress disorder, or obsessive–compulsive disorder. Furthermore, mental health

✉ Stephanie E. Wong
   swong@ucsf.edu

[1]  University of California San Francisco School of Medicine, San Francisco, CA 94143, USA

[2]  Department of Orthopaedic Surgery, University of California San Francisco, San Francisco, CA 94143, USA



Current Reviews in Musculoskeletal Medicine (2023) 16:220–228    221

disorders may present differently in athletes than their non-athlete counterparts. For example, "lack of focus" for an athlete may be a sign of cognitive functional impairment resulting from depression [1••].

The primary purpose of this systematic review is to investigate the effects of musculoskeletal injury on mental health in pediatric athletes. Secondary outcomes include reviewing the measures used to assess mental health post-injury and any interventions directed at improved mental health post-injury.

## Methods

### Search Strategy

We searched PubMed and PsycNet databases using ((pediatric OR adolescent OR child) AND (athlete OR sports OR athletic) AND (mental health) AND (injury)), which yielded 627 unique articles. Two authors (AP, KF) screened the titles and abstracts, and questions were resolved by discussion between them.

### Inclusion/Exclusion Criteria

We included articles that investigated mental health in pediatric athletes after musculoskeletal injury. Articles were excluded if they investigated the effects of mental health on subsequent injury risk, focused on concussion/traumatic brain injury, did not mention athletes or sport injury, or did not study pediatric populations. Non-peer-reviewed articles, letters to the editor, and books were excluded.

### Data Extraction and Synthesis

The measures used to assess mental and physical health were recorded, and key themes and theories were extracted from the included studies.

## Results

### Search Results

After title and abstract screening using the inclusion criteria, 33 articles were selected for full-text review. Further, 14 articles were excluded during the full-text review based on relevance, population studied, and type of publication (Fig. 1).

The 19 included articles consisted of 12 observational studies, 4 of which utilized interview-based methodology. There were 6 review articles which focused on themes including athlete identity, psychological stress related to injury, health-related quality of life, depression, and

psychosocial impacts of injury in athletes. The remaining article was the American Medical Society for Sports Medicine 2020 position statement on mental health issues in athletes.

## Pediatric-Specific Athlete Mental Health

Two considerations that are particularly important for understanding mental health in pediatric populations are (1) the developmental stage of the athlete and (2) the parent/guardian–child relationship. Different developmental stages may predispose athletes to different types of mental health issues post-musculoskeletal injury. For example, athletes ages 15 to 21 may be more likely to have symptoms of post-traumatic stress disorder after injury than athletes under age 14 [3•]. Other studies suggest that pediatric athletes may have more difficulty coping with identity transition caused by injury when compared to adult athletes due to the large role that sports play in their lives [4•]. Additionally, managing parent/guardian anxiety may be an important part of promoting mental health post-injury in adolescent athletes [5].

## General Models for Mental Health After Musculoskeletal Injury

Models for mental health in athletes post-injury approach the topic from a variety of standpoints, drawing on literature relating to identity theory, psychiatric diagnosis, quality of life, and developmental stages. Generally, sports participation has been shown to have benefits on mental health, with athletes having lower risk of depressive symptoms than their non-athlete counterparts [2••, 3•, 5]. However, athletes may also have increased risk for major depressive episodes, which may be due to the demands of performance [3•, 5]. Injury is one of the most commonly cited events for development of mental health issues in athletes.

Injury is thought to affect mental health via multiple mechanisms. Athletic identity, self-esteem, and total mood disturbance are important factors affecting mental health post-injury [6]. An interview-based study identified 5 themes associated with quality of life after injury, including: relationships, uncertainty or fear, mood, stress and pressure, and energy [7]. The relationship between injury and these dimensions of psychological health suggests that health-related quality of life is an important measure for the recovery process in sports-related injury [7, 8].

Jasser et al. (2022) suggests that the emotional stages that athletes go through after injury may be similar to the process of grieving other losses [5]. These effects may be mediated by the patient's athlete identity. Athlete identity (AI) is a measure of the strength and exclusivity with which a person identifies as an athlete [2••, 4•, 9••]. Some studies suggest that AI may increase during



**Fig. 1** PRISMA diagram: title, abstract, and full-text review process yielded 19 articles for inclusion in the review



adolescence compared to later in training and that higher AI can protect against burnout and promote adherence to rehabilitation [2••, 9••]. However, higher AI has also been associated with increased risk of depression post-injury [9••]. One study suggested that younger patients may have more difficulty coping with injury due to the threat to their AI [4•].

Studies examining specific psychiatric conditions highlight that the conditions may present differently in athletes than in non-athlete populations [1••]. Among the articles included in this review, depression is the most studied psychiatric diagnosis after musculoskeletal injury. Risk factors for depressive symptoms post-injury include female gender, worse injury severity, high athletic identity, and lack of positive stress (stress that is beneficial, producing emotions such as excitement) [3•]. By contrast, multisport exposure, "mental toughness," and resiliency may have a protective role for athlete mental health post-injury [1••, 5].

One study found that there is a common time course for depressive symptoms post-injury, where depressive symptoms are the highest immediately after injury and then decrease over time. These symptoms can be measured using the Centers for Epidemiological Studies Depression (CES-D) scale, which has a high sensitivity for detecting depression 1 week post-injury but may over-diagnose major depressive disorder later on [10]. Sports injury has also been associated with post-traumatic stress disorder in adolescents [3•]; however, none of the observational studies specifically examined diagnosis of PTSD in pediatric patients after injury.

## Observational Study Findings

Observational studies on mental health in pediatric athletes post-musculoskeletal injury focus on knee injuries. Anterior cruciate ligament (ACL) injuries are the most studied



Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

injury, while some studies also investigated meniscal tears, collateral ligament sprains, patellar instability, anterior knee pain, and femoral osteochondral lesions [11, 12]. Generally, knee injuries have been found to negatively impact physical and emotional health in athletes. McGuine et al. found that patients with less serious injuries (e.g., anterior knee pain) had similar health-related quality of life scores compared to those with more serious (e.g., ACL) injuries. The patients with less serious injuries had lower scores in social functioning, role physical, and bodily pain [11].

Research on mental health after ACL reconstruction (ACLR) highlights the importance of measuring mental health post-ACLR, specifically in pediatric populations. One study demonstrated a correlation between the Pediatric International Knee Documentation Committee (Pedi-IKDC) score and quality of life in social/emotional domains. Worse symptoms reported on Pedi-IKDC were associated with lower social and emotional quality of life in nonoperatively treated, preoperative, and post-operative pediatric ACL patients. In contrast, similar data from studies in adults does not demonstrate a correlation between IKDC and social/emotional quality of life [4●].

Studies on the markers of rehabilitation progress suggest that physical measures alone are insufficient to determine if an athlete is ready to return to sport. An interview-based study with high school student athletes found that there are significant psychological barriers to rehabilitation including fear of reinjury and uncertainty about readiness to return to play, warranting other measures in addition to the physical markers to evaluate progress post-ACLR [13●]. Important psychological factors during recovery include the type of support received from parents, coaches, and teammates; attention from physical therapists and surgeons; and the patient's personal journey. For instance, overly sympathetic support or caution from others may negatively impact recovery or reduce likelihood of return to sport. Similarly, insufficient attention from physical therapists or the surgeon, specifically in relation to the patient's goals, may negatively impact the patient's recovery experience [13●]. Addressing psychological recovery after ACL injury, including the need to accept risk and face fear of reinjury, is essential to overall recovery and clinical outcomes [2●●, 14].

Comparison between athletes in different types of sports found that patient-reported outcomes for mental health were similar for high school and collegiate injured in a variety of sport types, including soccer, football, skiing, baseball, lacrosse, and tennis [15]. However, other research suggests that factors such as team versus individual sport may affect athlete mental health. For example, athletes who develop social anxiety may have more challenges participating in team sports, such as basketball, than they would participating in individual sports or sports with fewer spectators such as distance running [5].

One way to approach tailoring care to individual patients is to evaluate motives for sports participation. Motives such as achievement, fun, and well-being have been shown to predict worse pain and functioning (as measured on KOOS) at 2 years post-injury when compared to the motives of health or social integration. These findings were not, however, correlated with worse mental component scores on the Short-Form-36 (SF-36), a quality of life scale [16].

One study investigated the potential for ACL injury, surgery, and recovery to promote adversarial growth (positive psychological change in response to adverse events). Their approach suggests potential positive effects of injury on long-term mental health. However, the study found that these injury events did not seem to promote adversarial growth [17].

## Return to Sport

Return to sport (RTS) was a focus of the pediatric literature on mental health post-injury. In patients who underwent ACLR, those who did not RTS were shown to have decreased health-related quality of life when compared to those who did or to healthy controls [18●]. Factors correlated with increased likelihood of return to sport include confidence in personal ability, support at all levels, enhanced physical ability, and active strategies involving cognitive awareness of stressors with conscious attempts to reduce negative outcomes such as social isolation [19]. While some reasons for not returning to sport were found to be external to the injury (e.g., graduation from high school) [12], others were related to physical and mental aspects of the recovery process.

Interactions with the medical system may also positively affect return to play after ACLR, specifically those that promote learning, trusting providers, personalization of care, and socialization [13●]. Learning about the recovery process can help reduce uncertainty, and more knowledge is associated with maintenance of a healthy mindset [1●●, 13●]. Trusting relationships with physical therapists or athletic trainers are also important to RTS. At the high school level, school athletic trainers have been found to be important for athlete emotional stability post-injury [13●]. Personalized rehabilitation processes incorporating sport-specific training are also important promoters of RTS. Adding sport-specific exercises and guidance on the transition from rehabilitation back into normal training encourages RTS. Finally, injuries can be isolating, especially for adolescent athletes whose social networks revolve around sport. Socialization in the rehabilitation setting and finding ways to keep athletes involved in their sport can also help athletes build a social support system, promoting RTS [13●].

One semi-structured interview study investigated the psychological aspects of RTS after injury. They characterized

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

the mental process of RTS in three main themes: driving reasons for RTS, preparation of body and mind, and risk acceptance. Driving reasons to RTS include athletic identity, mental toughness, and commitment to the self, sport, or team. Preparation of body and mind included connectedness, physical rehabilitation, and cognitive skills and planning. Finally, risk acceptance was facilitated by graded exposure in transition to full sport, which allowed athletes to approach chaos and confusion with confidence [14]. Overarching narratives for injury processes may also be important for return to sport. There is some evidence that viewing injury as "overcoming adversity" promotes return to sport [13●].

Barriers to RTS include physical limitations, social factors, fear, and uncertainty in both the rehabilitation progress and transition back to sport. Physical barriers such as fatigue, stiffness, pain, discomfort, and limited strength and mobility negatively impact RTS [13●, 19]. Social factors such as discouraging interpersonal comparison to other injured athletes during physical therapy challenge RTS. Outside the clinic, external support, identity challenge, and role adjustment also impede RTS [13●, 19]. One study suggests that female athletes generally receive less support at all levels including from friends and family members, contributing to female athletes being less likely to RTS after injury [19]. Uncertainties about progress in rehabilitation, about how physical therapy exercises relate to sporting activities, and about how to transition back into full sport are all barriers athletes faced in returning to sports [13●].

Fear is an important psychological factor affecting return to sport and outcomes post-musculoskeletal injury [12, 13●, 18●]. Athletes who did not return to sport after ACLR were found to have higher fear-avoidance beliefs when compared to those who did return. However, the athletes in this study that did successfully return to sport had higher fear-avoidance beliefs than healthy controls [18●].

### Measures for Mental Health and Injury

There were 19 unique psychological measures used in the studies or suggested as screening tools for mental health complications after injury in pediatric patients. Two measures assess athletic identity, 5 assess health-related quality of life, 5 assess mood/depressive symptoms, 3 assess anxiety and post-traumatic stress symptoms, and 4 assess fear-avoidance beliefs and behaviors (see Table 1). Additionally, Jasser et al. (2022) provide a list of sport-related psychosocial screening questions that may be used to assess for underlying mental health concerns in pediatric athletes [5].

Eight different physical health measures are used in the studies to measure functioning post-injury: International Knee Documentation Committee (IKDC) [11, 12, 14, 15], Pediatric International Knee Documentation Committee (Pedi-IKDC) [4●], Lysholm-Tegner Scales [12–15],

Western Ontario and McMaster Universities Osteoarthritis (WOMAC) [12], Marx Activity Scale [12, 15], Knee Injury and Osteoarthritis Outcome Score (KOOS) [13●, 16], Knee Outcomes Survey – Sports Activities Scale (KOS-SAS) [17], and a numerical rating scale for pain [17].

## Discussion

### Effects of Injury on Pediatric Athlete Mental Health

Our findings from the reviewed literature highlight the importance of understanding pediatric-specific and athlete-specific factors affecting mental health after musculoskeletal injury. Adolescent athletes may be specifically vulnerable to worse mental health outcomes post-injury due to the natural changes in identity formation associated with their developmental stage [13●]. The process of identity formation during adolescence can affect ability to cope with further identity challenge caused by injury, which may more frequently lead to development of depression or PTSD for adolescents when compared to young children or adults [3●, 13●]. One study in adult patients found that athletes with a history of injury had a greater physiological stress response measured via skin conductance to watching videos of orthopedic injuries than those with no history of injury [22]. Similar studies in pediatric patients could help elucidate the underlying relationships between age, injury, and psychiatric disorders.

Mental health outcomes after injury may also be affected by social dynamics, parental involvement, and sports specialization [2●●, 5]. Given that recent trends towards early sport specialization in children are thought to contribute to increased risk of injury and burnout among young athletes [26], further research in pediatric populations is needed to better understand how injury interacts with other risk factors to predispose athletes to worse mental health post-injury.

Overall, the literature focused on mental health challenges for athletes post-injury. The one study that looked at the potential positive impact of injury on mental health did not find that injury promoted adversarial growth [17]. However, it is still possible that injury and rehabilitation could promote other positive aspects of mental health such as resiliency. Future research in this area should be aware of these potential psychological impacts of injury.

The rest of the reviewed studies focused on the relationship between injury and poor mental health, connecting injury with development of depression, post-traumatic stress disorder, and anxiety disorders. A variety of risk factors may mediate these relationships including age, personality, type of sport played, and support systems. The nature of these relationships remains unclear. Furthermore, common mental health disorders such as depression or anxiety may present differently in athletes than non-athletes [1●●].

