


# LaRae M. Copley, RPh, MD, PhD
LaRae.Copley@copleymedicalconsulting.com

## EDUCATION

| | |
|---|---|
| 2006 | **Doctor of Medicine**, *cum laude*. The Ohio State University College of Medicine and Public Health. |
| 2004 | **Doctor of Philosophy.** The Ohio State University, Molecular Cellular and Developmental Biology. |
| 1997 | **Bachelor of Science**, *magna cum laude* with Honors & Distinction. The Ohio State University College of Pharmacy. Specialization in medicinal chemistry. |

## LEADERSHIP

July 2022-
June 2024
**Medical Director,** Providers for Healthy Living, LLC
HR supervisor to a team averaging 10 mental health prescribers in a multidisciplinary private outpatient mental health practice in Columbus, Ohio. Providing consultation daily for NPs and PAs. Reviewing clinical quality across patient caseloads and facilitating weekly case conference. Providing psychiatric treatment for my own outpatient caseload.

Feb 2022
**Founder, Consultant,** Copley Medical Consulting, LLC
Providing case reviews and expert medical opinions for psychiatry. Developing and delivering continuing education programs for multiple mental health disciplines to the community.

2014-2022
**Chief of Psychiatry,** The Ohio State University, Counseling & Consultation Service
Liaison between the Psychiatry Team and Leadership Team
Development of Psychiatry Intake System.
Liaison to Student Health Services. Dept. of Psychiatry and College of Medicine.
HR manager for the Psychiatry Team.
Onboarding of new psychiatrists joining our agency.
Chair for multiple Psychiatrist Search Committees.
Psychiatry Resident Training Coordinator.
Development of Animal Assisted Activities Program at CCS
Training Committee. 2011-2022.
Clinical Services Committee. 2012-2022.

LaRae M. Copley, RPh, MD, PhD

---

## CLINICAL EXPERIENCE

| | |
|---|---|
| July 2024-present | **Forensic Psychiatry Fellow,** The Ohio State University, Department of Psychiatry. |
| 2020-present | **Psychiatrist,** Providers for Healthy Living, LLC<br>Providing outpatient psychiatric services for adults and adolescents. |
| 2011-2022 | **Senior Staff Psychiatrist,** The Ohio State University, Counseling & Consultation Service. Provided outpatient psychiatric services for the student population. |
| 2010-2011 | **Child and Adolescent Psychiatry Fellow,** Nationwide Children's Hospital. Chief Fellow, 2010. |
| 2006-2010 | **General Psychiatry Resident,** The Ohio State University, Department of Psychiatry. Chief Resident, 2009-2010. |
| 2009 | **Psychiatrist,** Concord Counseling Services.<br>Contracting adult psychiatric services in the community mental health setting. |
| 2009 | **Psychiatrist,** MedCentral Health System.<br>Contracting adult psychiatric services in the community hospital setting. |
| 1997-1999 | **Pharmacist,** Nationwide Children's Hospital.<br>Emphasis on patient and family counseling in the pediatric setting. |
| 1995-1997 | **Pharmacy Intern,** Pharmaceutical Care Clinic, The Ohio State University. Emphasis on patient care and counseling. |
| 1994-1995 | **Pharmacy Intern,** National Rx Services. |

## LICENSES

State Medical Board of Ohio, 2009. Active. License number, 35.093162
State Board of Pharmacy, Ohio. 1997. Active. License number, RPh.03122532-1
Drug Enforcement Agency, 2009. Active. FC1312014, XC1312014

LaRae M. Copley, RPh, MD, PhD

## CERTIFICATIONS

Diplomate, American Board of Psychiatry and Neurology, General Psychiatry

Diplomate, American Board of Psychiatry and Neurology, Child & Adolescent Psychiatry

Board Certified, American Board of Addiction Medicine.

