Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 1 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page ...

EXHIBIT
Copley Depo
9

EXHIBIT
C

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228
https://doi.org/10.1007/s12178-023-09828-0

# Stronger Athlete Identity Is a Risk Factor for More Severe Depressive Symptoms After Musculoskeletal Injury in Pediatric Athletes: a Systematic Review

Anna L. Park[1] · Kira Furie[1] · Stephanie E. Wong[2]

Accepted: 27 February 2023 / Published online: 30 March 2023
© The Author(s) 2023

## Abstract

**Purpose of Review** Treatment for musculoskeletal sports injuries often neglects the psychological components of health and recovery. Pediatric patients require particular consideration of their psychosocial and cognitive development. This systematic review investigates the effects of musculoskeletal injury on mental health in pediatric athletes.

**Recent Findings** Athlete identity may increase in adolescence and is associated with worse mental health post-injury. Psychological models suggest loss of identity, uncertainty, and fear mediate the association between injury and symptoms of anxiety, depression, post-traumatic stress disorder, and obsessive–compulsive disorder. Fear, identity, and uncertainty also influence return to sport.

**Summary** In the reviewed literature, there were 19 psychological screening tools and 8 different physical health measures with various adaptations to athlete developmental level. In pediatric patients, no interventions were studied to reduce the psychosocial impacts of injury. Musculoskeletal injury is associated with worse mental health in pediatric athletes, and stronger athlete identity is a risk factor for the development of depressive symptoms. Psychological interventions that reduce uncertainty and address fear may help mitigate these risks. More research is needed on screening and interventions to improve mental health post-injury.

**Keywords** Mental health · Athlete identity · Pediatric · Musculoskeletal injury

## Introduction

Treatment for musculoskeletal injuries often focuses on physical and functional outcomes, neglecting the psychological components of health and recovery. However, psychological responses to injury including cognitive, emotional, and behavioral aspects are known to be important factors in determining outcomes post-injury [1••]. Athletes may respond to injury differently than their non-athlete counterparts; for example, they might be at higher risk of self-medication post-injury as part of coping [1••, 2••]. For this reason, the American Medical Society for Sports Medicine states that there is "a clear need for depression and anxiety screening, especially after an athlete has experienced a challenging illness or injury" [1••]. Pediatric athletes have special considerations regarding mental health including parental involvement and psychological developmental status of the athlete. For example, identity formation varies with age and may be affected differently at different ages [3•]. Therefore, it is important to investigate the pediatric-specific considerations for mental health post sports injury. Despite these calls for more robust research and guidelines, there is no clear understanding of how musculoskeletal injury affects mental health and no clear guidelines for treating mental health post-injury.

Injuries sustained by athletes can play a role in the development of psychiatric disorders. Emotional responses to injury that do not resolve or that worsen over time can be associated with higher rates of generalized anxiety disorder (GAD) [1••]. Injured athletes may also be at higher risk of developing depression, post-traumatic stress disorder, or obsessive–compulsive disorder. Furthermore, mental health

✉ Stephanie E. Wong
swong@ucsf.edu

[1] University of California San Francisco School of Medicine, San Francisco, CA 94143, USA

[2] Department of Orthopaedic Surgery, University of California San Francisco, San Francisco, CA 94143, USA

Case 2:24-cv-02380-HLT-ADM    Document 107-3    Filed 08/15/25    Page 2 of 19
Case 2:24-cv-02380-HLT-ADM    Document 102-2    Filed 07/18/25    Page 31 of 72

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228                                                                                              221

disorders may present differently in athletes than their non-athlete counterparts. For example, "lack of focus" for an athlete may be a sign of cognitive functional impairment resulting from depression [1••].

The primary purpose of this systematic review is to investigate the effects of musculoskeletal injury on mental health in pediatric athletes. Secondary outcomes include reviewing the measures used to assess mental health post-injury and any interventions directed at improved mental health post-injury.

## Methods

### Search Strategy

We searched PubMed and PsycNet databases using ((pediatric OR adolescent OR child) AND (athlete OR sports OR athletic) AND (mental health) AND (injury)), which yielded 627 unique articles. Two authors (AP, KF) screened the titles and abstracts, and questions were resolved by discussion between them.

### Inclusion/Exclusion Criteria

We included articles that investigated mental health in pediatric athletes after musculoskeletal injury. Articles were excluded if they investigated the effects of mental health on subsequent injury risk, focused on concussion/traumatic brain injury, did not mention athletes or sport injury, or did not study pediatric populations. Non-peer-reviewed articles, letters to the editor, and books were excluded.

### Data Extraction and Synthesis

The measures used to assess mental and physical health were recorded, and key themes and theories were extracted from the included studies.

## Results

### Search Results

After title and abstract screening using the inclusion criteria, 33 articles were selected for full-text review. Further, 14 articles were excluded during the full-text review based on relevance, population studied, and type of publication (Fig. 1).

The 19 included articles consisted of 12 observational studies, 4 of which utilized interview-based methodology. There were 6 review articles which focused on themes including athlete identity, psychological stress related to injury, health-related quality of life, depression, and psychosocial impacts of injury in athletes. The remaining article was the American Medical Society for Sports Medicine 2020 position statement on mental health issues in athletes.

### Pediatric-Specific Athlete Mental Health

Two considerations that are particularly important for understanding mental health in pediatric populations are (1) the developmental stage of the athlete and (2) the parent/guardian–child relationship. Different developmental stages may predispose athletes to different types of mental health issues post-musculoskeletal injury. For example, athletes ages 15 to 21 may be more likely to have symptoms of post-traumatic stress disorder after injury than athletes under age 14 [3•]. Other studies suggest that pediatric athletes may have more difficulty coping with identity transition caused by injury when compared to adult athletes due to the large role that sports play in their lives [4•]. Additionally, managing parent/guardian anxiety may be an important part of promoting mental health post-injury in adolescent athletes [5].

### General Models for Mental Health After Musculoskeletal Injury

Models for mental health in athletes post-injury approach the topic from a variety of standpoints, drawing on literature relating to identity theory, psychiatric diagnosis, quality of life, and developmental stages. Generally, sports participation has been shown to have benefits on mental health, with athletes having lower risk of depressive symptoms than their non-athlete counterparts [2••, 3•, 5]. However, athletes may also have increased risk for major depressive episodes, which may be due to the demands of performance [3•, 5]. Injury is one of the most commonly cited events for development of mental health issues in athletes.

Injury is thought to affect mental health via multiple mechanisms. Athletic identity, self-esteem, and total mood disturbance are important factors affecting mental health post-injury [6]. An interview-based study identified 5 themes associated with quality of life after injury, including: relationships, uncertainty or fear, mood, stress and pressure, and energy [7]. The relationship between injury and these dimensions of psychological health suggests that health-related quality of life is an important measure for the recovery process in sports-related injury [7, 8].

Jasser et al. (2022) suggests that the emotional stages that athletes go through after injury may be similar to the process of grieving other losses [5]. These effects may be mediated by the patient's athlete identity. Athlete identity (AI) is a measure of the strength and exclusivity with which a person identifies as an athlete [2••, 4•, 9••]. Some studies suggest that AI may increase during

Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 3 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page 32 of 72

222                                                              Current Reviews in Musculoskeletal Medicine (2023) 16:220–228



**Fig. 1** PRISMA diagram: title, abstract, and full-text review process yielded 19 articles for inclusion in the review

adolescence compared to later in training and that higher AI can protect against burnout and promote adherence to rehabilitation [2●●, 9●●]. However, higher AI has also been associated with increased risk of depression post-injury [9●●]. One study suggested that younger patients may have more difficulty coping with injury due to the threat to their AI [4●].

