**EXHIBIT** Copley Depo W

**EXHIBIT E**

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

Regarding ▮▮▮ Kull
January 24, 2025

## Consultation Question

Mr. ▮▮▮ Kull was evaluated to determine if he suffered emotional harm from the injury occurring on September 23, 2021, and if so to determine the extent he has been impacted.

## Sources of Information

In forming my opinion, I considered the facts and data from the following sources:

1. In person evaluation of 11-year-old ▮▮▮ Kull in a private room on 12.7.24 with his mother Danielle Kull present and conducted for 2 hours at the Cincinnati and Hamilton County Public Library, Deer Park Branch.

2. Discussion with Lt. Col. Daniel Kull, ▮▮▮'s father, via telephone on 12.17.24 for 1 hour.

3. Discussion with Mrs. Danielle Kull, ▮▮▮'s mother, via telephone on 12.17.24 for 1 hour and 1.18.25 for 40 minutes.

4. Medical records from Irwin Army Community Hospital for ▮▮▮ Kull.

5. Medical records from Yale New Haven Health for ▮▮▮ Kull.

6. Medical records from Children's Mercy Orthopaedic Clinic

7. Medical records from Norton Healthcare, Louisville, Kentucky.

8. Vocational Assessment of ▮▮▮ Kull conducted by Stella J. Frank, MA, CRC, CDMS, CCM and dated 11.8.23.

9. Expert review of care ▮▮▮ Kull received at Irwin Army Community Hospital (IACH) authored by Jill Ferry RN, MPAS, PA-C, CAQ-EM.

10. Expert review of care ▮▮▮ Kull received at Irwin Army Community Hospital authored on 7.19.23 by David E Saintsing, MD.

11. Manhattan Catholic School report cards for ▮▮▮ Kull's 3rd and 4th grade years.

[1]

Copley Medical Consulting, LLC　　　　　　　　　　　　　　　　　　　Regarding ▉ Kull
LaRae Copley, RPh, MD/PhD　　　　　　　　　　　　　　　　　　　　　　January 24, 2025

---

12. St. Bernard Catholic School education records for 5th and the first half of 6th grade (2024-25 school year).

13. Expert report of blind review of radiographs by Dr. Burke on 6.5.23.

14. Expert report of Candace Holden, MD reviewing care and treatment ▉ Kull received after the injury.

## Notification of Purpose and Limits of Confidentiality

Prior to beginning the evaluation, I informed Mrs. Kull and ▉ of the nature, scope and purpose of the evaluation, my role in completing the evaluation, and the methods that I would employ in the evaluation. I informed them that I was not involved in ▉'s treatment or care, that I was not establishing a doctor-patient relationship with him, and that as such we did not have doctor-patient confidentiality. I informed Mrs. Kull and ▉ that I may be asked to prepare a report or give testimony to the court and that none of the information provided should be expected to be held in confidence. I explained that I may be asked to testify and this interview would form the basis of my testimony. Mrs. Kull understood this information and confirmed that she wanted to proceed with the evaluation of her son ▉ ▉ provided assent and willingness to proceed.

## BACKGROUND INFORMATION AND PRIOR FUNCTIONING:

The following is a summary of the most salient parts of ▉'s historical information taken in part from available records and then reviewed for accuracy with Lt. Col. and Mrs. Kull during the assessment and collection of collateral information.

▉ was born in South Korea on 5.8.2013 and is the middle of three sons. ▉ and his family have moved multiple times during his life due to military placements for his father, Lt. Col. Kull. The family moved to Kanas when ▉ was 1 year old and remained there for two years. In 2016, the family moved to the Washington D.C. area for 1 year and then moved to O'Fallon, Illinois where they remained for 4 years. In 2021, the Kull family moved to Kansas again until 2023 when they moved to

[2]

Copley Medical Consulting, LLC  
LaRae Copley, RPh, MD/PhD

Regarding ▇ Kull  
January 24, 2025

Mount Washington, Kentucky.

▇ currently lives with his mother, father, 7-year-old brother and 14-year-old brother. Also with the family is the labradoodle "Clyde." ▇'s father is an active-duty member of the military and the primary source of income and benefits for the family. ▇'s mother is a full-time homemaker and historically provided childcare when ▇'s father was away on deployment.