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

**Table 1**  Psychological measures used to assess mental health in pediatric athletes

| Measure | Type | Subscales | Used to measure |
|---|---|---|---|
| **Athletic identity** | | | |
| Athletic Identity Measurement Scale (AIMS) [9••] | 7-item questionnaire on a 7-point Likert scale from "strongly agree" to "strongly disagree" | Social identity, exclusivity, negative affectivity | Measures athletic identity as a cognitive structure and social role. Validated in youth student samples |
| Anderson's Athletic Identity Questionnaire (AIQ) for Adolescents [9••] | 21-item "yes/no" questionnaire | Appearance, importance of exercise/sport/physical activity to the self, perceived competence, encouragement from others participating | Measures athlete identity across four dimensions of self-knowledge. Validated in adolescents |
| **Quality of life** | | | |
| Child Health Questionnaire (CHQ) CHQ-CF87 version [4•] | 87-item self-report, available in multiple languages | Overall physical, psychosocial | Assesses health-related quality of life in people age 5 to 18. There are both parent- and patient-reported versions of varying lengths of the CHQ [20] |
| Disablement in the Physically Active Scale (DPA) [7] and Modified Disablement in the Physically Active Scale (mDPA) [18•] | 16-item questionnaire on a 5-point Likert scale | Physical components, mental components | Assesses health-related quality of life |
| Pediatric Quality of Life (PedsQL) [8] | 23-item questionnaire | 4 domains of health-related quality of life: physical, emotional, social, school functioning | Measure of health-related quality of life |
| Short-Form 36 (SF-36) [16] | 36-item questionnaire | Physical health (physical functioning, role physical, bodily pain, general health), mental health (vitality, social functioning, role emotional, mental health) | Global health-related quality of life survey |
| Short-Form 12 (SF-12) [11, 12, 15] | 12-item questionnaire. Available in more than 50 languages | Physical health (physical functioning, role physical, bodily pain, general health), mental health (vitality, social functioning, role emotional, mental health) | Global health-related quality of life survey. Validated shortened version of SF-36, and used in patients as young as 14 |
| **Depression/mood** | | | |
| Beck Depression Inventory (BDI) [1••] | 21-item questionnaire on a 4-point Likert scale | Cognitive, somatic-affective [21] | Screening tool for depression. Not validated in athletes |
| Centers for Epidemiological Studies Depression (CES-D) [1••, 10] | 20-item questionnaire on a 4-point Likert scale from "Rarely or none of the time (less than 1 day)" to "Most or all of the time (5–7 days)" | Cognitive, affective, behavioral, somatic | Self-report survey of depressive symptoms. Reliably associated with major depressive disorder, and used in children |
| Hamilton Rating Scale for Depression (SIGH-D) [10] | Structured interview guideline and subscale for the Hamilton Rating Scale. Available in German, Italian, Polish, and Chinese | Depression | Clinical interview-based assessment for mood and anxiety disorders |
| Patient Health Questionnaire 2 and 9 (PHQ2 and PHQ9) [1••] | 2- or 9-item questionnaire on a 4-point Likert scale | DSM-5 criteria for depression | Screening tool for depression. Not validated in athletes |

Springer

**Table 1** (continued)

| Measure | Type | Subscales | Used to measure |
|---|---|---|---|
| Profile of Mood States (POMS) [10, 17, 22] | 37-item shortened POMS questionnaire condensed from the original 65-item POMS. There is also a 6-item version called the Brief Assessment of Mood (BAM) | Tension, anger, depression, confusion, fatigue, vigor | Measures mood states including depressed mood |
| Anxiety/stress disorders | | | |
| Generalized Anxiety Disorder – 7 (GAD-7) [1••] | 7-item questionnaire on a 4-point Likert scale | DSM-5 criteria for generalized anxiety disorder | Screening tool for anxiety disorders |
| Horowitz Impact of Event Scale-Revised (IES-R) [9••] | 22-item questionnaire on a 5-point Likert scale from "not at all" to "extremely" | Intrusion, avoidance, hyperarousal [23] | Measures symptoms of PTSD. Not established in orthopedic literature for assessing trauma [9] |
| Post-traumatic Growth Inventory (PTGI) [17] | 21-item questionnaire on a 6-point Likert scale. | New possibilities, relating to others, personal strength, spiritual change, appreciation of life | Measures adversarial growth after traumatic event |
| Fear avoidance | | | |
| Anterior Cruciate Ligament – Return to Sport Index (ACL-RSI) [14] | 12-item "yes/no" questionnaire. | Emotions, confidence in performance, risk appraisal | Measures the cognitive side of return to sport after ACL injury |
| Athlete Fear Avoidance Questionnaire (AFAQ) [13•] | 10-item questionnaire on a 5-point Likert scale | No subscales | Measures injury-related fear avoidance in athletes [24] |
| Fear Avoidance Belief Questionnaire (FABQ) for Athletes [18•] | 16-item questionnaire on a 7-point Likert scale | Physical activity, sport | Assesses fear-avoidance beliefs/behaviors |
| Tampa Scale of Kinesiophobia-11 (TSK-11) [13•] | 11-item questionnaire. Other versions exist with variable numbers of question | Somatic focus, activity avoidance | Measures fear of movement/reinjury validated in chronic pain patients [25] |

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228                                                                                227

For these reasons, further research and modeling are necessary for understanding how musculoskeletal injury affects mental health.

## Interventions to Promote Better Mental Health Post-Injury

There were no interventional studies to improve mental health in pediatric athletes after injury. Despite the lack of interventional trials, there were a number of suggestions for interventions in the literature, which fall into four categories: (1) reducing uncertainty, (2) promoting support, (3) maintaining connection to sport, and (4) connection to psychological services. In order to reduce uncertainty, healthcare providers may educate the athlete on the healing process and what to expect, including a clear transition process and timeline for reintroduction to full sport and training if that is the patient's goal. Proper social support for pediatric athletes can include parents, coaches, athletic trainers, teammates, friends, and others. Specifically educating parents/ guardians about how their own anxiety may affect their child could reduce the negative effects of injury on mental health. Continued integration in their sport, for example, by finding ways for athletes to participate at practice, or designing sport-specific exercises and training programs can help promote positive mental health post-injury [2••]. Finally, integrating psychologists into the care team for injured athletes can improve access to beneficial interventions [2••, 5]. Psychologists may also be able to provide targeted evidence-based interventions such as cognitive behavioral therapy, family therapy, or motivational interviewing for pediatric patients who develop or are at risk of developing poor mental functioning after injury [2••, 5].

Return to sport is a factor related to mental health post-injury that is particularly important for pediatric populations. Psychological factors such as fear avoidance may affect return to sport, or conversely, return to sport may affect psychological factors important to mental health. In pediatric populations, negative mental health effects after injury may impact scholastic and social functioning, which could have a major impact on future health, functioning, and life goals. Furthermore, fear-avoidance behavior is associated with the development and maintenance of chronic pain in the pediatric fear-avoidance model of chronic pain [27]. Given the association between return to sport and lower fear-avoidance behavior, one's ability to successfully return to sport may also potentially decrease the risk of development of chronic pain. Thus, managing mental health post-injury should be considered an important factor in promoting long-term health and wellness.

Our study has several limitations. Firstly, all the observational research was conducted on knee injuries, and mostly ACLR, limiting the external validity of the reviewed data.

Secondly, the research is also done across a variety of sports, which makes drawing conclusions about the impact of injury on mental health difficult as different factors or effects may be more or less important for certain sports. Thirdly, many of the instruments for measuring psychological health and functioning are not validated specifically for athletes or in pediatric populations. Finally, there was no discussion of how social determinants of health may affect the ability to cope with injury, the ability to access mental healthcare, or recovery process generally.

## Conclusions

Overall, musculoskeletal injury in pediatric athletes is associated with poor mental health and functioning, which affects clinical outcomes as well as overall health and well-being of the athlete. Strong athlete identity is a risk factor for more depressive symptoms after injury.

While there were no interventional studies in the reviewed literature, recommended practices include reducing uncertainty, promoting support from medical team and family, maintaining the athlete's connection to sport, and connecting the athlete to psychological services. Further research is needed to better understand this relationship and to test interventions to improve mental health post-injury.

## Declarations

**Conflict of Interest**  The authors declare no competing interests.

**Human and Animal Rights and Informed Consent**  This article does not contain any studies with human or animal subjects performed by any of the authors.

**Open Access**  This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

## References

Papers of particular interest, published recently, have been highlighted as:
• Of importance
•• Of major importance



1.•• Chang CJ, Putukian M, Aerni G, Diamond AB, Hong ES, Ingram YM, et al. American Medical Society for Sports Medicine Position Statement: mental health issues and psychological factors in athletes: detection, management, effect on performance, and prevention—executive summary. Clin J Sport Med. 2020;30:91–5. Position statement from the American Medical Society for Sports Medicine on mental health issues in athletes.

2.•• Daley MM, Griffith K, Milewski MD, Christino MA. The mental side of the injured athlete. J Am Acad Orthop Surg. 2021;29:499–506. **Review highlights the impact of psychological factors on measurable outcomes after orthopedic surgery.**

3.• Haraldsdottir K, Watson AM. Psychosocial impacts of sports-related injuries in adolescent athletes. Curr Sports Med Rep. 2021;20:104. **Review of psychosocial impacts of sports injuries in adolescent athletes.**

4.• Boykin RE, ED MF, Shearer D, Frank JS, Harrod CC, Nasreddine AY, et al. Correlation between the child health questionnaire and the international knee documentation committee score in pediatric and adolescent patients with an anterior cruciate ligament tear. J Pediatr Orthop. 2013;33:216. **Cross-sectional study investigating correlations between components of the Child Health Questionnaire and the pediatric International Knee Documentation Committee scores in patients with ACL injuries.**

5. Jasser J, Patel DR, Beenen KT. The role of psychologists in sport medicine practice. Pediatr Clin N Am. 2022;69:975–88.

6. Nippert A, Smith A. Psychologic stress related to injury and impact on sport performance. Phys Med Rehabil Clin N Am. 2008;19:399–418.

7. Vela LI, Denegar C. Transient disablement in the physically active with musculoskeletal injuries, part i: a descriptive model. J Athl Train. 2010;45:615–29.

8. Parsons JT, Snyder AR. Health-related quality of life as a primary clinical outcome in sport rehabilitation. J Sport Rehabil. 2011;20:17–36.

9.•• Edison BR, Christino MA, Rizzone KH. Athletic identity in youth athletes: a systematic review of the literature. Int J Environ Res Public Health. 2021;18:7331. **Systematic review of studies investigating athlete identity in pediatric athletes and its impacts on psychological variables including burnout, sport progression, and response to injury.**

10. Appaneal RN, Levine BR, Perna FM, Roh JL. Measuring postinjury depression among male and female competitive athletes. J Sport Exerc Psychol. 2009;31:60–76.

11. McGuine TA, Winterstein A, Carr K, Hetzel S, Scott J. Changes in self-reported knee function and health-related quality of life after knee injury in female athletes. Clin J Sport Med. 2012;22:334.

12. McCarthy MA, Meyer MA, Weber AE, Levy DM, Tilton AK, Yanke AB, et al. Can competitive athletes return to high-level play after osteochondral allograft transplantation of the knee? Arthroscopy.. 2017;33:1712–7.

13.• DiSanti J, Lisee C, Erickson K, Bell D, Shingles M, Kuenze C. Perceptions of rehabilitation and return to sport among high school athletes with anterior cruciate ligament reconstruction: a qualitative research study. J Orthop Sports Phys Ther. 2018;48:951–9. **Qualitative interview-based study investigating the psychological challenges after sports injuries in high school students.**

14. Mahood C, Perry M, Gallagher P, Sole G. Chaos and confusion with confidence: managing fear of re-injury after anterior cruciate ligament reconstruction. Phys Ther Sport. 2020;45:145–54.

15. Nwachukwu BU, Voleti PB, Chang B, Berkanish P, Mahony GT, Williams RJ, et al. Comparative influence of sport type on outcome after anterior cruciate ligament reconstruction at minimum 2-year follow-up. Arthroscopy. 2017;33:415–21.

16. Roessler KK, Andersen TE, Lohmander S, Roos EM. Motives for sports participation as predictions of self-reported outcomes after anterior cruciate ligament injury of the knee. Scand J Med Sci Sports. 2015;25:435–40.

17. Brewer BW, Cornelius AE, Van Raalte JL, Tennen H. Adversarial growth after anterior cruciate ligament reconstruction. J Sport Exerc Psychol. 2017;39:134–44.

18.• Hoch JM, Houston MN, Baez SE, Hoch MC. Fear-avoidance beliefs and health-related quality of life in post-ACL reconstruction and healthy athletes: a case-control study. J Sport Rehabil. 2020;29:772–6. **Case-control study investigating fear-avoidance and health-related quality of life in patients that do and do not return to sport after ACLR as compared to healthy controls.**

19. Nordahl B, Sjöström R, Westin M, Werner S, Alricsson M. Experiences of returning to elite alpine skiing after ACL injury and ACL reconstruction. Int J Adolesc Med Health. 2014;26:69–77.

20. HealthActCHQ CHQ: Child Health Questionnaire™ [Internet]. [cited 2022 Dec 28]. Available from: https://www.healthactchq.com/survey/chq

21. Brown M, Kaplan C, Jason L. Factor analysis of the Beck Depression Inventory-II with patients with chronic fatigue syndrome. J Health Psychol. 2012;17:799–808.

22. Appaneal RN. Psychophysiological response to severe sport injury among competitive male athletes: a preliminary investigation. J Clin Sport Psychol. 2007;1:68–88.

23. Weiss D. PTSD: impact of event scale - revised (IES-R) for DSM-IV [Internet]. Veterans Affairs: National Center for PTSD. 2022. Available from: https://www.ptsd.va.gov/professional/assessment/adult-sr/ies-r.asp.

24. Dover G, Amar V. Development and validation of the athlete fear avoidance questionnaire. J Athl Train. 2015;50:634–42.

25. Tkachuk GA, Harris CA. Psychometric properties of the Tampa Scale for Kinesiophobia-11 (TSK-11). J Pain. 2012;13:970–7.

26. Popkin CA, Bayomy AF, Ahmad CS. Early sport specialization. J Am Acad Orthop Surg. 2019;27:e995–1000.

27. Simons LE, Kaczynski KJ. The fear avoidance model of chronic pain: examination for pediatric application. J Pain. 2012;13:827–35.

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

# Child Anxiety, Depression, and Post-traumatic Stress Disorder Following Orthopedic Trauma

Review began 06/24/2023
Review ended 07/17/2023
Published 07/19/2023

© Copyright 2023
Al Zomia et al. This is an open access article distributed under the terms of the Creative Commons Attribution License CC-BY 4.0., which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Ahmed S. Al Zomia [1], Mahdi Mofarah Alqarni [2], Abdullah A. Alaskari [1], Abdullah Al Qaed [1], Abdulrhman M. Alqarni [3], Abdulrahman M. Muqbil [1], Daher M. Alshehri [1], Lama A. Lahiq [1], Mohammed A. Alhifthi [1], Yazeed Alshahrani [1]

1. Department of Medicine and Surgery, King Khalid University, Abha, SAU  2. Department of Pediatric Orthopedic, Abha Maternity and Children Hospital, Abha, SAU 3. Department of Medicine and Surgery, Umm Al-Qura University, Al Qunfudhah, SAU

Corresponding author: Ahmed S. Al Zomia, ahmedszomia@gmail.com





## Abstract

Background: Many children and adolescents are exposed to different types of trauma, e.g., abuse or various disasters. Trauma can cause severe and long-term impairment and consequences, the most studied of which are post-traumatic stress disorder (PTSD) and PTSD symptoms (PTSS). PTSD is highly prevalent in clinical practice (with a frequency of about 7%) and is a debilitating consequence of trauma.