## TEACHING EXPERIENCE

2009-2024    Department of Psychiatry, The Ohio State University, Wexner Medical Center
- PGY3 Cohort Facilitator (2023-2024 academic year)
- Case Studies: Clinical Psychopharmacology for PGY1-2 (2022)
- Psychodynamic Supervisor for PGY3 residents (2019-2023)
- Supervising Residents in College Mental Health Clinic (2017-2022)
- Athletics Training 635: Guest Lecturer for 2009-2022. "The Use of Psychiatric Medications in Athletes."
- Clinical Psychopharmacology for PGY1 (2014-2018)
- Advanced Psychopharmacology for PGY2-4 (2014-2016)
- Med IV Psychiatry Curriculum: "Advanced Topics in Psychiatry" Instructor to sub-interns as a weekly seminar class. (2009-2010)
- Medical Therapeutics, Med IV: Guest Lecturer. "Substance Abuse Disorders" (2009)
- Neurology Resident Teaching: "Psychiatric Diseases Presenting in Childhood" (2009)
- Med I Division I Neurosciences: Guest Lecturer "Introduction to Psychiatry" & "Introduction to the Mental Status Exam" (2009-2012)

2021-2024    OhioHealth, Riverside Methodist Hospital Family Medicine Program
- Providing residents clinical experience, training, and consultation in psychiatry as they are finishing family medicine residency.

2011-2022    Counseling and Consultation Service, The Ohio State University
- Clinical Pearls: Recognizing Severe Presentations of Mental Illness. 3-4 session course reviewing Mental Status Exam, Psychosis, Mania and Anxiety Differential Diagnosis
- Mania CE for the community
- Weekly Multidisciplinary Case Conference
- DSM-5 Staff Training
- Psychology Practicum Seminar

LaRae M. Copley, RPh, MD, PhD

---

2009- 2011    Adjunct Professor, Kaplan University.
                Instructor for undergraduate level courses in Principles of Nutrition, Immunology, and Histology & Embryology. Curriculum developer for Kaplan's Science Center.

2009-2011     Instructor, Crisis Intervention Training Program.
                Instructing police about mental illness in the community.

## PUBLICATIONS

Algorta, G.P., Kragh, C.A., Arnold, L.E., Molina, B.S., Hinshaw, S.P., Swanson, J.M., Hetchman, L., **Copley, L.M.**, Lowe, M., Jensen, P.S. Maternal ADHD symptoms, personality, and parenting stress: Differences Between Mothers of Children with ADHD and Mothers of Comparison Children. *Journal of Attention Disorders*. Dec 2014.

Rogers PD, **Copley L.** (2009) The Nonmedical Use of Prescription Drugs by Adolescents. Adolesc Med State Art Rev. 2009 Apr;20(1):1-8, vii.

Casavant, MJ, Blake, K, Griffith, J, Yates, A, **Copley, LM** (2007) Consequences of Use of Anabolic Androgenic Steroids. Pediatr Clin North Am. 2007 Aug;54(4):677-90. Review.

American Journal of Medical Genetics: **Copley, LM.**, Zhao, WD., Kopacz K., Herman GE., Kioschis, P., Poustka, A., Taudien, S., Platzer, M. (2002) Exclusion of mutations in the MTMR1 gene as a frequent cause of X-linked myotubular myopathy. Am J Med Genet., 107(3):256-8.

## PRESENTATIONS

<u>Conspiracy Theories.</u> Doug Misquitta, MD, **LaRae Copley, MD, PhD.** Midwest American Academy of Psychiatry and the Law. March 2025.

<u>Unleash the "Paws"itivity! Using Animal Assisted Therapy in Colleges and Universities</u> **LaRae Copley, MD, PhD,** Meera Menon, MD, Colleen Tennyson, MD Evita Singh, MD, PGY2. American Psychiatric Association: Workshop: 2023.

<u>Animal Assisted Activities on College Campuses: The Joys, the Trials, the Drama</u>
Emily Barnum, PhD, **LaRae Copley, MD/PhD.** Big Ten Counseling Center Conference. Feb 2022.