Studies examining specific psychiatric conditions highlight that the conditions may present differently in athletes than in non-athlete populations [1●●]. Among the articles included in this review, depression is the most studied psychiatric diagnosis after musculoskeletal injury. Risk factors for depressive symptoms post-injury include female gender, worse injury severity, high athletic identity, and lack of positive stress (stress that is beneficial, producing emotions such as excitement) [3●]. By contrast, multisport exposure, "mental toughness," and resiliency may have a protective role for athlete mental health post-injury [1●●, 5].

One study found that there is a common time course for depressive symptoms post-injury, where depressive symptoms are the highest immediately after injury and then decrease over time. These symptoms can be measured using the Centers for Epidemiological Studies Depression (CES-D) scale, which has a high sensitivity for detecting depression 1 week post-injury but may over-diagnose major depressive disorder later on [10]. Sports injury has also been associated with post-traumatic stress disorder in adolescents [3●]; however, none of the observational studies specifically examined diagnosis of PTSD in pediatric patients after injury.

## Observational Study Findings

Observational studies on mental health in pediatric athletes post-musculoskeletal injury focus on knee injuries. Anterior cruciate ligament (ACL) injuries are the most studied

Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 4 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page 33 of 72

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228                                                                         223

injury, while some studies also investigated meniscal tears, collateral ligament sprains, patellar instability, anterior knee pain, and femoral osteochondral lesions [11, 12]. Generally, knee injuries have been found to negatively impact physical and emotional health in athletes. McGuine et al. found that patients with less serious injuries (e.g., anterior knee pain) had similar health-related quality of life scores compared to those with more serious (e.g., ACL) injuries. The patients with less serious injuries had lower scores in social functioning, role physical, and bodily pain [11].

Research on mental health after ACL reconstruction (ACLR) highlights the importance of measuring mental health post-ACLR, specifically in pediatric populations. One study demonstrated a correlation between the Pediatric International Knee Documentation Committee (Pedi-IKDC) score and quality of life in social/emotional domains. Worse symptoms reported on Pedi-IKDC were associated with lower social and emotional quality of life in nonoperatively treated, preoperative, and post-operative pediatric ACL patients. In contrast, similar data from studies in adults does not demonstrate a correlation between IKDC and social/emotional quality of life [4•].

Studies on the markers of rehabilitation progress suggest that physical measures alone are insufficient to determine if an athlete is ready to return to sport. An interview-based study with high school student athletes found that there are significant psychological barriers to rehabilitation including fear of reinjury and uncertainty about readiness to return to play, warranting other measures in addition to the physical markers to evaluate progress post-ACLR [13•]. Important psychological factors during recovery include the type of support received from parents, coaches, and teammates; attention from physical therapists and surgeons; and the patient's personal mental journey. For instance, overly sympathetic support or caution from others may negatively impact recovery or reduce likelihood of return to sport. Similarly, insufficient attention from physical therapists or the surgeon, specifically in relation to the patient's goals, may negatively impact the patient's recovery experience [13•]. Addressing psychological recovery after ACL injury, including the need to accept risk and face fear of reinjury, is essential to overall recovery and clinical outcomes [2••, 14].

Comparison between athletes in different types of sports found that patient-reported outcomes for mental health were similar for high school and collegiate injured in a variety of sport types, including soccer, football, skiing, baseball, lacrosse, and tennis [15]. However, other research suggests that factors such as team versus individual sport may affect athlete mental health. For example, athletes who develop social anxiety may have more challenges participating in team sports, such as basketball, than they would participating in individual sports or sports with fewer spectators such as distance running [5].

One way to approach tailoring care to individual patients is to evaluate motives for sports participation. Motives such as achievement, fun, and well-being have been shown to predict worse pain and functioning (as measured on KOOS) at 2 years post-injury when compared to the motives of health or social integration. These findings were not, however, correlated with worse mental component scores on the Short-Form-36 (SF-36), a quality of life scale [16].

One study investigated the potential for ACL injury, surgery, and recovery to promote adversarial growth (positive psychological change in response to adverse events). Their approach suggests potential positive effects of injury on long-term mental health. However, the study found that these injury events did not seem to promote adversarial growth [17].

## Return to Sport

Return to sport (RTS) was a focus of the pediatric literature on mental health post-injury. In patients who underwent ACLR, those who did not RTS were shown to have decreased health-related quality of life when compared to those who did or to healthy controls [18•]. Factors correlated with increased likelihood of return to sport include confidence in personal ability, support at all levels, enhanced physical ability, and active strategies involving cognitive awareness of stressors with conscious attempts to reduce negative outcomes such as social isolation [19]. While some reasons for not returning to sport were found to be external to the injury (e.g., graduation from high school) [12], others were related to physical and mental aspects of the recovery process.

Interactions with the medical system may also positively affect return to play after ACLR, specifically those that promote learning, trusting providers, personalization of care, and socialization [13•]. Learning about the recovery process can help reduce uncertainty, and more knowledge is associated with maintenance of a healthy mindset [1••, 13•]. Trusting relationships with physical therapists or athletic trainers are also important to RTS. At the high school level, school athletic trainers have been found to be important for athlete emotional stability post-injury [13•]. Personalized rehabilitation processes incorporating sport-specific training are also important promoters of RTS. Adding sport-specific exercises and guidance on the transition from rehabilitation back into normal training encourages RTS. Finally, injuries can be isolating, especially for adolescent athletes whose social networks revolve around sport. Socialization in the rehabilitation setting and finding ways to keep athletes involved in their sport can also help athletes build a social support system, promoting RTS [13•].

One semi-structured interview study investigated the psychological aspects of RTS after injury. They characterized

Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 5 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page 34 of 72

224  Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

the mental process of RTS in three main themes: driving reasons for RTS, preparation of body and mind, and risk acceptance. Driving reasons to RTS include athletic identity, mental toughness, and commitment to the self, sport, or team. Preparation of body and mind included connectedness, physical rehabilitation, and cognitive skills and planning. Finally, risk acceptance was facilitated by graded exposure in transition to full sport, which allowed athletes to approach chaos and confusion with confidence [14]. Overarching narratives for injury processes may also be important for return to sport. There is some evidence that viewing injury as "overcoming adversity" promotes return to sport [13•].

Barriers to RTS include physical limitations, social factors, fear, and uncertainty in both the rehabilitation progress and transition back to sport. Physical barriers such as fatigue, stiffness, pain, discomfort, and limited strength and mobility negatively impact RTS [13•, 19]. Social factors such as discouraging interpersonal comparison to other injured athletes during physical therapy challenge RTS. Outside the clinic, external support, identity challenge, and role adjustment also impede RTS [13•, 19]. One study suggests that female athletes generally receive less support at all levels including from friends and family members, contributing to female athletes being less likely to RTS after injury [19]. Uncertainties about progress in rehabilitation, about how physical therapy exercises relate to sporting activities, and about how to transition back into full sport are all barriers athletes faced in returning to sports [13•].

Fear is an important psychological factor affecting return to sport and outcomes post-musculoskeletal injury [12, 13•, 18•]. Athletes who did not return to sport after ACLR were found to have higher fear-avoidance beliefs when compared to those who did return. However, the athletes in this study that did successfully return to sport had higher fear-avoidance beliefs than healthy controls [18•].

### Measures for Mental Health and Injury

There were 19 unique psychological measures used in the studies or suggested as screening tools for mental health complications after injury in pediatric patients. Two measures assess athletic identity, 5 assess health-related quality of life, 5 assess mood/depressive symptoms, 3 assess anxiety and post-traumatic stress symptoms, and 4 assess fear-avoidance beliefs and behaviors (see Table 1). Additionally, Jasser et al. (2022) provide a list of sport-related psychosocial screening questions that may be used to assess for underlying mental health concerns in pediatric athletes [5].