▇ is currently in the 6th grade at St. Bernard Catholic School. He does well academically, and math is his favorite subject. He's getting all A's currently in his classes except for social studies where he is getting a B. He finds social studies hardest and doesn't particularly like the teacher. ▇ identified religion as his least favorite subject stating, "it's boring."

▇ said that he has friends at school. However, he recently has experienced some bullying around his arm injury. ▇ told me that other boys in his class call him "disabled and a cripple." According to his parents they have become newly aware of this bullying and they're in the process of deciding how to manage this with his school. They are considering homeschooling ▇ or changing his school as they are also concerned that he is not getting academic stimulation at the appropriate grade level currently.

### The Events of September 23, 2021, and Following Treatment

▇ and his parents described the events of September 23, 2021. ▇ was playing on a trampoline with two other children. ▇ stated that one of the boys pushed him off the trampoline where he landed on his outstretched right arm.

According to medical records, ▇ presented to Irwin Army Community Hospital seeking emergency care with his father. There ▇ was evaluated, received X-rays and was sent home with his arm immobilized in a sling and guidance for pain management and follow-up. The X-rays taken were read as negative for dislocation by the treating NP and radiologist. ▇ followed up 4 days later and the NP did not diagnose the dislocation. ▇ next presented in July 2022 when his mother requested orthopedic evaluation due to ongoing deformity and reduced range of motion. He was seen by the orthopedist in August 2022 who identified the prior dislocation and transferred care to

P]

Copley Medical Consulting, LLC                                              Regarding ▮▮▮▮ Kull
LaRae Copley, RPh, MD/PhD                                                    January 24, 2025

---

Mercy Children's Hospital in Kansas for further treatment.

At Mercy Children's Hospital, he underwent 2 osteotomy surgeries in November 2022 by Dr. Sinclair, a pediatric orthopedic surgeon. He had the resultant hardware removed in December 2022. ▮▮▮▮ had further surgery on his arm, including a bone graft from his pelvis in July 2023 by Dr. Sinclair. Postoperative care was transferred to Dr. Burke in Louisville, Kentucky. ▮▮▮▮ was referred to Dr. Lattanaza at Yale New Haven Health where he underwent another surgery attempting repair in April 2024. The resultant hardware was removed in January 2024. According to Mrs. Kull, ▮▮▮▮ will require another procedure later in 2025.

**Past Psychiatric History:**

▮▮▮▮ has not previously received any mental health diagnoses or treatment according to his parents.

**Past Medical History**

▮▮▮▮ has struggled intermittently with enuresis and encopresis since toilet training.[1] His parents have worked previously with ▮▮▮▮'s pediatrician to utilize bells/alarms overnight without good success.

▮▮▮▮ was diagnosed with asthma in 2023 and takes Advair daily to treat it. He has an albuterol inhaler to use as needed for asthma attacks. However, he rarely uses it.

**Family Psychiatric History:** Per family reports, there are alcohol use concerns on both maternal and fraternal sides of ▮▮▮▮'s family.

**REVIEW OF RECORDS:**

St. Bernard Catholic School Records:

▮▮▮▮ entered the 5th grade at Saint Bernard in August 2023. During this 5th grade year, he received all As and had a total of 11 absences. The first term of his 6th grade year has just been completed, and

---

[1] Enuresis is the repeated voiding of urine into bed or clothes, whether involuntary or intentional. Encopresis is repeated passage of feces into inappropriate places, whether involuntary or intentional.

[4]

Copley Medical Consulting, LLC  
LaRae Copley, RPh, MD/PhD

Regarding ▆▆▆ Kull  
January 24, 2025

---

he received all A's with the exception of social studies where he received a B. He also missed four days of school. In nationally compared testing, ▆▆▆ appears to be doing well overall in achievement and growth of skills according to his NWEA MAP Growth testing. He scored at the 85th percentile in mathematics, 61st percentile in reading and 79th percentile in language use. This was interpreted as high achievement in math and high average achievement in reading and language usage.