Aim: The current study aimed to assess childhood injuries and their associated anxiety, depression, and post-traumatic stress disorder following orthopedic trauma.

Methods: A descriptive cross-sectional study was conducted, including all pediatric patients with trauma at Abha Maternity and Children Hospital in the Seer region of Saudi Arabia, as well as pediatric patients with trauma at Abha Maternity and Children Hospital during the period from January 1, 2021 to December 31, 2022. Data were collected from the children's caregivers using a direct interview questionnaire to assess the children's personal data, depression, anxiety, and post-traumatic stress disorder. Children's trauma-related data were extracted from their medical records using a pre-structured data extraction sheet.

Results: A total of 100 children with trauma were included. Children ranged in age from eight to 12 years, with a mean age of 7.3 ± 3.4 years. In all, 67 (67.0%) children were males, and only 6 (6.0%) had chronic health problems. The vast majority of the children with trauma had a low-severity experience of depression and anxiety following trauma (97.1% for each), and only one child had a high-severity experience of depression and anxiety. In all, 5 (4.9%) children with trauma experienced clinically significant PTSD, and the vast majority of them showed a low likelihood of the disorder. Multiple fractures and undergoing surgery were significant predictors of developing PTSD (P < 0.05).

Conclusion: In conclusion, the current study revealed that bone trauma was frequent among children, mainly due to playing accidents. Also, a low prevalence of post-traumatic stress disorders and their mental consequences was estimated.

Categories: Pediatrics, Psychiatry, Orthopedics
Keywords: saudi arabia, prevalence, post-traumatic stress disorder, anxiety, depression, childhood trauma

## Introduction

Injuries are one of the principal causes of childhood morbidity and mortality [1]. Childhood injuries are a significant public health issue in the United States. According to the Centers for Disease Control and Prevention (CDC), more than 7,000 children and teens aged 0-19 died because of unintentional injuries in 2019, which averages out to about 20 deaths per day [2]. The leading causes of unintentional child injury include motor vehicle crashes, suffocation, drowning, poisoning, fires, and falls [3]. The number of children dying from injury dropped by nearly 30% over the last decade, although unintentional injury still accounts for one-third of deaths in children and adolescents each year, primarily from motor vehicle crashes [4]. It is important to note that child injury is often preventable, and parents and caregivers can take measures to reduce the risk of injury in children. The Injury Prevention Program (TIPP) offers resources for pediatricians to educate parents on injury prevention measures for children from newborn through 12 years of age, including topics such as motor vehicles, firearms, bicycle crashes, drowning, poisoning, choking, burns, falls, and pedestrian hazards [5-7].

Mental disorders in childhood are among the risk factors for childhood injuries [8]. They are responsible for about 14% of the global burden of disease, with depression and anxiety as the leading causes of disability worldwide [9]. These conditions often develop in childhood and adolescence and, if left untreated, can negatively impact psychosocial function and add to the healthcare burden. Moreover, psychiatric comorbidities are common in depressive and anxiety disorders and often lead to increased symptom severity

and an overall worse outcome. As such, early diagnosis and intervention are vital [10-13]. Our goal is to determine child anxiety, depression, obsessive-compulsive disorder, and post-traumatic stress disorder following orthopedic trauma in both male and female children across a range of age groups.

## Materials And Methods

A descriptive cross-sectional study was conducted, including all pediatric patients with trauma at Abha Maternity and Children Hospital in the Seer region of Saudi Arabia, during the period from January 1, 2021 to December 31, 2022. Data were collected from children's caregivers using a direct interview questionnaire to assess children's depression, anxiety, and post-traumatic stress disorder using the RCADS-25, which stands for the Revised Children's Anxiety and Depression Scale-25. It is a questionnaire consisting of 25 items designed to gauge the presence and intensity of anxiety. This scale includes two subcategories: one for measuring anxiety levels and another for assessing depressive symptoms. Additionally, it provides an overall score. Both the anxiety and depression subscales demonstrate a strong correlation with clinically identified anxiety and depression groups. Each item in the scale evaluates the frequency of symptoms and is rated on a 4-point Likert scale. The questionnaire included the participant's relationship to the child, demographic data, medical history, and other clinically relevant information. Also, children's depression and anxiety were assessed using the Revised Children's Anxiety and Depression Scale (RCADS-25) with two subscales (total anxiety and total depression) [14]. It can be used by children and adolescents between the ages of eight and 18. A parent (or caregiver) version is also available to rate a child's or adolescent's level of anxiety and depressive symptoms based on personal observations. Post-traumatic stress disorder was assessed using the combined child trauma screen (CTS), which consists of four items for experienced events and six items for reactions [15]. Children's trauma-related data were extracted from their medical records using a pre-structured data extraction sheet.

### Data analysis

After the data were extracted, it was revised, coded, and fed to the statistical software IBM SPSS version 22 (SPSS, Inc., Chicago, IL). All statistical analysis was conducted using two-tailed tests. Differences were considered statistically significant at a $P < 0.05$. Childhood depression and anxiety were assessed by summing up all discrete item scores for each subscale (depression and anxiety). We gave the following scores for each question based on responses: 0 for never, 1 for once in a while, 2 for half the time, and 3 for almost always for how often the following things have bothered you in the last two weeks. Total scores are converted to T-scores using specific equations that have been developed through research and account for the gender and grade of each child. Converted scores on the subscales are divided into scoring ranges, where (a) scores below 65 represent low severity, (b) scores between 65 and 70 represent medium severity and are on the borderline clinical threshold, and (c) scores above 70 represent high severity and are above the clinical threshold [16]. As for PTSD, CTS scores for reaction items are summed up, and a total on the CTS of 6 or greater on the child report indicates a high likelihood that the child may be suffering from clinically significant levels of PTSD symptoms [15]. A descriptive analysis based on frequency and percent distribution was performed for all variables, including children's personal data, medical history, trauma data, management, ICU, and duration of hospital admission. Also, students' depression and anxiety levels, along with PTSD, were graphed. Crosstabulation was used to assess factors associated with PTSD among children using Pearson's chi-square test and the exact probability test for small frequency distributions.

## Results

A total of 100 children with trauma were included. Data were collected from the fathers of 80 (80.0%) and the mothers of 20 (20.0%) children. The children's ages ranged from 1 to 12 years, with a mean age of $7.3 \pm 3.4$ years. In all, 67 (67.0%) children were males, and only 6 (6.0%) had chronic health problems. As for children's weight for age, 46 (46.0%) were underweight, 27 (27.0%) had a normal weight for age, and 27 (27.0%) were overweight or obese. Only 5 (5.0%) children had a family history of psychiatric disease (Table 1).

| Personal data | No | % |
| --- | --- | --- |
| Respondent | | |
| Father | 80 | 80.0% |
| Mother | 20 | 20.0% |
| Child age in years | | |
| 5–9 | 45 | 55.0% |
| 10–12 | 45 | 45.0% |
| Child gender | | |
| Male | 67 | 67.0% |
| Female | 33 | 33.0% |
| Child had chronic disease | | |
| Yes | 6 | 6.0% |
| No | 94 | 94.0% |
| Weight for age | | |
| Underweight | 46 | 46.0% |
| Normal | 27 | 27.0% |
| Overweight | 14 | 14.0% |
| Obese | 13 | 13.0% |
| Family history of psychiatric diseases | | |
| Yes | 5 | 5.0% |
| No | 95 | 95.0% |

**TABLE 1: Personal characteristics of study children with trauma and respondents, Abha Maternity and Children Hospital, Saudi Arabia.**

Children's injury-related data, types, and sites, Abha Maternity and Children Hospital, Saudi Arabia (Table 2). The duration of trauma was less than six months in around one-fourth of the studied children (24.0%). Two-fifths of the children experienced trauma more than six months ago but less than one year (40.0%), and finally, nearly one-third of the children had trauma more than one year ago (36.0%). The most reported cause of injury was during play (44.0%) and fall from a height (37.0%). Trauma was at the upper extremities among 50 (50.0%), which was unilateral among 65 (97.1%) of them, and at the head among 31 (31.0%). Only 7 (22.6%) experienced loss of consciousness after head trauma. In all, 78 (78.0%) children had only one trauma, and 16 (16.0%) had two trauma injuries.

| Injury data | No | % |
|---|---|---|
| Type of injury | | |
| Orthopedic injury | 87 | 87.0% |
| Head injury | 12 | 11.7% |
| Tissue injury | 1 | 1.0% |
| Duration of trauma | | |
| Less than six months | 24 | 24.0% |
| 6–12 Months | 40 | 40.0% |
| More than one year | 36 | 36.0% |
| Cause of trauma | | |
| RTA | 10 | 10.0% |
| Fall from height | 37 | 37.0% |
| During playing | 44 | 44.0% |
| Others | 9 | 9.0% |
| Site of trauma | | |
| Head | 31 | 31.0% |
| Upper extremities | 50 | 50.0% |
| Lower extremities | 17 | 17.0% |
| Pelvis | 2 | 2.0% |
| If in extremities, is it | | |
| Unilateral | 65 | 97.1% |
| Bilateral | 2 | 2.9% |
| Loss of consciousness after head injury | | |
| Yes | 7 | 22.6% |
| No | 24 | 77.4% |
| Number of fractures | | |
| One | 78 | 78.0% |
| Two | 16 | 15.5% |
| Three | 3 | 2.9% |
| More | 3 | 2.9% |

**TABLE 2: Children's injury-related data, types, and sites, Abha Maternity and Children Hospital, Saudi Arabia.**

RTA: road traffic accident.

Clinical data and hospital stay among children with trauma, Abha Maternity and Children Hospital, Saudi Arabia (Table 3). A total of 70 (70.0%) children had undergone surgery for trauma, and 10 (10.0%) needed ICU admission. As for hospital stays, 38 (38.0%) children were hospitalized for one to two days, 21 (21.0%) for three to four days, and 30 (20.0%) for five to seven days, but only 11 (11.0%) were hospitalized for more than seven days.

| Clinical data | No | % |
| --- | --- | --- |
| ICU admission | | |
| Yes | 10 | 10.0% |
| No | 90 | 90.0% |
| Undergone surgery | | |
| Yes | 70 | 70.0% |
| No | 30 | 30.0% |
| Days of hospital admission | | |
| 1–2 Days | 38 | 38.0% |
| 3–4 Days | 21 | 21.0% |
| 5–7 Days | 30 | 30.0% |
| >7 Days | 11 | 11.0% |

**TABLE 3: Clinical data and hospital stay among children with trauma, Abha Maternity and Children Hospital, Saudi Arabia.**

Prevalence of depression and anxiety among children following trauma in Abha Maternity and Children Hospital, Saudi Arabia (Figure *1*). The vast majority of the children with trauma had a low-severity experience of depression and anxiety following trauma (97.1% for each), and only one child had a high-severity experience of depression and anxiety.



**FIGURE 1: Prevalence of depression and anxiety among children following trauma in Abha Maternity and Children Hospital, Saudi Arabia.**

Combined child trauma screening assessment among children in Abha Maternity and Children Hospital, Saudi Arabia (Table *4*). Regarding experienced events, 15.0% of the children had seen people pushing, hitting, or throwing things at each other or stabbing, shooting, or trying to hurt each other; 10.0% experienced very upsetting or scary events; and 2.0% were hurt, punched, or kicked by someone with hands, belts, or other objects or tried to shoot or stab them. With regard to children's reactions to events, 21.0% had trouble concentrating or paying attention, 18.0% of the children had sleep troubles, 16.5% tried to stay

away from people, places, or things that reminded them of something that had happened, and 13.0% felt alone and not close to people around them.

| PTSD | Yes | | No | |
|---|---|---|---|---|
| Events frequency | Number | % | Number | % |
| Has your child ever seen people pushing, hitting, or throwing things at each other or stabbing, shooting, or trying to hurt each other? | 15 | 15.0 | 85.0 | 85.0 |
| Has someone ever really hurt your child, i.e., hit, punched, or kicked them with hands, belts, or other objects or tried to shoot or stab them? | 2 | 2.0 | 98.0 | 98.0 |
| Has someone ever touched your child on the parts of their body that a bathing suit covers, in a way that made you or your child uncomfortable? Has someone had your child touch them in that way? | 0 | 0.0 | 100 | 100.0 |
| Has anything else very upsetting or scary happened to your child? | 10 | 10.0 | 90 | 90.0 |

| Reactions to experienced events | Never/rarely | | One to two times per month | | One to two times per week | | Three+ times per week | |
|---|---|---|---|---|---|---|---|---|
| | No | % | No | % | No | % | No | % |
| Your child has strong feelings in their body when they remember something that happened (sweating, rapid heartbeat, feeling sick). | 90 | 90.0 | 9 | 9.0 | 0 | 0.0 | 1 | 1.0 |
| Your child tries to stay away from people, places, or things that remind them of something that happened. | 83 | 83.0 | 13 | 13.0 | 3 | 3.0 | 1 | 1.0 |
| Your child has trouble feeling happy. | 90 | 90.0 | 7 | 7.0 | 1 | 1.0 | 2 | 2.0 |
| Your child has trouble sleeping. | 82 | 82.0 | 15 | 15.0 | 1 | 1.0 | 2 | 2.0 |
| It is difficult for your child to concentrate or pay attention | 79 | 79.0 | 13 | 13.0 | 5 | 5.0 | 3 | 3.0 |
| Your child feels alone and not close to people around them. | 87 | 87.0 | 11 | 11.0 | 0 | 0.0 | 2 | 2.0 |

**TABLE 4: Combined child trauma screening assessment among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder.

Post-traumatic stress disorder among children in Abha Maternity and Children Hospital, Saudi Arabia (Figure 2). In all, 5 (5.0%) children with trauma experienced clinically significant PTSD, and the vast majority of them showed a low likelihood of the disorder.