LaRae M. Copley, RPh, MD, PhD

---

<u>Uppers, Downers, Oxys, and Pharming: The Illicit Use of Prescription Medications in Adolescents</u> **L.M. Copley.** Grand Rounds Presentation for OSU Department of Psychiatry. February 2010.

<u>Exclusion of MTMR1 as a Frequent Cause of X-Linked Myotubular Myopathy</u> **L.M. Copley,** W.D Zhao, K. Kopacz, P. Kioschis, S. Taudien, M. Platzer, A. Poustka, G.E. Herman; Poster Presentation at the American Society of Human Genetics. October 2000.

<u>Activation of NF-κB Transcription Factor Complex and Degradation of IκB Inhibitory Protein in Human WISH Cells.</u> D.A Kniss, B. Rovin, **L. Copley,** P.D. Zimmerman. Oral presentation at the Society for Gynecologic Investigation. March 1999.

<u>Affinity Labels of 7α-Thiosubstituted Androgens as Probes of the Aromatase Enzyme.</u> **L.M. Copley,** R.W. Brueggemeier. Poster presentation at the OSU Undergraduate Research Forum. 1996; Second place in the Professional Biological Sciences. Oral presentation at the West Virginia University Undergraduate Research Seminar. September 1996.

## RESEARCH EXPERIENCE

1999-2004   <u>Department of Human and Molecular Genetics, Children's Research Institute.</u> Advisor: Gail Herman, MD/PhD and the Molecular, Cellular, & Developmental Biology Program at Ohio State University. Dissertation: (Investigation of the Function of Myotubularin through Examination of Protein-Protein Interactions & Exclusion of MTM1 as a Frequent Cause of X-Linked Myotubular Myopathy)

1994-1997   <u>Department of Medicinal Chemistry, Ohio State University College of Pharmacy.</u> Undergraduate Researcher. Advisor: Dr. Robert Brueggemeier. Senior Thesis. (Affinity Labels of 7α-Thiosubstituted Androgens as Probes of the Aromatase Enzyme)

Su 1996   <u>Pfizer, Pharmaceutical Research and Development, Liquids.</u> American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Diketopiprazine Kinetics for Linear Alanyl-Alanine)

Su 1995   <u>Parke Davis, Pharmaceutical Research & Development, Solids.</u> American Pharmaceutical Association Industrial Research-Intensive Intern. (Seminar: The Characterization of Amorphous Solids Using Thermomechanical Analysis)

LaRae M. Copley, RPh, MD, PhD

---

**PROFESSIONAL INVOLVEMENT**

American Academy of Psychiatry and the Law, 2023-2025.

American Academy of Child and Adolescent Psychiatry, 2010-2011.

American Psychiatric Association, 2006-2011, 2013-2020, 2023-2025.

American Society of Addiction Medicine, 2015-2016.

APhA/ASP, Career Fair Committee, 1996. Chair, Career Fair Committee, 1997.

Kappa Epsilon, Pharmacy Council Representative.


**HONORS**

| | |
|---|---|
| 2009 | AACAP Educational Outreach Award |
| 2008-2010 | Teaching Excellence Award, The Ohio State University Department of Psychiatry |
| 2008-2009 | APA/Shire Child & Adolescent Psychiatry Fellowship |
| 2006 | Henry A. & Amelia T. Nasrallah Psychiatry Excellence Award |
| 1997-2006 | Medical Scientist Program Fellowship |
| 1999, 2004 | Distinguished University Fellowship |
| 2000-2002 | General Mason Award |
| 1999-2003 | Molecular Life Sciences Fellowship |
| 1999-2003 | Bennett Foundation Fellowship |
| 1997 | Rho Chi Society, National Pharmacy Honorary |
| 1996 | American Foundation for Pharmaceutical Education Gateway Scholarship |
| 1995-1997 | Plough Scholarship |
| 1995 | Pressey Honors Endowment Recipient |
| 1997 | Marvin & Geraldine Faeges Memorial Reward |
| 1992 | OSU Alumni Scholar |
| 1992-1996 | University Scholar |