Eight different physical health measures are used in the studies to measure functioning post-injury: International Knee Documentation Committee (IKDC) [11, 12, 14, 15], Pediatric International Knee Documentation Committee (Pedi-IKDC) [4•], Lysholm-Tegner Scales [12–15], Western Ontario and McMaster Universities Osteoarthritis (WOMAC) [12], Marx Activity Scale [12, 15], Knee Injury and Osteoarthritis Outcome Score (KOOS) [13•, 16], Knee Outcomes Survey – Sports Activities Scale (KOS-SAS) [17], and a numerical rating scale for pain [17].

## Discussion

### Effects of Injury on Pediatric Athlete Mental Health

Our findings from the reviewed literature highlight the importance of understanding pediatric-specific and athlete-specific factors affecting mental health after musculoskeletal injury. Adolescent athletes may be specifically vulnerable to worse mental health outcomes post-injury due to the natural changes in identity formation associated with their developmental stage [13•]. The process of identity formation during adolescence can affect ability to cope with further identity challenge caused by injury, which may more frequently lead to development of depression or PTSD for adolescents when compared to young children or adults [3•, 13•]. One study in adult patients found that athletes with a history of injury had a greater physiological stress response measured via skin conductance to watching videos of orthopedic injuries than those with no history of injury [22]. Similar studies in pediatric patients could help elucidate the underlying relationships between age, injury, and psychiatric disorders.

Mental health outcomes after injury may also be affected by social dynamics, parental involvement, and sports specialization [2••, 5]. Given that recent trends towards early sport specialization in children are thought to contribute to increased risk of injury and burnout among young athletes [26], further research in pediatric populations is needed to better understand how injury interacts with other risk factors to predispose athletes to worse mental health post-injury.

Overall, the literature focused on mental health challenges for athletes post-injury. The one study that looked at the potential positive impact of injury on mental health did not find that injury promoted adversarial growth [17]. However, it is still possible that injury and rehabilitation could promote other positive aspects of mental health such as resiliency. Future research in this area should be aware of these potential psychological impacts of injury.

The rest of the reviewed studies focused on the relationship between injury and poor mental health, connecting injury with development of depression, post-traumatic stress disorder, and anxiety disorders. A variety of risk factors may mediate these relationships including age, personality, type of sport played, and support systems. The nature of these relationships remains unclear. Furthermore, common mental health disorders such as depression or anxiety may present differently in athletes than non-athletes [1••].

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

225

Table 1 Psychological measures used to assess mental health in pediatric athletes

| Measure | Type | Subscales | Used to measure |
|---|---|---|---|
| **Athletic identity** | | | |
| Athletic Identity Measurement Scale (AIMS) [9••] | 7-item questionnaire on a 7-point Likert scale from "strongly agree" to "strongly disagree" | Social identity, exclusivity, negative affectivity | Measures athletic identity as a cognitive structure and social role. Validated in youth student samples |
| Anderson's Athletic Identity Questionnaire (AIQ) for Adolescents [9••] | 21-item "yes/no" questionnaire | Appearance, importance of exercise/sport/physical activity to the self, perceived competence, encouragement from others participating | Measures athlete identity across four dimensions of self-knowledge. Validated in adolescents |
| **Quality of life** | | | |
| Child Health Questionnaire (CHQ) CHQ-CF87 version [4•] | 87-item self-report, available in multiple languages | Overall physical, psychosocial | Assesses health-related quality of life in people age 5 to 18. There are both parent- and patient-reported versions of varying lengths of the CHQ [20] |
| Disablement in the Physically Active Scale (DPA) [7] and Modified Disablement in the Physically Active Scale (mDPA) [18•] | 16-item questionnaire on a 5-point Likert scale | Physical components, mental components | Assesses health-related quality of life |
| Pediatric Quality of Life (PedsQL) [8] | 23-item questionnaire | 4 domains of health-related quality of life: physical, emotional, social, school functioning | Measure of health-related quality of life |
| Short-Form 36 (SF-36) [16] | 36-item questionnaire | Physical health (physical functioning, role physical, bodily pain, general health), mental health (vitality, social functioning, role emotional, mental health) | Global health-related quality of life survey |
| Short-Form 12 (SF-12) [11, 12, 15] | 12-item questionnaire. Available in more than 50 languages | Physical health (physical functioning, role physical, bodily pain, general health), mental health (vitality, social functioning, role emotional, mental health) | Global health-related quality of life survey. Validated shortened version of SF-36, and used in patients as young as 14 |
| **Depression/mood** | | | |
| Beck Depression Inventory (BDI) [1••] | 21-item questionnaire on a 4-point Likert scale | Cognitive, somatic-affective [21] | Screening tool for depression. Not validated in athletes |
| Centers for Epidemiological Studies Depression (CES-D) [1••, 10] | 20-item questionnaire on a 4-point Likert scale from "Rarely or none of the time (less than 1 day)" to "Most or all of the time (5–7 days)" | Cognitive, affective, behavioral, somatic | Self-report survey of depressive symptoms. Reliably associated with major depressive disorder, and used in children |
| Hamilton Rating Scale for Depression (SIGH-D) [10] | Structured interview guideline and subscale for the Hamilton Rating Scale. Available in German, Italian, Polish, and Chinese | Depression | Clinical interview-based assessment for mood and anxiety disorders |
| Patient Health Questionnaire 2 and 9 (PHQ2 and PHQ9) [1••] | 2- or 9-item questionnaire on a 4-point Likert scale | DSM-5 criteria for depression | Screening tool for depression. Not validated in athletes |

Springer

Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 7 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page 37 of 72

Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

227

For these reasons, further research and modeling are necessary for understanding how musculoskeletal injury affects mental health.

### Interventions to Promote Better Mental Health Post-Injury

There were no interventional studies to improve mental health in pediatric athletes after injury. Despite the lack of interventional trials, there were a number of suggestions for interventions in the literature, which fall into four categories: (1) reducing uncertainty, (2) promoting support, (3) maintaining connection to sport, and (4) connection to psychological services. In order to reduce uncertainty, healthcare providers may educate the athlete on the healing process and what to expect, including a clear transition process and timeline for reintroduction to full sport and training if that is the patient's goal. Proper social support for pediatric athletes can include parents, coaches, athletic trainers, teammates, friends, and others. Specifically educating parents/guardians about how their own anxiety may affect their child could reduce the negative effects of injury on mental health. Continued integration in their sport, for example, by finding ways for athletes to participate at practice, or designing sport-specific exercises and training programs can help promote positive mental health post-injury [2••]. Finally, integrating psychologists into the care team for injured athletes can improve access to beneficial interventions [2••, 5]. Psychologists may also be able to provide targeted evidence-based interventions such as cognitive behavioral therapy, family therapy, or motivational interviewing for pediatric patients who develop or are at risk of developing poor mental functioning after injury [2••, 5].

Return to sport is a factor related to mental health post-injury that is particularly important for pediatric populations. Psychological factors such as fear avoidance may affect return to sport, or conversely, return to sport may affect psychological factors important to mental health. In pediatric populations, negative mental health effects after injury may impact scholastic and social functioning, which could have a major impact on future health, functioning, and life goals. Furthermore, fear-avoidance behavior is associated with the development and maintenance of chronic pain in the pediatric fear-avoidance model of chronic pain [27]. Given the association between return to sport and lower fear-avoidance behavior, one's ability to successfully return to sport may also potentially decrease the risk of development of chronic pain. Thus, managing mental health post-injury should be considered an important factor in promoting long-term health and wellness.

Our study has several limitations. Firstly, all the observational research was conducted on knee injuries, and mostly ACLR, limiting the external validity of the reviewed data. Secondly, the research is also done across a variety of sports, which makes drawing conclusions about the impact of injury on mental health difficult as different factors or effects may be more or less important for certain sports. Thirdly, many of the instruments for measuring psychological health and functioning are not validated specifically for athletes or in pediatric populations. Finally, there was no discussion of how social determinants of health may affect the ability to cope with injury, the ability to access mental healthcare, or recovery process generally.