Manhattan Catholic School Records:

Grade cards from ▆▆▆'s 4th grade year revealed that he received all A's for all four all quarters with the exception of 1 B third quarter in spelling and first quarter in social settings. He had average performance of behaviors such as paying attention, staying on task, careful listening, following directions and completing his work on time for the first 3 quarters. However, in the fourth quarter he was noted to have improved to above average for behaviors including academic effort, completing work on time, following directions and paying attention/listening. He missed a total of 19 school days during the 2022-2023 (4th grade) year. Notably on the SAEBRS2, ▆▆▆ rated himself lower than his teacher did on this measurement of emotional regulation and skills for interacting in the classroom. His teacher thought he was performing average, and he thought he was performing below that

During his third-grade year (2021-2022), he received all A's academically. He also received average scores in many behaviors and was noted to have above average scores in listening carefully, paying attention, following directions, and academic effort. He had an outstanding rating for completion of his work on time during his fourth quarter. During the school year he missed 11 days of school.

**COLLATERAL INFORMATION:**

Collateral Information from Father, Lt. Col. Daniel Kull:

Lt. Col. Kull described that from a very early age, ▆▆▆ has demonstrated a strong sense of working hard and being "very competitive." ▆▆▆ channeled this characteristic through organized sports, which according to his father "was a great outlet for his competitiveness." His father described that ▆▆▆ would "give back as good as he got," and "loved the opportunity to compete." ▆▆▆ played

---

[2] The Social Academic and Emotional Behavior Risks Screener (SAEBRS) is an instrument where the student is asked to rate his behavior and the teacher is asked to rate the student's behaviors. This measures "the ability to be prepared for participate in and benefit from academic instruction and also behaviors related to emotional regulation and age-appropriate skills for interacting with peers and adults."

[5]

Copley Medical Consulting, LLC  
LaRae Copley, RPh, MD/PhD

Regarding ▇▇▇ Kull  
January 24, 2025

---

soccer and t-ball. His father described ▇▇▇ as a "very talented wrestler," and reflected that he placed 6th at the state level in 2022.

Due to his work in the military, Lt. Col. Kull has been deployed multiple times throughout ▇▇▇'s life. He has been separated from the family for weeks to months at a time. During his deployment, ▇▇▇ and his brothers are cared for primarily by their mother Mrs. Kull. After ▇▇▇'s injury in September 2021, Lt. Col. Kull was deployed in March 2022 for 11 months in Poland. He came home on leave during ▇▇▇'s first surgery and recovery for a month and then returned. Lt. Col. Kull took ▇▇▇ initially to the IACH Emergency Department when he was injured in September 2021 after falling from the trampoline. However, the discovery that ▇▇▇ still had a chronic injury later by orthopedics occurred when he was deployed.

Lt. Co.l Kull reflected that, "my wife and I have different parenting styles; I attract with honey rather than vinegar and try to head off more behavioral (situations)." ▇▇▇'s father sees his wife's style as more likely to apply consequences after the fact. Lt. Col. Kull feels that he can "act as a relief valve," preemptively so that ▇▇▇ "has an exit ramp for his temper," and can be "allowed to save face." Lt. Col. Kull stated that he allows ▇▇▇ to do more physical things while his mother is "more protective." When he is deployed, Lt. Col. Kull believes his wife may have more difficulty with maintaining limits. He described that ▇▇▇ may "wait her out," to get what he wants. Lt. Col. Kull sees discipline as steadier while he is home. ▇▇▇ is typically punished by withholding videogame controllers.

Lt. Col. Kull expressed concern that ▇▇▇ blames his mother for the ongoing issues with his arm and demonstrates resentment towards her. He reflected that ▇▇▇ "gets bitter," loses his temper and will have emotional outbursts. He expressed concern that ▇▇▇'s main outlet is playing video games and feels he spends too much time doing so. He stated that ▇▇▇ can "get nasty if he does not get that outlet." ▇▇▇'s father recognized that there is a social component to the games but also feels it is excessive. ▇▇▇ does not eat dinner with the family and is enuretic/encopretic while playing videogames. Father stated "I have a theory on this; he does not want to go when his body tells him," because he is not willing to pause the games played with others online.

Lt. Col. Kull sees ▇▇▇ as "deeply unhappy," currently and is concerned about him finding happiness

[6]

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

Regarding ▇▇▇ Kull
January 24, 2025

---

again. Lt. Col. Kull has not seen ▇▇▇ have any prolonged difficulties with his appetite or sleep. He recognized that ▇▇▇ is able enjoy activities at times. For instance, in December 2024, his parents surprised him with Kansas City Chief tickets. ▇▇▇ traveled with his father to Ohio to attend the football game. His father stated that "he loved it; I call him 'Chatty ▇▇▇,'" when he is happy and enjoying himself. He noted that ▇▇▇ also enjoys playing Cranium board games and that he is particularly good at the charades part of the game.