**FIGURE 2: Post-traumatic stress disorder among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder.

Factors associated with PTSD among children in Abha Maternity and Children Hospital, Saudi Arabia (Table 5). PTSD was detected among 33.3% of children with three or more fractures versus 3.8% of others with less with recorded statistical significance (P = 0.009). Also, 7.4% of children who underwent surgery had PTSD compared to none of the others who did not (P = 0.049).

| Factors | PTSD | | | | p-value |
|---|---|---|---|---|---|
| | Low likelihood of PTSD | | Clinically significant PTSD | | |
| | No | % | No | % | |
| Child's age | | | | | |
| 5–9 | 40 | 95.2% | 2 | 4.8% | 0.347 |
| 10–12 | 25 | 89.3% | 3 | 10.7% | |
| Child gender | | | | | |
| Male | 61 | 95.3% | 3 | 4.7% | 0.808 |
| Female | 34 | 94.4% | 2 | 5.6% | |
| Child had chronic disease | | | | | |
| Yes | 5 | 83.3% | 1 | 16.7% | 0.165 |
| No | 90 | 95.7% | 4 | 4.3% | |
| Family history of psychiatric diseases | | | | | |
| Yes | 5 | 100.0% | 0 | 0.0% | 0.605 |
| No | 93 | 94.7% | 5 | 5.3% | |
| Duration of trauma | | | | | |
| Less than six months | 24 | 100.0% | 0 | 0.0% | 0.422 |
| 6–12 Months | 39 | 92.9% | 3 | 7.1% | |
| More than one year | 35 | 94.6% | 2 | 5.4% | |
| Site of trauma | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Head | 31 | 100.0% | 0 | 0.0% | |
| Upper extremities | 45 | 91.8% | 4 | 8.7% | 0.456 |
| Lower extremities | 17 | 94.4% | 1 | 5.6% | |
| Pelvis | 2 | 100.0% | 0 | 0.0% | |
| Number of fractures | | | | | |
| One | 76 | 96.2% | 3 | 3.8% | |
| Two | 15 | 100.0% | 0 | 0.0% | 0.009* |
| Three | 2 | 66.7% | 1 | 33.3% | |
| More | 2 | 66.7% | 1 | 33.3% | |
| ICU admission | | | | | |
| Yes | 8 | 88.9% | 1 | 10.0% | 0.426 |
| No | 87 | 95.6% | 4 | 4.4% | |
| Undergone surgery | | | | | |
| Yes | 63 | 92.6% | 5 | 7.4% | 0.049* |
| No | 32 | 100.0% | 0 | 0.0% | |
| Days of hospital admission | | | | | |
| 1–2 Days | 36 | 94.7% | 2 | 5.3% | |
| 3–4 Days | 22 | 100.0% | 0 | 0.0% | 0.623 |
| 5–7 Days | 27 | 93.1% | 2 | 6.9% | |
| >7 Days | 10 | 90.9% | 1 | 9.1% | |

**TABLE 5: Factors associated with PTSD among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder. P: Exact probability test. *P < 0.05 (significant).

## Discussion

Childhood injuries can have a significant impact on an individual's future. From broken bones to head injuries, these experiences can stay with someone for years to come [17]. It is important to address these injuries as soon as they occur, both for physical healing and for future psychological well-being [18]. Continuing to struggle with the physical and emotional scars caused by such experiences can lead to a variety of psychological problems. Some common problems might include depression and anxiety, as well as post-traumatic stress disorder [19]. Those who have experienced childhood injuries may also struggle with trust issues and problems forming attachments with others later in life [20]. It is important for individuals who have suffered childhood injuries to seek professional help when necessary, in order to fully heal and move forward in a healthy way.

The current study aimed to assess childhood injuries, with their associated anxiety, depression, and post-traumatic stress disorder following orthopedic trauma. The study revealed that half of the children had upper extremity fractures, and about one-third had head trauma, which was mainly sustained during children's playtime and falls from a height. The vast majority of children had one fracture, but some children had more than one. Similar findings were reported by Dave et al. [21], as fall-related injuries had the highest prevalence (3.38%), followed by road traffic injuries (RTI) (1.62%). In Saudi Arabia, Albedewi et al. [22] reported that falls represented 31.9% of childhood injuries, while 25.1% were due to motor vehicle collisions (MVC). The leading cause of fractures was falls (37.9%), followed by MVC (21.5%). The leading cause of burns was flames (52.1%), followed by scalding (36.4%). Another study revealed that the main cause of injury mortality was RTA (60.6%), which was most commonly found among 13-18-year-olds, followed by drowning at 13.4% and most commonly found among 6-12-year-olds [23].

Regarding injury-associated psychological disorders, the current study showed that most of the children with trauma had a low-severity experience of depression and anxiety following trauma, but only one child had a

high-severity experience of depression and anxiety. Also, very few children with trauma experienced clinically significant PTSD, while the vast majority of them showed a low likelihood of the disorder. A study revealed that about 60% of children and adolescents have been exposed to potentially traumatic events (PTEs). Of these exposed children, approximately 30% afterward develop clinically significant PTSD; most will only experience ephemeral symptoms, whereas a few unfortunate individuals will experience more chronic life-long sequelae [24,25]. Recent estimates propose that 10% of children younger than 18 years of age are diagnosed with PTSD, and girls are four times more likely than boys to develop it [26]. Al-Saadi et al. [27] conducted a systematic review and found that the pooled prevalence rates of anxiety, depression, and PTSD among children were 13.9% (n = 1971; 95% confidence interval (CI) = 10.23-18.07%), 20.3% (n = 1990, 95% CI = 13.85-27.93%), and 20.0% (n = 755, 95% CI = 13.28-29.73%), respectively. Kolaitis [12] estimated that of those children and adolescents exposed to trauma, about 16% will develop PTSD: almost 10% as a consequence of non-interpersonal traumatic events and 25% following interpersonal traumas. Much higher rates were detected in Uganda, where 60% and 39% of participants fulfilled the diagnostic criteria for PTSD and depression, respectively [28]. The responses of children to trauma share broad similarities to those of traumatized adults, as well as some differences related to the plasticity of the developing brain and the child's imaginative responses to the trauma of others. Post-traumatic stress disorders are viewed as the maladaptive persistence of a previously adaptive set of mental and physiologic responses to the trauma, organized as malignant memories [29].

## Conclusions

In summary, our study found that bone injuries were common in children, often resulting from accidents during play or falls from heights. However, the majority of these injuries were not severe or multiple, with only a small percentage requiring surgical intervention or admission to the intensive care unit (ICU). This finding helps to explain the relatively low prevalence of post-traumatic stress disorders and their associated mental consequences in this population. It is recommended to conduct longitudinal large-scale studies in order to gain a comprehensive understanding of the long-term effects and outcomes in younger patients. Additionally, it is important to modify psychotherapies to better suit the specific needs of these patients. By tailoring therapeutic approaches to address the unique challenges and developmental considerations of younger individuals, we can provide more effective and targeted interventions for their mental well-being.

## Additional Information

### Disclosures

**Human subjects:** Consent was obtained or waived by all participants in this study. The Ministry of Health - Asser Regional Committee for Research Ethics issued approval Log REC -14-4-2023. **Animal subjects:** All authors have confirmed that this study did not involve animal subjects or tissue. **Conflicts of interest:** In compliance with the ICMJE uniform disclosure form, all authors declare the following: **Payment/services info:** All authors have declared that no financial support was received from any organization for the submitted work. **Financial relationships:** All authors have declared that they have no financial relationships at present or within the previous three years with any organizations that might have an interest in the submitted work. **Other relationships:** All authors have declared that there are no other relationships or activities that could appear to have influenced the submitted work.

## References

1. Adesunkanmi AR, Oginni LM, Oyelami AO, Badru OS: Epidemiology of childhood injury. J Trauma Acute Care Surg. 1998, 44:506-11. 10.1097/00005373- 199805000-00015
2. Injury prevention and control. Injuries among children and teens . (2023). Accessed: May 4, 2023: https://www.cdc.gov/injury/features/child-injury/index.html..
3. Peterson C, Miller GF, Barnett SB, Florence C: Economic cost of injury-United States, 2019 . MMWR Morb Mortal Wkly Rep. 2021, 70:1655-9. 10.15585/mmwr.mm7048a1
4. DeGeorge KC, Neltner CE, Neltner BT: Prevention of unintentional childhood injury . Am Fam Physician. 2020, 102:411-7.
5. American Academy of Pediatrics. The Injury Prevention Program . (2023). Accessed: May 4, 2023: https://publications.aap.org/patiented/pages/c_tipp?autologincheck=redirected.
6. Theurer WM, Bhavsar AK: Prevention of unintentional childhood injury . Am Fam Physician. 2013, 87:502-9.
7. Rothman L, Clemens T, Macarthur C: Prevention of unintentional childhood injury: a review of study designs in the published literature 2013-2016. Prev Med Rep. 2019, 15:100918. 10.1016%2Fj.pmedr.2019.100918
8. Karayagmurlu A, Gokcen C, Isik M, Pamukcu U, Dursun OB: Relationship between traumatic orthopedic injuries and attention deficit hyperactivity disorder symptoms in children. Medicine. 2019, 8:545-8. 10.5455/medscience.2018.07.8998
9. Greeson JK, Briggs EC, Kisiel CL, et al.: Complex trauma and mental health in children and adolescents placed in foster care: findings from the National Child Traumatic Stress Network. Child Welfare. 2011, 90:91-108.
10. Yatham S, Sivathasan S, Yoon R, da Silva TL, Ravindran AV: Depression, anxiety, and post-traumatic stress disorder among youth in low and middle income countries: a review of prevalence and treatment interventions. Asian J Psychiatr. 2018, 38:78-91. 10.1016/j.ajp.2017.10.029
11. Kaminer D, Seedat S, Stein DJ: Post-traumatic stress disorder in children . World Psychiatry. 2005, 4:121-5.
12. Kolaitis G: Trauma and post-traumatic stress disorder in children and adolescents . Eur J Psychotraumatol.

2017, 8:1351198. 10.1080%2F20008198.2017.1351198

13. Li L, Liu J: The effect of pediatric traumatic brain injury on behavioral outcomes: a systematic review . Dev Med Child Neurol. 2013, 55:37-45. 10.1111/j.1469-8749.2012.04414.x

14. Chorpita BF, Yim LM, Moffitt CE, Umemoto L, Francis K: Revised children's anxiety and depression scale . Behav Res Ther. 2000, 38:835-55. 10.1016/s0005-7967(99)00150-8

15. Information about the child trauma screen (CTS). (2023). Accessed: May 4, 2023:

16. Revised Children's Anxiety and Depression Scale (RCADS-25). (2023). Accessed: May 4, 2023: https://greenspacehealth.com/en-us/child-depression-and-anxiety-rcads-25/..

17. Dowd MD, Keenan HT, Bratton SL: Epidemiology and prevention of childhood injuries . Crit Care Med. 2002, 30:385-92. 10.1097/00003246-200211001-00002

18. Cramm H, Tam-Seto L, Norris D, Eichler M, Smith-Evans K: The impact of parental operational stress injury on child mental health and well-being: a scoping review. Mil Behav Health. 2016, 4:334-44. 10.1080/21635781.2016.1181582

19. Bakker A, Maertens KJ, Van Son MJ, Van Loey NE: Psychological consequences of pediatric burns from a child and family perspective: a review of the empirical literature. Clin Psychol Rev. 2013, 33:361-71. 10.1016/j.cpr.2012.12.006

20. Maschi T, Baer J, Morrissey MB, Moreno C: The aftermath of childhood trauma on late life mental and physical health: a review of the literature. Traumatology. 2013, 19:49-64. 10.1177/1534765612437377

21. Dave VR, Rana BM, Shah VR, Sonaliya KN: A study on epidemiology of unintentional childhood injury at one of the districts of Gujarat State: an Indian Council of Medical Research Task Force study. Indian J Community Med. 2022, 47:187-91. 10.4103/ijcm.ijcm_1275_21

22. Albedewi H, Al-Saud N, Kashkary A, Al-Qunaibet A, AlBalawi SM, Alghnam S: Epidemiology of childhood injuries in Saudi Arabia: a scoping review. BMC Pediatr. 2021, 21:424. 10.1186/s12887-021-02886-8

23. Almuneef M, Saleheen H, Albuhairan F, et al.: Child mortality in Saudi Arabia: time for action at all levels . Int J Pediatr Adolesc Med. 2021, 8:165-71. 10.1016%2Fj.ijpam.2020.06.003

24. Ramsdell KD, Smith AJ, Hildenbrand AK, Marsac ML: Posttraumatic stress in school-age children and adolescents: medical providers' role from diagnosis to optimal management. Pediatric Health Med Ther. 2015, 6:167-80. 10.2147%2FPHMT.S68984

25. Finkelhor D, Ormrod RK, Turner HA: Lifetime assessment of poly-victimization in a national sample of children and youth. Child Abuse Negl. 2009, 33:403-11. 10.1016/j.chiabu.2008.09.012

26. Miller-Graff LE, Howell KH: Posttraumatic stress symptom trajectories among children exposed to violence . J Trauma Stress. 2015, 28:17-24. 10.1002/jts.21989

27. Al-Saadi LS, Chan MF, Al-Azri M: Prevalence of anxiety, depression, and post-traumatic stress disorder among children and adolescents with cancer: a systematic review and meta-analysis. J Pediatr Hematol Oncol Nurs. 2022, 39:114-31. 10.1177/27527530211056001

28. Ainamani HE, Weierstall-Pust R, Bahati R, Otwine A, Tumwesigire S, Rukundo GZ: Post-traumatic stress disorder, depression and the associated factors among children and adolescents with a history of maltreatment in Uganda. Eur J Psychotraumatol. 2022, 13:2007730. 10.1080/20008198.2021.2007730

29. Schwarz ED, Perry BD: The post-traumatic response in children and adolescents . Psychiatr Clin. 1994, 17:311-26.



# HHS Public Access

Author manuscript

*J Aging Health.* Author manuscript; available in PMC 2023 February 16.

Published in final edited form as:

*J Aging Health.* 2022 October ; 34(6-8): 818–830. doi:10.1177/08982643211066184.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript



## The Long-Term Impact of Childhood Disability on Mental Health Trajectories in Mid- to Late-Life

**Jessica S. West, PhD, MPH**[1], **Christina Kamis, MA**[2]

[1]Center for the Study of Aging and Human Development, Duke University, Durham, NC

[2]Department of Sociology, Duke University, Durham, NC

### Abstract

**Objectives:** We draw from the life course and stress process frameworks to examine how experiencing disability in early life influences mental health in adulthood.

**Methods:** Data come from the Health and Retirement Study Cross-Wave Childhood Health and Family Aggregated Data file (2008–2018, n = 15,289). Childhood disability status is a retrospective self-report of whether respondents were disabled for six months or more because of a health problem before the age of 16 (n = 581). We used age-based growth curve models to construct trajectories of depressive symptoms by childhood disability status.

**Results:** Respondents who experienced childhood disability exhibit more depressive symptoms at age 50 compared to those who did not experience this stressor. However, there is no difference in the growth of depressive symptoms with age between these groups, suggesting maintained inequality over the late adulthood life course.