### Conclusions

Overall, musculoskeletal injury in pediatric athletes is associated with poor mental health and functioning, which affects clinical outcomes as well as overall health and well-being of the athlete. Strong athlete identity is a risk factor for more depressive symptoms after injury.

While there were no interventional studies in the reviewed literature, recommended practices include reducing uncertainty, promoting support from medical team and family, maintaining the athlete's connection to sport, and connecting the athlete to psychological services. Further research is needed to better understand this relationship and to test interventions to improve mental health post-injury.

### Declarations

**Conflict of Interest** The authors declare no competing interests.

**Human and Animal Rights and Informed Consent** This article does not contain any studies with human or animal subjects performed by any of the authors.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

### References

Papers of particular interest, published recently, have been highlighted as:
• Of importance
•• Of major importance

226     Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

**Table 1** (continued)

| Measure | Type | Subscales | Used to measure |
|---|---|---|---|
| Profile of Mood States (POMS) [10, 17, 22] | 37-item shortened POMS questionnaire condensed from the original 65-item POMS. There is also a 6-item version called the Brief Assessment of Mood (BAM) | Tension, anger, depression, confusion, fatigue, vigor | Measures mood states including depressed mood |
| Anxiety/stress disorders | | | |
| Generalized Anxiety Disorder – 7 (GAD-7) [1••] | 7-item questionnaire on a 4-point Likert scale | DSM-5 criteria for generalized anxiety disorder | Screening tool for anxiety disorders |
| Horowitz Impact of Event Scale-Revised (IES-R) [9••] | 22-item questionnaire on a 5-point Likert scale from "not at all" to "extremely" | Intrusion, avoidance, hyperarousal [23] | Measures symptoms of PTSD. Not established in orthopedic literature for assessing trauma [9] |
| Post-traumatic Growth Inventory (PTGI) [17] | 21-item questionnaire on a 6-point Likert scale. | New possibilities, relating to others, personal strength, spiritual change, appreciation of life | Measures adversarial growth after traumatic event |
| Fear avoidance | | | |
| Anterior Cruciate Ligament – Return to Sport Index (ACL-RSI) [14] | 12-item "yes/no" questionnaire. | Emotions, confidence in performance, risk appraisal | Measures the cognitive side of return to sport after ACL injury |
| Athlete Fear Avoidance Questionnaire (AFAQ) [13•] | 10-item questionnaire on a 5-point Likert scale | No subscales | Measures injury-related fear avoidance in athletes [24] |
| Fear Avoidance Belief Questionnaire (FABQ) for Athletes [18•] | 16-item questionnaire on a 7-point Likert scale | Physical activity, sport | Assesses fear-avoidance beliefs/behaviors |
| Tampa Scale of Kinesiophobia-11 (TSK-11) [13•] | 11-item questionnaire. Other versions exist with variable numbers of question | Somatic focus, activity avoidance | Measures fear of movement/reinjury validated in chronic pain patients [25] |

 Springer

Case 2:24-cv-02380-HLT-ADM   Document 107-3   Filed 08/15/25   Page 9 of 19
Case 2:24-cv-02380-HLT-ADM   Document 102-2   Filed 07/18/25   Page 38 of 72

228 | Current Reviews in Musculoskeletal Medicine (2023) 16:220–228

1.•• Chang CJ, Putukian M, Aerni G, Diamond AB, Hong ES, Ingram YM, et al. American Medical Society for Sports Medicine Position Statement: mental health issues and psychological factors in athletes: detection, management, effect on performance, and prevention—executive summary. Clin J Sport Med. 2020;30:91–5. Position statement from the American Medical Society for Sports Medicine on mental health issues in athletes.
2.•• Daley MM, Griffith K, Milewski MD, Christino MA. The mental side of the injured athlete. J Am Acad Orthop Surg. 2021;29:499–506. **Review highlights the impact of psychological factors on measurable outcomes after orthopedic surgery.**
3.• Haraldsdottir K, Watson AM. Psychosocial impacts of sports-related injuries in adolescent athletes. Curr Sports Med Rep. 2021;20:104. **Review of psychosocial impacts of sports injuries in adolescent athletes.**
4.• Boykin RE, ED MF, Shearer D, Frank JS, Harrod CC, Nasreddine AY, et al. Correlation between the child health questionnaire and the international knee documentation committee score in pediatric and adolescent patients with an anterior cruciate ligament tear. J Pediatr Orthop. 2013;33:216. **Cross-sectional study investigating correlations between components of the Child Health Questionnaire and the pediatric International Knee Documentation Committee scores in patients with ACL injuries.**
5. Jasser J, Patel DR, Beenen KT. The role of psychologists in sport medicine practice. Pediatr Clin N Am. 2022;69:975–88.
6. Nippert A, Smith A. Psychologic stress related to injury and impact on sport performance. Phys Med Rehabil Clin N Am. 2008;19:399–418.
7. Vela LI, Denegar C. Transient disablement in the physically active with musculoskeletal injuries, part i: a descriptive model. J Athl Train. 2010;45:615–29.
8. Parsons JT, Snyder AR. Health-related quality of life as a primary clinical outcome in sport rehabilitation. J Sport Rehabil. 2011;20:17–36.
9.•• Edison BR, Christino MA, Rizzone KH. Athletic identity in youth athletes: a systematic review of the literature. Int J Environ Res Public Health. 2021;18:7331. **Systematic review of studies investigating athlete identity in pediatric athletes and its impacts on psychological variables including burnout, sport progression, and response to injury.**
10. Appaneal RN, Levine BR, Perna FM, Roh JL. Measuring postinjury depression among male and female competitive athletes. J Sport Exerc Psychol. 2009;31:60–76.
11. McGuine TA, Winterstein A, Carr K, Hetzel S, Scott J. Changes in self-reported knee function and health-related quality of life after knee injury in female athletes. Clin J Sport Med. 2012;22:334.
12. McCarthy MA, Meyer MA, Weber AE, Levy DM, Tilton AK, Yanke AB, et al. Can competitive athletes return to high-level play after osteochondral allograft transplantation of the knee? Arthroscopy. 2017;33:1712–7.
13.• DiSanti J, Lisee C, Erickson K, Bell D, Shingles M, Kuenze C. Perceptions of rehabilitation and return to sport among high school athletes with anterior cruciate ligament reconstruction: a qualitative research study. J Orthop Sports Phys Ther. 2018;48:951–9. **Qualitative interview-based study investigating the psychological challenges after sports injuries in high school students.**
14. Mahood C, Perry M, Gallagher P, Sole G. Chaos and confusion with confidence: managing fear of re-injury after anterior cruciate ligament reconstruction. Phys Ther Sport. 2020;45:145–54.
15. Nwachukwu BU, Voleti PB, Chang B, Berkanish P, Mahony GT, Williams RJ, et al. Comparative influence of sport type on outcome after anterior cruciate ligament reconstruction at minimum 2-year follow-up. Arthroscopy. 2017;33:415–21.
16. Roessler KK, Andersen TE, Lohmander S, Roos EM. Motives for sports participation as predictions of self-reported outcomes after anterior cruciate ligament injury of the knee. Scand J Med Sci Sports. 2015;25:435–40.
17. Brewer BW, Cornelius AE, Van Raalte JL, Tennen H. Adversarial growth after anterior cruciate ligament reconstruction. J Sport Exerc Psychol. 2017;39:134–44.
18.• Hoch JM, Houston MN, Baez SE, Hoch MC. Fear-avoidance beliefs and health-related quality of life in post-ACL reconstruction and healthy athletes: a case-control study. J Sport Rehabil. 2020;29:772–6. **Case-control study investigating fear-avoidance and health-related quality of life in patients that do and do not return to sport after ACLR as compared to healthy controls.**
19. Nordahl B, Sjöström R, Westin M, Werner S, Alricsson M. Experiences of returning to elite alpine skiing after ACL injury and ACL reconstruction. Int J Adolesc Med Health. 2014;26:69–77.
20. HealthActCHQ CHQ: Child Health Questionnaire™ [Internet]. [cited 2022 Dec 28]. Available from: https://www.healthactchq.com/survey/chq
21. Brown M, Kaplan C, Jason L. Factor analysis of the Beck Depression Inventory-II with patients with chronic fatigue syndrome. J Health Psychol. 2012;17:799–808.
22. Appaneal RN. Psychophysiological response to severe sport injury among competitive male athletes: a preliminary investigation. J Clin Sport Psychol. 2007;1:68–88.
23. Weiss D. PTSD: impact of event scale - revised (IES-R) for DSM-IV [Internet]. Veterans Affairs: National Center for PTSD. 2022. Available from: https://www.ptsd.va.gov/professional/assessment/adult-sr/ies-r.asp.
24. Dover G, Amar V. Development and validation of the athlete fear avoidance questionnaire. J Athl Train. 2015;50:634–42.
25. Tkachuk GA, Harris CA. Psychometric properties of the Tampa Scale for Kinesiophobia-11 (TSK-11). J Pain. 2012;13:970–7.
26. Popkin CA, Bayomy AF, Ahmad CS. Early sport specialization. J Am Acad Orthop Surg. 2019;27:e995–1000.
27. Simons LE, Kaczynski KJ. The fear avoidance model of chronic pain: examination for pediatric application. J Pain. 2012;13:827–35.