Regarding school, Lt. Col. Kull recognized that ▇▇▇ is struggling socially at school. His father stated that ▇▇▇ was always a gregarious kid in class and popular. However, this has changed. ▇▇▇ is more sensitive to being the recipient of teasing and bantering between peers. Lt. Col. Kull noted that when a child shows weakness, it can invite more teasing. ▇▇▇ parents are newly aware of recent bullying at school. Recently, ▇▇▇ was on a group text with the boys in his class bantering back and forth. ▇▇▇ received comments such as "at least I can play sports," and that he is "white as a ghost." ▇▇▇ bantered back at the comments but the "kids pile up, and bullies are cruel." His father reflected that, "if his arm wasn't injured, I think he would trounce the other kids." Lt. Col. Kull recognized that ▇▇▇ also has invited some of the reactions of his classmates after an incident a few months ago when he disclosed a "crush" admitted by a male peer to the female peer without permission. At one point, ▇▇▇ also posted the cell phone numbers of some of the male peer's mothers to the group chat, yielding negative responses from the boys in his class.

▇▇▇'s parents have considered homeschooling him for next semester as Lt. Col. Kull is preparing to retire from the military and hopes to teach and coach wrestling. His father feels that ▇▇▇ is academically doing well, but he is "totally bored," based on the curriculum in Kentucky compared with curriculum where ▇▇▇ ended in his Kansas school. His parents are preparing to meet with the principal of his current school to discuss their concerns. Lt. Col. Kull reported awareness of only minor in school behavioral violations such as a dress code violation for failing to keep his shirt tucked in.

Lt. Col. Kull reported that in fall 2023 ▇▇▇ made a comment about wanting to die. This occurred during a time that ▇▇▇ was "having an emotional breakdown and feeling despair about his future." His father was trying to talk him through being upset, explain how things can change in the future and how circumstances don't remain the same forever. Lt. Col. Kull recalled ▇▇▇ saying to him,

[7]

Copley Medical Consulting, LLC                                          Regarding ▉▉▉ Kull
LaRae Copley, RPh, MD/PhD                                               January 24, 2025

---

"there's a big difference; they want to live, and I don't." ▉▉▉ has not continued to endorse these thoughts about wanting to die. However, ▉▉▉'s ability to manage frustration and cope with his chronic health concerns remain a concern to his parents.

Collateral Information from Mrs. Kull:

Mrs. Kull said that the experience of ▉▉▉ having his arm injured followed by prolonged physical restrictions has been difficult for him. She stated, "this has taken so much away from him." She described that ▉▉▉ is usually popular, sociable and gregarious. However, he has experienced recent bullying from peers in his class. She expressed concern that some of ▉▉▉'s actions in his peer group have likely led to bullying. She expressed concern that he is trying to get attention from the peer group even if it is negative. She pointed to a new student in the school this year that is popular with peers but gets some attention around behavioral issues. Mrs. Kull expressed concern that "there is no defining element about him (▉▉▉)."

Mrs. Kull said that participating in sports has historically been an emotional stress reliever for ▉▉▉ and that he needs interaction with other people. She stated that ▉▉▉'s best friend Henry is in Illinois, and he interacts with him mostly via playing video games. She has not seen ▉▉▉ make friends during this school year that are as connected. ▉▉▉ has begun spending more time with 2 male peers in his class that also have physical limitations.

Mrs. Kull stated that the restrictions with his injury have "taken away the spirit of the kid." She stated that "his whole attitude is different." She described that ▉▉▉ struggles to maintain his temper. She described that soon after the move to Kentucky in 2023, ▉▉▉ began to make statements such as "I can't do anything; I'm never going to be able to do anything." Mrs. Kull reported that he also accused her that "you never say you love me." She described a period approximately a year ago when ▉▉▉, "had a period of sadness," that she attributed to "not being able to run around and be a kid." However, she believes this was about more distress than not being able to fully participate in physical activity.