**Discussion:** Findings suggest that childhood disability has long-term implications for life course mental health.

#### Keywords

Disability; mental health; aging with disability; growth curve models

### Introduction

From 2008 to 2019, the percentage of U.S. children under the age of 18 with a disability increased from 3.9% to 4.3% (Young, 2021). Moreover, advances in medical treatments and care over the past several decades have resulted in more young people with chronic physical illnesses and disabilities aging into adulthood, highlighting an increasing need to examine the effects of these conditions on the long-term health and well-being of individuals (Secinti, Thompson, Richards, & Gaysina, 2017). Yet, nationally representative research on the experience of aging with a disability is currently limited, which has serious implications not only for our understanding of the lasting effect that childhood disability may have on

Address correspondence to: Jessica S. West, Duke Aging Center, Duke University Medical Center 3003, Durham, NC 27710, jessie.west@duke.edu, Cell: 508-221-2713.

health and well-being but also for our ability to identify interventions to improve outcomes (Coyle & Putnam, 2017).

The stress process model classifies physical illness as a chronic strain, or ongoing, long-term difficulty that negatively affects well-being (Pearlin, 1989). During childhood, there is evidence that children with disabilities experience higher levels of psychological distress (e.g., depression) compared to their peers without disabilities (Humphrey, Lendrum, Barlow, Wigelsworth, & Squires, 2013; Maxey & Beckert, 2017; Mueller & Prout, 2009). The life course perspective suggests that early life stressors may impact later life transitions and health outcomes (Ferraro & Shippee, 2009). Indeed, there is evidence that experiencing disability in childhood negatively impacts traditional markers of the transition to adulthood (e.g., education, employment, income, family status) (Janus, 2009; Mann & Honeycutt, 2014; Shandra, 2011) and is associated with higher levels of depressive symptoms in late midlife (Latham, 2015).

The current study extends previous research in several ways. First, we draw on the stress process model and life course perspective to conceptualize childhood disability as an early life stressor that may have ongoing, long-term consequences for health. Second, we add to a growing literature highlighting the long-term impact of early-life disadvantage for mental health outcomes (Aneshensel, 2015; Avison, 2010; George, 2013) rather than physical health outcomes. Third, because the life course and stress process frameworks both note that childhood stressors do not inevitably lead to worse adult mental health, and that the stress associated with early life disadvantage may wane with age (George, 2013), we examine how childhood disability may predict baseline adult mental health (Avison, 2010; Pearlin, 2010) and the growth of distress with age (Schafer & Ferraro, 2013). To this end, this study uses nationally representative data from six waves of the Health and Retirement Study to examine how exposure to disability before the age of 16 shapes an individual's baseline and growth of depressive symptoms over ten years of adulthood.

## Background

### Disability in Early Life

The stress process model and life course principle of timing both recognize that the impact that a stressor (e.g., poor health) has on the individual may vary depending on the stage of the life course in which it occurs (Elder, Johnson, & Crosnoe, 2003). Both frameworks recognize that stress experienced during early life, which is a sensitive period for physical, emotional, and mental development, may be particularly harmful for one's well-being across the life course (Aneshensel, 2015; Ferraro & Shippee, 2009; Pearlin, 2010).

Poor health in childhood can be considered a major life stressor in early life for several reasons. First, being in poor health can be psychologically stressful, as it can challenge a young person's identity and result in a loss of self-image (Charmaz, 1983). Second, poor health may create stress in a young person's personal relationships. Poor health may result in more absences from school or a limited ability to participate in extracurricular activities with peers, which can negatively impact a young person's social network (Haas, Schaefer, & Kornienko, 2010). Moreover, poor health early in the life course is unexpected and

rare (Brindis, Morreale, & English, 2003), rendering it stigmatizing (Dawson, McCormick, & Li, 2018). Such stigma may result in peers perceiving youth in poor health as less desirable friends compared to healthy peers (Graetz & Shute, 1995). Finally, young people in poor health may experience high levels of healthcare-related stress. Regularly seeking healthcare services in order to manage an illness or health condition can be a chronically stressful experience (Dalton, Hammen, Brennan, & Najman, 2016). The healthcare setting itself may also be a source of stress because people with disabilities experience physical, communication, and attitudinal barriers within the healthcare setting, such as gaps in patient-provider communication, physically inaccessible facilities, and a lack of adaptive equipment (Drainoni et al., 2006; Iezzoni, Kilbridge, & Park, 2010). As this literature suggests, experiencing poor health early in the life course may be stressful personally, in social relationships, and in the healthcare setting, to name a few.

Most studies that focus on poor physical health in childhood tend to rely on measures of self-rated health or the presence/absence of childhood conditions, with less research examining the influence of childhood disability (used here as an umbrella term for impairments, activity limitations, and participation restrictions) on later life outcomes. Childhood disability may be a more useful measure of childhood physical health status than self-rated childhood health because self-rated health is a global measure that may include subjective assessments of mental health (Latham, 2015). Additionally, in contrast to measures of childhood conditions, which mostly include acute conditions or infectious diseases, childhood disability may more accurately capture long-lasting conditions (Latham, 2015). While it is possible that some childhood disability categories include health conditions from which some individuals may recover, many will have lasting experiences with disability over the life course (Laditka, Laditka, & Hoyle, 2021). Therefore, we focus on childhood disability as a specific poor health status that may be stressful during a sensitive period of the life course.

### Early Life Disability and Life Course Trajectories

Conceptualizing poor health, and specifically childhood disability, as a major life stressor occurring during a sensitive period of the life course means that the stress associated with this experience may have far-reaching consequences for health and well-being that exceeds the window of early life. There is a growing body of literature examining how individuals who have a chronic impairment in early life fare in adulthood, and which suggests that those exposed to childhood disability are likely to have different trajectories and outcomes in later life compared to those without chronic impairments (Brucker & Houtenville, 2015; Coyle & Putnam, 2017). Disability in childhood also has implications for adult physical health, as it decreases the odds of recovering from functional impairment later in life (Latham-Mintus & Aman, 2017) and is associated with a significantly shorter life expectancy (Laditka et al., 2021).

Despite growing research focusing on the long-term impact of childhood disability, comparatively less research has focused on the long-term *mental* health consequences of this life course experience. Research on the link between childhood disability and mental health tends to focus on the negative impact of childhood disability for psychosocial problems and

psychological well-being during childhood and adolescence (Ferro, Boyle, & Avison, 2015; Pinquart & Shen, 2010) as opposed to adulthood. Such research finds that children with disabilities experience higher levels of psychological distress (e.g., depression) compared to their peers without disabilities (Humphrey et al., 2013; Maxey & Beckert, 2017; Mueller & Prout, 2009). As mentioned above, this may be due, in part, to the fact that poor health or physical health conditions in early life are rare, stressful, and stigmatized (Brindis et al., 2003; Dalton et al., 2016; Dawson et al., 2018).

Since mental health problems in childhood can be precursors to poor mental health in adulthood (Fergusson & Woodward, 2002; Woodward & Fergusson, 2001), the psychosocial problems that individuals with disabilities experience in childhood may extend into adulthood, leading to heightened distress throughout the life course. Research suggests that people aging with disability are more likely to experience secondary conditions, such as depression, compared to people with later onset of disability (Thompson, 2004). Furthermore, using ordinary least squares (OLS) regression models and an average score of adult depressive symptoms, Latham (2015) found that exposure to disability in early life is associated with higher levels of depressive symptoms in late midlife.

At the same time, individuals who experience childhood disability may have increasingly *worse* health outcomes with age. This may be related, in part, to the secondary stressors of disability that compound to cumulatively impact mental health and well-being (Schafer & Ferraro, 2013). For example, research has documented the difficulties that children with disabilities face in attaining traditionally conceptualized markers of adulthood, reporting that the early onset of disability is associated with lower levels of school completion and a lower likelihood of reaching financial independence, finding full-time employment, marrying, or having children (Janus, 2009; Mann & Honeycutt, 2014; Shandra, 2011), all of which may influence adult mental health.

While such literature suggests that mental health disparities that begin in childhood may persist into adulthood, it is also possible that these disparities by childhood disability status may decrease with age. The life course and stress process frameworks both emphasize that although stressors experienced during the sensitive period may have long-term consequences for wellbeing, childhood stressors do not *inevitably* lead to worse adult mental health, and that the relationship between early life disadvantage and adult mental health may change over age (George, 2013). Because the mental and physical demands of disability are not always constant and may fluctuate across the life course, the adoption of coping strategies can be beneficial for overall psychosocial adjustment (Reuman, Mitamura, & Tugade, 2013). Indeed, research shows that various coping strategies render individuals less susceptible to the negative consequences of disability and more prone to positive outcomes (Oaksford, Frude, & Cuddihy, 2005).

Thus, rather than only assessing the relationship between childhood disability and point-in-time measures of adulthood, it is useful to assess the relationship between early life disability and trajectories of distress over the adult life course (Schafer & Ferraro, 2013). Drawing on this literature, we hypothesize the following three explanations for how childhood disability may shape adult mental health trajectories. First, stressors experienced

in early life may have a prolonged and enduring impact on mental health that remains stable with increasing age (Schafer & Ferraro, 2013; Umberson, Williams, Thomas, Liu, & Thomeer, 2014). Thus, individuals who had a childhood disability may have consistently worse mental health throughout adulthood compared to their peers without a childhood disability. This leads to the first hypothesis:

> **Hypothesis 1:** Individuals who experienced childhood disability will exhibit poorer mental health throughout adulthood compared to individuals who did not experience childhood disability.

Second, exposure to stressors in childhood may lead to increasingly worse mental health with age (Ferraro & Shippee, 2009; Umberson et al., 2014). As stated above, experiencing a childhood stressor may lead to the accumulation of related stressors that worsen adult mental health (Ferraro & Shippee, 2009; Ferraro & Wilkinson, 2013; George, 2013). Childhood disability may lead not only to worse mental health at baseline but also to increasingly worse mental health as individuals age. This suggests the second hypothesis:

> **Hypothesis 2:** Compared to individuals with no exposure to childhood disability, individuals exposed to childhood disability will not only experience poorer baseline mental health, but also exhibit increasingly worse mental health with age.

Finally, stressors experienced in early life may be impactful for health early in the life course, but wane in importance with age (Oldenhinkel, Ormel, Verhulst, & Nederhof, 2014; Schaan, 2014; Schafer & Ferraro, 2013). In the context of childhood disability, mental health disparities may decrease with age as individuals develop coping mechanisms over time (Reuman et al., 2013) or due to differential stigma, wherein the stigma associated with disability status diminishes with age as the experience becomes more common (Barclay-Goddard, King, Dubouloz, & Schwartz, 2012; Brindis et al., 2003). As such, exposure to childhood disability may initially lead to poorer health outcomes compared to non-exposed counterparts but will eventually converge to more similar levels, which suggests the third hypothesis:

> **Hypothesis 3:** Individuals exposed to childhood disability will experience poorer baseline mental health compared to individuals with no exposure to childhood disability but will converge to more similar levels with age.

## Present Study

The life course and stress process frameworks highlight that early life stressors may have a lasting influence on health and well-being with age. Yet less is known about the long-term impact of childhood disability for mental health outcomes in adulthood. The current study aims to address this gap in the literature by conceptualizing childhood disability as a chronic stressor during a sensitive period of the life course that may have ongoing, long-term consequences for individuals' mental health as they age. Drawing on nationally representative data from six waves (2008–2018) of the Health and Retirement Study, we construct age-based mental health trajectories to examine how exposure to disability before the age of 16 shapes an individual's baseline and growth of depressive symptoms over ten years of adulthood.

## Data and Methods

The data for this study come from the Health and Retirement Study (HRS), a longitudinal, nationally representative survey of U.S. adults over the age of 50 and their spouses that has been conducted every two years since 1992. The original core sample was obtained via a multi-stage area probability sample of households. The HRS monitors changes in cognitive, physical, and functional health that are associated with aging. The HRS has created a Cross-Wave Childhood Health and Family Aggregated Data file using retrospective reports on childhood background (family and health) provided by HRS respondents or their proxies in different waves of the core HRS interviews (Zhang, Hassan, Larkina, Lee, & Smith, 2020). The items included in this data file were designed to be collected once from each participant, either when the respondent first enrolled in the HRS or in the core wave when the items were first asked. The data file includes 74 variables and 38,654 participants, and can be merged with all other components of the HRS.

While some background items were introduced into the HRS in 1998, childhood health questions were first added in 2008. As such, the current study is restricted to data from Waves 9–14 (2008–2018). The current analytic sample is restricted to respondents and spouses who were present in the 2008 wave (n = 16,804), were aged 50 and older (n = 16,727), were not proxy respondents (n = 15,900), and belonged to an HRS cohort (n = 15,886). Approximately 2.92% of the sample was missing on at least one measure. Missing data on single items ranged from 0.02% (adult depressive symptoms) to 1.28% (self-rated childhood SES). After listwise deletion, the final sample is comprised of 15,289 individuals.

## Measures

### Depressive Symptomology

Depressive symptoms were measured in the HRS using the eight-item Center for Epidemiologic Studies Depression Scale (CES-D) (Radloff, 1977). The CES-D is not a diagnostic instrument, but rather a screening test that is widely used to identify individuals at risk of depression and depressive disorder (Radloff, 1977). Items in the scale ask about feeling lonely, sad, depressed, or happy (reverse coded), having restless sleep, feeling that everything was an effort, not being able to get going, and enjoying life (reverse coded). Participants reported whether the statements were true much of the time during the past week (no/yes). A CES-D summary scores is derived by summing the eight dichotomous items (possible range from zero to eight), with higher scores indicating more depressive symptoms. CES-D scores of two to three may be indicative of "subthreshold" depressive symptoms while scores of four or more may indicate "elevated" depressive symptoms (Demakakos, Zaninotto, & Nouwen, 2014; Steffick, 2000). However, categorizing the CES-D using cut-points may result in a loss of information and depressive symptoms, themselves, can have clinical significance apart from the prediction of a disorder (Patten, Lavorato, & Metz, 2005). Therefore, depressive symptoms are treated as a continuous variable for the analysis.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

### Childhood Disability

The independent variable of interest is a retrospective report of childhood disability. Beginning in Wave 9 (2008), respondents were asked, "Before you were 16 years old, were you ever disabled for six months or more because of a health problem? That is, were you unable to do the usual activities of classmates or other children your age?" A dichotomous variable was created (1 = yes).

Individuals who responded affirmatively could provide up to three causes of the disability. These causes represent a wide range of conditions with varying severity of disabling consequences that are categorized by the HRS into ten masked categories: cancers and tumors/skin conditions; musculoskeletal system and connective tissue; heart, circulatory, and blood conditions; respiratory system conditions; endocrine, metabolic, and nutritional conditions; digestive system (stomach, liver, gallbladder, kidney, bladder); neurological and sensory conditions; reproductive system and prostate conditions; emotional and psychological conditions; and other health conditions. Due to small sample sizes, these categories are not analyzed separately (see Appendix Table 1). Important to note is that some of these disability categories include conditions from which some children may recover (e.g., some cancers), indicating that not all individuals in the sample who reported having a disability in childhood will experience a long-term disability. However, the experience of impairment in childhood as well as any long-term biological consequences of the illness may have a lasting effect into adulthood (Laditka et al., 2021).