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

# Child Anxiety, Depression, and Post-traumatic Stress Disorder Following Orthopedic Trauma

Ahmed S. Al Zomia [1], Mahdi Mofarah Alqarni [2], Abdullah A. Alaskari [1], Abdullah Al Qaed [1], Abdulrhman M. Alqarni [3], Abdulrahman M. Muqbil [1], Daher M. Alshehri [1], Lama A. Lahiq [1], Mohammed A. Alhifthi [1], Yazeed Alshahrani [1]

1. Department of Medicine and Surgery, King Khalid University, Abha, SAU 2. Department of Pediatric Orthopedic, Abha Maternity and Children Hospital, Abha, SAU 3. Department of Medicine and Surgery, Umm Al-Qura University, Al Qunfudhah, SAU

Corresponding author: Ahmed S. Al Zomia, ahmedszomia@gmail.com

Review began 06/24/2023
Review ended 07/17/2023
Published 07/19/2023

© Copyright 2023
Al Zomia et al. This is an open access article distributed under the terms of the Creative Commons Attribution License CC-BY 4.0., which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited



EXHIBIT
Copley Depo
10



EXHIBIT
F

## Abstract

Background: Many children and adolescents are exposed to different types of trauma, e.g., abuse or various disasters. Trauma can cause severe and long-term impairment and consequences, the most studied of which are post-traumatic stress disorder (PTSD) and PTSD symptoms (PTSS). PTSD is highly prevalent in clinical practice (with a frequency of about 7%) and is a debilitating consequence of trauma.

Aim: The current study aimed to assess childhood injuries and their associated anxiety, depression, and post-traumatic stress disorder following orthopedic trauma.

Methods: A descriptive cross-sectional study was conducted, including all pediatric patients with trauma at Abha Maternity and Children Hospital in the Seer region of Saudi Arabia, as well as pediatric patients with trauma at Abha Maternity and Children Hospital during the period from January 1, 2021 to December 31, 2022. Data were collected from the children's caregivers using a direct interview questionnaire to assess the children's personal data, depression, anxiety, and post-traumatic stress disorder. Children's trauma-related data were extracted from their medical records using a pre-structured data extraction sheet.

Results: A total of 100 children with trauma were included. Children ranged in age from eight to 12 years, with a mean age of 7.3 ± 3.4 years. In all, 67 (67.0%) children were males, and only 6 (6.0%) had chronic health problems. The vast majority of the children with trauma had a low-severity experience of depression and anxiety following trauma (97.1% for each), and only one child had a high-severity experience of depression and anxiety. In all, 5 (4.9%) children with trauma experienced clinically significant PTSD, and the vast majority of them showed a low likelihood of the disorder. Multiple fractures and undergoing surgery were significant predictors of developing PTSD ($P < 0.05$).

Conclusion: In conclusion, the current study revealed that bone trauma was frequent among children, mainly due to playing accidents. Also, a low prevalence of post-traumatic stress disorders and their mental consequences was estimated.

Categories: Pediatrics, Psychiatry, Orthopedics
Keywords: saudi arabia, prevalence, post-traumatic stress disorder, anxiety, depression, childhood trauma

## Introduction

Injuries are one of the principal causes of childhood morbidity and mortality [1]. Childhood injuries are a significant public health issue in the United States. According to the Centers for Disease Control and Prevention (CDC), more than 7,000 children and teens aged 0-19 died because of unintentional injuries in 2019, which averages out to about 20 deaths per day [2]. The leading causes of unintentional child injury include motor vehicle crashes, suffocation, drowning, poisoning, fires, and falls [3]. The number of children dying from injury dropped by nearly 30% over the last decade, although unintentional injury still accounts for one-third of deaths in children and adolescents each year, primarily from motor vehicle crashes [4]. It is important to note that child injury is often preventable, and parents and caregivers can take measures to reduce the risk of injury in children. The Injury Prevention Program (TIPP) offers resources for pediatricians to educate parents on injury prevention measures for children from newborn through 12 years of age, including topics such as motor vehicles, firearms, bicycle crashes, drowning, poisoning, choking, burns, falls, and pedestrian hazards [5-7].

Mental disorders in childhood are among the risk factors for childhood injuries [8]. They are responsible for about 14% of the global burden of disease, with depression and anxiety as the leading causes of disability worldwide [9]. These conditions often develop in childhood and adolescence and, if left untreated, can negatively impact psychosocial function and add to the healthcare burden. Moreover, psychiatric comorbidities are common in depressive and anxiety disorders and often lead to increased symptom severity

How to cite this article
Al Zomia A S, Alqarni M, Alaskari A A, et al. (July 19, 2023) Child Anxiety, Depression, and Post-traumatic Stress Disorder Following Orthopedic

and an overall worse outcome. As such, early diagnosis and intervention are vital [10-13]. Our goal is to determine child anxiety, depression, obsessive-compulsive disorder, and post-traumatic stress disorder following orthopedic trauma in both male and female children across a range of age groups.

## Materials And Methods

A descriptive cross-sectional study was conducted, including all pediatric patients with trauma at Abha Maternity and Children Hospital in the Seer region of Saudi Arabia, during the period from January 1, 2021 to December 31, 2022. Data were collected from children's caregivers using a direct interview questionnaire to assess children's depression, anxiety, and post-traumatic stress disorder using the RCADS-25, which stands for the Revised Children's Anxiety and Depression Scale-25. It is a questionnaire consisting of 25 items designed to gauge the presence and intensity of anxiety. This scale includes two subcategories: one for measuring anxiety levels and another for assessing depressive symptoms. Additionally, it provides an overall score. Both the anxiety and depression subscales demonstrate a strong correlation with clinically identified anxiety and depression groups. Each item in the scale evaluates the frequency of symptoms and is rated on a 4-point Likert scale. The questionnaire included the participant's relationship to the child, demographic data, medical history, and other clinically relevant information. Also, children's depression and anxiety were assessed using the Revised Children's Anxiety and Depression Scale (RCADS-25) with two subscales (total anxiety and total depression) [14]. It can be used by children and adolescents between the ages of eight and 18. A parent (or caregiver) version is also available to rate a child's or adolescent's level of anxiety and depressive symptoms based on personal observations. Post-traumatic stress disorder was assessed using the combined child trauma screen (CTS), which consists of four items for experienced events and six items for reactions [15]. Children's trauma-related data were extracted from their medical records using a pre-structured data extraction sheet.