Mrs. Kull expressed that her largest concern remains how ▉▉▉ struggles with the frustration of the situation. Per his mother, ▉▉▉ stated to parents previously that he wished he had completely lost his arm. She has seen ▉▉▉ express frustration by moving furniture around in his room or taking all

[8]

Copley Medical Consulting, LLC												Regarding ▮▮▮ Kull
LaRae Copley, RPh, MD/PhD												January 24, 2025

---

his clothes out of his drawers/closet. She has seen him make comments about not being able to do undesirable tasks because of his arm at times stating, "I can't do that because of my arm."

Mrs. Kull reported that ▮▮▮ has a frustrated, angry and resentful tone about his arm that has persisted. She gave the example of him stating "Do you want to know what I did…..? Nothing because of my arm." Mrs. Kull expressed concern that other kids pick up on his negative tone and that this impacts ▮▮▮'s ability to make friends. She described a pattern where ▮▮▮ cannot fully participate and banter with his peers and then he "does something silly," to seek attention from peers, often with a negative social outcome.

Mrs. Kull stated that they unsuccessfully attempted to seek mental health assistance for ▮▮▮ previously after his initial surgery but were told there was a lengthy waiting list for services. She stated that they were concerned then about how well ▮▮▮ was coping with his treatment and loss of functioning. Mrs. Kull said that ▮▮▮ has seemed more hopeful about gaining mobility and flexion since his most recent surgery. He is aware that he will need another surgical procedure to remove hardware likely later in 2025.

Mrs. Kull discussed trying to foster other strengths ▮▮▮ possesses. She has been investigating STEM camp resources for him for the coming summer. She also believes that ▮▮▮ has been bored academically this year, which has not encouraged the development of his strength in academics, particularly math. She described that the possibility of homeschooling ▮▮▮ or switching schools is a consideration for the coming academic year.

When asked about ▮▮▮ participating in wresting when he was younger, Mrs. Kull reported that "he loved it." This examiner asked about ▮▮▮ commenting during his exam that he was "glad to not have to do wrestling anymore." Mrs. Kull stated ▮▮▮ was now more focused on football and recently attempted unsuccessfully to persuade his parents to allow him to join a flag football team. Because of his physical restrictions banning contact sports and activities where he may reasonably fall, he will not be allowed to participate. She regularly speaks with his current Physical Education teacher regarding restrictions and modifications that may be made when possible. For instance, during the basketball unit, he practiced at a different hoop to avoid the contact risk. His class recently participated in an archery

Copley Medical Consulting, LLC  
LaRae Copley, RPh, MD/PhD

Regarding ▅▅▅ Kull  
January 24, 2025

---

unit that was modified due to the lack of strength needed.

More recently, ▅▅▅ was able to go visit his closest friend Henry in Illinois over the holiday break. Per Mrs. Kull, he enjoyed the time and the visit. Upon returning, Mrs. Kull reported that he struggled with missing his friend and having to leave. He also struggled with initiating sleep for a few nights afterwards related to missing his friend. ▅▅▅ also initially resisted going back to school when it was time to return after the holiday break, saying there was no point. She believed this was likely because he had told peers there that he was not returning based on family discussions around homeschooling or switching schools. After the initial resistance, he has been going to school. Mrs. Kull reported that ▅▅▅ underwent standardized district testing. While the results were not available at this writing, Mrs. Kull recalled ▅▅▅ telling her that "this time I really tried," on the tests.

## ▅▅▅ Kull's Current Mental Status

Appearance: ▅▅▅ walked independently and had no visible problems with his gait. He appeared as a well-developed, well-nourished prepubescent male child consistent with his stated age of 11 years old. He wore a brace on his right arm. He readily removed this brace upon request and a healed scar across his elbow was noted. Without the brace, a visible deformity in his elbow and forearm were apparent when compared to his left arm. His hygiene and grooming were appropriate. He made fair eye contact.

Behavior: He was generally cooperative during the interview. He answered questions articulately and politely. He required direction from both his mother and this examiner more than once to clean up the puzzle and moved furniture he was using at the end of the exam, but did eventually comply with requests.

Speech: His speech was normal in amount and rhythm. He was quiet and reserved in providing responses initially but spoke more openly as the evaluation proceeded. His vocabulary was adequate and consistent with his educational level.

Mood/Affect: He reported no current mood issues and described his mood as "ok." His affect was generally reactive. He was noted to appear serious and more stoic when discussing his feelings

[10]

Copley Medical Consulting, LLC                                                                          Regarding ▇▇▇ Kull
LaRae Copley, RPh, MD/PhD                                                                                   January 24, 2025

towards his mother and the healthcare workers who initially cared for him. He appeared mildly irritated at the request to clean up his puzzle at the end of the exam.