### Covariates

Adult demographic characteristics are included in the analyses as controls. These include sex (male = reference), age (continuous), and race/ethnicity (non-Hispanic White = reference versus non-Hispanic Black, non-Hispanic Other, and Hispanic). Childhood mental health and socioeconomic status are also included in the analyses to control for early-life disadvantages that might shape adult mental health trajectories. For childhood mental health, a measure for childhood depression is used: "Before you were 16 years old, did you have depression?" We note that this measure of childhood depression is significantly associated with depressive symptoms at Wave 9 (two-tailed t-test, p<.001). Childhood socioeconomic status (SES) is assessed with two variables: self-rated childhood SES and moving due to financial hardship. Self-rated childhood SES was asked, "Now think about your family when you were growing up, from birth to age 16. Would you say your family during that time was pretty well off financially, about average, or poor?" An ordinal measure is created where 0 = well off financially, 1 = average, and 2 = poor. Financial hardship is a dichotomous item that asked, "While you were growing up, before age 16, did financial difficulties ever cause you or your family to move to a different place?" (1 = yes). Childhood SES measures have been asked once of each respondent since 1998 (Wave 4). The final control variable included is the HRS cohort variable, which identifies respondents based on birth year: Asset and Health Dynamics Among the Oldest Old (AHEAD) (born before 1924), Children of the Depression Era (CODA) (born 1924–1930), HRS cohort (born 1931–1941), War Babies (born 1942–1947), Early Baby Boomers (EBB) (born 1948–1953), Mid Baby Boomers (MBB) (born 1954–1959), and Late Baby Boomers (LBB) (born 1960–1965).

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Statistical Analysis**

We first examined the association between childhood disability and adult depressive symptoms using descriptive methods ($z$-tests for difference in proportions and $t$-tests for differences in means). To estimate the trajectory of depressive symptoms in adulthood, we use age-based growth curve models, wherein observations of depressive symptoms are nested within individuals. Profiling health trajectories is a commonly used demographic technique to reveal divergent pathways between relatively advantaged versus disadvantaged groups, thus indicating a greater accumulation of health insults over time (DiPrete & Eirich, 2006; Hamil-Luker & O'Rand, 2007; Pais, 2014). In essence, growth models estimate an underlying average trajectory of a variable (e.g., depressive symptoms) over a time metric (e.g., age) as defined by (intercept and slope parameters, as well as individual variation around these parameters (Kamis, 2020; Muthén, 2004). Although the HRS is organized by assessment wave, age is a more meaningful time metric when analyzing trajectories of depression (Adkins, Wang, & Elder, 2009; Lynch & Taylor, 2016). Therefore, the data is restructured to provide an age-based analysis. We zero age at 50 years old (youngest age in the sample), so that baseline measures of depressive symptoms reflect depressive symptoms at age 50.

We first estimate an unconditional model of depressive symptoms as a function of age. Bayesian Information Criteria (BIC) suggest that a quadratic model with a random intercept and random linear slope ("Age") provides the best model fit. The level 1 equation is as follows:

$$y_{ti} = \pi_{0i} + \pi_{1i}*Age_{ti} + \pi_{2i}*Age_{ti}^2 + e_{ti}$$

The outcome is depressive symptoms for each individual $i$ at each time point $t$. $\pi_{0i}$ represents the intercept or baseline levels of depressive symptoms for individual $i$, $\pi_{1i}$ represents the linear component and $\pi_{2i}$ represents the quadratic component. The level 2 equation is as follows:

$$\pi_{0i} = \beta_{00} + r_{0i}$$

$$\pi_{1i} = \beta_{10} + r_{1i}$$

$$\pi_{2i} = \beta_{20}$$

where the intercept and linear components are the combination of an average intercept and slope ($\beta_{00}, \beta_{10}$) and individual variation ($r_{0i}, r_{1i}$). Because we do not specify a random quadratic slope, $\pi_{2i}$ is simply the average (fixed) quadratic effect. We then include key covariates to estimate between-person differences in baseline levels of depressive symptoms and interact covariates with age to assess between-person differences in the growth of depressive symptoms. Comparison of model fit suggests that interacting covariates with the

linear component of age provides a better model fit (BIC) compared to models interacting covariates with the linear and quadratic components. After estimating the unconditional model of depressive symptoms as a function of age (Model 1), we then add childhood disability status (Model 2) followed by demographic controls including sex, race/ethnicity, and HRS cohort (Model 3). The final model (Model 4) includes measures of childhood mental health and socioeconomic status. As such, the growth models in this study capture 1) within-individual change in depressive symptoms with age and 2) between-person differences in both baseline depressive symptoms (intercept) and the growth of depressive symptoms (slope) with age.

Stata 16.1 was used to compute descriptive statistics and estimate growth curve models. Approximately 45.12% of respondents were present in all six waves (n = 4,901 or 32.06% of the sample died during the observation period). Respondents who died were older (mean 76.66, SD = 9.51) (two-tailed $t$ test, p < .001) than those who remained alive over the observation period (mean 66.51, SD = 8.40). Additionally, among those who died, 53.95% were female and 77.43% were non-Hispanic White. Such patterns are to be expected because the HRS sample is predominantly female and non-Hispanic White. Per growth modeling recommendations (Curran, Obeidat, & Losardo, 2010), a sizable portion of cases (69.46%) had four or more waves of distress and ancillary analyses that examined only these individuals (shown in the Robustness and Sensitivity section) were substantively similar to results presented here.

## Results

### Descriptive Statistics

Table 1 presents the descriptive statistics for the total sample and for the sample stratified by childhood disability status. Roughly 4% of the sample (n = 581) reported experiencing a disability before the age of 16. At the baseline wave (2008), respondents who experienced this stressor exhibited significantly more depressive symptoms in adulthood (1.75, SD = 2.14) compared to those who did not (1.42, SD = 1.95) ($t$-test, p < .001). Compared to respondents without a childhood disability, a larger proportion of those with a childhood disability are non-Hispanic White. In terms of childhood circumstances, a larger proportion of those with a childhood disability reported being poor in childhood and moving in childhood due to financial difficulties. Additionally, a larger proportion of those with a childhood disability reported experiencing depression before the age of 16 (6.20%) compared to those without a childhood disability (2.21%) (z-test for proportions, p < .001).

### Trajectories of Depressive Symptoms

Table 2 presents the results of growth models predicting trajectories of depressive symptoms from age 50 to 97. Figure 1 plots the results from Model 1, which is an unconditional growth model of depressive symptoms as a function of age. At baseline (age 50), respondents exhibit on average 1.70 (out of eight) depressive symptoms. Consistent with previous research documenting a U-shaped pattern of depressive symptoms across this period of the life course (Djernes, 2006; Sutin et al., 2013), the significant linear and quadratic slope parameters suggest that depressive symptoms decline after age 50, but that this decline slows

down with age and then becomes positive with older age. By age 97, the average depressive symptom level is 2.30 (out of eight).

In Table 2 Model 2, childhood disability status is added. As shown in the table, childhood disability is significantly associated with increased depressive symptoms at age 50 ($\beta$ = .52, p = .001). This means that at age 50, having experienced a disability before the age of 16 is associated with half a point more depressive symptoms (out of eight) compared to not having experienced a childhood disability. Specifically, individuals who experienced a childhood disability have an average CES-D score of 2.20 depressive symptoms (out of eight), while those who did not experience this stressor have an average CES-D score of 1.68 depressive symptoms (out of eight). Thus, those who experience childhood disability, on average, showcase subthreshold levels of depression (Demakakos et al., 2014) whereas those without childhood disability do not showcase significant symptoms of depression. However, childhood disability is not significantly associated with the slope of depressive symptoms with age ($\beta$ = −.01, p = .16), meaning that the baseline difference in depressive symptoms is maintained with age. Thus, results are seemingly consistent with Hypothesis 1, suggesting that individuals who experienced childhood disability will exhibit poorer mental health throughout adulthood compared to individuals who did not experience childhood disability.

The pattern remains the same when covariates are included in the model. When demographic variables are added (Model 3), childhood disability is significantly associated with .59 (p < .001) more depressive symptoms but not with the growth of depressive symptoms with age ($\beta$ = −.01, p = .12). Once childhood circumstance variables are added (Model 4), the relationship between childhood disability and adult depressive symptoms is slightly attenuated but remains significant ($\beta$ = .41, p = .006) and the slope remains insignificant ($\beta$ = −.01, p = .36).

Results from Table 2 Model 4 are graphed in Figure 2 holding all other covariates at their mean values by childhood disability status. At age 50, individuals who experienced a childhood disability have an average CES-D score of 2.04 (within subthreshold levels of depression), whereas their counterparts have an average CES-D score of 1.64. Across adulthood, those who experienced a childhood disability have more depressive symptoms than their peers who did not experience a childhood disability. Although this figure represents average depressive symptom trajectories, it is important to note that because the gap in depressive symptoms is maintained across adulthood, those with childhood disability experience more years within the range of subthreshold levels of depression.

Despite the non-significant slope effect of childhood disability status, average marginal effects estimated across age suggest that the impact of childhood disability wanes, particularly once respondents reach age 88. Thus, although results from Table 2 Models 2–4 provide support for Hypothesis 1, there is tentative support for Hypothesis 3 that suggests individuals exposed to childhood disability will converge to the depressive symptoms of those without childhood disability with age.

### Robustness and Sensitivity

Study results are robust to other model and variable specifications. First, we examined whether there were differences in deaths over the study period by childhood disability status. A significantly larger proportion of respondents with a childhood disability died over the study period (36.14%) compared to those without a childhood disability (31.89%) (z-test for proportion, p = .03). In Appendix Table 2, we included a dummy variable for those who were alive throughout the study period (reference) versus those who died. The pattern of results remains the same (disability $\beta$ = .35, p = .018; age*disability $\beta$ = −.00, p = .47).

Second, we examined differences in the number of waves (range of one to six) respondents' mental health was observed by childhood disability status. We found no statistical difference in the mean number of waves observed, with respondents with a childhood disability observed in 4.41 (1.80) waves compared to 4.40 (1.82) waves among those without a childhood disability (two-tailed $t$ test, p = .19). As shown in Appendix Table 3, including number of waves observed in the growth models resulted in a similar pattern of results (disability $\beta$ = .39, p = .008; age*disability $\beta$ = −.01, p = .39). Moreover, the pattern was consistent when examining the 10,620 respondents who were observed in four or more study waves (disability $\beta$ = .30, p = .061; age*disability $\beta$ = −.00, p = .77) (Appendix Table 4).

Third, although the current study does not focus on the mechanisms connecting childhood disability to adult mental health, in Appendix Table 5, we add four socioeconomic and social variables that were measured in adulthood. Again, results follow a similar pattern, with childhood disability significantly associated with increased depressive symptoms at age 50 ($\beta$ = .36, p = .012) but not with the slope of depressive symptoms with age ($\beta$ = −.00, p = .40), suggesting that adult statuses do not fully attenuate patterns observed here.

Finally, to address potential cohort differences in the experience of growing up with a disability, we follow previous research (Laditka et al., 2021) and exclude respondents who were born before 1950. This cut point was selected because education for children with disabilities (e.g., special education) became more available and consistent around 1950, which might result in different experiences between cohorts who had access to special education and cohorts that did not (Landes, 2017; Spaulding & Pratt, 2015). As shown in Appendix Table 6, eliminating respondents born prior to 1950 results in a much-reduced sample size of 2,575 (n = 95 report a childhood disability). The pattern of results remains the same: childhood disability is still marginally associated with increased depressive symptoms at age 50 ($\beta$ = .48, p = .06) and the slope remains insignificant ($\beta$ = −.00, p = .95).

## Discussion

In light of population aging, scholars have increasingly sought to understand the lifelong process of aging from birth through death (Elder et al., 2003). However, the fields of aging and disability have been slow to overlap. On the one hand, most research on aging examines impairments and disabilities that are associated with the aging process, rather than the experience of aging (and perhaps developing new impairments and disabilities) with a disability (Jeppsson Grassman, Holme, Taghizadeh Larsson, & Whitaker, 2012; Putnam, Coyle, Ogden, & Bigby, 2021). On the other hand, research on early life disability focuses

on childhood and adolescence, with less examination from a life course perspective (Ferro et al., 2015; Kemp & Mosqueda, 2004; Pinquart & Shen, 2010; Putnam et al., 2021). This bifurcated knowledge base between the fields of *aging* and *disability* has resulted in little being known about the experience of living with a disability for many years, or about growing older with a disability (van Heuman, 2021).

Childhood disability is an important and growing experience, with 4.3% of U.S. children reporting some form of disability (Young, 2021). With more and more individuals with early life disabilities living into old age, it is increasingly important to understand the effects of these conditions on the long-term health and well-being of individuals (Secinti et al., 2017). Drawing on the stress process and life course frameworks (Aneshensel, 2015; Ferraro & Shippee, 2009; Pearlin, 2010), we conceptualize childhood disability as a major life stressor that occurs during a sensitive period of the life course, and argue that the stress associated with this experience may have long-term consequences for mental health. Specifically, the purpose of this study was to examine how exposure to disability before the age of 16 shapes an individual's baseline and growth of depressive symptoms over multiple years of adulthood.

Results indicate that having experienced a disability before the age of 16 contributes to negative mental health across later adulthood compared to those who did not experience this stressor. This provides support for our first hypothesis, which posited that an early life stressor, such as childhood disability, would have a prolonged and enduring impact on mental health as individuals age (Schafer & Ferraro, 2013; Umberson et al., 2014). These findings are consistent with previous research which suggests that early life disability is associated with depression and depressive symptoms in later life (Latham, 2015; Thompson, 2004). However, our analytic strategy allows us to extend this prior research, which focuses on point-in-time measures of mental health in adulthood, to examine *trajectories* of distress in adulthood (Schafer & Ferraro, 2013). Our results reveal that individuals who experienced a childhood disability report more depressive symptoms across adulthood compared to their peers who did not experience this stressor.

Importantly, results did not provide support for our second hypothesis, that childhood disability would result in not only poorer baseline mental health, but also increasingly worse mental health with age. Prior research has shown that childhood disability is associated with a lower likelihood of reaching financial independence, finding full-time employment, marrying, or having children (Janus, 2009; Mann & Honeycutt, 2014; Shandra, 2011) and that the accumulation of these types of additional stressors over the life course may have a negative impact on adult mental health (Ferraro & Shippee, 2009; Ferraro & Wilkinson, 2013; George, 2013). While this evidence suggests that the lifelong accumulation of stressors associated with childhood disability may worsen individuals' mental health over time, our results do not support this hypothesis. However, it is possible that such effects may be more visible during earlier periods of the life course, that are not captured within the age ranges of the current study (50 years of age and older). Future research should examine earlier stages of the life course to see if childhood disability is associated with worsening mental health in established adulthood (ages 30–45) (Mehta, Arnett, Palmer, & Nelson, 2020).