### Data analysis

After the data were extracted, it was revised, coded, and fed to the statistical software IBM SPSS version 22 (SPSS, Inc., Chicago, IL). All statistical analysis was conducted using two-tailed tests. Differences were considered statistically significant at a $P < 0.05$. Childhood depression and anxiety were assessed by summing up all discrete item scores for each subscale (depression and anxiety). We gave the following scores for each question based on responses: 0 for never, 1 for once in a while, 2 for half the time, and 3 for almost always for how often the following things have bothered you in the last two weeks. Total scores are converted to T-scores using specific equations that have been developed through research and account for the gender and grade of each child. Converted scores on the subscales are divided into scoring ranges, where (a) scores below 65 represent low severity, (b) scores between 65 and 70 represent medium severity and are on the borderline clinical threshold, and (c) scores above 70 represent high severity and are above the clinical threshold [16]. As for PTSD, CTS scores for reaction items are summed up, and a total on the CTS of 6 or greater on the child report indicates a high likelihood that the child may be suffering from clinically significant levels of PTSD symptoms [15]. A descriptive analysis based on frequency and percent distribution was performed for all variables, including children's personal data, medical history, trauma data, management, ICU, and duration of hospital admission. Also, students' depression and anxiety levels, along with PTSD, were graphed. Crosstabulation was used to assess factors associated with PTSD among children using Pearson's chi-square test and the exact probability test for small frequency distributions.

## Results

A total of 100 children with trauma were included. Data were collected from the fathers of 80 (80.0%) and the mothers of 20 (20.0%) children. The children's ages ranged from 1 to 12 years, with a mean age of $7.3 \pm 3.4$ years. In all, 67 (67.0%) children were males, and only 6 (6.0%) had chronic health problems. As for children's weight for age, 46 (46.0%) were underweight, 27 (27.0%) had a normal weight for age, and 27 (27.0%) were overweight or obese. Only 5 (5.0%) children had a family history of psychiatric disease (Table 1).

| Personal data | No | % |
|---|---|---|
| Respondent | | |
| Father | 80 | 80.0% |
| Mother | 20 | 20.0% |
| Child age in years | | |
| 5–9 | 45 | 55.0% |
| 10–12 | 45 | 45.0% |
| Child gender | | |
| Male | 67 | 67.0% |
| Female | 33 | 33.0% |
| Child had chronic disease | | |
| Yes | 6 | 6.0% |
| No | 94 | 94.0% |
| Weight for age | | |
| Underweight | 46 | 46.0% |
| Normal | 27 | 27.0% |
| Overweight | 14 | 14.0% |
| Obese | 13 | 13.0% |
| Family history of psychiatric diseases | | |
| Yes | 5 | 5.0% |
| No | 95 | 95.0% |

**TABLE 1: Personal characteristics of study children with trauma and respondents, Abha Maternity and Children Hospital, Saudi Arabia.**

Children's injury-related data, types, and sites, Abha Maternity and Children Hospital, Saudi Arabia (Table 2). The duration of trauma was less than six months in around one-fourth of the studied children (24.0%). Two-fifths of the children experienced trauma more than six months ago but less than one year (40.0%), and finally, nearly one-third of the children had trauma more than one year ago (36.0%). The most reported cause of injury was during play (44.0%) and fall from a height (37.0%). Trauma was at the upper extremities among 50 (50.0%), which was unilateral among 65 (97.1%) of them, and at the head among 31 (31.0%). Only 7 (22.6%) experienced loss of consciousness after head trauma. In all, 78 (78.0%) children had only one trauma, and 16 (16.0%) had two trauma injuries.

| Injury data | No | % |
|---|---|---|
| **Type of injury** | | |
| Orthopedic injury | 87 | 87.0% |
| Head injury | 12 | 11.7% |
| Tissue injury | 1 | 1.0% |
| **Duration of trauma** | | |
| Less than six months | 24 | 24.0% |
| 6–12 Months | 40 | 40.0% |
| More than one year | 36 | 36.0% |
| **Cause of trauma** | | |
| RTA | 10 | 10.0% |
| Fall from height | 37 | 37.0% |
| During playing | 44 | 44.0% |
| Others | 9 | 9.0% |
| **Site of trauma** | | |
| Head | 31 | 31.0% |
| Upper extremities | 50 | 50.0% |
| Lower extremities | 17 | 17.0% |
| Pelvis | 2 | 2.0% |
| **If in extremities, is it** | | |
| Unilateral | 65 | 97.1% |
| Bilateral | 2 | 2.9% |
| **Loss of consciousness after head injury** | | |
| Yes | 7 | 22.6% |
| No | 24 | 77.4% |
| **Number of fractures** | | |
| One | 78 | 78.0% |
| Two | 16 | 15.5% |
| Three | 3 | 2.9% |
| More | 3 | 2.9% |

**TABLE 2: Children's injury-related data, types, and sites, Abha Maternity and Children Hospital, Saudi Arabia.**

RTA: road traffic accident.

Clinical data and hospital stay among children with trauma, Abha Maternity and Children Hospital, Saudi Arabia (Table 3). A total of 70 (70.0%) children had undergone surgery for trauma, and 10 (10.0%) needed ICU admission. As for hospital stays, 38 (38.0%) children were hospitalized for one to two days, 21 (21.0%) for three to four days, and 30 (20.0%) for five to seven days, but only 11 (11.0%) were hospitalized for more than seven days.

| Clinical data | No | % |
|---|---|---|
| ICU admission | | |
| Yes | 10 | 10.0% |
| No | 90 | 90.0% |
| Undergone surgery | | |
| Yes | 70 | 70.0% |
| No | 30 | 30.0% |
| Days of hospital admission | | |
| 1–2 Days | 38 | 38.0% |
| 3–4 Days | 21 | 21.0% |
| 5–7 Days | 30 | 30.0% |
| >7 Days | 11 | 11.0% |

**TABLE 3: Clinical data and hospital stay among children with trauma, Abha Maternity and Children Hospital, Saudi Arabia.**

Prevalence of depression and anxiety among children following trauma in Abha Maternity and Children Hospital, Saudi Arabia (Figure 1). The vast majority of the children with trauma had a low-severity experience of depression and anxiety following trauma (97.1% for each), and only one child had a high-severity experience of depression and anxiety.



**FIGURE 1: Prevalence of depression and anxiety among children following trauma in Abha Maternity and Children Hospital, Saudi Arabia.**

Combined child trauma screening assessment among children in Abha Maternity and Children Hospital, Saudi Arabia (Table 4). Regarding experienced events, 15.0% of the children had seen people pushing, hitting, or throwing things at each other or stabbing, shooting, or trying to hurt each other; 10.0% experienced very upsetting or scary events; and 2.0% were hurt, punched, or kicked by someone with hands, belts, or other objects or tried to shoot or stab them. With regard to children's reactions to events, 21.0% had trouble concentrating or paying attention, 18.0% of the children had sleep troubles, 16.5% tried to stay

away from people, places, or things that reminded them of something that had happened, and 13.0% felt alone and not close to people around them.