Thought Process: His thoughts were clear and his train of thought logical. I did not observe him responding to internal stimuli. He reported no current suicidal or homicidal ideations, intent or plans.

Thought Content: ▇▇▇ spoke directly about feeling "mad" around the situation with his arm. He spoke directly that he had been "pushed off a trampoline, and an X-ray got read wrong." He stated that he is "mad at the kid who pushed him off, mad at the doctor and mad at Mom." When asked about the other child who pushed him, ▇▇▇ stated that "he did it on purpose." When asked if ▇▇▇ thought the other kid meant him as much difficulty/injury as he has endured, ▇▇▇ stated that he was "not sure…. he was laughing." It appeared difficult for ▇▇▇ to consider that the long-term impact of the push from the trampoline may be accidental. ▇▇▇ also stated that he feels his mother should have known something was wrong with his arm sooner than when the dislocation was ultimately diagnosed. He told her during my exam that she should have known because his arm "did not look right; you have pictures." When I asked him to consider if his mother was trying to act in his interest while being reassured by treatment providers that his arm was ok, he struggled to do so. He struggled to consider that his mother was making the best decisions that she could with the information that she had at the time related to his arm. No frustration was expressed towards his father.

Orientation: He was alert and appropriately oriented.

Memory: Recent and remote recall was intact based on his ability to recall historical facts and recent occurrences.

Intelligence: His intelligence was estimated to be in the above average range based on his history, vocabulary, and presentation.

[11]

Copley Medical Consulting, LLC　　　　　　　　　　　　　　　　　　　　Regarding ▮▮▮ Kull
LaRae Copley, RPh, MD/PhD　　　　　　　　　　　　　　　　　　　　　　January 24, 2025

---

Insight/Judgment: His insight was fair based on understanding of his current injury. He had limited ability to consider how his mother may not be at fault for the ongoing disability from his injury. His judgment was fair based on his attempt to subvert cleaning up in the examination room and covertly texting friends on his phone during the exam.

Attention: ▮▮▮ was able to intermittently maintain attention throughout the 120 minute exam in an age appropriate manner.

## CURRENT FUNCTIONING:

▮▮▮ Kull continues to have physical limitations secondary to the status of his right arm. According to his mother, he is currently prohibited from partaking in any physical activity where he could fall and reinjure his healing arm. Mrs. Kull reported that while healing, he may be particularly susceptible to injury. As a result, he is not participating in any sports. ▮▮▮ told me that it is particularly frustrating to him to not be able to play football as this is a particular interest of his. He also secondarily enjoys soccer. According to both parents, ▮▮▮'s main outlet for releasing stress, boredom and frustration has typically been physical activity. It has been particularly difficult in their opinion for him not to be able to partake fully in physical activity.

▮▮▮ typically plays video games in the evenings after school for several hours. Per his parents, ▮▮▮ becomes so attentive to video games that he does not attend to his basic needs and will forgo going to the bathroom to the point that he has accidents of both bowel and bladder. Mother estimated this occurs with urine 2-3x per week and with feces 2x per month. This behavior has not occurred at school. Both of his parents believed that this is related to his not paying attention to signals from his body. ▮▮▮ reports that he enjoys playing video games including Fortnite Roblox and Madden. He has some social interaction with his friend Henry from Illinois through playing video games.

## OPINIONS:

The opinions that follow are based on knowledge derived from my education, training, and experience. They are based on my review of records cited earlier in this report as well as my own evaluation of ▮▮▮ Kull and offered with a reasonable degree of medical certainty.

[12]

Copley Medical Consulting, LLC　　　　　　　　　　　　　　　　　　　　　　　Regarding ▮▮▮ Kull
LaRae Copley, RPh, MD/PhD　　　　　　　　　　　　　　　　　　　　　　　　　January 24, 2025

---

**I. ▮▮▮ is having mental health symptoms from the prolonged recovery of his arm injury and meets criteria for Adjustment Disorder.**[3] The criteria for Adjustment Disorder are:

1. The development of emotional or behavioral symptoms in response to an identifiable stressor(s) occurring within 3 months of the onset of the stressor(s).