In fact, we find tentative support that the impact of childhood disability on depressive symptoms may wane as adults enter very old age. This result is consistent with Hypothesis 3 which posited that stressors experienced in early life may be impactful for health early in the life course, but wane in importance with age (Oldehinkel et al., 2014; Schaan, 2014; Schafer & Ferraro, 2013). In the context of childhood disability, poor health or physical health conditions in early life are rare, stressful, and stigmatized (Brindis et al., 2003; Dalton et al., 2016; Dawson et al., 2018), which may contribute to research finding that children with disabilities experience higher levels of psychological distress compared to their peers without disabilities (Humphrey et al., 2013; Maxey & Beckert, 2017; Mueller & Prout, 2009). As such, mental health disparities between individuals with and without childhood disabilities may decrease as disability becomes more common at older ages and, subsequently, less stigmatizing (Barclay-Goddard et al., 2012; Brindis et al., 2003). These converging mental health trajectories may also be a result of older adults who are aging with disabilities drawing on coping strategies developed in early life to adapt to age-related changes in function (Reuman et al., 2013). At the same time, results shown here may also be the product of selective mortality. Our ancillary analyses suggest that those with a childhood disability are more likely to die over the study period and die at younger ages than those without a childhood disability and that those who died over the study period had, on average, greater depressive symptoms at Wave 9. Thus, it may be that those who experienced a childhood disability and survive to later ages are also those with fewer depressive symptoms, leading to an apparent decrease in mental health disparities.

It is also important to note that having experienced depression before the age of 16 is significantly associated with more depressive symptoms at age 50 and with a faster decline in depressive symptoms with age. Further investigation suggests that attenuation of the relationship between childhood disability and baseline depressive symptoms is driven by the inclusion of childhood depression. Having experienced depression before the age of 16 is itself significantly associated with both an increased number of depressive symptoms at baseline ($\beta = 2.21$, p < .001) and a faster decline in depressive symptoms with age ($\beta = -.03$, p = .001). Although it is not possible to determine the temporal order between childhood depression and childhood disability, experiencing disability in early life may lead to negative mental health outcomes in early life (Humphrey et al., 2013; Maxey & Beckert, 2017; Mueller & Prout, 2009), which could persist into adulthood.

No matter the exact pathway driving this relationship, results from our study suggest that the effect of childhood disability on depressive symptoms is evident at ages 50 and older, which is 30 years or more after the onset of the disability. These results build on extant literature that explores the long-term effects of childhood disadvantage on adult mental health (Aneshensel, 2015; Avison, 2010; George, 2013; Kamis, 2020; Latham, 2015) and supports past research finding that childhood disability is associated with higher levels of depressive symptoms in late midlife (Latham, 2015). We extend this literature by drawing on the stress process and life course frameworks (Aneshensel, 2015; Ferraro & Shippee, 2009; Pearlin, 2010) to conceptualize childhood disability as a major life stressor with long-term consequences for mental health. Furthermore, by assessing mental health trajectories as opposed to point-in-time measures of depressive symptoms, we provide a dynamic understanding of how early life disability influences both the baseline and growth of mental

health across adulthood. Results from this study highlight the persistent, long-term nature of the stress associated with early life disability.

## Limitations

First, our measure of childhood disability is based on self-reports, which may be subject to recall bias. Research suggests that individuals are more likely to under-report rather than over-report negative childhood experiences, resulting in conservative estimates (Hardt & Rutter, 2004) and that retrospective childhood health reports are fairly reliable over time (Haas, 2007). Second, childhood disability is a broad category that includes a variety of underlying conditions. As noted previously, small sample sizes precluded our ability to analyze results separately for each type of childhood disability.

Finally, as mentioned above, we could not account for selective mortality. As such, results may be subject to healthy survivor bias, as individuals who experience poor health in childhood may be at greater risk of premature mortality, resulting in an underestimation of childhood disability in a mid- to late-life sample (Latham, 2015). While we cannot fully account for selective mortality, we attempt to address potential selection bias by limiting our sample with an upper age limit and conducting additional analyses (as detailed in the Robustness section).

## Implications

Overall, results here underscore the enduring influence of childhood health on health in later life. These findings may have important insights for future research and policy. Specifically, this study found that individuals who experience a disability in childhood exhibit worse mental health across the majority of adulthood compared to individuals who did not experience this childhood stressor. Based on this finding, healthcare providers should consider how childhood health and well-being may influence the mental health of their young patients even as they age into new life course stages, with unique contexts and responsibilities. Similarly, healthcare providers of older patients should consider assessing a history of stressors and disadvantages in childhood to better understand the factors impacting patients' health in older ages (Anda, Butchart, Felitti, & Brown, 2010).

Additionally, it is important to ensure that individuals have access to high-quality mental health care to address any potential negative mental health outcomes associated with experiencing a disability in childhood. One of the broad objectives of Healthy People 2030 is to improve the health and well-being of people with disabilities, which includes a specific aim to reduce the proportion of adults with disabilities who experience serious psychological distress (Office of Disease Prevention and Health Promotion, 2021). While improving access to quality interventions including depression screening, psychotherapy, social support, and community-based activities is important in reducing psychological distress among people with disabilities (Office of Disease Prevention and Health Promotion, 2021), in general, results from this study suggest that interventions may be particularly impactful for people aging with disabilities.

Future work should continue to explore the many pathways that likely link early life disability to mental health across the life course. Childhood depression may be one such mechanism, as well as adult statuses. Future work should also consider how psychosocial resiliency (e.g., mastery, optimism, religiosity) buffers the impact of early life stressors (Latham-Mintus & Aman, 2017). Examining these pathways and potential stress-buffering resources will further clarify how physical health status during sensitive periods of the life course can impact healthy aging.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## References

Adkins DE, Wang V, & Elder GH Jr. (2009). Structure and Stress: Trajectories of Depressive Symptoms across Adolescence and Young Adulthood. Social Forces, 88(1), 31–31. doi:10.1353/sof.0.0238

Anda RF, Butchart A, Felitti VJ, & Brown DW (2010). Building a Framework for Global Surveillance of the Public Health Implications of Adverse Childhood Experiences. American Journal of Preventive Medicine, 39(1), 93–98. doi:10.1016/j.amepre.2010.03.015 [PubMed: 20547282]

Aneshensel CS (2015). Sociological Inquiry into Mental Health: The Legacy of Leonard I. Pearlin. Journal of Health & Social Behavior, 56(2), 166–178. doi:10.1177/0022146515583992 [PubMed: 25947345]

Avison WR (2010). Incorporating Children's Lives into a Life Course Perspective on Stress and Mental Health. Journal of Health & Social Behavior, 51(4), 361–375. doi:10.1177/0022146510386797 [PubMed: 21131615]

Barclay-Goddard R, King J, Dubouloz C-J, & Schwartz CE (2012). Building on Transformative Learning and Response Shift Theory to Investigate Health-Related Quality of Life Changes Over Time in Individuals With Chronic Health Conditions and Disability. Arch Phys Med Rehabil, 93(2), 214–220. doi:10.1016/j.apmr.2011.09.010 [PubMed: 22289229]

Brindis CD, Morreale MC, & English A (2003, 2003 Spring). The Unique Health Care Needs of Adolescents. The Future of Children, 13(1), 117–135. [PubMed: 14503457]

Brucker DL, & Houtenville AJ (2015). People with Disabilities in the United States. Arch Phys Med Rehabil, 96(5), 771–774. doi:10.1016/j.apmr.2015.02.024 [PubMed: 25757791]

Charmaz K (1983). Loss of self: a fundamental form of suffering in the chronically ill. Sociology of Health & Illness, 5(2), 168–195. doi:10.1111/1467-9566.ep10491512 [PubMed: 10261981]

Coyle CE, & Putnam M (2017). Identifying Adults Aging with Disability Using Existing Data: The Case of the Health and Retirement Study. Disability and Health Journal, 10(4), 611–615. doi:10.1016/j.dhjo.2016.12.016 [PubMed: 28082002]

Curran PJ, Obeidat K, & Losardo D (2010). Twelve Frequently Asked Questions About Growth Curve Modeling. J Cogn Dev, 11(2), 121–136. doi:10.1080/15248371003699969 [PubMed: 21743795]

Dalton ED, Hammen CL, Brennan PA, & Najman JM (2016). Pathways Maintaining Physical Health Problems from Childhood to Young Adulthood: The Role of Stress and Mood. Psychology & Health, 31(11), 1255–1271. doi:10.1080/08870446.2016.1204448 [PubMed: 27329508]

Dawson S, McCormick B, & Li J (2018). A Network Analysis of Youth with Physical Disabilities Attending a Therapeutic Camp. Therapeutic Recreation Journal, 52(2), 154–169. doi:10.18666/TRJ-2018-V52-I2-8344

Demakakos P, Zaninotto P, & Nouwen A (2014). Is the association between depressive symptoms and glucose metabolism bidirectional? Evidence from the English Longitudinal Study of Ageing. Psychosom Med, 76(7), 555–561. doi:10.1097/psy.0000000000000082 [PubMed: 25077428]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

DiPrete TA, & Eirich GM (2006). Cumulative Advantage as a Mechanism for Inequality: A Review of Theoretical and Empirical Developments. Annual Review of Sociology, 32(1), 271–297. doi:10.1146/annurev.soc.32.061604.123127

Djernes JK (2006). Prevalence and Predictors of Depression in Populations of Elderly: A Review. Acta Psychiatr Scand, 113(5), 372–387. doi:10.1111/j.1600-0447.2006.00770.x [PubMed: 16603029]

Drainoni M-L, Lee-Hood E, Tobias C, Bachman SS, Andrew J, & Maisels L (2006). Cross-Disability Experiences of Barriers to Health-Care Access:Consumer Perspectives. Journal of Disability Policy Studies, 17(2), 101–115. doi:10.1177/10442073060170020101

Elder GH, Johnson MK, & Crosnoe R (2003). The Emergence and Development of Life Course Theory. In Mortimer JT & Shanahan MJ (Eds.), Handbook of the Life Course (pp. 3–19). Boston, MA: Springer US.

Fergusson DM, & Woodward LJ (2002). Mental Health, Educational, and Social Role Outcomes of Adolescents with Depression. Archives of General Psychiatry, 59(3), 225–231. doi:10.1001/archpsyc.59.3.225 [PubMed: 11879160]

Ferraro KF, & Shippee TP (2009). Aging and Cumulative Inequality: How Does Inequality Get Under the Skin? The Gerontologist, 49(3), 333–343. doi:10.1093/geront/gnp034 [PubMed: 19377044]

Ferraro KF, & Wilkinson LR (2013). Age, Aging, and Mental Health. In Aneshensel CS, Phelan JC, & Bierman A (Eds.), Handbook of the Sociology of Mental Health (pp. 183–203). Springer Netherlands: Dordrecht.

Ferro MA, Boyle MH, & Avison WR (2015). Association between Trajectories of Maternal Depression and Subsequent Psychological Functioning in Youth with and without Chronic Physical Illness. Health Psychology, 34(8), 820–828. doi:10.1037/hea0000226 [PubMed: 25844906]

George LK (2013). Life-Course Perspectives on Mental Health. In Aneshensel CS, Phelan JC, & Bierman A (Eds.), Handbook of the Sociology of Mental Health (pp. 585–602). Dordrecht: Springer Netherlands.

Graetz B, & Shute R (1995). Assessment of peer relationships in children with asthma. J Pediatr Psychol, 20(2), 205–216. doi:10.1093/jpepsy/20.2.205 [PubMed: 7760220]

Haas SA (2007). The Long-Term Effects of Poor Childhood Health: An Assessment and Application of Retrospective Reports. Demography, 44(1), 113–135. doi:10.1353/dem.2007.0003 [PubMed: 17461339]

Haas SA, Schaefer DR, & Kornienko O (2010). Health and the Structure of Adolescent Social Networks. Journal of Health and Social Behavior, 51(4), 424–439. doi:10.1177/0022146510386791 [PubMed: 21131619]

Hamil-Luker J, & O'Rand AM (2007). Gender Differences in the Link between Childhood Socioeconomic Conditions and Heart attack Risk in Adulthood. Demography, 44(1), 137–158. doi:10.1353/dem.2007.0004 [PubMed: 17461340]

Hardt J, & Rutter M (2004). Validity of Adult Retrospective Reports of Adverse Childhood Experiences: Review of the Evidence. The Journal of Child Psychology and Psychiatry, 45(2), 260–273. doi:10.1111/j.1469-7610.2004.00218.x [PubMed: 14982240]

Humphrey N, Lendrum A, Barlow A, Wigelsworth M, & Squires G (2013). Achievement for All: Improving Psychosocial Outcomes for Students with Special Educational Needs and Disabilities. Research in Developmental Disabilities, 34(4), 1210–1225. doi:10.1016/j.ridd.2012.12.008 [PubMed: 23380579]

Iezzoni LI, Kilbridge K, & Park ER (2010). Physical access barriers to care for diagnosis and treatment of breast cancer among women with mobility impairments. Oncol Nurs Forum, 37(6), 711–717. doi:10.1188/10.Onf.711-717 [PubMed: 21059583]

Janus AL (2009). Disability and the Transition to Adulthood. Social Forces, 88(1), 99–120. doi:10.1353/sof.0.0248

Jeppsson Grassman E, Holme L, Taghizadeh Larsson A, & Whitaker A (2012). A long life with a particular signature: life course and aging for people with disabilities. J Gerontol Soc Work, 55(2), 95–111. doi:10.1080/01634372.2011.633975 [PubMed: 22324328]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Kamis C (2020). The Long-Term Impact of Parental Mental Health on Children's Distress Trajectories in Adulthood. Society and Mental Health, 11(1), 54–68. doi:10.1177/2156869320912520 [PubMed: 34094696]

Kemp BJ & Mosqueda L (2004). Introduction. In Kemp BJ & Mosqueda LA (Eds.), Ageing with a Disability: What the Clinician Needs to know: Johns Hopkins University Press.

Laditka SB, Laditka JN, & Hoyle JN (2021). Disability in Childhood, Special Education Histories, and Lifetime Health Outcomes in the United States. Journal of Aging and Health, 0(0). doi:10.1177/08982643211018918

Landes SD (2017). The Association between Education and Mortality for Adults with Intellectual Disability. Journal of Health and Social Behavior, 58(1), 70–85. doi:10.1177/0022146516683227 [PubMed: 28661768]

Latham K (2015). The "Long Arm" of Childhood Health: Linking Childhood Disability to Late Midlife Mental Health. Research on Aging, 37(1), 82–102. doi:10.1177/0164027514522276 [PubMed: 25651552]

Latham-Mintus K, & Aman KM (2017). Childhood Disadvantage, Psychosocial Resiliency, and Later Life Functioning: Linking Early-Life Circumstances to Recovery From Mobility Limitation. Journal of Aging and Health(3), 463–483. doi:10.1177/0898264317733861 [PubMed: 29254410]

Lynch SM, & Taylor MG (2016). Chapter 2 - Trajectory Models for Aging Research. In George LK & Ferraro KF (Eds.), Handbook of Aging and the Social Sciences (Eighth Edition) (pp. 23–51). San Diego: Academic Press.