| PTSD | Yes | | No | |
|---|---|---|---|---|
| Events frequency | Number | % | Number | % |
| Has your child ever seen people pushing, hitting, or throwing things at each other or stabbing, shooting, or trying to hurt each other? | 15 | 15.0 | 85.0 | 85.0 |
| Has someone ever really hurt your child, i.e., hit, punched, or kicked them with hands, belts, or other objects or tried to shoot or stab them? | 2 | 2.0 | 98.0 | 98.0 |
| Has someone ever touched your child on the parts of their body that a bathing suit covers, in a way that made you or your child uncomfortable? Has someone had your child touch them in that way? | 0 | 0.0 | 100 | 100.0 |
| Has anything else very upsetting or scary happened to your child? | 10 | 10.0 | 90 | 90.0 |

| Reactions to experienced events | Never/rarely | | One to two times per month | | One to two times per week | | Three+ times per week | |
|---|---|---|---|---|---|---|---|---|
| | No | % | No | % | No | % | No | % |
| Your child has strong feelings in their body when they remember something that happened (sweating, rapid heartbeat, feeling sick). | 90 | 90.0 | 9 | 9.0 | 0 | 0.0 | 1 | 1.0 |
| Your child tries to stay away from people, places, or things that remind them of something that happened. | 83 | 83.0 | 13 | 13.0 | 3 | 3.0 | 1 | 1.0 |
| Your child has trouble feeling happy. | 90 | 90.0 | 7 | 7.0 | 1 | 1.0 | 2 | 2.0 |
| Your child has trouble sleeping. | 82 | 82.0 | 15 | 15.0 | 1 | 1.0 | 2 | 2.0 |
| It is difficult for your child to concentrate or pay attention | 79 | 79.0 | 13 | 13.0 | 5 | 5.0 | 3 | 3.0 |
| Your child feels alone and not close to people around them. | 87 | 87.0 | 11 | 11.0 | 0 | 0.0 | 2 | 2.0 |

**TABLE 4: Combined child trauma screening assessment among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder.

Post-traumatic stress disorder among children in Abha Maternity and Children Hospital, Saudi Arabia (Figure 2). In all, 5 (5.0%) children with trauma experienced clinically significant PTSD, and the vast majority of them showed a low likelihood of the disorder.



**FIGURE 2: Post-traumatic stress disorder among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder.

Factors associated with PTSD among children in Abha Maternity and Children Hospital, Saudi Arabia (Table 5). PTSD was detected among 33.3% of children with three or more fractures versus 3.8% of others with less with recorded statistical significance (P = 0.009). Also, 7.4% of children who underwent surgery had PTSD compared to none of the others who did not (P = 0.049).

| Factors | PTSD | | | | p-value |
|---|---|---|---|---|---|
| | Low likelihood of PTSD | | Clinically significant PTSD | | |
| | No | % | No | % | |
| Child's age | | | | | |
| 5–9 | 40 | 95.2% | 2 | 4.8% | 0.347 |
| 10–12 | 25 | 89.3% | 3 | 10.7% | |
| Child gender | | | | | |
| Male | 61 | 95.3% | 3 | 4.7% | 0.808 |
| Female | 34 | 94.4% | 2 | 5.6% | |
| Child had chronic disease | | | | | |
| Yes | 5 | 83.3% | 1 | 16.7% | 0.165 |
| No | 90 | 95.7% | 4 | 4.3% | |
| Family history of psychiatric diseases | | | | | |
| Yes | 5 | 100.0% | 0 | 0.0% | 0.605 |
| No | 93 | 94.7% | 5 | 5.3% | |
| Duration of trauma | | | | | |
| Less than six months | 24 | 100.0% | 0 | 0.0% | 0.422 |
| 6–12 Months | 39 | 92.9% | 3 | 7.1% | |
| More than one year | 35 | 94.6% | 2 | 5.4% | |
| Site of trauma | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Head | 31 | 100.0% | 0 | 0.0% | |
| Upper extremities | 45 | 91.8% | 4 | 8.7% | 0.456 |
| Lower extremities | 17 | 94.4% | 1 | 5.6% | |
| Pelvis | 2 | 100.0% | 0 | 0.0% | |
| Number of fractures | | | | | |
| One | 76 | 96.2% | 3 | 3.8% | |
| Two | 15 | 100.0% | 0 | 0.0% | 0.009* |
| Three | 2 | 66.7% | 1 | 33.3% | |
| More | 2 | 66.7% | 1 | 33.3% | |
| ICU admission | | | | | |
| Yes | 8 | 88.9% | 1 | 10.0% | 0.426 |
| No | 87 | 95.6% | 4 | 4.4% | |
| Undergone surgery | | | | | |
| Yes | 63 | 92.6% | 5 | 7.4% | 0.049* |
| No | 32 | 100.0% | 0 | 0.0% | |
| Days of hospital admission | | | | | |
| 1–2 Days | 36 | 94.7% | 2 | 5.3% | |
| 3–4 Days | 22 | 100.0% | 0 | 0.0% | 0.623 |
| 5–7 Days | 27 | 93.1% | 2 | 6.9% | |
| >7 Days | 10 | 90.9% | 1 | 9.1% | |

**TABLE 5: Factors associated with PTSD among children in Abha Maternity and Children Hospital, Saudi Arabia.**

PTSD: post-traumatic stress disorder. P: Exact probability test. *P < 0.05 (significant).

## Discussion

Childhood injuries can have a significant impact on an individual's future. From broken bones to head injuries, these experiences can stay with someone for years to come [17]. It is important to address these injuries as soon as they occur, both for physical healing and for future psychological well-being [18]. Continuing to struggle with the physical and emotional scars caused by such experiences can lead to a variety of psychological problems. Some common problems might include depression and anxiety, as well as post-traumatic stress disorder [19]. Those who have experienced childhood injuries may also struggle with trust issues and problems forming attachments with others later in life [20]. It is important for individuals who have suffered childhood injuries to seek professional help when necessary, in order to fully heal and move forward in a healthy way.

The current study aimed to assess childhood injuries, with their associated anxiety, depression, and post-traumatic stress disorder following orthopedic trauma. The study revealed that half of the children had upper extremity fractures, and about one-third had head trauma, which was mainly sustained during children's playtime and falls from a height. The vast majority of children had one fracture, but some children had more than one. Similar findings were reported by Dave et al. [21], as fall-related injuries had the highest prevalence (3.38%), followed by road traffic injuries (RTI) (1.62%). In Saudi Arabia, Albedewi et al. [22] reported that falls represented 31.9% of childhood injuries, while 25.1% were due to motor vehicle collisions (MVC). The leading cause of fractures was falls (37.9%), followed by MVC (21.5%). The leading cause of burns was flames (52.1%), followed by scalding (36.4%). Another study revealed that the main cause of injury mortality was RTA (60.6%), which was most commonly found among 13-18-year-olds, followed by drowning at 13.4% and most commonly found among 6-12-year-olds [23].

Regarding injury-associated psychological disorders, the current study showed that most of the children with trauma had a low-severity experience of depression and anxiety following trauma, but only one child had a

high-severity experience of depression and anxiety. Also, very few children with trauma experienced clinically significant PTSD, while the vast majority of them showed a low likelihood of the disorder. A study revealed that about 60% of children and adolescents have been exposed to potentially traumatic events (PTEs). Of these exposed children, approximately 30% afterward develop clinically significant PTSD; most will only experience ephemeral symptoms, whereas a few unfortunate individuals will experience more chronic life-long sequelae [24,25]. Recent estimates propose that 10% of children younger than 18 years of age are diagnosed with PTSD, and girls are four times more likely than boys to develop it [26]. Al-Saadi et al. [27] conducted a systematic review and found that the pooled prevalence rates of anxiety, depression, and PTSD among children were 13.9% (n = 1971; 95% confidence interval (CI) = 10.23-18.07%), 20.3% (n = 1990, 95% CI = 13.85-27.93%), and 20.0% (n = 755, 95% CI = 13.28-29.73%), respectively. Kolaitis [12] estimated that of those children and adolescents exposed to trauma, about 16% will develop PTSD: almost 10% as a consequence of non-interpersonal traumatic events and 25% following interpersonal traumas. Much higher rates were detected in Uganda, where 60% and 39% of participants fulfilled the diagnostic criteria for PTSD and depression, respectively [28]. The responses of children to trauma share broad similarities to those of traumatized adults, as well as some differences related to the plasticity of the developing brain and the child's imaginative responses to the trauma of others. Post-traumatic stress disorders are viewed as the maladaptive persistence of a previously adaptive set of mental and physiologic responses to the trauma, organized as malignant memories [29].