    In ▮▮▮ Kull's case, the injury to his arm is only the first part of the stressor. The need for multiple surgical interventions followed by prolonged periods of not being able to engage in his typical physical activities has resulted in concerning changes to ▮▮▮'s behaviors, social development and demeanor. His parents described ▮▮▮ having difficulties with managing his emotions and frustration resulting in him making comments that he wished he lost his arm completely, and thoughts of not wanting to live. They also endorsed concerns that ▮▮▮ is unhappy and not able to fully be social with his peers or discharge his love of competing through sports. Concerningly, ▮▮▮ spends the majority of time at home playing video games to the extent that he does not eat dinner with the family and does not stop for bathroom breaks resulting in accidents of bowel and bladder. This gaming is a social outlet on some level, but I am concerned that this is the maladaptive way that ▮▮▮ satisfies his desire to compete and discharges emotions and stress since sports are not available to him currently.

2. These symptoms or behaviors are clinically significant, as evidenced by one or both of the following:
    a. Marked distress that is out of proportion to the severity or intensity of the stressor, taking into account the external context and the cultural factors that might influence symptom severity and presentation.
    b. Significant impairment in social, occupational, or other important areas of functioning.

    ▮▮▮ and his parents described multiple indicators suggesting impairment socially. They have seen a departure from the gregarious popular happy child, especially this past school year. He has developed more social difficulties in school and experienced more difficulties managing his

---

[3] Copyright. *Diagnostic and Statistical Manual of Mental Disorders*, Fifth Edition, Text Revision (DSM-5-TR), American Psychiatric Publishing, Jan. 2025.

[13]

Copley Medical Consulting, LLC  
LaRae Copley, RPh, MD/PhD

Regarding ▓▓▓ Kull  
January 24, 2025

---

emotions and frustrations.

▓▓▓ described that he is worried about not being able to play football currently. He made it clear to me that this is important to him and his recent unsuccessful attempt to persuade his parents for permission to join a flag football league further suggests its importance to him. Additionally, within the Kull family, engaging in physical activity and competing in sports is highly valued. Lt. Col Kull was a collegiate athlete and both of ▓▓▓'s brothers compete in wrestling.

Additionally in ▓▓▓ Kull's case, he has cognitive rigidity about his mother being at fault for the delay in diagnosis despite my attempts to challenge this. Concerningly, these beliefs left unchecked are likely to have a negative impact on his relationship with his mother. This is particularly concerning as ▓▓▓ is prepubescent and is likely to continue having difficulties managing his disability during puberty and into young adulthood. ▓▓▓ also expressed "feeling mad," at the peer who pushed him and is not able to fully consider that the intent of the peer may not have been the long-term consequences he has endured. This is consistent with the rigidity his parents have observed about his feelings about his injury and the delay in diagnosis.

▓▓▓ has also endured his peers at school bullying him about "being disabled, a cripple," and being unable to fulling participate in physical activities at school. His family is concerned about how his physical restrictions affect him socially and think his peers are less likely to connect with him if they share a common interest in sports but cannot participate together. His parents are to the point of discussing it with his principal and planning for ▓▓▓ to see the school counselor moving forward. This coupled with their concerns that ▓▓▓ needs more academic stimulation have led his parents to consider homeschooling or switching schools for next school year.

3. Additionally for DSM criteria, the disturbance must not meet criteria for another disorder, is not grief/bereavement, and does not represent the exacerbation of a pre-existing disorder. The disturbance must resolve within 6 months of the stressor resolving.

▓▓▓ has no history of mental health diagnoses or treatment preceding his arm injury and symptoms were not endorsed prior to the injury. This stressor does not represent bereavement. ▓▓▓'s

[14]

Copley Medical Consulting, LLC  Regarding ▮▮▮▮ Kull
LaRae Copley, RPh, MD/PhD  January 24, 2025

---

symptoms are not better classified elsewhere by the DSM5-TR. ▮▮▮▮'s symptoms have not been resolved, nor has the stressor leading to the symptoms.

**II. ▮▮▮▮ Kull is at risk of future mental health difficulties due to his current injury and resultant disability.** Currently, ▮▮▮▮'s physical restrictions are negatively impacting him socially and emotionally as evidenced by difficulties managing his frustrations and social concerns at school.