Mann DR, & Honeycutt TC (2014). Is Timing Everything? Disability Onset of Youth and Their Outcomes As Young Adults. Journal of Disability Policy Studies, 25(2), 117–129. doi:10.1177/1044207313484176

Maxey M, & Beckert TE (2017). Adolescents with Disabilities. Adolescent Research Review, 2(2), 59–75. doi:10.1007/s40894-016-0043-y

Mehta CM, Arnett JJ, Palmer CG, & Nelson LJ (2020). Established adulthood: A new conception of ages 30 to 45. American Psychologist, 75(4), 431–444. doi:10.1037/amp0000600 [PubMed: 32378940]

Mueller CE, & Prout HT (2009). Psychosocial Adjustment of Adolescents and Young Adults With Intellectual Disabilities. Journal of Mental Health Research in Intellectual Disabilities, 2(4), 294–311. doi:10.1080/19315860903308572

Muthén B (2004). Latent Variable Analysis: Growth Mixture Modeling and Related Techniques for Longitudinal Data. In Kaplan D (Ed.), The SAGE Handbook of Quantitative Methodology for the Social Sciences (pp. 346369). doi:10.4135/9781412986311

Oaksford K, Frude N, & Cuddihy R (2005). Positive Coping and Stress-Related Psychological Growth Following Lower Limb Amputation. Rehabilitation Psychology, 50(3), 266–277. doi:10.1037/0090-5550.50.3.266

Office of Disease Prevention and Health Promotion. (2021). Healthy People 2030. Retrieved from https://health.gov/healthypeople/objectives-and-data/browse-objectives/people-disabilities

Oldehinkel AJ, Ormel J, Verhulst FC, & Nederhof E (2014). Childhood Adversities and Adolescent Depression: A Matter of Both Risk and Resilience. Development and Psychopathology, 26(4 Pt 1), 1067–1075. doi:10.1017/s0954579414000534 [PubMed: 24933401]

Pais J (2014). Cumulative Structural Disadvantage and Racial Health Disparities: The Pathways of Childhood Socioeconomic Influence. Demography, 51(5), 1729–1753. doi:10.1007/s13524-014-0330-9 [PubMed: 25212107]

Patten SB, Lavorato DH, & Metz LM (2005). Clinical correlates of CES-D depressive symptom ratings in an MS population. General Hospital Psychiatry, 27(6), 439–445. doi:10.1016/j.genhosppsych.2005.06.010 [PubMed: 16271659]

Pearlin LI (1989). The Sociological Study of Stress. Journal of Health and Social Behavior, 30(3), 241–256. doi:10.2307/2136956 [PubMed: 2674272]

Pearlin LI (2010). The Life Course and the Stress Process: Some Conceptual Comparisons. Journals of Gerontology Series B: Psychological Sciences & Social Sciences, 65b(2), 207–215. doi:10.1093/geronb/gbp106 [PubMed: 20022925]

Pinquart M, & Shen Y (2010). Depressive Symptoms in Children and Adolescents with Chronic Physical Illness: An Updated Meta-Analysis. Journal of Pediatric Psychology, 36(4), 375–384. doi:10.1093/jpepsy/jsq104 [PubMed: 21088072]

Putnam M, Coyle CE, Ogden LP, & Bigby C (2021). Understanding Ageing with Disability. In Putnam M & Bigby C (Eds.), Handbook on Ageing with Disability (pp. 3–13). New York: Routledge.

Radloff LS (1977). The CES-D Scale: A Self-Report Depression Scale for Research in the General Population. Applied Psychological Measurement, 1(3), 385–401. doi:10.1177/014662167700100306

Reuman LR, Mitamura C, & Tugade MM (2013). Coping and Disability. In Wehmeyer ML (Ed.), The Oxford Handbook of Positive Psychology and Disability: Oxford Handbooks Online.

Schaan B (2014). The Interaction of Family Background and Personal Education on Depressive Symptoms in Later Life. Social Science & Medicine, 102, 94–102. doi:10.1016/j.socscimed.2013.11.049 [PubMed: 24565146]

Schafer MH, & Ferraro KF (2013). Childhood Misfortune and Adult Health: Enduring and Cascadic Effects on Somatic and Psychological Symptoms? Journal of Aging & Health, 25(1), 3–28. doi:10.1177/0898264312464884 [PubMed: 23160525]

Secinti E, Thompson EJ, Richards M, & Gaysina D (2017). Research Review: Childhood Chronic Physical Illness and Adult Emotional Health - A Systematic Review and Meta-Analysis. Journal of Child Psychology and Psychiatry, 58(7), 753–769. doi:10.1111/jcpp.12727 [PubMed: 28449285]

Shandra CL (2011). Life-Course Transitions Among Adolescents With and Without Disabilities: A Longitudinal Examination of Expectations and Outcomes. Int J Sociol, 41(1), 67–86. doi:10.2753/ijs0020-7659410104 [PubMed: 25926707]

Spaulding LS, & Pratt SM (2015). A Review and Analysis of the History of Special Education and Disability Advocacy in the United States. American Educational History Journal, 42(1), 91–109.

Steffick DE (2000). Documentation of affective functioning measures in the Health and Retirement Study (HRS/AHEAD Documentation Report). University of Michigan: Survey Research Center.

Sutin AR, Terracciano A, Milaneschi Y, An Y, Ferrucci L, & Zonderman AB (2013). The Trajectory of Depressive Symptoms across the Adult Life Span. JAMA Psychiatry, 70(8), 803–811. doi:10.1001/jamapsychiatry.2013.193 [PubMed: 23760442]

Thompson L (2004). Functional Changes Affecting People Aging with Disability. In Kemp B & Mosqueda LA (Eds.), Aging with a Disability: What the Clinician Needs to Know (pp. 102–128). Baltimore, MD: Johns Hopkins University Press.

Umberson D, Williams K, Thomas PA, Liu H, & Thomeer MB (2014). Race, Gender, and Chains of Disadvantage: Childhood Adversity, Social Relationships, and Health. Journal of Health and Social Behavior, 55(1), 20–38. doi:10.1177/0022146514521426 [PubMed: 24578394]

van Heuman L (2021). Ageing with Lifelong Disability. In Putnam M & Bigby C (Eds.), Handbook on Ageing with Disability (pp. 23–31). New York: Routledge.

Woodward LJ, & Fergusson DM (2001). Life Course Outcomes of Young Ppeople with Anxiety Disorders in Aadolescence. Journal of the American Academy of Child & Adolescent Psychiatry, 40(9), 1086–1093. doi:10.1097/00004583-200109000-00018 [PubMed: 11556633]

Young AEN (2021). Childhood Disability in the United States: 2019. Retrieved from American Community Survey Briefs: https://www.census.gov/content/dam/Census/library/publications/2021/acs/acsbr-006.pdf

Zhang X, Hassan H, Larkina M, Lee H, & Smith J (2020). Childhood Family and Childhood Health Aggregated Data. University of Michigan: Institute for Social Research.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

West and Kamis

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript



**Figure 1.**
Unconditional Growth Model Predicting Depressive Symptoms Across Age: Health and Retirement Study (n = 15,289).
*Note.* This figure is made based on the results from Table 2 Model 1.



**Figure 2.**
Childhood Disability Predicting Depressive Symptoms Across Age. Health and Retirement Study (n=15,289).

*Note.* This figure is made based on the results from Table 2 Model 4 holding all covariates at their mean values.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

West and Kamis

J Aging Health. Author manuscript; available in PMC 2023 February 16.

**Table 1.**

Characteristics of the Sample by Childhood Disability Status.[a]

|  | Total sample n=15,289 % / Mean (SD) | No childhood disability n=14,708 % / Mean (SD) | Had a childhood disability n=581 % / Mean (SD) | Difference |
|---|---|---|---|---|
| Childhood disability | 3.80 |  |  |  |
| CES-D (Wave 9) | 1.43 (1.96) | 1.42 (1.95) | 1.75 (2.14) | *** |
| Age (Wave 9) | 69.35 (9.98) | 69.36 (10.00) | 69.05 (9.70) |  |
| Male | 39.98 | 39.90 | 42.00 |  |
| Race/ethnicity |  |  |  |  |
| Non-Hispanic White | 74.42 | 74.13 | 81.76 | *** |
| Non-Hispanic Black | 13.98 | 14.15 | 9.81 | ** |
| Non-Hispanic Other | 2.25 | 2.24 | 2.58 |  |
| Hispanic | 9.35 | 9.48 | 5.85 | ** |
| Childhood SES |  |  |  |  |
| Well off | 6.70 | 6.66 | 7.57 |  |
| Average | 62.57 | 62.80 | 56.63 | ** |
| Poor | 30.73 | 30.53 | 35.80 | ** |
| Moved in childhood | 17.97 | 17.69 | 25.13 | *** |
| Childhood depression | 2.36 | 2.21 | 6.20 | *** |
| Cohort |  |  |  |  |
| AHEAD | 8.77 | 8.82 | 7.57 |  |
| CODA | 13.63 | 13.58 | 14.80 |  |
| HRS | 38.94 | 38.96 | 38.55 |  |
| War Babies | 15.78 | 15.75 | 16.52 |  |
| Early Baby Boomers | 18.01 | 18.02 | 17.73 |  |
| Mid Baby Boomers | 3.88 | 3.86 | 4.48 |  |
| Late Baby Boomers | .98 | 1.01 | .34 |  |

[a]Data: Health and Retirement Study (HRS) (2008–2018).

*Note.* SD = standard deviation, CES-D = Center for Epidemiologic Studies Depression Scale. SES = socioeconomic status. Difference column indicates significant differences between respondents without versus without childhood disability ($c^2$ test for differences in categories or two-tailed $t$ test for differences in means).

West and Kamis



\*
$p < .05$.

\*\*
$p < .01$.

\*\*\*
$p < .001$.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

West and Kamis

J Aging Health. Author manuscript; available in PMC 2023 February 16.

**Table 2.**

Latent Growth Curve Models Predicting Depressive Symptom Trajectories by Age and Childhood Disability Status (n=15,289).[a]

|  | Model 1 | Model 2 | Model 3 | Model 4 |
|---|---|---|---|---|
| Age | $-.04\,(.00)^{***}$ | $-.04\,(.00)^{***}$ | $-.05\,(.02)^{*}$ | $-.05\,(.02)^{*}$ |
| $Age^2$ | $.00\,(.00)^{***}$ | $.00\,(.00)^{***}$ | $.00\,(.00)^{***}$ | $.00\,(.00)^{***}$ |
| Childhood disability |  | $.52\,(.15)^{**}$ | $.59\,(.15)^{***}$ | $.41\,(.12)^{**}$ |
| Age * Childhood disability |  | $-.01\,(.01)$ | $-.01\,(.01)$ | $-.01\,(.01)$ |
| Male |  |  | $-.33\,(.06)^{***}$ | $-.29\,(.06)^{***}$ |
| Age * Male |  |  | $-.00\,(.00)$ | $-.00\,(.00)$ |
| Race/ethnicity (ref: NH White) |  |  |  |  |
| NH Black |  |  | $.46\,(.08)^{***}$ | $.41\,(.08)^{***}$ |
| NH Other |  |  | $.59\,(.18)^{**}$ | $.49\,(.17)^{**}$ |
| Hispanic |  |  | $.79\,(.09)^{***}$ | $.68\,(.09)^{***}$ |
| Age * Race/ethnicity (ref: NH White) |  |  |  |  |
| NH Black |  |  | $-.00\,(.00)$ | $-.00\,(.00)$ |
| NH Other |  |  | $-.01\,(.01)$ | $-.00\,(.01)$ |
| Hispanic |  |  | $.00\,(.00)$ | $.00\,(.00)$ |
| Childhood SES (ref: Well off) |  |  |  |  |
| Average |  |  |  | $-.10\,(.11)$ |
| Poor |  |  |  | $.26\,(.12)^{*}$ |
| Age * Childhood SES (ref: Well off) |  |  |  |  |
| Average |  |  |  | $.01\,(.00)$ |
| Poor |  |  |  | $.00\,(.00)$ |
| Moved in childhood |  |  |  | $.24\,(.08)^{**}$ |
| Age * Moved in childhood |  |  |  | $-.00\,(.00)$ |
| Childhood depression |  |  |  | $2.21\,(.17)^{***}$ |
| Age * Childhood depression |  |  |  | $-.03\,(.01)^{**}$ |
| Cohort (ref: AHEAD) |  |  |  |  |

J Aging Health. Author manuscript; available in PMC 2023 February 16.

West and Kamis

|  | Model 1 | Model 2 | Model 3 | Model 4 |
|---|---|---|---|---|
| CODA |  |  | −.19 (.42) | −.17 (.42) |
| HRS |  |  | −.41 (.46) | −.37 (.46) |
| War Babies |  |  | −.32 (.52) | −.28 (.52) |
| Early Baby Boomers |  |  | −.13 (.56) | −.12 (.56) |
| Mid Baby Boomers |  |  | −.42 (.58) | −.42 (.58) |
| Late Baby Boomers |  |  | −.42 (.61) | −.37 (.61) |
| Age *Cohort (ref: AHEAD) |  |  |  |  |
| CODA |  |  | .01 (.01) | .01 (.01) |
| HRS |  |  | .02 (.01) | .02 (.01) |
| War Babies |  |  | .01 (.02) | .01 (.02) |
| Early Baby Boomers |  |  | .01 (.02) | .01 (.02) |
| Mid Baby Boomers |  |  | .03 (.02) | .03 (.02) |
| Late Baby Boomers |  |  | .05 (.04) | .05 (.04) |
| Constant | 1.70 (.04)*** | 1.68 (.04)*** | 1.89 (.59)** | 1.77 (.59)** |
| Variance (age) | .00 (.00) | .00 (.00) | .00 (.00) | .00 (.00) |
| Variance (intercept) | 3.65 (.13) | 3.63 (.13) | 3.49 (.12) | 3.17 (.12) |
| Covariance (age, intercept) | −.07 (.01) | −.07 (.01) | −.07 (.01) | −.06 (.01) |
| Residual variance | 1.60 (.01) | 1.60 (.01) | 1.60 (.01) | 1.60 (.01) |
| BIC | 252248.7 | 252246.2 | 251857 | 251346.1 |
| ICC | .70 | .69 | .69 | .66 |

[a]Data: Health and Retirement Study (HRS) (2008–2018).

*Note.* Age is zeroed at 50 years of age. NH = non-Hispanic, SES = socioeconomic status, ICC = intraclass correlation.

*
p < .05.

**
p < .01.

***
p < .001.