## Conclusions

In summary, our study found that bone injuries were common in children, often resulting from accidents during play or falls from heights. However, the majority of these injuries were not severe or multiple, with only a small percentage requiring surgical intervention or admission to the intensive care unit (ICU). This finding helps to explain the relatively low prevalence of post-traumatic stress disorders and their associated mental consequences in this population. It is recommended to conduct longitudinal large-scale studies in order to gain a comprehensive understanding of the long-term effects and outcomes in younger patients. Additionally, it is important to modify psychotherapies to better suit the specific needs of these patients. By tailoring therapeutic approaches to address the unique challenges and developmental considerations of younger individuals, we can provide more effective and targeted interventions for their mental well-being.

## Additional Information

### Disclosures

**Human subjects:** Consent was obtained or waived by all participants in this study. The Ministry of Health - Asser Regional Committee for Research Ethics issued approval Log REC -14-4-2023. **Animal subjects:** All authors have confirmed that this study did not involve animal subjects or tissue. **Conflicts of interest:** In compliance with the ICMJE uniform disclosure form, all authors declare the following: **Payment/services info:** All authors have declared that no financial support was received from any organization for the submitted work. **Financial relationships:** All authors have declared that they have no financial relationships at present or within the previous three years with any organizations that might have an interest in the submitted work. **Other relationships:** All authors have declared that there are no other relationships or activities that could appear to have influenced the submitted work.

## References

1. Adesunkanmi AR, Oginni LM, Oyelami AO, Badru OS: Epidemiology of childhood injury. J Trauma Acute Care Surg. 1998, 44:506-11.
2. Injury prevention and control. Injuries among children and teens . (2023). Accessed: May 4, 2023: https://www.cdc.gov/injury/features/child-injury/index.html..
3. Peterson C, Miller GF, Barnett SB, Florence C: Economic cost of injury-United States, 2019. MMWR Morb Mortal Wkly Rep. 2021, 70:1655-9.
4. DeGeorge KC, Neltner CE, Neltner BT: Prevention of unintentional childhood injury. Am Fam Physician. 2020, 102:411-7.
5. American Academy of Pediatrics. The Injury Prevention Program . (2023). Accessed: May 4, 2023: https://publications.aap.org/patiented/pages/c_tipp?autologincheck=redirected.
6. Theurer WM, Bhavsar AK: Prevention of unintentional childhood injury. Am Fam Physician. 2013, 87:502-9.
7. Rothman L, Clemens T, Macarthur C: Prevention of unintentional childhood injury: a review of study designs in the published literature 2013-2016. Prev Med Rep. 2019, 15:100918.
8. Karayagmurlu A, Gokcen C, Isik M, Pamukcu U, Dursun OB: Relationship between traumatic orthopedic injuries and attention deficit hyperactivity disorder symptoms in children. Medicine. 2019, 8:545-8.
9. Greeson JK, Briggs EC, Kisiel CL, et al.: Complex trauma and mental health in children and adolescents placed in foster care: findings from the National Child Traumatic Stress Network. Child Welfare. 2011, 90:91-108.
10. Yatham S, Sivathasan S, Yoon R, da Silva TL, Ravindran AV: Depression, anxiety, and post-traumatic stress disorder among youth in low and middle income countries: a review of prevalence and treatment interventions. Asian J Psychiatr. 2018, 38:78-91.
11. Kaminer D, Seedat S, Stein DJ: Post-traumatic stress disorder in children . World Psychiatry. 2005, 4:121-5.
12. Kolaitis G: Trauma and post-traumatic stress disorder in children and adolescents . Eur J Psychotraumatol.

2017, 8:1351198. 10.1080%2F20008198.2017.1351198
13. Li L, Liu J: The effect of pediatric traumatic brain injury on behavioral outcomes: a systematic review . Dev Med Child Neurol. 2013, 55:37-45. 10.1111/j.1469-8749.2012.04414.x
14. Chorpita BF, Yim LM, Moffitt CE, Umemoto L, Francis S: Revised children's anxiety and depression scale. Behav Res Ther. 2000, 38:835-55. 10.1016/s0005-7967(99)00130-8
15. Information about the child trauma screen (CTS). (2023). Accessed: May 4, 2023:
16. Revised Children's Anxiety and Depression Scale (RCADS-25). (2023). Accessed: May 4, 2023: https://greenspacehealth.com/en-us/child-depression-and-anxiety-rcads-25/..
17. Dowd MD, Keenan HT, Bratton SL: Epidemiology and prevention of childhood injuries . Crit Care Med. 2002, 30:385-92. 10.1097/00003246-200211001-00002
18. Cramm H, Tam-Seto L, Norris D, Eichler M, Smith-Evans K: The impact of parental operational stress injury on child mental health and well-being: a scoping review. Mil Behav Health. 2016, 4:334-44. 10.1080/21635781.2016.1181582
19. Bakker A, Maertens KJ, Van Son MJ, Van Loey NE: Psychological consequences of pediatric burns from a child and family perspective: a review of the empirical literature. Clin Psychol Rev. 2013, 33:361-71. 10.1016/j.cpr.2012.12.006
20. Maschi T, Baer J, Morrissey MB, Moreno C: The aftermath of childhood trauma on late life mental and physical health: a review of the literature. Traumatology. 2013, 19:49-64. 10.1177/1534765612437377
21. Dave VR, Rana BM, Shah VR, Sonaliya KN: A study on epidemiology of unintentional childhood injury at one of the districts of Gujarat State: an Indian Council of Medical Research Task Force study. Indian J Community Med. 2022, 47:187-91. 10.4103/ijcm.ijcm_1273_21
22. Albedewi H, Al-Saud N, Kashkary A, Al-Qunaibet A, AlBalawi SM, Alghnam S: Epidemiology of childhood injuries in Saudi Arabia: a scoping review. BMC Pediatr. 2021, 21:424. 10.1186/s12887-021-02886-8
23. Almuneef M, Saleheen H, Albuhairan F, et al.: Child mortality in Saudi Arabia: time for action at all levels . Int J Pediatr Adolesc Med. 2021, 8:165-71. 10.1016/j.ijpam.2020.06.003
24. Ramsdell KD, Smith AJ, Hildenbrand AK, Marsac ML: Posttraumatic stress in school-age children and adolescents: medical providers' role from diagnosis to optimal management. Pediatric Health Med Ther. 2015, 6:167-80. 10.2147/PHMT.S68981
25. Finkelhor D, Ormrod RK, Turner HA: Lifetime assessment of poly-victimization in a national sample of children and youth. Child Abuse Negl. 2009, 33:403-11. 10.1016/j.chiabu.2008.09.012
26. Miller-Graff LE, Howell KH: Posttraumatic stress symptom trajectories among children exposed to violence. J Trauma Stress. 2015, 28:17-24. 10.1002/jts.21989
27. Al-Saadi LS, Chan MF, Al-Azri M: Prevalence of anxiety, depression, and post-traumatic stress disorder among children and adolescents with cancer: a systematic review and meta-analysis. J Pediatr Hematol Oncol Nurs. 2022, 39:114-31. 10.1177/27527530211056001
28. Ainamani HE, Weierstall-Pust R, Bahati R, Otwine A, Tumwesigire S, Rukundo GZ: Post-traumatic stress disorder, depression and the associated factors among children and adolescents with a history of maltreatment in Uganda. Eur J Psychotraumatol. 2022, 13:2007730. 10.1080/20008198.2021.2007730
29. Schwarz ED, Perry BD: The post-traumatic response in children and adolescents . Psychiatr Clin. 1994, 17:311-26.