As children develop into adolescents and young adults, they begin to further solidify their identities. They begin to see more clearly what they want for their futures and form beliefs about their ability to attain their goals. They also further develop their own self-esteem, be it positive or negative. Integral to identity development are the social relationships they have within their families and amongst their friends. If ▮▮▮▮ continues to have significant physical limitations, the risk for him to develop negative beliefs about his self-efficacy, overall potential, and self-worth is significant. Should he continue to have rigid negative beliefs and unchecked resentments towards his mother, his identity and functioning within his family is at risk. These difficulties put him at risk for depressive disorders and maladaptive coping in adolescence. Should he continue to have a visible deformity in his arm, he is at risk of developing body image issues as he undergoes puberty.

All of these childhood concerns are the seeds of risk for further mental health difficulties. Low severity depression symptoms have been described in children with orthopedic trauma, with more risk for trauma symptoms if they require surgery.[4] ▮▮▮▮ has displayed mood concerns consistent with these findings as his parents both described a period of sadness last year with current ongoing difficulties managing frustration.

There is research to suggest that having a chronic medical condition lasting at least 6 months during childhood increases one's risk of developing depression symptoms later in life.[5] Additionally, it has been suggested in the literature that children with musculoskeletal injuries and a strong identity as an

---

[4] Al Zamia AS, Alqami M, Alaskari A A, et al. (July 19, 2023) Child Anxiety, Depression, and Post-traumatic Stress Disorder Following Orthopedic Trauma. Cureus 15(7).
[5] West and Kamis. The Long-Term Impact of Childhood Disability on Mental Health Trajectories in Mid- to Late-Life. J Aging Health. 2022 October ; 34(6-8): 818–830.

[15]

Copley Medical Consulting, LLC
LaRae Copley, RPh, MD/PhD

Regarding ▮▮▮ Kull
January 24, 2025

---

athlete also have risk of developing depression symptoms.[6] Taken together, it is my opinion that ▮▮▮ has risk of developing further difficulties with depression symptoms throughout his life as result of his current injury and disability.

### III. Mental health services are indicated now for ▮▮▮ Kull and his family and are likely to be indicated in the future.

▮▮▮ Kull and his family are in the process of initiating mental health services for ▮▮▮s symptoms. His parents are arranging for him to meet with the school counselor and to begin working with an outpatient therapist. In my opinion, ▮▮▮ will require weekly psychotherapy by a clinical psychologist or psychiatrist, employing a cognitive behavioral therapy and/or interpersonal therapy model for approximately 2 years.[7] Weekly family-based therapy is also indicated to help ▮▮▮ and his family manage ▮▮▮s adjustment to his current restrictions. Overall treatment goals should include improving his social functioning at school, developing his current strengths in a positive, adaptive manner and improving his abilities to cope with frustration and distressing emotions. Additionally, family-based therapy can help the Kulls manage ▮▮▮s role within the family and help his parents develop a behavioral plan addressing his maladaptive reliance on videogames for coping. Should ▮▮▮ not have the return to function that he and his parents hope for him, family therapy can help assure that the family dynamics around expectations, discipline and behavior develop adaptively for ▮▮▮. Given the elevated risk for ▮▮▮ to develop depression symptoms as he progresses into adolescence and young adulthood, routine screening by ▮▮▮s pediatrician and a low threshold for referral to a child and adolescent psychiatrist are also recommended.[8]

My opinions reflect the information available to me at the time of this report and are offered to a reasonable degree of medical certainly. I may addend my report if additional information becomes available

---

[6] Park, AL, *etal*. Stronger Athlete Identity Is a Risk Factor for More Severe Depressive Symptoms After Musculoskeletal Injury in Pediatric Athletes: A Systematic Review. Current Reviews in Musculoskeletal Medicine (2023) 16:220–228.
[7] At OSU (in Columbus, Ohio), the fee for an initial evaluation by a psychologist is $595. A 45-to-52-minute therapy session is $340.
[8] The fee for an initial evaluation by a psychiatrist at OSU is $670. The fee for an uncomplicated medication management follow-up appointment is $305.

[16]

| | |
|---|---:|
| Copley Medical Consulting, LLC<br>LaRae Copley, RPh, MD/PhD | Regarding ▇▇▇ Kull<br>January 24, 2025 |

---

*[signature]*     1.24.2025

LaRae Copley, RPh, MD/PhD

Copley Medical Consulting, LLC

[17]